EXHIBIT "K"

# STATEMENT AND ACKNOWLEDGMENT

FORM APPROVED OMB NO. 9000-0014

Public reporting burden for this collection of information is estimated to average .15 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0014), Washington, D.C. 20503.

## PART I — STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F04684-96-C-0046 | 4-2-97 | |

4. PRIME CONTRACTOR (Name, address and ZIP code)

HARPER/NIELSEN-DILLINGHAM BUILDERS INC.
A JOINT VENTURE
2241 KETTNER BLVD #300
SAN DIEGO, CA 92101

5. SUBCONTRACTOR (Name, address and ZIP code)

KARLESKINT-CRUM, INC.
705 LAKEFIELD ROAD, UNIT H
WESTLAKE VILLAGE, CA 91361

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) HARPER/NIELSEN-DILLINGHAM BUILDERS INC., A JOINT VENTURE

to the subcontractor identified in Item 5, for the following work:

02811 IRRIGATION
02920 SOIL PREPARATION
02930 LAWNS & GRASSES
02950 PLANTING
02970 LANDSCAPE MAINTENANCE

7. PROJECT
REPLACE CAPEHART MFH PHASE 3 (143 units)
VANDENBERG AIR FORCE BASE

8. LOCATION
VANDENBERG AIR FORCE BASE

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| JEFFREY A. HARPER, PROJECT MGR | [signature] | 5/6/97 |

## PART II — ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

Contract Work Hours and Safety Standards Act – Overtime Compensation – Construction
Payrolls and Basic Records
Withholding of Funds
Disputes Concerning Labor Standards
Davis-Bacon Act
Apprentices and Trainees
Compliance with Copeland Regulations
Subcontracts
Contract Termination-Debarment
Certification of Eligibility

'97 MAY -9 15:22

13. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

EXHIBIT 1

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Curt Boutwell, Vice-President | [signature] | 5-1-97 |

PROJECT NO: N2-960041-00
VENDOR NO: KCI 001
COST CODE: 02950

EXHIBIT 1A

# STANDARD CONTRACT BETWEEN GENERAL CONTRACTOR AND SUBCONTRACTOR BUILDING CONSTRUCTION

(LABOR & MATERIALS)

THIS AGREEMENT, MADE THE 2ND DAY OF APRIL, 1997 BY AND BETWEEN

KARLESKINT-CRUM, INC.
705 LAKEFIELD ROAD, UNIT H
WESTLAKE VILLAGE, CA 91361

PH#: (805) 496-0963
FX#: (805) 373-7808

HEREINAFTER CALLED "SUBCONTRACTOR"

AND

HARPER/NIELSEN-DILLINGHAM BUILDERS VENTURE, A JOINT VENTURE
2241 KETTNER BLVD, SUITE 300
SAN DIEGO, CA 92101
PH#: (619) 233-7900
FX#: (619) 233-1889

HEREINAFTER CALLED "CONTRACTOR"

**WITNESSETH** that the Subcontractor and the Contractor agree as follows:

1. **Description of Work:** The Subcontractor, under the direction of the Contractor shall provide all labor and materials, scaffolding, tools, equipment and all things necessary for the prosecution and completion of the

TRADE: LANDSCAPE AND IRRIGATION

PROJECT: REPLACE CAPEHART MFH PHASE 3 *(143 UNITS)*
VANDENBERG AIR FORCE BASE, CA
CONTRACT #: F04684-96-C-0046

work described in "Schedule B" attached hereto and made a part hereof, and in strict accordance with the Contract Documents consisting of the Drawings, Specifications prepared by: FISHER FRIEDMAN ASSOCIATES herein called the "Designer", schedules, change orders and addenda, specifically described as follows:

| | Description | Date | No. of Pages |
|---|---|---|---|
| 1. | GENERAL DECISION NO. CA960039 BUILDING, HEAVY, AND HIGHWAY MODIFICATION NO. 4 | 6/7/96 | 18 |
| 2. | GENERAL DECISION NO. CA960047 RESIDENTIAL MODIFICATION NO. 4 | 6/7/96 | 15 |
| 3. | ASBESTOS HAZARD ASSESSMENT REPORT BY FISHER FRIEDMAN ASSOCIATES. | 11/6/96 | 43 |
| 4. | ASBESTOS CONTAINING BUILDING MATERIALS BY SVERDRUP. | 11/1/93 | 79 |
| 5. | PROJECT SPECIFICATIONS BY FISHER FRIEDMAN ASSOCIATES XUMU 96-4003 | 10/16/96 | 168 |
| 6. | MFH PHASE 3 DRAWINGS BY FISHER FRIEDMAN ASSOCIATES. | 10/16/95 | 99 |
| 7. | GEOTECHNICAL INVESTIGATION BY DAMES & MOORE. | 6/19/95 | 55 |
| 8. | AMENDMENT 001 | 7/11/96 | 49 |
| 9. | SCHEDULE "A" STIPULATIONS & PAYMENT PROCEDURES | | |
| 10. | SCHEDULE "B" SCOPE OF WORK | | |
| 11. | ATTACHED EXHIBITS "A" THRU "O" | | |

2. **Additional Information:** The Contractor shall furnish to the Subcontractor such additional information and drawings as may be prepared by the Designer to further describe the work to be performed by the Subcontractor, who shall accept same as part of this Agreement when consistent with the signed Contract Documents.
3. **Contract Documents:** If any Contract Documents provide for a method of work contrary to any laws and regulations, or codes, Subcontractor shall be required to notify the Contractor, in writing, prior to installation of the work.
4. **Price to be Paid:** The price for the work shall be

*** SEVEN HUNDRED TWENTY THOUSAND FIVE HUNDRED DOLLARS ***

**$720,500.00**

Subcontractor will invoice contractor for work performed according to Schedule A, using forms furnished by Contractor. Contractor will pay invoices on a timely basis.

A general release, labor and materials releases, and waiver of lien in form as directed by Contractor shall be executed and delivered by Subcontractor and each of its subcontractors and suppliers before any payment shall be deemed earned or payable. The acceptance by Subcontractor, its assigns or anyone acting under or through Subcontractor, of final payment designated as such by Contractor, hereunder shall be and shall operate as a general release to Contractor of all claims of Subcontractor, its assignee or anyone acting by, under or through Subcontractor, and all liability to Subcontractor for all things done and furnished in connection with work under this Contract and for any act or omission or neglect of Contractor or others affecting to or relating to or arising out of the work performed by the Subcontractor. No payment, however, final or otherwise, shall operate to release Subcontractor from any obligation under or upon this Contract including, but not limited to, any responsibility for defects in materials or workmanship.

Cooperation between Parties: [illegible] Contractor shall cooperate with the Subcontractor for the prosecution [illegible] is work, and the Subcontractor shall cooperate with the Contractor and with other Subcontractors employed by the Contractor and with other Co[illegible]ors employed by the Owner, in order to insure first class workmanship in every respect and the proper sequence of the work.

1 A EXHIBIT

6. **Start and Finish of the Work:**

   A. On or before seven (7) days before Subcontractor will be required to commence the work or a portion of the work, Contractor will deliver to Subcontractor a "Construction Sequence Schedule". The Subcontractor agrees to complete the work hereunder within the times as specifically set forth in said "Construction Sequence Schedule" and to procure and prepare his materials and manufactured products so as to be ready to begin work in accordance therewith. He agrees to perform said work in a prompt and diligent manner, commencing the several parts thereof at such times and proceeding therewith in such order as directed by the Contractor's superintendent, and agrees to finish the several parts and the whole of said work as provided herein so that, in conjunction with other trades engaged thereon, he will insure the uninterrupted progress of the project.

   B. The Subcontractor at his own expense shall furnish promptly, when requested by the Contractor, any number of prints of his shop drawings, schedules, reports or any other data that may be necessary in the opinion of the Contractor for distribution among other Subcontractors and to the Contractor for prosecution or clarification of work.

7. **Extension of Time of Completion:** If the Subcontractor shall be obstructed or delayed in the prosecution or completion of the work by the neglect or default of the Contractor, the Designer, the Owner, or of any other Subcontractor employed by or dealing with the Contractor; or other contractors employed by the Owner; or by the stopping of the work by employees of the Contractor, the Subcontractor, or any other Subcontractor of the Contractor through no fault of the Subcontractor, then the time, as fixed in Article 6 for the completion of the work, shall be extended for a period necessary to make up for lost time by reason on any or all the clauses aforesaid. No such extension, however, shall be made unless a claim therefor is served in writing on the Contractor within thirty (30) days of the occurrence of such delay.

8. **Delays:**

   A. In the event of any delays, entailed as a result of fault of Contractor or Owner, then Contractor shall grant Subcontractor an extension of time equal to the delay and Subcontractor shall be entitled to no other or further damages against Contractor or Owner.

   B. Any delays or additional work entailed as a result of weather conditions, storms, acts of God, delays in construction, delays by governmental bodies will not entitle the Subcontractor to any extras whatsoever.

9. **Inspections and Approvals:** The work shall be subject to inspection and approved by the Designer, the Contractor, and all applicable governmental authorities. The Subcontractor shall be required to furnish, for the approval of the Designer, the Contractor and all applicable governmental authorities such samples, shop drawings and patterns, as may be required for the work, and all work hereunder shall be in accordance therewith. The Subcontractor shall provide sufficient, safe, and proper facilities during the progress of the work for its inspection by the Designer, the Contractor and all applicable governmental authorities in the field, at shops, or at any other place where materials required hereunder are in course of preparation, manufacture, treatment, or storage.

10. **Failure to Prosecute Work:** If the Subcontractor shall at any time (1) refuse or neglect to supply a sufficient number of properly skilled workman or sufficient materials of the proper quality, or (2) fail in any respect to prosecute the work with promptness or in accordance with the "Construction Sequence Schedule" referred to in Article 6 hereof, or (3) cause by any action or omission the stoppage or delay of or interference with the work of the Contractor or of any other Subcontractors, or (4) fail in the performance of any of the covenants herein contained, or (5) if the Subcontractor shall be adjudged a bankrupt or shall make a General Assignment for the benefit of his creditors, or (6) if a Receiver shall be appointed for the Subcontractor or for his assets, or (7) if the Subcontractor shall become insolvent or become a debtor in reorganization, composition, or arrangement proceedings, then, after serving a three days written notice, mailed or delivered to the last known address of the Subcontractor, of the existence of any of the foregoing causes and unless the cause specified in such notice shall not have been eliminated within such three days, the Contractor at his option may provide either himself or through others, any such labor or materials to prosecute the work and may deduct the cost thereof from any money then due or thereafter to become due to the Subcontractor under this Agreement. In any such event, after such notice and failure to eliminate such cause within the three days specified, the Contractor at his option, may terminate the employment of the Subcontractor, and may enter on the premises and take possession, for the purpose of completing the work, of all material and equipment of the Subcontractor, all of which, on the exercise of such option, the Subcontractor hereby assigns to the Contractor, and may employ any other person or persons to complete the work by whatever method the Contractor may deem expedient, and may provide the materials therefor either himself or through others. In case of such termination of the employment of the Subcontractor, the Subcontractor shall not be entitled to receive any further payment under this Agreement until the work required hereunder shall be fully completed and accepted by the Designer and the Contractor; and at such time, if the unpaid balance of the price to be paid hereunder shall exceed the expense incurred by the Contractor in completing the said work, such excess shall be paid by the Contractor to the Subcontractor; but if such expense shall exceed such unpaid balance, then the Subcontractor shall pay the difference to the Contractor.

11. **Removal of work Condemned:** The Subcontractor shall, within twenty-four (24) hours after service upon him of written notice from the Contractor to that effect, proceed with due diligence physically to remove from the site all materials condemned by the Designer or Contractor or any applicable governmental authority, whether worked or unworked, and shall take down all portions of the work which the Designer or Contractor or any applicable governmental authority has condemned as unsound or improper, or which in any way fail to conform to the Contract Documents, and shall make good all work in other trades damaged by such removal. In the event that all or any portion of the work so condemned shall be of such a nature, or the time available to complete the whole work shall be so limited, that in the judgment of the Designer or the Contractor it will not be expedient to order the same replaced or corrected, the Contractor, at his option, may deduct from the payments due or to become due to the Subcontractor an amount that shall represent the difference of the fair and reasonable value of the work so condemned and its value had it been executed in conformity with the Contract Documents.

12. **Defense of Patents:** The Subcontractor shall defend all suits or claims, for infringement by him of any patent rights that may be brought against the Contractor, the Owner or the Designer arising out of the work, and shall hold the Contractor, Owner or the Designer harmless from loss on account thereof, except that the Subcontractor shall not be responsible for such loss when a particular process or product of a particular manufacturer or manufacturers is specified.

13. **Payments of Royalties, Permits, Fees:** The Subcontractor shall pay all royalties and shall obtain and pay for all licenses and permits pertaining only to his work. The Subcontractor agrees to comply with all laws and regulations specifically applicable to the work in force at the time of signing this Agreement. In case of failure to do so, he shall make all the necessary alterations in his work to conform to same, without delay.

14. **Cutting, Fitting, and Patching:** Work of Others: The Subcontractor shall, as a part of the contract price, do all cutting, fitting, and patching of his work that may be required to make several parts come together properly, and to fit it to receive or be received by the work of other contractors, shown upon or reasonably implied by the Contract Documents. Subcontractor agrees to protect the work of others from damage as a result of his operations. Should Subcontractor cause damage to any separate subcontractor on the work, the Subcontractor agrees, upon due notice, to compensate such subcontractors to the extent of his damage.

    The commencing of work by any subcontractor, following the work of another, shall constitute his acceptance of prior work, (unless prior damage is reported in writing by the Subcontractor to the Contractor); and the cost of repairing any damage to the work of others shall be paid by the subcontractor causing such damage or Subcontractor hereunder if he accepts such prior work.

    If more than one subcontractor, is working simultaneously on the project and damage occurs to the work, and responsibility for such damage cannot be ascertained then all such subcontractors working at the time shall pay equally for such damage; in time, and as directed by the Contractor.

15. **Removal of Rubbish:** The Subcontractor shall gather together and dispose of the rubbish caused by his work and, on completion of his work, the Subcontractor shall remove all tools, scaffolding, equipment and surplus materials pertaining to his work.

16. **Termination:** The Contractor may terminate and cancel this Agreement at any time even though the Subcontractor may not be default and in such event shall be liable to the Subcontractor only for an amount to be determined as follows:

    A. Cost of the work as certified by the Designer;

    B. A sum equal to five percent (5%) of A above in lieu of all fees and profits;

    C. The estimated cost for winding up the Subcontractor's operations (such as the cost of taking inventory and cancellation charges imposed upon the Subcontractor).

    D. From the amount so determined shall be deducted all payments previously made and all proper charges to the Subcontractor.

The Contractor may direct the Sub[illegible]actor to immediately dispose of any materials, tools, supplies and e[illegible]ent for the account of the Contractor. The Subcontractor shall not dispose of said materials at the prices offered unless so directed by the Contr[illegible]. The Subcontractor shall furnish the Contractor with detailed and correct records and copies of all costs, orders, accounts, statements and contracts. During the period that such materials are on the job, Subcontractor shall keep them insured against theft and vandalism as provided for in Article 24 hereof.

17. **Guarantee:** The Subcontractor shall repair or replace, at his own cost and at the reasonable convenience of the Owner or any purchaser from the Owner, any damages or faults resulting from defective work that may occur during the period of one year (or during such other period as may be required by the Contract Documents or otherwise agreed to in writing by the Subcontractor) from the date of occupancy of the work by the purchaser from Owner to the reasonable satisfaction of the Contractor.

18. **Subletting, Transfer or Assignment of Work or Moneys Due:** The Subcontractor shall not sublet, assign, or transfer this Agreement or any part of the work included herein without the written consent of the Contractor.

The Subcontractor's claims for moneys due hereunder are nonassignable except with the written consent of the Contractor. Any assignment of moneys due hereunder made without such consent is void, and the assignee in such case shall acquire no rights against the Contractor.

1A

19. **Liens, Third Party Claims:** If at any time there shall be filed any notice of lien or if there shall be evidence of any claim for which the Contractor or the said premises may become liable, and which is chargeable to the Subcontractor or his subcontractors, or when damage shall be caused by this Subcontractor to another Subcontractor's work then the Contractor shall have the right to retain out of any payment then due or thereafter to become due an amount sufficient, in the opinion of the Contractor, to completely indemnify the Contractor against any such lien, or claim or damages. If there shall prove to be any lien, notice of lien or claim after all payments are made, the Subcontractor shall refund to the Contractor all moneys that the latter may be compelled to pay in discharging or disposing thereof and of any other claim made in consequence of the Subcontractor's default. The foregoing does not refer to claims by the Subcontractor against the Contractor.

20. **Changes in Work:** The Contractor may from time to time, without invalidating this Agreement, order such extras, additions, alterations, omissions, or other modifications in the work hereunder as he may deem necessary. Such changes shall be valid only on the written order of the Contractor which shall set forth the additional time, if any, to be allowed for its completion and the amount to be added to or deducted from the price or the method of its determination and payment schedule. If required by the Contractor, in fixing said amount, the Subcontractor shall submit his estimate of the value of such change and of the time required for completion.

21. **Overtime:** The Contractor may order the Subcontractor to work overtime in order to expedite the final completion of the work or any part thereof. For such overtime the Contractor shall pay only the actual excess cost of labor over the regular rates, plus the applicable cost of workman's compensation, liability insurance and payroll taxes on such actual excess labor costs, and any other costs required by the applicable labor agreements.

If, however, the Subcontractor delays the progress of the work, the Subcontractor shall, at his own expense and cost, work such overtime as may be necessary to finish the work within the time as set forth in Article 6.

22. **Indemnity Agreement:** The Subcontractor hereby assumes entire responsibility and liability for any and all damage, or injury of any kind or nature whatever (including death resulting therefrom) to all persons, whether employees of the Subcontractor or otherwise, and to all property caused by, resulting from, arising out of, or occurring in connection with the execution of the work provided for in this contract; and if any person shall make a claim for any damage or injury (including death resulting therefrom) as herein above described, whether such claim may be based upon the Contractor's alleged active or passive negligence or participation in the wrong or upon any alleged breach of any statutory duty of obligation on the part of the Contractor, the Subcontractor agrees to indemnify and save harmless the Contractor, its agents, servants, and employees from and against any and all loss, expense, damage or injury that the Contractor may sustain as a result of any such claims and the Subcontractor agrees to assume, on behalf of the Contractor, the defense of any action at law or in equity, which may be brought against the Contractor upon such claim and pay on behalf of the Contractor, upon its demand, the amount of any judgment that may be entered against the Contractor in any such action.

The Subcontractor further agrees to indemnify and save harmless the Contractor against loss and expense by reason of the liability imposed by law upon the Contractor for damages because of bodily injuries, including death at any time resulting therefrom sustained by any person or persons, and injury to or destruction of property caused by accident, due to any act or omission of the subcontractor, his employees, or agents arising out of and during the prosecution of the work of the Subcontractor as contemplated under this Agreement.

23. **Liability Insurance:** Before commencing the work the Subcontractor shall procure and maintain insurance, at his own expense, until completion and final acceptance of the work, with not less than the following limits: In the minimum amount of $1,000,000.00.

A. Workman's Compensation and Employers Liability Insurance in accordance with the laws of the state in which the work is situated.

B. Comprehensive General Liability Insurance against all hazards, including Public Liability, Contractors Protective Liability, Contractors Contractual Liability and Automobile Liability (owned and non owned) for, personal injury and property damage, with limits approved in advance by Contractor. Contractor to be named as an additional insured.

C. Before commencing the work the Subcontractor shall furnish the Contractor a certificate from his insurance companies showing that the above insurance is in force, stating policy numbers, effective dates, expiration dates, and limits of liability thereunder. All policies providing the above insurance shall be endorsed to provide that the insurance company shall notify the Contractor, in writing, thirty (30) days prior to any cancellation his obligations otherwise provided for in this Agreement, including assumption of liabilities and indemnifications to the Contractor.

D. If the Subcontractor fails to procure and maintain at least the above insurance with minimum limits of liability shown, the Contractor shall have the right to procure and maintain the said insurance for and in the name of the said Subcontractor and the Subcontractor shall pay the cost thereof and shall furnish all necessary information to make effective and maintain such insurance.

24. **Fire Insurance:** Theft and Vandalism: The Owner or the Contractor will provide and pay for standard form of Fire Insurance and extended coverage with Builder's Risk Endorsement to cover the Owner, the Contractor and Subcontractors on the permanent structure including any materials and equipment on the site which are to be incorporated in the work or which will be used up in connection with the work, the value of which is included in the cost of the work. The Subcontractor shall be responsible for any coverage on his temporary materials, tools, equipment, plant, scaffolds, bracing, sheds, etc. Theft and vandalism insurance shall be the responsibility of the Subcontractor until the material is built into the work. When the material is built into the work, it shall become the Owner's responsibility.

25. **Government Taxes:** The Subcontractor, for the Contract Price herein provided for, hereby agrees to pay and hold the Contractor harmless against the payment of all contributions, taxes or premiums which may be payable under Federal, State, or local laws arising out of the performance of the work and all sales, use, or other taxes of whatever nature levied or assessed against the Owner, the Contractor, or the Subcontractor arising out of the furnishing or installing by the Subcontractor of any kind of building materials, supplies, or equipment including the payment of any interest or penalties arising out of failure of the Subcontractor to make timely payment.

26. **Claims by Either Party Against the Other:** If either the Subcontractor or Contractor believes he has a claim of any nature whatsoever against the other party, he shall give the other written notice of the amount, whenever possible, and nature of such claim within six (6) months (or such other time limit as may otherwise be expressly set forth in the Contract Documents) of the occurrence of the event upon which such claim is based. In default of such notice the claim is waived.

27. **Applicable Law:** All matters relating to the validity, performance, interpretation or construction of this Agreement or the breach thereof shall be governed by the laws of the State of California.

5-3

IECT NO: ND-96001-00
DOR NO: KCI 001
COST CODE: 02950

EXHIBIT 1 A

he work of the Subcontractor shall, among other things, include the following:
Furnish all labor, materials and equipment to complete the LANDSCAPE AND IRRIGATION
(per plans and specifications) in a timely and first class manner at the above mentioned jobsite.

## SEE SCHEDULE "B" SCOPE OF WORK

| COST CODE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01810 | IRRIGATION | $ | 250,000.00 |
| 02950 | TREES, PLANTS, & GROUNDCOVERS | $ | 437,000.00 |
| 02950 | ADDITIVE 0002 GRASS PAVERS | $ | 13,000.00 |
| 02950 | ADDITIVE 0003 ADD BACKYARD TREES | $ | 20,500.00 |

Coordinate all work with jobsite superintendent and other related trades prior to those trades completing their work.
Each Subcontractor will be responsible for his own clean-up on a daily basis and put in the receptacle supplied by General Contractor.
All unloading, hoisting, and handling of materials required to complete the above work is part of this contract.
All warranties and guaranties normally furnished must be submitted prior to final payment.
This contract is inclusive of all applicable taxes and freight.
All punchlist items shall be completed within twenty-four hours from receipt of punchlist.
This contract shall become null and void if there are any additions, changes or corrections by the Subcontractor to the contents of said contract.
Retention of 10% of contract amount will be withheld from monthly payment.

**AGREEMENT TO PERFORM.**
The said parties for themselves, their successors, executors, administrators, and assigns, do hereby agree to the full performance of the covenants herein contained.

**IN WITNESS WHEREOF,** the parties to these presents have executed this agreement the day and year first above written.

Subcontractor's
State License No. 247631 11-30-97
EXPIRATION DATE

Subcontractor's
City Business
License No. ____________

Subcontractor's
Insurance Agent Morris & Garritano

Subcontractor's
Federal I.D. No. 95-2479578

Business
Classification Large Business
(I.e. Small Business, Large Business, Woman Owned Business, Disadvanted Business, etc.)

KARLESKINT-CRUM, INC.
SUBCONTRACTOR

By [signature]

Curt Boutwell, Vice-President
(type name and title)

Date ____________

HARPER/NIELSEN-DILLINGHAM BUILDERS VENTURE, A (JV)
CONTRACTOR

By ____________

Ronald D. Harper, Managing Partner
(type name and title)

Date ____________

IMPORTANT: ADDRESS ALL INVOICES TO CONTRACTOR SPECIFYING JOB NUMBER, COST CODE NUMBER AND SUBCONTRACTOR'S VENDOR NUMBER. USE INVOICE FORMAT SUPPLIED YOU WITH THIS CONTRACT ONLY.



92

1 A

# SCHEDULE "A"

## SPECIAL STIPULATIONS AND PAYMENT PROCEDURES

The following is made a part of subcontract agreement for project .**REPLACE CAPEHART MFH PHASE 3 (143 UNITS), VANDENBERG AFB, CA**

1. **Clean-Up:** During the course of his work, the Subcontractor shall keep the construction area and storage areas, used by him, free from accumulations of waste materials or rubbish. Upon completion of work, the Subcontractor shall leave the work premises in a clean, neat and workmanlike condition. If this is not performed to the satisfaction of the jobsite superintendent, Contractor shall give 24-hour notice to Subcontractor for proper performance, after which Contractor shall authorize another Subcontractor to complete the clean-up and backcharge Subcontractor accordingly.

## PAYMENT PROCEDURES

1. **Change Orders:** Any work items considered beyond the scope of the subcontract agreement shall be brought to the attention of the jobsite superintendent immediately by the Subcontractor.

   THE SUBCONTRACTOR SHALL SUBMIT CONCURRENTLY A WRITTEN PRICE QUOTATION TO THE JOBSITE SUPERINTENDENT THAT IDENTIFIES THE ADDITIONAL COSTS (MATERIAL, LABOR, & MARK-UP). REIMBURSEMENT WILL NOT BE APPROVED FOR WORK PUT IN PLACE WITHOUT WRITTEN AUTHORIZATION IN THE FORM OF A FULLY EXECUTED SUBCONTRACT CHANGE ORDER FROM HARPER/NIELSEN-DILLINGHAM CONSTRUCTION - A JOINT VENTURE.

2. Certificate of Insurance: Prior to commencement of work on jobsite, Subcontractor shall provide certificates of insurance with proper limits of liability (Article 23 & 24 of subcontract agreement). Failure to do so will result in payment delay to Subcontractor.

3. Invoices: Subcontractor shall include complete and legible lien releases with all Subcontractor Billing Forms. All invoices, with lien releases, must be received no later than the 25th of each month. Invoices received after the 25th of each month could experience an addition delay in payment.

   NOTE:

   ON EVERY INVOICE, SUBCONTRACTOR SHALL ATTACH CONDITIONAL LIEN RELEASES FOR ALL APPLICABLE LABOR, MATERIAL SUPPLIERS, VENDORS, RENTAL ORGANIZATIONS, OR ANY OTHER PERSON, OR PERSONS, WHO HAVE CONTRIBUTED TO THIS PROJECT ON SUBCONTRACTOR'S BEHALF.

   JOINT CHECKS AND/OR VOUCHERS WILL BE ISSUED TO SATISFY ANY NOTICE OF CLAIM (per Article 20 of subcontract agreement).

   FINAL INVOICE MUST BE ACCOMPANIED WITH FULL UNCONDITIONAL RELEASE FOR ALL LABOR, MATERIAL SUPPLIERS, VENDORS, RENTAL ORGANIZATIONS, OR ANY OTHER PERSON, OR PERSONS, WHO HAVE CONTRIBUTED TO THIS PROJECT ON SUBCONTRACTOR'S BEHALF.

   INVOICES SUBMITTED WITHOUT LIEN RELEASES WILL BE RETURNED TO SUBCONTRACTOR. NO PAYMENTS WILL BE AUTHORIZED UNTIL THE ABOVE CONDITIONS ARE SATISFACTORILY COMPLETED.

EXHIBIT 1 A

SCHEDULE "A"

PRELIMINARY NOTICE INFORMATION:

PROJECT TITLE: REPLACE CAPEHART MFH PHASE 3 (143 UNITS)
VANDENBERG AFB, CA

CONTRACT NO.: F04684-96-C-0046

PROJECT ADDRESS: 101 OCEANVIEW BLVD.,
VANDENBERG AFB, CA 93437

PROJECT OWNER: U.S. AIR FORCE
30 CONS/LGCOK
BLDG 7015, SECTION 2A
806 13TH STREET, SUITE D
VANDENBERG AFB, CA 93437-5226

PROJECT LENDER: NONE

# SUBCONTRACTOR'S BILLING FORM

SCHEDULE 'A'

EXHIBIT A

JOB NAME: REPLACE CAPEHART MFH PHASE 3 (143 UNITS

JOB ADDR: VANDENBERG AIR FORCE BASE, CA

CONTRACT NO. F04684-96-C-0046

PROJECT NO. XUMU 96-4003

HARPER JOB#: ND-960001-00

SUBCONTRACTOR:

**KARLESKINT-CRUM, INC.**

705 LAKEFIELD ROAD, UNIT H

WESTLAKE VILLAGE, CA 91361

PHONE #: (805) 496-0963 FAX#: (805) 373-7808

DATE

INVOICE NO.

HARPER VENDOR NO. KCI 001

P.O. #: N/A (IF APPLICABLE)

| COST CODE | SCOPE OF WORK | CONTRACT VALUE | % COMP | TOTAL COMPLETED TO DATE | TOTAL AMOUNT PREVIOUSLY BILLED | $ AMOUNT THIS PERIOD |
|---|---|---|---|---|---|---|
| BASE CONTRACT BREAKDOWN | | | | | | |
| 01810 | IRRIGATION | 250,000.00 | | | | |
| 02950 | TREES, PLANTS, etc. | 437,000.00 | | | | |
| 02950 | GRASS PAVERS | 13,000.00 | | | | |
| 02950 | BACKYARD TREES | 20,500.00 | | | | |
| CHANGE ORDER BREAKDOWN | | | | | | |
| C.O.# | | | | | | |
| C.O.# | | | | | | |
| C.O.# | | | | | | |
| C.O.# | | | | | | |
| C.O.# | | | | | | |
| C.O.# | | | | | | |
| C.O.# | | | | | | |
| | *TOTALS* | | | | | |
| | | (a) | (b) | (c) | (d) | (e) |

TOTAL REVISED CONTRACT AMOUNT $ ______ (a)

TOTAL AMOUNT EARNED ON CONTRACT TO DATE: ______ % (b) (c) $ ______

LESS PREVIOUS GROSS BILLINGS (INCLUDING RETENTION): (d) $( ______

TOTAL GROSS AMOUNT DUE THIS INVOICE: (e) $ ______

LESS ______ % RETENTION HELD THIS INVOICE: $( ______

*NET AMOUNT DUE THIS INVOICE* $ ______

SCHEDULE "B"
PAGE 1 OF 1

EXHIBIT 1 A

REPLACE CAPEHART MFH PHASE 3 *(143 UNITS)*
VANDENBERG AIR FORCE BASE, CA
CONTRACT # F04684-96-C-0046

## TRADE: 02950

## TOTAL CONTRACT AMOUNT: $ 720,500.00

WORK INCLUDES BUT IS NOT LIMITED TO:

| | | |
|---|---|---|
| Specification Section | 02811 | Irrigation |
| Specification Section | 02920 | Soil Preparation |
| Specification Section | 02930 | Lawns & Grasses |
| Specification Section | 02950 | Planting |
| Specification Section | 02970 | Landscape Maintenance |

FURNISH AND INSTALL ALL OF THE FOLLOWING:

a) Furnish and install all landscape and irrigation per plans and specifications.
b) Provide the specified maintenance including temporary irrigation and/or hand watering required to establish the hydroseeded areas that do not receive permanent irrigation (90 day maintenance period).
c) Site to be received at plus or minus one tenth of a foot. KCI shall amend the soil in place. There will no be any topsoil imported into the site.
d) Furnish and install precast pavers and lawn per Additive 0002.
e) Furnish and install two trees to each housing unit per Additive 0003.
f) Furnish and install all sleeving specified for irrigation.
g) Furnish and install all controllers, backflow preventers and related concrete pads and gravel.
h) This contract includes utilizing 16-6-8 Best Products in lieu of Gro Power Plus. If Gro Power Plus is requested by H/N-D prior to the landscape start, then an additive change order for $15,000 will be writter KCI for the increased cost.
i) The following items are excluded:
    1. Hardscape work (concrete sidewalks
    2. Fencing
    3. 110 volt electric
    4. Import and export of soil
    5. Water meters
    6. Tot-lot equipment

| Cost Code | Description | Amount |
|---|---|---|
| 01810 | Irrigation | 250,000 |
| 02950 | Trees, Plants, & Groundcover | 437,000 |
| 02950 | Additive 0002 Grass Pavers | 13,000 |
| 02950 | Additive 0003 Add Backyard Trees | 20,500 |

**$ 720,500**

** Prevailing wages shall be paid in accordance with General Decision Number CA960047 Modification Number 4 dated 6/07/96 for Residential and General Decisk Number CA960039 Modification Number 4 dated 6/07/96 for Building, Heavy, Highway. (Attachment 1 and 2 of the Air Force Specifications).

** Payments may be withheld if As-Builts, Certified Payroll, and/or Insurance requirements are not up to date.

** Any deficiencies required to be corrected by Harper/Nielsen-Dillingham's Construction Quality Control Representative shall be done so at the Subcontractor's expense. This Subcontractor shall be responsible for providing their own quality control for their scope of work.

STATEMENT AND ACKNOWLEDGMENT

FORM APPROVED OMB NO. 9000-0014

Public reporting burden for this collection of information is estimated to average .15 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0014), Washington, D.C. 20503.

EXHIBIT

**PART I – STATEMENT OF PRIME CONTRACTOR**

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| F04684-96-C-0046 | 4-2-97 | |

| 4. PRIME CONTRACTOR (Name, address and ZIP code) | 5. SUBCONTRACTOR (Name, address and ZIP code) |
|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS INC.<br>A JOINT VENTURE<br>2241 KETTNER BLVD #300<br>SAN DIEGO, CA 92101 | KARLESKINT-CRUM, INC.<br>705 LAKEFIELD ROAD, UNIT H<br>WESTLAKE VILLAGE, CA 91361 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) HARPER/NIELSEN-DILLINGHAM BUILDERS INC., A JOINT VENTURE

to the subcontractor identified in Item 5, for the following work:

02811 IRRIGATION
02920 SOIL PREPARATION
02930 LAWNS & GRASSES
02950 PLANTING
02970 LANDSCAPE MAINTENANCE

| 7. PROJECT | 8. LOCATION |
|---|---|
| REPLACE CAPEHART MFH PHASE 3 (143 units)<br>VANDENBERG AIR FORCE BASE | VANDENBERG AIR FORCE BASE |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY (Signature) | 11. DATE SIGNED |
|---|---|---|
| JEFFREY A. HARPER, PROJECT MGR | | |

**PART II – ACKNOWLEDGMENT OF SUBCONTRACTOR**

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

- Contract Work Hours and Safety Standards Act – Overtime Compensation – Construction
- Payrolls and Basic Records
- Withholding of Funds
- Disputes Concerning Labor Standards
- Davis-Bacon Act
- Apprentices and Trainees
- Compliance with Copeland Regulations
- Subcontracts
- Contract Termination-Debarment
- Certification of Eligibility

13. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY (Signature) | 16. DATE SIGNED |
|---|---|---|
| Curt Boutwell, Vice-President | [signature] | 5-1-97 |

NSN 7540-01-151-4297
Previous edition is usable
EXPIRATION DATE: 3-31-92
1413-102
STANDARD FORM 1413 (REV. 6-89)
Prescribed by GSA - FAR (48 CFR) 53.228(e)

*U.S. Government Printing Office: 1990 — 278-536/2002

SECTION 02811

IRRIGATION SYSTEM

EXHIBIT 1 B

PART 1 - GENERAL

1.1 SUMMARY

A. Work Included: Landscape irrigation system complete with automatic controls.

B. Related Work: Consult all other applicable Sections. Coordinate installation with the work of other trades. Placement of sleeves for irrigation piping and remote control valve wiring within structural work.

1.2 QUALITY ASSURANCE:

A. Manufacturer's Specifications: Follow Manufacturer's current printed specifications and drawings in all cases where the manufacturers of articles used in the Contract furnish directions covering points not specified or shown in the Drawings.

B. Ordinances and Regulations: All local, municipal and state laws, codes, and regulations governing or relating to all portions of this work are hereby incorporated into and made a part of these Specifications. Anything contained in these Specifications shall not be construed to conflict with any of the above codes, regulations, or requirements of the same. However, when these Specifications and Drawings call for or describe materials, workmanship, or construction of a better quality, higher standard, or larger size than is required by the above codes and regulations, the provisions of these Specifications and Drawings shall take precedence.

C. Explanation of Drawings:
1. Due to the scale of the Drawings, it is not possible to indicate all offsets, fittings, sleeves, etc., which may be required. Carefully investigate the conditions affecting all of the work and plan accordingly, and furnish all required fittings. Install system in such a manner to avoid conflicts with planting, utilities, and architectural features.
2. Do not install the irrigation system as shown on the Drawings when it is obvious in the field that obstructions, grade differences or discrepancies in are dimensions exist that might not have been considered in engineering. Bring such obstructions or differences to the attention of the Contracting Officer. In the event this notification is not given, the Contractor shall assume full responsibility for any revision necessary.

1.3 SUBMITTALS: Comply with Section 01000.

A. Materials List:
1. Within ten (10) days after the award of the Contract, submit three (3) copies of the complete lists of materials proposed for installation, and obtain the Contracting Officer's written approval thereof before proceeding. Use only accepted materials and items of equipment.
2. List all materials by manufacturer's name and model number.

B. Manuals: Comply with Section 01730. Prior to the final acceptance of the irrigation system, furnish four (4) individually bound Service Manuals to the Contracting Officer. The manuals shall contain complete enlarged drawings, diagrams and spare parts lists of all equipment installed showing manufacturer's name and address. In addition, each Service Manual shall contain the following:
1. Index sheet indicating the Contractor's name, address and phone number.
2. Copies of equipment warranties and certificates.
3. List of equipment with names, addresses and telephone numbers of all local manufacturer's representatives.
4. Complete operating and maintenance instructions in sufficient detail to permit operating personnel to understand, operate and maintain all equipment.

EXHIBIT 1 B

C. Record Drawings: Comply with Section 01000.
1. Dimension from two (2) permanent points of reference, building corners, sidewalk, or road intersections, etc., the location of the following items:
   a. connection to existing water lines.
   b. Connection to electrical power.
   c. Gate valves.
   d. Routing of sprinkler pressure lines.
   e. Remote control valves.
   f. Routing of control valves.
   g. Quick coupling valves.
   h. Other related equipment as directed by the Contracting Officer.
   i. All sleeve locations.
2. Delivery of the record drawings shall not relieve the Contractor of the responsibility of furnishing required information in the future.

D. Controller Plan:
1. Permanently install one 'bubble diagram' controller plan in each controller housing. The plan shall show the area controlled by each valve and any major permanent structure, such as buildings and roads.
2. These charts are to be waterproof and installed as accepted by the Contracting Officer at the coverage test of the irrigation system.

E. Maintenance Material - Supply the following tools to the Contracting Officer:
1. Three (3) sets of specialized tools required for removing, disassembling and adjusting each type of sprinkler, valve or other equipment supplied on this project.
2. Two (2) keys for each type of equipment enclosure.
3. Two (2) keys for each type of automatic controller.
4. Two (2) quick-coupler keys and matching hose swivels for each type of quick coupling valve installed.
5. Two (2) five foot valve keys for operation of gate valves.

1.4 PRODUCT DELIVERY, STORAGE AND HANDLING: Furnish and deliver materials in manufacturer's packaging, bearing and original legible labeling. Handle and store all equipment in accordance with manufacturer's current printed specifications.

1.5 PROJECT/SITE CONDITIONS: See Section 02120 - Existing Planting to Remain.

1.6 SEQUENCING AND SCHEDULING

A. Acceptance: Do not install main line trenching prior to acceptance by the Contracting Officer of rough grades completed under another Section.

B. Coordination: Coordinate with the work of other sections to insure the following sequence of events.
1. Sleeves and Conduits: Installation of all sleeves and conduits to be located under paving (and through walls) prior to placement of those materials.
2. Bubbler Heads in Tree Planter Pockets: Install after placement of tree, but prior to backfill with planter soil mix.

1.7 WARRANTY: Comply with Section 01000.

A. Provide a Warranty for the irrigation system prior to acceptance of the irrigation system.

B. Include a copy of the warranty form in the Operations and Maintenance Manual.

C. Retype the warranty form onto the Contractor's letterhead and contain the following information:

WARRANTY FOR IRRIGATION SYSTEM

We hereby warrant that the irrigation system we have furnished and installed is free from defects in materials and workmanship, and the work has been completed in accordance with the Drawings and Specifications, ordinary wear and tear and unusual abuse, or neglect expected. We agree to repair or replace all defects in material or workmanship which may develop during the period of one (1) year from date of acceptance and also to repair or replace any damage resulting from the repairing of such

defects at no additional cost to the Government. We shall make such repairs or replacements within a reasonable time, as determined by the Government, after receipt of written notice. In the event of our failure to make such repairs or replacements within a reasonable time after receipt of written notice from the Government, we authorize the Government to proceed to have said repairs or replacements made at our expense and we will pay the costs and charges therefor upon demand.

EXHIBIT 1 B

PROJECT:

LOCATION:

CONTRACTOR:
Company: License #:

ADDRESS:

PHONE: (_)   DATE OF FINAL ACCEPTANCE:

Name:   Signed   Date:

1.8 MAINTENANCE

A. Routine: Inspect and adjust all spray valves and control valves including raising or lowering of spray valve heights to accommodate plant growth, to achieve uniform irrigation at all times. Verify correct operating pressure. Inspect automatic filter weekly for the first month of operation, and monthly thereafter.

B. Controller: Inspect regularly for power interruption and reset clock as required. Adjust station timing to accommodate changes in plant growth.

C. Drip Irrigation: Flush lines as required. Inspect emitters for proper flow, and check moisture level at plant rootball weekly for the first month of operation, and monthly thereafter.

D. System Failure: Perform all repairs within one (1) operating period. Replacements to match removed products and materials in all respects. Report promptly all damage not resulting from Contractor's operations. Repair all damage caused by Contractor at no expense to Government.

E. Climate Change: Do not run the irrigation system during the rainy season. Set and program automatic controllers in response to seasonal requirements and requirements of newly - planted materials.

PART 2 PRODUCTS

2.1 GENERAL: Use only new materials of brands and types noted on Drawings or substitutes accepted by the Contracting Officer.

2.2 PIPE

A. Pressure Main Line Pipe and Fittings: All PVC fittings shall bear the manufacturer's trademark name, material designation, size, applicable I.P.S. schedule and NSF seal of approval.
1. PVC pressure rated pipe: ASTM D1785 NSF approved Type I, Grade I, PVC Schedule 40.
2. PVC solvent-weld fittings: ASTM D2466 Schedule 40, 1-2, II-I NSF approved.
3. Solvent cement and primer for PCV solvent-weld pipe and fittings: Type and installation methods prescribed by the manufacturer.
4. Connections between main lines and RCVs: Schedule 40 Galvanized nipples and fittings.
5. Galvanized pipe: ASTM A-53 and A120-84, ANSI B1.20.1 and B36.10 Seamless standard weight steel.

B. PVC Non-Pressure Lateral Line Piping and Sleeving:
1. PVC pressure rated pipe: ASTM D2241 NSF approved Type I Grade I, PVC Class 200.
2. PVC solvent - weld fittings: ASTM D2466 Schedule 40, 1-2, II-I NSF approved.

EXHIBIT 1 B

2.3 CONTROLLER ENCLOSURE: Type as indicated on the Drawings.

2.4 CONTROLLER(S): Model No. as indicated on Drawings.

2.5 CONTROL WIRES: Type: Copper with UL approval for direct burial, size 14-1. Common ground wire with white insulating jacket; individual control wires with insulating jacket of color other than white. Splices: 'DBY' by 3M; or equal.

2.6 BOXES FOR REMOTE CONTROL VALVES: Rectangular concrete valve box by Christy B9; or equal, with reinforced concrete lid.

2.7 ISOLATION VALVES:

A. Valves 2-1/2 inches and smaller: 125-pound WSP bronze gate valve with union bonnet, non-riging stem and solid wedge disc. Stockham, Kennedy, or equal.

B. Gate valves 3 inches and larger: Class 200 AWWA, cast iron body, threaded with 2" operator nut.

C. Box: Christy # F.14: or equal, with reinforced concrete lid.

2.8 MISCELLANEOUS INSTALLATION MATERIALS:

A. Solvent cement and primers for solvent weld joints: Make and type approved by manufacturer(s) of pipe and fittings. Maintain cement proper consistency throughout use.

B. Pipe joint compound: Permatex 51-D; or equal. Do not use on sprinkler inlet port.

C. Coatings for below grade steel pipe and fittings: Koppers Bitumastic #300-M, or equal, coal tar epoxy and wrapped with 50-mil polyethelene tape to 6" above finish grade.

2.9 MISCELLANEOUS EQUIPMENT/ACCESSORIES

A. Concrete Pads: See Concrete - Section 03300.

B. Enclosure for Automatic Filter: See Drawings.

C. Sleeves and Conduits: See Drawings.

D. Key(s) for Quick-Coupling Valves: Same manufacturer as Quick-Coupling valve, one (1) key per 5 quick-coupling valves.

PART 3 - EXECUTION

3.1 EXAMINATION

A. Sleeves and Conduits: Verify that all installed sleeving and conduits are undisturbed and are free of defects or errors introduced by the work of other sections.

B. Stub-outs: Verify that all stub-outs to be provided under another contract are correctly sized. located and installed as noted on Drawings.

C. Existing Irrigation Systems: Verify that existing irrigation is as represented on Drawings and is properly functioning.

D. Notification: Submit written notification to the Contracting Officer within ten (10) working days of above inspections describing all acceptable and non-acceptable site conditions.

3.2 INSTALLATION

A. Conduits and Sleeves:
1. Coordination: Sleeving will be existing only when installed under another subcontract. Inspect as specified above. For all other installations, provide conduit and sleeve materials and coordinate installation with other trades.

2. Extent: Install c...duits and sleeves where control wires a... pipes pass under paving or through walls. Extend 12 in. beyond edges of paving and walls and cap ends until ready for use.

EXHIBIT 1B

B. Excavating and Trenching:
   1. Existing Installations: Restore to their original conditions, damaged surfaces and underground installations as a result of the excavations.
   2. Trenches: Dig trenches wide enough to allow a minimum of 3 in. between parallel pipe lines. Provide a minimum cover from finish grade as follows:
      a. 18 in. Deep: Over pipe on pressure side of irrigation control valve, control wires and quick-coupling valves.
      b. 12 in. Deep: Over pipe on non-pressure side of irrigation control valve.
   3. Sawcutting: Saw cut existing AC paving to remain a minimum 12 in. wide. Compact backfill to 95 percent dry density and legally dispose of waste off site. Patch to match existing AC pavement.

C. Pipe Line Assembly:
   1. General: Install pipes and fittings in accordance with manufacturer's current printed Specifications. Clean all pipes and fittings of dirt, scales and moisture before assembly.
   2. Solvent-Welded Joints for PVC Pipes:
      a. Solvents: Use solvents and methods specified by pipe manufacturer.
      b. Curing Period: Minimum of 1 hour before applying any external stress on the piping and at least 24 hours before placing the joint under water pressure.
   3. Threaded Joints for Plastic Pipes:
      a. Tape: Use Teflon tape on threaded PVC fittings.
      b. Joining: Use strap-type friction wrench only. Do not use metal-jawed wrench.
   4. Threaded Joints for Galvanized Steel Pipes: Use only factory-made nipples. Use pipe joint compound applied to male threads only.
   5. Laying of Pipe:
      a. Bedding On-grade: Remove from trench all rocks or clods. Bed pipes in at least 2 in. of soil excavated from trench. Backfill on all sides of piping to provide a uniform bearing.
      b. Snaking: Snake pipe from side to side of trench bottom to allow for expansion and contraction. Minimum allowance for snaking is one (1) additional ft. per 100 ft. of pipe.
      c. Moisture Restrictions: Do not lay PVC pipe when there is water in the trench. Do not assemble PVC pipe unless the pipe is perfectly dry.

D. Gate Valves: Install box flush with finish grade, not necessarily level.

E. Control Valves:
   1. Install in valve boxes where shown on Drawings and group together where practical. Install box flush with finish grade, not necessarily level.
   2. Where two or more valves are installed adjacent to each other, provide at least six (6) in. separation. Align boxes in a row.
   3. Permanently mark valve box lid with valve number and controller letter.

F. Sprinkler Heads:
   1. Rotary Pop-up Heads:
      a. Place all full-circle rotary pop-up sprinkler heads in lawn areas on temporary risers with top of heads 4 in. above finish grade.
      b. Place part-circle rotary pop-up sprinkler heads 6 in. from edge of and flush with top of adjacent walks, header boards, curbs, and mowing bands, or paved areas at time of installation.
   2. Bubblers, Drip Emitters: Coordinate installation with planting contractor to insure timely and proper placement of heads at new planting.

G. Automatic Controller:
   1. General: Install per local code and manufacturer's current printed Specifications.
   2. Connection to Valves: Connect remote control valves to controller in clockwise sequence to correspond with station setting beginning with Stations 1, 2, 3, etc.
   3. Labeling: Affix controller name (i.e., "CONTROLLER A") on inside of controller cabinet door with minimum of 1 in. high permanent letters.
   4. Irrigation Diagram: Affix a non-fading irrigation diagram to cabinet door below controller name. Irrigation diagram to be sealed between two plastic sheets, 20 mil.

EXHIBIT 1 B

minimum thickness. Use a reduced copy of the Record Drawing for the irrigation diagram, clearly showing all valves operated by the controller, station number, valve size, and type of planting irrigated.

H. Control Wiring:
1. General: Install control wires in common trenches with sprinkler mains and laterals wherever possible. Lay to the bottom side of pipe line. Provide looped slack at valves. Snake wires in trench to allow for contraction of wires. Tie wires in bundles at 10 ft. intervals.
2. Extra Length: Provide extra control wire at each remote control valve splice to facilitate the removal of the remote control bonnet to finish grade without cutting wires.
3. Spare: Install one unconnected spare control wire running from the controller through each intermediate control valve box.
4. Size: Minimum size of wire is to be determined strictly by the manufacturer's current printed specifications for remote control valves, but not smaller than # 14.
5. Detection Wire: Install a bare copper wire #12 or greater on top of the PVC supply line, for possible future mine detection search, as the control wires are being installed on the bottom of the PVC supply line with electrical tape every ten (10) feet.
6. Splicing: Crimp control wire splices at remote control valves. Seal with specified splicing materials. In-line splices will be allowed only on runs exceeding 2500 ft.

I. Mastic and Tape: Install mastic and tape on all below grade metallic piping. Install per manufacturer's current printed specifications extending mastic and tape to 6 inches above finish grade.

J. Closing of Pipe and Flushing of Lines:
1. Capping: Cap or plug all openings as soon as lines have been installed to prevent entrance of materials that would obstruct the pipe. Leave in place until removal is necessary for completion of installation.
2. Flushing: Thoroughly flush out all water lines before installing heads, valves and other hydrants.

3.2 FIELD QUALITY CONTROL: Comply with Section 01440.

A. Adjustment of the System:
1. Flush and adjust all sprinkler heads for optimum performance and to prevent overspray onto walks, roadways, and buildings.
2. Set all sprinkler heads set perpendicular to finished grades unless otherwise noted on the Drawings.

B. Testing of Irrigation System:
1. In the presence of the Contracting Officer test all pressure lines under hydrostatic pressure of 125 pounds per square inch, and prove watertight.
2. Sustain pressure in lines for not less than two (2) hours. If leaks develop, repair and repeat test until entire system passes.
3. When the landscape irrigation system is completed, perform a coverage test in the presence of the Contracting Officer, to determine if the water coverage for planting areas is adequate.
4. Test controllers individually in the presence of the Contracting Officer. Demonstrate that all control valves operate electrically. Provide vehicles and radio equipment as necessary to expedite this process.
5. Demonstrate to the Contracting Officer that irrigation scheduling programmed into controller is adequate for plant requirements without causing runoff, and that scheduling capacities of controller are utilized.

3.3 BACKFILL AND COMPACTING

A. General: After system is operating and required tests and reviews have been made, backfill excavations and trenches with clean soil, free of debris.

B. Backfill For All Trenches: Regardless of the type of pipe covered, compact to minimum 95 percent density under pavements, and 85 percent under planted areas.

C. Backfill at Existing Underground Pipes: Use only backfill material which has been screened to eliminate all materials larger than 3/8 in. when backfilling adjacent to existing underground pipe lines.

D. Compacting: Compact trenches in areas to be planted by thoroughly flooding the backfill. Jetting process may be used in those areas.

E. Finishing: Dress off all areas to finish grades.

EXHIBIT 1 B

3.4 MAINTENANCE

A. Operate the entire sprinkler irrigation system for two (2) days prior to any planting.

B. The Contracting Officer reserves the right to waive or shorten the operation period.

3.5 CLEAN-UP: Comply with Section 01710. Clean-up as each portion of work progresses. Remove refuse and excess dirt from the site. Paving shall be broomed or washed down. Repair damages incurred on the work of others and restore to original conditions.

3.6 REVIEWS PRIOR TO ACCEPTANCE:

A. Notify the Contracting Officer in advance for the following reviews, according to the time indicated:
1. Pre-construction conference - 7 days.
2. Supply line pressure test and control wire installation - 72 hours.
3. Coverage and controller test - 72 hours.
4. Final inspection - 7 days.

B. No reviews will commence without Record Drawings.

3.7 FINAL REVIEW

A. Operate each system in its entirety for the Contracting Officer at time of final review. Any items deemed not acceptable by the Contracting Officer shall be reworked to the complete satisfaction of the Contracting Officer.

B. Provide evidence to the Contracting Officer that the Government has received all accessories and equipment as required before final review can occur.

END OF SECTION

SECTION 02870

EXHIBIT 1 B

# SITE FURNISHINGS

## PART 1 - GENERAL

### 1.1 SUMMARY

A. Work Included: Provide site and street furnishings, and install complete, including footings, fittings and materials, as shown, and as specified.

B. Products Installed But Not Furnished Under This Section:
1. Soil Preparation - Section 02920, soil mix.
2. Planting - Section 02950, annuals, shrubs.

C. Related Work: Portland Cement Concrete Paving - Section 02520

D. Unit Pricing:

| | Item | Unit Pricing |
|---|---|---|
| 1. | Benches | Each |
| 2. | Basketball Equipment | Each |
| 3. | Bike Rack | Each |
| 4. | Trash Receptacle | Each |
| 5. | Tot Lot Structure | Each |
| 6. | Tetherball | Each |

### 1.2 REFERENCES

A. "Standard Specifications" - Standard Specifications of the State of California, Business and Transportation Agency, Department of Transportation, CALTRANS.

B. ACI - American Concrete Institute Manual of Concrete Practice

C. ASTM - American Society for Testing and Materials

D. SPIS - Society of Plastic Industry Standards

### 1.3 SUBMITTALS : Comply with Section 01000.

A. Product Data: Manufacturer's current printed specifications and catalogue cuts of all specified products.

B. Samples: 6 x 6 inch sample of metal finish with color and texture specified for each item.

### 1.4 QUALITY ASSURANCE

A. Manufacturer's Qualifications: Show not less than five (5) years successful and continuous experience in work of the type shown on the Drawings.

B. Field Samples and Mock-ups: See Section 01000.

### 1.5 DELIVERY, STORAGE, AND HANDLING

A. Packaging and Labeling: Furnish materials in manufacturer's unopened, original packaging, bearing original labels showing quantity, description and name of manufacturer. Verify that all materials and components are adequately padded and securely bound in such a manner that no damage occurs to the product during delivery and unloading at the site.

B. Storage: Damaged materials will be rejected. Remove damaged materials from the job site immediately, and pay cost of replacement. Determination of damage shall be the sole authority of the Government.

C. Handling: Lift materials using lifting inserts provided by manufacturer.

D. Metal Items: Protect from all stains and scratching.

EXHIBIT 1 B

1.6 SEQUENCING AND SCHEDULING

A. Acceptance: Do not install site and street furnishings prior to acceptance by the Contracting Officer of area to receive such materials.

B. Coordination: Coordinate with the work of other sections to insure the following sequence of construction. At concrete footings, set anchors or sleeves in place and pour footings prior to installation of adjacent paving.

1.7 WARRANTY: Comply with Section 01000. Provide a special warranty for site furnishings and equipment for a period of two (2) years.

1.8 MAINTENANCE

A. Maintenance Service: Immediately remove all stains to materials or surrounding site improvements. Do not use cleaning solvents harmful to site materials. Do not permit cleaning agents to contaminate planted areas.

B. Extra Materials: Provide all items necessary to re-tighten, clean up, restore or replace all items as required to ensure continued (use) of specified products.

PART 2 - PRODUCTS

2.1 CONCRETE FOOTINGS: See Portland Cement Concrete Paver - Section 02520.

2.2 MANUFACTURED UNITS

A. Basketball equipment: "Porter" No. 00174-334 "Gooseneck" Basketball unit; or equal.

B. Tetherball Post and Ball: "Porter" No. 00763-200; or equal. Available at Southwest Interiors (916) 268-0620

C. Bicycle Racks: Burke "Modern" BR-44; or equal. (414)921-9220.

D. Benches: Burke P-26-3; or equal.

E. Trash Receptacles: Burke "Series LC-5; or equal.

F. Tot Lot Structures: Burke; or equal.
1. Series 2000-105 Play Structure; or equal.
2. Series 2000-620 Play Structure; or equal.
3. Series 90 See-Saws; or equal.
4. Series M-8 Carousel; or equal.
5. Series A-600 Infant Swing; or equal.
6. "C" Spring Duck: Playworld Systems Model 0524; or equal (510)426-6705.

G. Locks and Keys for Trash Receptacles: Master; or equal.

PART 3 - EXECUTION

3.1 EXAMINATION: Verify that all site and street furnishings can be installed at locations as shown on Drawings.

3.2 INSTALLATION

A. Trash Receptacles: Provide (6) units to be located in field as indicated in Drawings.

B. Concrete Pads and Footings:
1. Layout: Accurately layout all pads and footings as required in the Drawings.
2. Installation: Excavate form as required and fill for pads and footings as specified in Division 3 Concrete.

3.3 PROTECTION: Maintain locked trash receptacle lids until acceptance by the Contracting Officer. Replace all missing accessories.

END OF SECTION

SECTION 02920

SOIL PREPARATION

EXHIBIT 1 B

PART 1 - GENERAL

1.1 SUMMARY

A. Work Included: Provide all soil and soil amendments products, including all imported topsoil as required to make up deficiencies in quantity of soil available on site. Execute all labor to achieve soil preparation, complete, as shown and as specified.

B. Related Work:
1. Irrigation System - Section 02811
2. Lawns - Section 02930
3. Planting - Section 02950
4. Landscape Maintenance - Section 02970

C. Unit Pricing: Price for all accessories and components shall be included in the unit price of that item for which it is furnished. Provide a Unit Price per cubic yard for organic amendments.

1.2 DEFINITIONS

A. Existing Soil: Area of undisturbed native soil where no rough grading is to be done. No topsoil is to be placed. Only surface cultivation and soil amending are included in this Section. See Drawings.

B. Subgrade: Soil level resulting from the rough grading work under another Section. Cultivation of all subgrade areas prior to amending is included in this section.

C. Topsoil: Soil stockpiled for spreading over prepared subgrade.
1. Stockpiled Native Topsoil: Topsoil stripped from the site prior to rough grading work under another Section, to be spread and amended as work under this Section.
2. Imported Topsoil: Off site topsoil imported and stockpiled under this Section, to be spread and amended also as work under this Section.

1.3 SUBMITTALS: Comply with Section 01000.

A. Product Data: Manufacturer's current catalog cuts and specifications of each specified Fertilizer, Nitrogen-treated sawdust, and Herbicide

B. Quality Control Submittals:
1. Testing Agency: Soil and Plant Laboratory, Inc., 352 Matthew Street (P.O. Box 153), Santa Clara, CA 95052, Tel. (408) 727-0330; or Root Zones Associates, P.O. Box 18911, San Jose, CA 95118, Tel. (408) 264-7024.
2. Test Report for Nitrogen-treated Sawdust: Test for physical and chemical properties.
3. Certificates: Certify strict compliance with accepted soil mixes and amendments, including rate of application.

1.4 PROJECT/SITE CONDITIONS: Section 02120 - Existing Planting to Remain.

PART 2 - PRODUCTS

2.1 MATERIALS

A. Stockpiled Native Topsoil:
1. Quantity: The approximate quantity of stockpiled native top-soil will not be known until demolition and rough grading have been completed under Civil work.
2. Stockpiling: Stripped topsoil shall have been stockpiled on site under Civil work.
3. Composition: Fertile, friable, well-drained soil, of uniform quality, free of stones over 1 in. diameter, sticks, oils, chemicals, plaster, concrete and other deleterious materials.
4. Analysis: Obtain an agricultural suitability analysis of the proposed topsoil from an accepted, accredited Testing Agency at Contractor's cost.
5. Test Results: Request Testing Agency to send one (1) copy of test results direct to the contracting Officer. Imported topsoil shall be amended per soils analysis report.

B. Imported Topsoil:
1. Quantity: Import topsoil as soon as an insufficient quantity of native soil is verified. Quantity of topsoil to complete the work shall be calculated by the Contractor.
2. Cost: Paid for by the Government on a unit price cost per cubic yard.
3. Stockpiling: Stockpile on site as directed by the Contracting Officer.
4. Composition: To match or exceed in quality accepted native stockpiled topsoil, as determined by analysis similar to that described above.
5. Samples: The Contracting Officer reserves the right to take samples of the imported topsoil delivered to the site for conformance to the Specifications.
6. Rejected Topsoil: Immediately remove rejected topsoil off the site at Contractor's expense.

1B

2.2 ACCESSORIES

A. Fine Sand:
1. Physical Properties (by dry weight basis):

| Percent Passing | Sieve Size |
|---|---|
| 100 | 4.76 mm (#4, 4 mesh) |
| 95-100 | 1.00 mm (#18, 16 mesh) |
| 65-100 | 500 micron (#35, 32 mesh) |
| 0-50 | 250 micron (#60, 60 mesh) |
| 0-20 | 105 micron (#140, 150 mesh) |
| 0-5 | 53 micron (#270, 270 mesh) |

2. Chemical Properties: (by Saturation Extract Method):
   a. Soluble Salts/Salinity: Maximum conductivity of 3.0 millimhos/cm at 25 degrees C.
   b. Boron: Maximum concentration of 1.0 ppm.
   c. Sodium Absorption Ratio (SAR): Maximum 6.0.

B. Pre-emergence Weed Control: "Treflan 5G", by Elanco Products Co., (317) 261-3638, or (209) 486-3020, or "Enide 50W", by TUCO, (616) 385-6609; or equal.

C. Water: Clean, fresh and potable, as available from Government. Transport as required.

2.3 ORGANIC COMPONENTS - Recommended, contractor to verify with soils report.

A. Nitrogen-Treated Sawdust:
1. Type: Derived from redwood, fir or cedar wood sawdust.
2. Physical Properties:

| Percent Passing | Sieve Size |
|---|---|
| 95-100 | 6.35 mm (1/4 in.) |
| 80-100 | 2.38 mm (#8, 8 mesh) |
| 0- 30 | 500 micron (#35, 32 mesh) |

3. Chemical Properties:
   a. Nitrogen content (dry weight basis):
      1) Wood of Redwood 0.4 - 0.6%
      2) Wood of Fir/Cedar 0.56 - 0.84%
   b. Iron content (dry weight basis): 0.08% iron as metallic, minimum.
   c. Salinity/Soluble salts: Maximum 3.5 millimhos/cm 25 degrees C. as determined by saturation extract method.
   d. Ash (dry weight basis): 0 - 6.0 percent maximum.
4. Treating Nitrogen Process: Thoroughly bulk-blend any of the following available sawdust types with the amendment specified:

| Sawdust | Urea Formaldehyde Per Cubic Yard |
|---|---|
| Hardwood | 4 lbs. |
| Redwood | 2 lbs. |
| Fir or Cedar | 4-1/2 lbs. |

B. Treated Fir/Pine Bark:
1. Physical Properties (dry weight basis):

| Percent Passing | Sieve Size |
|---|---|
| 95-100 | 6.35 mm (1/4 in.) |
| 80-100 | 2.38 mm (#8, 8 mesh) |
| 0- 30 | 500 micron (#35, 32 mesh) |

2. Organic Content (dry weight basis): 94 percent minimum as determined by ash analysis.

3. Chemical Prop... ..es:
   a. Nitrogen Content (dry weight basis): 0.8 percent minimum.
   b. Soluble Salts/Salinity: Maximum Saturation Extract Conductivity 3.0 millimhos/cm at 25 degrees C, by method.
   c. Iron (dry weight basis): 0.08 percent minimum.
   d. pH: 6.5 - 7.5
4. Wettability:
   a. When applied to a cup or small beaker of water @ 70 degrees F. in the amount of 1 teaspoon, the air-dry product shall become completely wet in a period not exceeding 2 minutes.
   b. All wetting agents to be non-phytotoxic at rate used.

EXHIBIT 1 B

2.4 COMMERCIAL FERTILIZERS: Pre-Plant Fertilizer of a type mixed by a commercial fertilizer supplier and consisting of the following percent by weight: 24-6-10. Manufacturer: Sierra Grace - 1-800-492-8255; or equal.

2.5 CHEMICAL COMPONENTS: The following additives may or may not be used depending on the outcome of the soils report.

A. Ground Limestone: Agricultural limestone containing not less than 85% of total carbonates, ground to such fineness that 50% will pass #100 sieve and 90% will pass #20 sieve.

B. Dolomite Lime: Agricultural grade mineral soil conditioner containing 35% minimum magnesium carbonate and 49% minimum calcium carbonate, 100% passing #65 sieve. "Kaiser Dolomite 65 AG" by Kaiser, Inc. Mineral Products Department, or accepted equal.

C. Gypsum: Agricultural grade product containing 80% minimum calcium sulphate.

D. Iron Sulfate (Ferric or Ferrous): Supplied by a commercial fertilizer supplier, containing 20% to 30% iron and 35% to 40% sulphur.

E. Sulphate of Potash: Agricultural grade containing 50% to 53% of water-soluble potash.

F. Single Superphosphate: Commercial product containing 20% to 25% available phosphoric acid.

G. Ammonium Sulphate: Commercial product containing approximately 21% ammonia.

H. Ammonium Nitrate: Commercial product containing approximately 34% ammonia.

I. Calcium Nitrate: Agricultural grade containing 15-1/2% nitrogen.

J. Urea Formaldehyde: Granular commercial product containing 38% nitrogen.

K. I.B.D.U. (Iso Butyldiene Diurea): Commercial product containing 31% nitrogen.

L. Soil Sulfur: Agricultural grade sulfur containing a minimum of 96% sulfur.

M. Iron Sequestrene: Geigy Iron Sequestrene 330 Fe, by Ciba-Geigy Corporation, (919) 292-7100; or equal.

PART 3 - EXECUTION

3.1 SOIL MOISTURE CONTENT

A. General: Do not work soil when moisture content is so great that excessive compaction will occur, nor when it is so dry that dust will form in air or that clods will not break readily. Apply water, if necessary, to bring soil to an optimum moisture content for tilling and planting.

B. Range: Maintain within 2 percent above or below optimum moisture content at all times during the work.

3.2 CLEARING AND CULTIVATION

A. Clearing: Clear all planting areas of stones 2 in. diameter and larger, weeds, debris and other extraneous materials prior to soil preparation work.

B. Cultivation of Existing Soil:
1. Cultivation: Rip or cultivate areas of existing soil to receive planting to a depth of (6 in.) immediately prior to applying soil amendments.
2. Trees to Remain: Hand cultivate within the dripline of existing trees to remain. Depth of cultivation shall not exceed 2 in. Cultivate immediately prior to amending existing soil.

EXHIBIT 1

C. Cultivation of Subgrade:
1. Verify that subgrades for installation of topsoil have been established under rough grading. Do not spread topsoil prior to acceptance of subgrade work. Depth: Verify that subgrades are (12 in.) minimum below finished grades, + 1 in. Report all variations.
2. Cultivation: Rip or cultivate subgrade in planting areas to a depth of (6 in.) immediately prior to spreading topsoil.

3.3 SPREADING OF TOPSOIL

A. General: Spread Stockpiled topsoil over accepted subgrade prior to incorporating amendments.

B. Restrictions: Do not commence spreading of topsoil prior to acceptance of soil cultivation above. Do not place topsoil under muddy (or frozen) conditions.

C. Topsoil Depth: Minimum depth of (12 in.) after natural settlement and light rolling conforming to finished grades shown on Drawings.

3.4 SOIL AMENDMENT - Contractor to confirm w/ soils report.

A. Amending of Existing Soil:
1. Preparation: Do not commence amending of existing soil prior to acceptance of soil cultivation above. Do not work soils under muddy conditions.
2. Soil Amendments per 1,000 Square Feet: Incorporate thoroughly with top six (6) in. of all existing planting and lawn areas:
   a. 3 cubic yards organic amendment as specified
   b 200 lbs. 'Gro-Power Plus'
   c. Chemical additives per soils report, if any

B. Amending of Spread Topsoil:
1. Soil Amendments per 1,000 square feet: Incorporate thoroughly with top six (6) in.:
   a. 2 cu.yd. Nitrogen-treated Sawdust
   b. 150 lbs. 'Gro-Power Plus'
   c. 50 lbs. Dolomite Lime
   d. 10 lbs. Iron Sulfate
   e. 15 lbs. Polymer Amendment
2. Intent: The above amendments and quantities are approximate and are for bidding purposes only. Following an on-site topsoil analysis by Testing Agency, composition of amendments may change. Contract Price will be adjusted accordingly.

3.5 PRE-EMERGENT HERBICIDE

A. Apply pre-emergent weed control to all areas to receive woody, non-lawn ornamental planting after incorporating soil amendments.

B. Apply strictly according to manufacturer's current printed specifications.

3.6 FIELD QUALITY CONTROL: Comply with Section 01440.

A. Tests: Right is reserved to take samples of prepared soil for testing for conformity to Specifications.

B. Rejected Materials: Remove off site at Contractor's cost. Pay cost of testing of materials, not meeting Specifications.

END OF SECTION

EXHIBIT 1B

D. Coverage: Warrant growth and coverage of hydroseeded planting to the effect that a minimum of 95% of the area planted shall be covered with specified planting after one growing season with no bare spots.

E. Contractor shall not be held responsible for failures due to neglect by the Government, vandalism, or Acts of God during Warranty Period. Report such conditions in writing.

1.9 MAINTENANCE: See Section 02970 - Landscape Maintenance.

PART 2 - PRODUCTS

2.1 Lawn Seed:

A. Product: "Bonsai-Twilight-Avanti" by Grass Farm, Morgan Hill, Ca. (800) 529-6763; or equal. " CHAMPION "

B. Composition: Fresh, Clean, Certified, New Crop seed of the preceeding varieties.

C. Weed Seed: Do not exceed - 25%.

2.2 Meadow at Oak Woodland

A. Product: "Neat & Low" by AlbrightSeed Co. 487 Dawsoil Drive, Bay 55 Canarillo, CA. 93012 (805) 484-0551; or equal.

B. Composition: Fresh, Clean, Certified, New Crop seed of the preceeding varieties.

C. Weed Seed: Do not exceed - 25%.

2.3 ACCESSORIES:

A. Potable water as furnished by the Government. Transport as required.

B. Mulch:
1. Composition: Green-colored, fibrous, 100% virgin wood fibre mulch containing no growth or germination-inhibiting factors.
2. Weight: Weight specification refers only to air dry weight of the fiber material. Absolute air dry weight is considered equivalent to 10% moisture.
3. Dispersion in Slurry: Mulch shall be manufactured in such manner that after addition to and agitation in slurry tanks with fertilizer, seed, water and other approved additives, fibers in the material will become uniformly suspended to form a homogeneous slurry.
4. Absorption Capacity: When hydraulically sprayed on the ground, the material will form a blotter-like groundcover impregnated uniformly with seed, which will allow the absorption of moisture and allow rainfall to percolate to the underlying soil.
5. Product: "Silva-Fiber" by Weyerhaeuser Co., (206) 924-2345, "X-100 Spra-mulch" by Pacific Wood Fibers (206) 885-1341, or "Conwed Fiber" by Conwed Corporation (612) 221-1190; or equal.

C. Soil Stabilizer:
1. Composition: Totally organic substance, supplied in powder form and at least 90% of which is 92% pure muciloid derived from ground <u>Plantago ovata-insularis</u> husks. Stabilizer shall be water-soluble, non-toxic hydrophilic and shall not inhibit germination.
2. Product: "Ecology Controls M-binder" by Ecology Controls, (213) 877-8600, or "R-Binder" by Clyde Robin Seed Co., (415) 785-0425; or equal.

D. Incorporated Fertilizers: Gro-Power Controlled Release 12,-8-8 and 'Gro-Power Plus' by Gro-Power, Inc. (800) 473-1307; or equal.

E. Top-Dress Fertilizer: 16-6-8 (N-P-K) specified in Section 02950 - Planting.

2.4 HYDROSEEDING EQUIPMENT

A. Type: Commercial hydro-seeder with built-in agitation system and an operating capacity sufficient to agitate, suspend and homogenously mix slurry.

D. Coverage: Warrant growth and coverage of hydroseeded planting to the effect that a minimum of 95% of the area planted shall be covered with specified planting after one growing season with no bare spots.

E. Contractor shall not be held responsible for failures due to neglect by the Government, vandalism, or Acts of God during Warranty Period. Report such conditions in writing.

EXHIBIT 1 B

1.9 MAINTENANCE: See Section 02970 - Landscape Maintenance.

PART 2 - PRODUCTS

2.1 Lawn Seed:

A. Product: "Bonsai-Twilight-Avanti" by Grass Farm, Morgan Hill, Ca. (800) 529-6763; or equal. " CHAMPION "

B. Composition: Fresh, Clean, Certified, New Crop seed of the preceeding varieties.

C. Weed Seed: Do not exceed - 25%.

2.2 Meadow at Oak Woodland

A. Product: "Neat & Low" by AlbrightSeed Co. 487 Dawsoil Drive, Bay 55 Canarillo, CA. 93012 (805) 484-0551; or equal.

B. Composition: Fresh, Clean, Certified, New Crop seed of the preceeding varieties.

C. Weed Seed: Do not exceed - 25%.

2.3 ACCESSORIES:

A. Potable water as furnished by the Government. Transport as required.

B. Mulch:
1. Composition: Green-colored, fibrous, 100% virgin wood fibre mulch containing no growth or germination-inhibiting factors.
2. Weight: Weight specification refers only to air dry weight of the fiber material. Absolute air dry weight is considered equivalent to 10% moisture.
3. Dispersion in Slurry: Mulch shall be manufactured in such manner that after addition to and agitation in slurry tanks with fertilizer, seed, water and other approved additives, fibers in the material will become uniformly suspended to form a homogeneous slurry.
4. Absorption Capacity: When hydraulically sprayed on the ground, the material will form a blotter-like groundcover impregnated uniformly with seed, which will allow the absorption of moisture and allow rainfall to percolate to the underlying soil.
5. Product: "Silva-Fiber" by Weyerhaeuser Co., (206) 924-2345, "X-100 Spra-mulch" by Pacific Wood Fibers (206) 885-1341, or "Conwed Fiber" by Conwed Corporation (612) 221-1190; or equal.

C. Soil Stabilizer:
1. Composition: Totally organic substance, supplied in powder form and at least 90% of which is 92% pure muciloid derived from ground <u>Plantago ovata-insularis</u> husks. Stabilizer shall be water-soluble, non-toxic hydrophilic and shall not inhibit germination.
2. Product: "Ecology Controls M-binder" by Ecology Controls, (213) 877-8600, or "R-Binder" by Clyde Robin Seed Co., (415) 785-0425; or equal.

D. Incorporated Fertilizers: Gro-Power Controlled Release 12,-8-8 and 'Gro-Power Plus' by Gro-Power, Inc. (800) 473-1307; or equal.

E. Top-Dress Fertilizer: 16-6-8 (N-P-K) specified in Section 02950 - Planting.

2.4 HYDROSEEDING EQUIPMENT

A. Type: Commercial hydro-seeder with built-in agitation system and an operating capacity sufficient to agitate, suspend and homogenously mix slurry.

B. Distribution Lines: . icient to prevent stoppage and provide en distribution of the slurry over the ground.

C. Pump Capacity: 150 psi at the nozzle.

D. Slurry Tank: 1,000 gallons minimum capacity.

EXHIBIT 1 B

2.5 MIXES

A. Hydroseeding at Lawn Areas - Mix Per 1000 Sq. Ft.:
1. 35 lbs. Mulch
2. 12 lbs. Lawn Seed + 15
3. 20 lbs. 'Gro-Power Controlled Release' 300/16-6-8

B. Hydroseeding at Meadow at Oak Woodland - Mix per acre:
1. 1500 lbs. Mulch
2. 500 lbs. 'Gro-Power Controlled Release' } 300/16-6-8
3. 800 lbs. 'Gro-Power Plus'
4. 75 lbs. Seed Mix.

PART 3 - EXECUTION

3.1 EXAMINATION

A. Grades: Verify that grades are within 1in. plus or minus of the required finished grades. Report all variations in writing.

B. Stones, Weeds, Debris: Verify that all areas to receive lawns are clear of stones larger than 1-1/2 in. diameter, weeds, debris and other extraneous materials.

3.2 PREPARATION: Do not commence work of this section when soil moisture content is so great that excessive compaction will occur. Apply water, as necessary, to bring soil to an optimum moisture content for planting. Do not work soil when it is so dry that dust will form in air or that clods will not break readily.

3.3 HYDROSEEDED LAWN & GRASSES/WILDFLOWERS

A. Preparation: Do all slurry preparation at the job site.
1. Water: Add water to the tank when the engine is at half throttle. When the water level has reached the height of the agitator shaft, establish good re-circulation and add seed.
2. Seed: Do not allow seed to remain more than 30 min. in slurry.
3. Fertilizer: Add fertilizer, followed by mulch. When tank is at least 1/3 filled with water.
4. Mixing: Open engine throttle to full speed when tank is half-filled with water and add all mulch. Commence spraying immediately when tank is full.

B. Application:
1. General: Apply specified slurry mix in a sweeping motion to form a uniform mat at the specified rate. Keep hydroseeding within designated areas and keep from contact with other plant materials.
2. Unused Mix: Do not use slurry mixture which has not been applied within four (4) hours of mixing. Promptly remove from the site.
3. Protection: After application, do not operate any equipment over the hydroseeded areas.
4. Reseeding: Reseed all areas and parts of areas which fail to show a uniform stand until all areas comply with Warranty above.

3.4 FIELD QUALITY CONTROL: Comply with Section 01440. Material samples may be taken and tested for conformity to Specifications at any time. Remove rejected materials immediately from the site at Contractor's expense. Pay cost of testing of materials not meeting Specifications.

3.5 CLEANING: Comply with Section 01710. Immediately after application, thoroughly wash off slurry from all materials, and areas not designated to receive hydroseed slurry mix. Immediately restore eroded areas. Keep all adjacent paved surfaces cleaned of dirt, mud or stains and organic debris.

END OF SECTION

SECTION 02950

PLANTING

EXHIBIT 1 B

PART 1 GENERAL

1.1 SUMMARY

A. Work Included: Provide planting complete, as shown and as specified.
1. Notification: At least two (2) weeks in advance of date when plants will be picked up and transported to the place of installation.
2. Inspection: Inspect plants prior to acceptance and notify the Contracting Officer of all unacceptable plants. Pick up of plants shall constitute acceptance for the purpose of warranties.

B. Related Work:
1. Existing Planting to Remain - Section 02116
2. Irrigation System - Section 02811
3. Soil Preparation - Section 02920
4. Lawns and Grasses - Section 02930
5. Landscape Maintenance - Section 02970

C. Unit Pricing: Cost of all products used in installation shall be included in the unit price of the item for which they are furnished.

| Item | Unit Pricing |
|---|---|
| 1. Plants | Each |
| 2. Groundcover | Square Foot |
| 3. Mulch | Square Foot |
| 4. Header | Lineal Foot |

D. Additive No. 3 affects the work of this Section. Add two 15 gallon Coast Live Oaks trees (*Quercus agrifolia*) at each housing unit rear yard in locations designated in the field by the Contracting Officer.

1.2 REFERENCES

A. "An Annotated Checklist of Woody Ornamental Plants of California, Oregon and Washington, (Number 4091)", McClintock and Leiser, Division of Agricultural Sciences, University of California, 1979.

B. "American Standard for Nursery Stock", 1986 Edition, American Association of Nurserymen, Inc.

C. "Hortus III", 1976 Edition, Bailey Hortorium, Cornell University.

1.3 SUBMITTALS: Comply with Section 01000.

A. Product Data: Manufacturer's current catalog cuts and specifications for mulch and fertilizer tablets, anti-desiccants, and fungicides.

B. Shop Drawings: Locations of fences and/or barriers at drip lines of existing trees to remain.

C. Samples of Mulch: One (1) pint, each type.

D. Certificates of Inspection: As required by law for transportation of each shipment of plants along with invoice.

1.4 DELIVERY, STORAGE, AND HANDLING

A. Delivery: Do not deliver to the site disease-infected plant materials.

B. Labeling: Furnish standard products in manufacturer's standard containers bearing original labels legibly showing quantity, analysis, genus/species and name of manufacturer/grower.

C. Storage: Protect metal containers from sun during summer months with temperatures above 80 degrees F. Keep plants that cannot be planted immediately upon delivery in the shade, well-protected and well-watered.

EXHIBIT 1 B

D. Handling: Do not lift or handle plants by tops, stems or trunks at any time. Do not bind or handle plants with wire or rope at any time.

E. Anti-Desiccant: "At Contractor's option," immediately before transporting, spray deciduous plant materials in full leaf or evergreens with anti-desiccant. Apply an adequate film over trunks, branches, twigs and foliage.

1.5 SEQUENCING AND SCHEDULING

A. Acceptance: Do not install plant materials prior to acceptance of finish grades (and main line trenching/installation of irrigation system).

B. Coordination: Coordinate with work of other sections to ensure the following sequence of events:

1. General: Sprinkler system to be installed and operable prior to installation of plant materials. Schedule hand watering of all plant materials installed prior to sprinkler irrigation system.
2. Headers: Install prior to installation of adjacent sprinkler irrigation system.
3. Vines: Do not attach anchors or ties to wall or other structures prior to acceptance of such work under another Section.
4. Trees in Paving: As necessary, install prior to installation of paving under another Section. See Drawings.
5. Pruning: Do not prune plant materials prior to installation and acceptance. Request review by the Contracting Officer prior to pruning.

1.7 WARRANTY: Comply with Section 01000.

A. Warrant that all plants planted under this Contract will be healthy and in flourishing condition of active growth one (1) year from date of Final Acceptance. Similarly warrant annuals and groundcover for a period of six (6) months from date of Final Acceptance.

B. Warrant that all palms planted under this Contract will be healthy and in a flourishing condition of active growth two (2) years from date of Final Acceptance. Warrant palms against the vascular disease Penicillium (Gliocladium) vermoeseni, the fungus Fusarium oxysporum, and the root rot disease phytophora and similar vascular infections during Warranty Period.

C. Correct Species: Warrant that all plant materials are true to species and variety.

D. Delays: Delays caused by the Contractor in completing planting operations which extend the planting into more than one planting season shall extend the Warranty Period correspondingly.

E. Condition of Plants: Plants shall be free of dead or dying branches and branch tips, with foliage of normal density, size and color.

F. Replacements: As soon as weather conditions permit, replace, without cost to the Government all dead plants and all plants not in a vigorous, thriving condition, as determined by the Contracting Officer during and at the end of Warranty Period.

G. Exclusions: Contractor shall not be held responsible for failures due to neglect by the Government, vandalism, and acts of God, during Warranty Period. Report such conditions.

1.8 MAINTENANCE PERIOD AND FINAL ACCEPTANCE: See Section 02970 - Landscape Maintenance

1.9 REPLACEMENTS

A. Failed Materials:

1. Repair and/or replace at no cost to the Government all plant materials exhibiting conditions which are determined as unacceptable due to workmanship by the Contractor.
2. Closely match replacements to adjacent specimens of the same species. Apply requirements of this Specification to replacements.

3. Contractor shall be held responsible for a maximum of two (2) replacements for each failed tree, shrub and vine, and same area of groundcover planting after final acceptance during Warranty Period.

B. Incorrect Material:
1. During Warranty Period, replace plants revealed as being untrue to name and species.
2. Provide replacements of a size and quality to match the planted materials at the time the mistake is discovered.

EXHIBIT 1 B

## PART 2 - PRODUCTS

### 2.1 MATERIALS

A. Plant Materials: Verify that all container stock has been grown in the containers in which delivered for at least one growing season, but not over two (2) years.
1. Growing Conditions: Plants shall be nursery-grown in accordance with good horticultural practices under climatic conditions similar to those of project for at least two years unless otherwise specifically authorized.
2. Appearance: Trees shall be exceptionally heavy, symmetrical, tightly knit, and so trained or favored in development and appearance as to be superior in form for their species, with regard to number of branches, compactness and symmetry.
3. Vigor: Plants shall be sound, healthy and vigorous, well branched and densely foliated when in leaf. They shall be free of disease, insect pests, eggs, or larvae. They shall have healthy, well-developed root systems. Plants shall be free from physical damage or adverse conditions which would prevent thriving growth.

B. Condition of Root System: Samples must prove to be completely free of circling, kinked or girdling trunk surface and center roots and show no evidence of a pot-bound condition. Upon inspection by The Contracting Officer at the job site, if five (5) percent or more of the plants of each species are found to contain kinked, circling or girdling roots, all plants of that species will be rejected.

C. Measurements:
1. General: Take caliper measurement at a point on the trunk 6 in. above natural ground line for trees up to 4 in. in caliper (and at a point 12 in. above the natural ground line for trees over 4 in. in caliper.)
   a. Measure foliage across mean foliage dimension when branches are in their normal upright position. Foliage origin along main trunk shall be measured from soil line.
   b. Height and spread dimensions specified refer to main body of plant and not branch tip to tip. Properly trimmed plants shall measure the same in any direction. If a plant is unevenly grown, it shall be classified in the size category of the smallest dimension.
2. Size Range: If a range of size is given, do not use plant materials less than the minimum size. The measurements specified are the minimum size acceptable and are the measurements after pruning, where pruning is required. Plants that meet the measurements specified, but do not possess a normal balance between height and spread shall be rejected.
3. Substitutions: Substituted plants shall be true to species and variety and shall conform to measurements specified except that plants larger than specified may be used if accepted. Use of such plants shall not increase Contract price. If larger plants are accepted, increase the ball of earth in proportion to the size of the plant. Plants overgrown for their container size will be rejected.

D. Unacceptable Trees: Trees which have damaged or crooked leaders, will be rejected. Trees having a main leader shall not have been headed back. Trees with abrasions of the bark, sunscalds, disfiguring knots, or fresh cuts of limbs over 3/4 in. which have not completely callused, will be rejected.

E. Pruning: Do not prune plants before delivery. Consult The Contracting Officer for pruning after installation.

### 2.2 MIXES

A. Backfill Mix for Plant Pits: See Section 02920 - Soil Preparation.

B. Commercial Fertilizers:
1. Top-dress Fertilizer: Complete fertilizer, 50 percent of the nitrogen to be derived from natural organic sources or urea-form. Available phosphoric acid shall be from superphosphate, bone or tankage.

Potash shall be derived from muriate of potash containing 60 percent potash:

16% Nitrogen
6% Phosphoric Acid
8% Potash

2. Slow-release Fertilizer Tablet: "Agriform" 21 gram tablets with 20-10-5 (N-P-K) by Sierra Chemical Co., (408) 263-8080; or equal.

EXHIBIT 1 B

C. Anti-Desiccant:
1. Type: Sprayable, water-soluble vinyl-vinyledine complex which will produce a moisture-retarding barrier not removable by rain (or snow).
2. Product: "Transfilm" by P.B.I./Gordon Corporation, (816) 421-4070; or equal.

D. Buried Trunk at Palms: Clean white plaster sand, free of all deleterious chemicals, oils or other materials.

2.3 ACCESSORIES

A. Tree Staking:
1. Stakes: Lodgepole Pine with 10 in. tapered driving point and chamfered top, green color, treated with copper napthanate to heartwood.
2. Ties: Black rubber tire tie or other tie as accepted by The Contracting Officer.
3. Spreader Board: 1" x 4" treated wood, length determined by stake spacing.

B. Vine Supports:
1. Anchors: Galvanized metal or plastic epoxy-fastening type as accepted.
2. Tape: Polyethelene nursery tape, 1/2 in. width, black or green in color.

C. Wood Chip Mulch:
1. Type: Composted pine or fir bark, free of sticks, dirt, dust and other debris, as accepted.
2. Size: 1/2 in. to 1 in. diameter.

D. Water:
1. Clean, fresh and potable, furnished and paid for by the Government.
2. Transport as required.

2.4 PALM TREE FUNGICIDES

A. Frond Application: "Benlate" by DuPont; or equal.

B. Soil Drench: "Subdue" by Ciba-Giegy Co.; or equal.

2.5 SOURCE QUALITY CONTROL

A. Review: Submit a written request for review of plant materials and quantity at place of growth at least 2 weeks prior to shipment to site. Right is reserved to refuse review at this time if, in his judgement, a sufficient quantity of plants is not available.

B. Transportation: Contractor shall accompany The Contracting Officer to all reviews of plant materials at the nursery. The Contracting Officer will review and tag plants at place of growth and upon delivery for conformity to specifications.

C. Distant Material: Submit photographs with a person adjacent to each plant type for preliminary review. Such review shall not impair the right of review and rejection during progress of the work.

D. Unavailable Material: If proof is submitted that a specified plant is not obtainable, a proposal will be considered for use of the nearest equivalent size or variety with corresponding adjustment of Contract price. Substantiate such proof in writing no later than 30 days after award of contract.

E. Special Conditions: The above provisions shall not relieve Contractor of the responsibility of obtaining specified materials in advance if special growing conditions or other arrangements must be made in order to supply specified materials.

PART 3 - EXECUTION

EXHIBIT 1B

3.1 EXAMINATION

A. Verification of Conditions:
1. Finish Grades: Finish grades for planting areas shall have been established in another Section. Verify that all grades are within 1 in. plus or minus of required finish grade.
2. Soil Preparation: Do not commence planting work prior to completion and acceptance of soil preparation.
3. Irrigation: Verify that irrigation system has been installed and accepted.

3.2 PREPARATION

A. Layout and Staking: Lay out plants at locations shown on Drawings. Use 3 -ft. lath, color-coded for each specie of plant material. Stake each tree, not specifically located by dimension or alignment. Outline shrub and groundcover beds with lime.

B. Review: Locations of plants will be checked in the field and will be adjusted to exact position before planting begins. Right is reserved to refuse review at this time if, in the Contracting Officer's opinion, an insufficient quantity of plants is available.

C. Digging Plant Pits: Dig tree pits and scarify all sides of the tree pit after excavation - see below. Do not use an auger or tree spade.

D. Containerized Plant Pits: Excavate square plant pits as follows:

| | Width | Depth |
|---|---|---|
| Boxed Trees | Box + 24 in. | Box |
| Canned Trees | Can + 18 in. | Can |
| Canned Shrubs and Vines | Can + 12 in. | Can |

3.3 DRAINAGE TEST OF PLANT PITS/OBSTRUCTIONS

A. Testing: Immediately after completion of excavation, test drainage of plant pits by filling with water twice in succession. Give written notification of conditions permitting the retention of water in plant pits for more than twenty-four (24) hours.

B. Correction: Submit for acceptance a written proposal and cost estimate for the correction of poor drainage conditions before proceeding with planting.

C. Obstructions: If rock, underground construction work, tree roots or other obstructions are encountered in the excavation of plant pits, acceptable alternate locations may be used at direction of Contracting Officer.

D. Percolation Test Pit:
1. Location: At four (4) locations as determined by the Contracting Officer on site.
2. Restrictions: Do not perform test on a rainy day. Repeat all tests interrupted by rain or cold.
3. Procedure:
   a. Dig test pit of a size specified for the tree pits, a minimum of 4 ft. deep. Legibly calibrate a stake at 1 in. intervals and drive it firmly into the undisturbed soil at the bottom of the pit.
   b. Fill test pit with water to within 1 ft. of the finish grade. Immediately record water level on the stake.
   c. After 3 hours, record water level again. Repeat recording of water level once each hour for the succeeding five hours.
4. Documentation: Submit written documentation of all test pit results, dated and signed by the tester.

3.4 HEADERS: Lay out locations of headers for review prior to final installation. Install per details in Drawings true to line and grade.

3.5 TREE, SHRUB AND VINE PLANTING

A. Handling and De-potting of Plant Materials: Avoid damage to containers and rootballs. If rootball is cracked or broken during handling and de-potting, plant will be rejected. Do not remove plant from container prior to completion of plant pit preparation.

EXHIBIT 1 B

B. Installation:
1. Scarification:
a. Plant Rootball: After removing plant from container, scarify the sides of the rootball to a depth of 1 in. at four to six equally-spaced locations around the perimeter of the ball or at 12 in. intervals on sides of boxed materials. Cut and remove circling roots over 3/8 in. diameter.
b. Plant Pit: Scarify sides of plant pit, thoroughly breaking up surfaces and eliminating "glazed" areas.
2. Positioning: Backfill plant pit to allow setting crown of tree 2 in. above new finish grade and crown of shrub 1 in. above finish grade. Thoroughly foot tamp all backfill. Position plant in planting pit, maintaining plumb condition. Maintain throughout all planting operations.
3. Backfilling:
a. Use backfill mix to backfill plant pits as shown on Drawings. Brace each plant plumb and rigidly in position until planting soil has been tamped solidly around the ball and roots.
b. When plant pits have been backfilled approximately 2/3 full, water thoroughly and saturate rootball, before installing remainder of the backfill mix to top of pit, eliminating all air pockets.
4. Staking and/or Guying: When required, stake or guy as specified below.
5. Slow-release Fertilizer Tablets: Place evenly distributed in plant pits when backfilled 2/3 according to the following schedule or per Manufacturer's latest specifications.
a. Liner - 1 tablets
b. 1 gallon can - 2 tablets
c. 5 gallon can - 4 tablets
d. 15 gallon can - 6 tablets

D. Watering Basin: Form saucer with 3 in. high berm centered around tree and shrub pits 12 in. wider than ball diameter. Do not form saucer around trees in lawn areas.

E. Training of Vines: Secure to wall with green polyethelene tape at ten (10) in. intervals.

F. Watering: Immediately water all plants after completion of planting operations.

3.6 STAKING

A. General:
1. Trees shall be able to stand upright without support, and shall return to the vertical after their tops have been deflected horizontally and released. Stake or guy trees which do not meet this qualification.
2. Trees shall remain plumb and straight from installation through the warranty period.
3. Tree support, if required, shall be done as outlined on the following tables.

B. Staking: Stake all trees under 3-1/4 in. caliper, measured a 12 inches above grade,with 2 stakes sized 2 inches in diameter by 8 feet minimum length.
1. Locate stakes as detailed in the Drawings, perpendicular to prevailing wind and as close to the main trunk as is practical, avoiding root injury. Drive stakes at least 36 in. into firm ground.
2. (X) Nail 1 in. x 4 in. spreader board to stakes at detailed height making sure minimum trunk clearance is maintained.
3. Remove nursery-supplied stake and tie to new stakes using two tree ties. Find proper height for point of tree ties and attach as follows:
a. Hold trunk in one hand, pull top to one side and release. Height at which trunk will snap back to upright position while hand-held is Base Height. Attach tree ties to trunk 6 in. above Base Height.
b. Nail rubber ties to stakes using two (2) galvanized roofing nails at each end of tie. After total securement, cut off stakes to an even height determined by the Contracting Officer.
c. If trunk is too "whippy" to support tree plumb, use auxiliary stake as follows:
1) Attach auxiliary stake as required to support trunk. Extend stake 30 in. below finish grade up to a point no closer than 24 in. from top of leader.
2) Round and wrap the ends of the stake with friction tape. Attach stake to trunk with 1 in. wide vinyl or polyethelene tape at 10 in. to 15 in. intervals.

3.7 PRUNING: See Section 02970 - Landscape Maintenance.

EXHIBIT 1 B

3.8 MULCHING:

A. Install a 1-1/2 inch deep layer of mulch over all shrub areas including tree and shrub watering basins.

B. Do not mulch groundcover areas.

3.9 GROUNDCOVER PLANTING

A. Top-dress Fertilizer: Apply at the rate of 5 pounds per 1,000 square feet immediately after completion of planting.

B. Watering: Immediately water groundcover areas after fertilizer application to wash fertilizers from leaves of plants.

3.10 PLANTING OF PALMS

A. Backfilling: Backfill palm pit with clean, moistened, washed plaster sand or backfill mix, as indicated on Drawings. Continuously adjust palm to ensure a plumb and rigidly-based trunk. Solidly compact sand around the upper ball and all portions of buried trunk while backfilling. When plant pit has been backfilled approximately 2/3 full, water thoroughly to saturate before installing remainder of backfill.

B. Fertilizer: Apply 4 to 6 pounds Palm tree fertilizer 45 days after planting. Do not fertilize at time of planting.

3.11 PLANT LIST

| Code or Symbol | Botanical Name | Common Name | Size | Comments |
|---|---|---|---|---|
| A. TREES | | | | |
| * | *Acacia melanoxylon* | Blackwood Acacia | 15 gal. | Matched standards, paint trunk with 2 coats white latex paint from finish grade up to 4'-6" high. |
| * | *Acer Palmatum* | Japanese Maple | 15 gal. | |
| * | *Platanus acerifolia 'Yarwood'* | Yarwood London Plan Tree | 15 gal. | Match standards, plant double row as indicated on Drawings. |
| * | *Washington robusta* | Mexican Fan Palm | 10'clear trunk | Matched set of trees with skinned trunk. |
| * | *Ficus microcarpa* | Indian Laurel Fig | 24" box | Multi-trunk. |
| * | *Quercus agrifolia* | Coast Live Oak | 15 gal. | Standards. |
| * | *Quercus kelloggii* | California Black Oak | 5 gal. | Standards. |
| * | *Populus fremontii* | Fremont Cottonwood | 15 gal. | Matched standards, male trees only. |
| PC | *Pyrus calleryana 'Chanticleer'* | Flowering Pear | 15 gal. | Matched standards, plant in formal square formation around auto court. |
| ME | *Metrosideros excelsus* | New Zealand Christmas Tree | 15 gal. | Matched standards, plant in formal square formation around auto court. |
| | *Ulmus Parvifolia 'True Green'* | | 15 gal. | Matched standards. |

* See Plant Legend on Planting Plants

EXHIBIT 1 B

| | | | | |
|---|---|---|---|---|
| B. SHRUBS/PERENNIALS/VINES | | | | |
| AG | Abelia grandiflora | Glossy Abelia | 1 gal. | Single row at 18" o.c |
| AM | Acanthus mollis | Common Bear's Breech | 1 gal. | Single row at 18" o.c |
| AO | Agapanthus orientalsi `Albus' | White Flowering Lily of the Nile | 1 gal. | 18" o.c., triangular spacing |
| CH | Cistus hybridus | White Rockrose | 1 gal. | Single row at 18" o.c. |
| DV | Dietes vegeta | Fortnight Lily | 1 gal. | Single row at 18" o.c. |
| EF | Escallonia exoniensis `Fradesii' | Frades Escallonia | 1 gal. | Single row at 24" o.c. |
| * | Hardenbergia coilacea `Happy Wanerer' | NoCommon Name | 1 gal. | Attach to fence. |
| IO | Impatiens oliveri | Oliver's Snapweed | 1 gal. | Single row at 24" o.c. |
| LA | Lavendula augustifolia | English Lavender | 4" Liner | Single row at 18" o.c. |
| CD | Ceanotuus `Dark Star' | Wild Lilac | 1 gal. | Single row at 24" o.c. |
| LS | Leptospermum scoparium `Ruby Glow' | NoCommon Name | 1 gal. | Single row at 24" o.c. |
| ND | Nandina domestica | Heavenly Bamboo | 5 gal. | Single row at 18" o.c. |
| NC | Nandina domestica `compacta' | Compact Heavenly Bamboo | 1 gal. | Single row at 18" o.c. |
| PD | Polygala dalmaisiana | Sweet Pea Shrub | 1 gal. | Single row at 18" o.c. |
| MA | Myrsine africana | African Boxwood | 1 gal. | Single row at 18" o.c. |
| RI | Raphiolepsis indica `rosea' | India Hawthorne | 1 gal. | Single row at 24" o.c. |
| SL | Salcia leucantha | Mexican Sage | 4" Liner | Single row at 18" o.c. |
| C. GROUNDCOVERS | | | | |
| Ga | *Gazania rigens leucolaena* | White Trailing Gazania | rooted cuttings | 12" o.c., triangular spacing |
| Hy | *Hypericum calycinum* | Aaron's Beard | flats | 12" o.c., triangular spacing |
| Po | *Polygonium capitarum* | | flats | 18" o.c., triangular spacing |
| Ro | *Rosemarinus officinalis `prostratus'* | Dwarf Rosemary | flats | 18" o.c., triangular spacing |
| Sa | *Santolina chamaecyparisus* | Lavender Cotton | flats | 18" o.c., triangular spacing |
| Vi | *Vinca major* | Periwinkle | flats | 12" o.c., triangular spacing |

EXHIBIT 1 B

| | | | |
|---|---|---|---|
| | Lawn | | All landscape areas unless indicated otherwise on Drawings. |
| * | Oak Woodland Mix<br>60% *Quercus agrifolia*<br>20% *Aesculus californica*<br>20% *Quercus kelloggi* | <br>4" liners<br>4" liners<br>4" liners | Stake each tree liner with 3'-1/8" bamboo stake. Wood mulch 3'-0" diameter at each tree. For qualities of liners, provided liners at 8' o.c. over required area. For placement of liners, space randomly at intervals of 3' o.c. and greater. |

END OF SECTION

SECTION 02970

LANDSCAPE MAINTENANCE

1 B

PART 1 - GENERAL

1.1 SUMMARY

A. Work Included: Provide continuous Landscape Maintenance, complete as specified during progress of the work, after installation, and for a period of one full year (90 days) after Preliminary Acceptance.

B. Related Work:
1. Existing Planting to Remain - Section 02116
2. IrrigationSystem - Section 02811
3. Soil Preparation - Section 02920
4. Lawns - Section 02930
5. Planting - Section 02950

C. Unit Pricing: Lump sum.

1.2 REFERENCES

A. University of California Cooperative Extension Publications:
1. "Fertilizing Woody Plants", Leaflet #2958, Sept. 1979.
2. "Pruning Landscape Trees", Leaflet #2574, Jan. 1979.
3. "Staking Landscape Trees", Publication #AXT-311.

B. "Arboriculture: Care of Trees, Shrubs and Vines in the Landscape" by Richard W. Harris, Prentice-Hall, Inc. 1983.

1.3 SUBMITTALS: Comply with Section 01000.

A. Quality Control Submittals:
1. Schedule of maintenance operations and monthly status report including list of equipment, materials proposed for the job and watering schedule.
2. Licenses, permits and insurances required by Federal government pertaining to maintenance work.
3. Monthly record of all herbicides, insecticides and disease control chemicals used for the project.
4. Documentation of existing planting and irrigation system.
5. Written application recommendation by a licensed agricultural pest control advisor for all weed, pest and disease controls restricted by the Director of Agriculture proposed for this work.

B. Maintenance Data: Comply with Section 01730. Include in a single, 3-ring binder a landscape maintenance manual containing an indexed collection of all schedules, records and permits listed above, as well as a documentation of accepted condition of planting and irrigation at Final Acceptance.

1.4 QUALITY ASSURANCE

A. Qualifications:
1. Experience: The landscape contractor or maintenance subcontractor shall have a full-time employee assigned to the job as foreman for the duration of the contract. He/she shall have a minimum of four (4) years experience in landscape maintenance supervision, with experience or training in turf management, entomology, pest control, soils, fertilizers and plant identification.
2. Labor Force: The landscape maintenance labor force shall be thoroughly familiar with, and trained in, the work to be accomplished and shall perform the task in a competent, efficient manner acceptable to the Governement.

B. Requirements:
1. Supervision: The foreman shall directly supervise the work force at all times. Notify the Contracting Officer of all changes in supervision.
2. Identification: Provide proper identification at all times for landscape maintenance firm's vehicles and labor force. Be uniformly dressed in a manner satisfactory to the Contracting Officer.

EXHIBIT 1 B

1.5 PROJECT/SITE CONDITIONS

A. Site Visit: At beginning of maintenance period, visit and walk the site with the Government's representative to clarify scope of work and understand existing project/site conditions.

B. Documentation of Conditions: Document general condition of existing trees, shrubs, vines, groundcovers and lawn recording all plant materials which are healthy, thriving, damaged, dead or dying.

C. Irrigation System: Document general condition of existing irrigation system, making sure that faulty electrical controllers, broken or inoperable sprinkler heads or emitters are reported.

1.6 SEQUENCING AND SCHEDULING

A. Perform all maintenance during normal working hours.

B. Work force shall be present at the project site at least once a week and as often as necessary to perform specified maintenance in accordance with the approved maintenance schedule.

PART 2 - PRODUCTS

2.1 MATERIALS

A. General: Provide all materials and equipment except as oterwise specifed below.

B. Water: Clean, potable and fresh, as available from the Government.

C Fertilizers:
1. Tightly-compressed, slow-release and long-lasting complete fertilizer tablets bearing manufacturer's label of guaranteed analysis of chemicals present.
2. Balanced, once-a-season application, controlled-release fertilizers with a blend of coated prills which supply controlled-release nitrogen, phosphorus and potassium, and uncoated, rapidly soluble prills containing nitrogen and phosphorus.

D. Herbicides, Insecticides, and Fungicides:
1. Best quality materials with original manufacturers' containers, properly labeled with guaranteed analysis.
2. Use non-staining materials.

E. Annuals/Perennials: Nursery-grown in (4 in.) pots, full, healthy plants just ready to bloom.

F. Lawn Seed for Reseeding: Match existing lawn mix.

G. Replacement Stakes and Ties:. Match originally accepted existing materials on the site.

2.2 EQUIPMENT

A. General: Use only the proper tool for each job. Maintain all tools in sharp, properly-functioning condition. Clean and sterilize pruning tools prior to usage.

B. Insect/Disease Prevention: Take all measures to prevent introduction of insect or disease-laden materials onto the site. Planting - Section 02950.

PART 3 - EXECUTION

3.1 ESTABLISHING THE MAINTENANCE PERIOD

A. Preliminary Review: As soon as planting is substantially completed per documents, hold a preliminary review to determine the condition of the work.

B. Date of Review: Notify Contracting Officer at least five (5) workings days prior to anticipated date of review.

C. Beginning of the Maintenance Period: The date on which the Contracting Officer issues a letter of Preliminary Acceptance to the Contractor.

3.2 PREPARATION

A. Protection: Protect all new planting areas from damage of all kinds from beginning of work until sufficiently established or until Final Acceptance. Provide temporary protection fences, barriers and signs as required for protection.

B. Replacements: Immediately treat or replace all plants which become damaged or injured as a result of Contractor's operations or negligence. Replacement plants shall match size, condition and variety of plants replaced.

EXHIBIT 1B

3.3 PLANTING

A. Watering Basins:
1. Maintain all watering basins around plants so that enough water can be applied to establish moisture through major root zones.
2. For supplemental hand watering of watering basins, use a water wand to break the water force. Do not permit use of "jet" type watering equipment. Do not permit crown roots to become exposed to air through dislodging of soil and mulch.
3. Maintain originally called for depth of mulch to reduce evaporation and frequency of watering.
4. In rainy season, open basins to allow surface drainage away from the root crown where excess water may accumulate. Restore watering basins at end of rainy season.

B. Resetting: Reset plants to proper grades and upright position.

C. Weed Control:
1. All areas between plants, including watering basins, shall be weed free at all times.
2. Use only recommended and legally approved herbicides to control weed growth.
3. Avoid frequent soil cultivation that destroys shallow roots and breaks the seal of pre-emergent herbicides.

D. Pruning:
1. Prune trees to select and develop permanent scaffold branches smaller in diameter than the trunk or branch to which they are attached, and which have vertical spacing of 18 to 48 in. and radial orientation so as not to overlay one another.
2. Prune trees to eliminate diseased or damaged growth, and narrow V-shaped branch forks that lack strength. Reduce toppling and wind damage by thinning out crowns.
3. Prune trees to maintain growth within space limitations, maintaining a natural appearance and balancing crown with roots.
4. No stripping of lower branches ("raising up") of young trees will be permitted.
5. Retain lower branches in a "tipped back" or pinched condition to promote caliper trunk growth (tapered trunk). Do not cut back to fewer than six buds or leaves on such branches. Only cut lower branches flush with the trunk after the tree is able to stand erect without staking or other support.
6. Thin out and shape evergreen trees when necessary to prevent wind and storm damage. Do primary pruning of deciduous trees during the dormant season. Do not permit any pruning of trees prone to excessive "bleeding" during growth season.
7. Prune damaged trees or those that constitute health or safety hazards at any time of year as required.
8. Make all cuts clean and close to the trunk, without cutting into the branch collar. "Stubbing" will not be permitted. Cut smaller branches flush with trunk or lateral branch. Make larger cuts (1 in. in diameter or larger) parallel to shoulder rings, with the top edge of the cut at the trunk or lateral branch.
9. Branches too heavy to handle shall be precut in three stages to prevent splitting or peeling of bark. Make the first two cuts 18 in. or more from the trunk to remove the branch. Make the third cut at the trunk to remove the resulting stub.
10. Do not prune or clip shrubs into balled or boxed forms unless specifically called for by design.
11. Take extreme care to avoid transmitting disease from one infected plant to another. Properly sterilize pruning tools before going from one infected plant to all other plants.

E. Staking of Trees:
1. Inspect stakes at least once a month to check for rubbing that causes bark wounds.
2. Conform to the recommended procedures of staking and guying as outlined in the University of California Publication AXT-311, "Staking Landscape Trees."

F. Maintenance of Existing Plantings to Remain:
1. General: Conform to all applicable paragraphs regarding pruning, watering, spraying and fertilizing of new plant materials as specified in this section.
2. Symptoms: Be alert to symptoms of construction damage to existing plantings as evidenced by wilting, unseasonal or early flowering or loss of leaves, and insect or disease infestation due to declining vigor.
3. Notification: Submit in writing of evidences of declining vigor immediately upon discerning the problem. Take appropriate interim measures to mitigate the severity of the problem as specified in this section.
4. Proposal: Submit written proposal and cost estimate for the correction of all conditions before proceeding with permanent correction work.

## 3.4 GROUNDCOVERS

A. Watering:
1. Check for moisture penetration throughout the root zone at least twice a month.
2. Water as frequently as necessary to maintain healthy growth of groundcovers.

B. Weed Control:
1. Control weeds, preferably with pre-emergent herbicides and with selective systemic herbicides.
2. Minimize hoeing of weeds in order to avoid plant damage.

C. Fertilization:
1. Recently installed plant materials: Verify with Contracting Officer actual completion date of planting installation and rate of prior application of fertilizers.
2. New plant materials: Place one (1) 5-gram tablets (20-10-5; N-P-K) beside the root ball about an inch from root tips.
3. Established Plant Materials: Do not use complete fertilizers unless soil test shows specific nutrient deficiencies.

D. Mowing and Edging:
1. Edge groundcovers to keep in bounds. Trim top growth as necessary to achieve an overall even appearance.
2. Groundcovers which lend themselves to mowing shall be mowed to specified height above finished grade in order to renew growth, improve density and attractiveness.

E. Replace dead and missing plants after obtaining the Contracting Officer's agreement to pay for replacement. Damages due to Contractor's negligence shall be paid for without charge to the Government.

## 3.5 LAWNS

A. Watering:
1. Water lawns at such frequency as weather conditions require, to replenish soil moisture to 6 in. below root zone.
2. Provide a total of 1-1/2 in. of water weekly during hot summer weather, in three (3) applications per week.
3. Water at night if irrigation system is electrically controlled. Otherwise, watering shall be done during early mornings.

B. Weed Control:
1. Control broadleaf weeds with selective herbicides.
2. In areas where crabgrass has infested the lawn, apply a selective post-emergent herbicide as soon as possible, and prior to flowering.
3. Apply pre-emergent herbicides such as Dacthal, Balan, or Betasan prior to crabgrass germination.
4. Do not irrigate for 48 hours after application of herbicidal sprays.
5. Coordinate application of herbicides with thatch control and reseeding schedule as described below.

C. Mowing and Edging:
1. Mow lawns when they reach (2 in.) high.
2. Trim edges at least twice a month or as needed for neat appearance. Vacuum clippings.

D. Reseeding of Lawn Areas: Match existing seed mix of adjacent areas.

E. Renovating of Exi g Lawns:
1. Thatch Control: Maintain thatch layer at 1/2 in. depth or less. Verticut as required.
   a. Three weeks before verticutting lawn, apply nitrate fertilizers.
   b. Perform verticutting operations preferably in the Fall, but otherwise in the Spring. Remove all debris from verticutting. Overseed as needed.
   c. Overseeding must not be followed by application of pre-emergent herbicides for at least four to six weeks. Normally this means that lawns invaded by weeds shall be renovated and overseeded in the Fall, and treated for weed control in the following late Winter.
2. Aeration:
   a. Do not perform aeration work during season of active weed germination.
   b. Aerify compacted areas to improve water penetration when needed, using a piston-driven aerifier with hollow tines. Rake up and remove all resulting soil cores. Fertilize and irrigate immediately after clean up of cores.

1 B

F. Fertilizers:
1. Recently seeded/sodded lawn areas: Verify previous applications of fertilizer(s).
2. Establised lawn areas: Apply a slow release (3 to 5 months) fertilizer (21-8-8; N-P-K) once in spring and again in the fall at the following rates:

| Program | 1000 sq. ft. | Acre |
|---|---|---|
| Optimum | 15 lbs. | 650 lbs. |
| Medium | 12 lbs. | 500 lbs. |
| Low | 8 lbs. | 350 lbs. |

3. Apply fertilizer when grass is dry and preferably after mowing. Do not apply during hot weather or when grass is under stress. Water immediately after application.
4. Apply only nitrogen unless a soil test shows a specific nutrient deficiency.
5. If soil pH gets below 6.0, then a basic fertilizer such as calcium nitrate may be preferable to an acidic fertilizer. Follow the soil chemist's recommendation when deficiencies appear.

3.6 ANNUALS AND PERENNIALS

A. Watering: Species, sizes of plants, container sizes and orientation shall dictate frequency of watering. Submit a watering schedule for different seasonal requirements.

B. Weed Control: All planters with annuals and perennials shall be weed-free at all times.

C. Pruning:
1. Limit pruning to removal of damaged or dead twigs and foliage.
2. Remove spent flowers on a weekly basis.

D. Fertilization: Incorporate slow release fertilizers per manufacturer's current specifications, and rake smooth.

3.7 INSECTS, PESTS, AND DISEASE CONTROL

A. Inspection: Inspect all plant materials for signs of stress, damage and potential trouble from the following:
1. Presence of insects, moles, gophers, ground squirrels, snails and slugs in planting areas.
2. Discolored or blotching leaves or needles.
3. Unusually light green or yellowish green color inconsistent with normal green color of leaves.

B. Personnel: Only licensed, qualified, trained personnel shall perform spraying for insect, pest and disease control.

C. Application: Spray with extreme care to avoid all hazards to any person or pet in the area or adjacent areas.

3.8 IRRIGATION SYSTEM

A. General:
1. Repair all damages to system caused by Contractor's operations. Perform all repairs within one (1) watering period.
2. Report promptly all accidental damage not resulting from Contractor's negligence or operations.

3. Do not run the irrigation system during rainy season. Set and program automatic controllers for seasonal water requirements.
4. Twice a month, use a probe or other acceptable tool to check the rootball moisture of representative plants as well as the surrounding soil.

B. Cleaning and Monitoring the System:
1. Continually monitor the irrigation systems to verify that they are functioning properly as designed. Make program adjustments required by changing field conditions.
2. Clean pump filter and strainer at least once a year and as often as necessary to keep the irrigation systems free of sand and other debris.
3. Prevent spraying on windows, building walls, (game courts) by balancing the throttle control on the remote control valves and the adjustment screws on the sprinkler heads. Do not allow water to atomize and drift.

3.9 TERMINATION OF THE MAINTENANCE PERIOD

A. Final Acceptance Procedure:
1. Work will be accepted by the Landscape Architect upon satisfactory completion of all work, including maintenance period, but exclusive of replacement of materials under the Warranty Period.
2. Submit a written request to Landscape Architect for review for Final Acceptance at least five (5) working days prior to anticipated Final Review date, which is at the end of the Maintenance Period.

B. Corrective Work:
1. Work requiring corrective action or replacement shall be performed within ten (10) calendar days after the Final Review.
2. Perform corrective work and materials replacement in accordance with the Drawings and Specifications, and shall be made by the Contractor at no cost to the Government.
3. After corrective work is completed, the Contractor shall again request a Final Review for Final Acceptance as outlined above.
4. Continue maintenance of all landscaped areas until such time as all corrective measures have been completed and accepted.

C. Conditions for Acceptance of Work at End of Maintenance Period:
1. Each plant shall be alive and thriving, showing signs of growth and no signs of stress, disease, or any other weaknesses.
2. Replace all plants not meeting these conditions. An additional Warranty Period equal in length to the original shall be commenced for all such plants and planted areas.

D. Final Acceptance Date: The date on which the Landscape Architect issues a Letter of Final Acceptance. Upon Final Acceptance, the Government will assume responsibility for maintenance of the work.

3.10 CLEANING: Comply with Section 01710.

A. Dispose of all pruned materials, vacuum all lawn clippings and leaves, sweep all walkways and rake smooth all mulched areas.

B. Remove from the site all containers and evidence of maintenance activities.

3.11 CLOSE OUT

A. Landscape Maintenance Record: Submit binder to Contracting Officer with all documentation and records required and utilized during the maintenance period.

B. Keys and Identification: Return all keys and identification materials supplied by the Government for the purpose of site access.

END OF SECTION

EXHIBIT 1 B

16030

EXHIBIT C

# HARPER/NIELSEN-DILLINGHAM BUILDERS INC.

A JOINT VENTURE

SUBCONTRACT CHANGE ORDER

CHANGE ORDER #: 01

TO: KARLESKINT-CRUM, INC.
705 LAKEFIELD ROAD, #H
WESTLAKE VILLAGE, CA 91361

JOB NO.: ND-960001

COST CODE: 02950

INITIATION DATE: 6/3/97

OCO#: N/A

PROJECT: REPLACE CAPEHART MFH PHASE 3 *(143 UNITS)*
VANDENBERG AIR FORCE BASE
CONTRACT # F04684-96-C-0045

You are directed to make the following changes:

1. DELETE ADDITIVE 0003 (ADD BACKYARD TREES) FROM YOUR ORIGINAL CONTRACT. THE AIR FORCE NO LONGER WANTS TO ADD THESE TREES. DEDUCT (20,500.00)

Post-it® Fax Note 7671

| | |
|---|---|
| FROM: Michelle | Date 10/23 # of pages 1 |
| Co./Dept. K.C.I. | TO: Diane |
| Phone # | Co. Harper Const. |
| Fax # (805) 543-3827 | Phone # 619 233 7900 |
| | Fax # 619 233 1891 |

| | | |
|---|---|---|
| Total This Change Order | DEDUCT | (20,500.00) |
| Original Contract Amount | | 720,500.00 |
| Previous Authorized Changes | ADD | 0.00 |
| Revised Contract Amount | | 720,500.00 |
| This Change Order | DEDUCT | (20,500.00) |
| New Contract Amount | | $700,000.00 |

APPROVED BY:

Subcontractor: Ernest T. Peterson

Date: 10/24/97

AUTHORIZED BY:

Contractor: [signature]
HARPER/NIELSEN-DILLINGHAM BUILDERS INC – A(JV)

Date: 6/3/97



POSTED

1603

DEC - 2 1997

EXHIBIT 16

# HARPER/NIELSEN-DILLINGHAM BUILDERS INC.

NT VENTURE

## SUBCONTRACT CHANGE ORDER

| | | | |
|---|---|---|---|
| TO: | KARLESKINT-CRUM, INC. | CHANGE ORDER #: | 02 |
| | 705 LAKEFIELD ROAD, #H | JOB NO.: | ND-960001 |
| | WESTLAKE VILLAGE, CA 91361 | COST CODE: | 02950 |
| | | INITIATION DATE: | 11/21/97 |
| PROJECT: | REPLACE CAPEHART MFH PHASE 3 *(143 UNITS)*<br>VANDENBERG AIR FORCE BASE<br>CONTRACT # F04684-96-C-0046 | OCO#: | N/A |

You are directed to make the following changes:

| | | | |
|---|---|---|---|
| 1. | CREDIT TO ELIMINATE THE GRASS PAVERS | DEDUCT | (13,000.00 |

| | | |
|---|---|---|
| Total This Change Order | DEDUCT | (13,000.00 |
| Original Contract Amount | | 720,500.00 |
| Previous Authorized Changes | DEDUCT | (20,500.00 |
| Revised Contract Amount | | 700,000.00 |
| This Change Order | DEDUCT | (13,000.00 |
| New Contract Amount | | $687,000.00 |

**APPROVED BY:**

Subcontractor [signature]

Date: 12/2/97

**AUTHORIZED BY:**

Contractor [signature]

HARPER/NIELSEN-DILLINGHAM BUILDERS INC.~A(JV)

Date: 11/21/97