IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | electronically filed March 30, 2005 |
| Plaintiff, | ) | |
| v. | ) | No. 05-269C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 30 days, to and including June 1, 2005, within which to respond to the complaint. Our response is now due on May 2, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Defendant's counsel timely requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. However, agency counsel informed us on March 24, 2005, that local counsel at Vandenberg Air Force Base is actively involved in the defense of an ongoing bid protest action filed with the Government Accountability Office ("GAO"), Cal-Pac Engineering Company/Bestek Joint Venture, GAO File No. B-295323.002. As a result, local counsel requires additional time to investigate the allegations contained within the complaint and prepare a report for agency counsel.

Upon receipt of local counsel's investigative report, agency counsel will require time to carefully review it and complete the

litigation report. Upon receipt of the litigation report, defendant's counsel will require time to study it and determine the most appropriate response to the complaint. Therefore, we anticipate that an additional 30 days will be required to prepare our response.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-1011

Attorneys for Defendant

March 30, 2005

CERTIFICATE OF FILING

I hereby certify that on this 30th day of March, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease