# In the United States Court of Federal Claims

**05-269C**

**Filed: March 30, 2005**

**HARPER/NIELSEN-DILLINGHAM**
**BUILDERS, INC.,**

**v.**

**THE UNITED STATES**

## NOTICE

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 03/30/05, for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court