# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: August 3, 2005)**

*** * * * * * * * * * * * * * * * ***

**HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

*** * * * * * * * * * * * * * * * ***

**STATUS CONFERENCE ORDER**

The court hereby **SCHEDULES** a preliminary status conference for **Thursday, September 1, 2005 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (816) 531-0755; counsel for defendant at (202) 307-1011. The court will initiate the conference call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges