# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: September 1, 2005)**

* * * * * * * * * * * * * * * * *
*
**HARPER/NIELSEN-DILLINGHAM** *
**BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

Based on the September 1, 2005 telephonic joint preliminary status conference, the parties are directed to focus the case on three issues that are amenable to dispositive motions in the near term:

**1)** Whether the plaintiff's claims are barred by the Severin doctrine;

**2)** Whether the court has subject matter jurisdiction over the plaintiff's "wage determination" claim;

**3)** Whether the plaintiff's claims are barred by accord and satisfaction.

In keeping with that directive, the court establishes the following schedule:

**Friday, September 30, 2005** The parties shall exchange initial disclosures;

| | |
|---|---|
| **Monday, November 14, 2005** | The parties shall conclude fact discovery regarding the Severin doctrine, wage determination, and accord and satisfaction issues; |
| **Monday, December 19, 2005** | The government shall file its dispositive motion(s) on the Severin doctrine, wage determination, and accord and satisfaction issues; |
| **Monday, January 23, 2005** | The plaintiff shall file its response; |
| **Monday, February 6, 2005** | The government shall file its reply. |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges