IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | electronically filed December 9, 2005 |
| Plaintiff, | ) | |
| v. | ) | No. 05-269C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of 16 days, to and including January 4, 2006, within which to “file its dispositive motion(s) on the Severin doctrine, wage determination, and accord and satisfaction issues.” Our dispositive motion is presently due on December 19, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff’s counsel has been contacted and does not oppose this request for an enlargement of time.

On September 1, 2005, the Court issued a scheduling order in this case directing the parties to focus upon “three issues that are amenable to dispositive motions in the near term.” The parties worked cooperatively to complete initial disclosures and other focused discovery in accordance with the Court’s scheduling order. However, Harper/Nielsen-Dillingham Builders, Inc. (“Harper”) has not yet been able to fully respond to the Government’s October 31, 2005 request for production of documents. Harper’s counsel has informed defendant’s counsel that additional documents will be produced by December 12, 2005.

As a result, defendant's counsel will require additional time to review Harper's expected document production. This unexpected delay also affects defendant's counsel's schedule because of other upcoming assignments, including response briefs in Freedom NY, Inc. v. Rumsfeld, No. 05-1500 (Fed. Cir.), due December 21, 2005, and Benmol Corp. v. Snow, No. 05-1532 (Fed. Cir.), due December 27, 2005. Therefore, we anticipate that an additional 16 days will be required to prepare and file our dispositive motion.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-1011

Attorneys for Defendant

December 9, 2005

CERTIFICATE OF FILING

I hereby certify that on this 9th day of December, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease