# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: December 14, 2005)**

* * * * * * * * * * * * * * * * *
*
**HARPER/NIELSEN-DILLINGHAM** *
**BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed December 9, 2005, for a 16-day enlargement of time within which to file its dispositive motion is **GRANTED**. Accordingly, the briefing schedule is amended as follows:

| | |
|---|---|
| **January 4, 2006** | The government shall file its dispositive motion(s) on the Severin doctrine, wage determination, and accord and satisfaction issues; |
| **February 8, 2006** | The plaintiff shall file its response; |
| **February 22, 2006** | The government shall file its reply. |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges