General Decision Number CA960047

Superseded General Decision No. CA950047

State: California

Construction Type:
RESIDENTIAL

County(ies):
SANTA BARBARA

RESIDENTIAL CONSTRUCTION PROJECTS (consisting of single family homes and apartments up to and including 4 stories)

| Modification Number | Publication Date |
| --- | --- |
| 0 | 03/15/1996 |
| 1 | 04/12/1996 |
| 2 | 04/26/1996 |
| 3 | 05/31/1996 |
| 4 | 06/07/1996 |

COUNTY(ies):
SANTA BARBARA

ASBE0208C 09/20/1995

| | Rates | Fringes |
| --- | --- | --- |
| INSULATOR/ASBESTOS WORKER Includes the application of all insulating materials, protective coverings, coatings, and finishings to all types of mechanical systems | 27.21 | 7.53 |
| ASBESTOS REMOVAL WORKER/ HAZARDOUS MATERIAL HANDLER Includes preparation, wetting, stripping, removal, scrapping, vacuuming, bagging and disposing of all insulation materials from mechanical systems, whether they contain asbestos or not | 20.00 | 4.47 |

---

BOIL0092E 04/01/1996

| | Rates | Fringes |
| --- | --- | --- |
| BOILERMAKER | 28.31 | 8.76 |

---

BRCA0004F 05/01/1994

| | Rates | Fringes |
| --- | --- | --- |
| BRICKLAYER | 23.60 | 4.65 |

---

BRCA0004H 05/01/1992

| | Rates | Fringes |
| --- | --- | --- |
| MARBLE SETTER | 25.32 | 6.05 |

---

BRCA0005E 06/01/1994

| | Rates | Fringes |
| --- | --- | --- |

| | | |
|---|---|---|
| TERRAZZO WORKER | 24.99 | 6.60 |
| TERRAZZO FINISHER | 19.28 | 3.90 |

---

CARP0002F 07/01/1993

| | Rates | Fringes |
|---|---|---|
| DRYWALL INSTALLER/LATHER | 18.53 | 4.23 |

---

CARP0002Z 07/01/1995

| | Rates | Fringes |
|---|---|---|
| CARPENTERS: | | |
| Framer & finish carpenter | 17.79 | 5.10 |
| Insulation & weatherstripping installer | 15.50 | 3.80 |
| Shingler | 16.42 | 4.05 |
| Concrete & form worker | 16.35 | 5.10 |
| Residential fence builder | 16.36 | 5.10 |
| Cabinet installer | 18.09 | 5.10 |
| Subterranean garage concrete construction | 18.17 | 5.10 |
| Roof loader of shingles | 11.49 | 4.05 |

---

ELEC0011L 12/01/1992

| | Rates | Fringes |
|---|---|---|
| COMMUNICATIONS AND SYSTEMS WORK: | | |
| COMMUNICATIONS & SYSTEMS: | | |
| Installer | 16.15 | 3% + 3.40 |
| Technician | 17.90 | 3% + 3.40 |

SCOPE OF WORK:

Installation, testing, service and maintenance of systems utilizing the transmission and/or transference of voice, sound, vision and digital for commercial, educational, security and entertainment purposes for the following: TV monitoring and surveillance, background-foreground music, intercom and telephone interconnect, inventory control systems, microwave transmission, multi-media, multiplex, nurse call systems, radio page, school intercom and sound, burglar alarms, fire alarm (see last paragraph below) and low voltage master clock systems in commercial buildings.

Communication Systems that transmit or receive information and/or control systems that are intrinsic to the above listed systems; inclusion or exclusion of terminations and testings of conductors determined by their function; excluding all other data systems or multiple systems which include control function or power supply; excluding installation of raceway systems, conduit systems, line voltage work, and energy management systems.

Does not cover work performed at Point Arguello or Vandenberg Air Force Base.

Fire alarm work shall be performed at the current inside wireman total cost package.

---

ELEC0413C 06/01/1995

| | Rates | Fringes |
|---|---|---|
| ELECTRICIAN | 16.00 | 3% + 5.15 |

---

ELEV0018A 09/15/1995

| | Rates | Fringes |
|---|---|---|
| ELEVATOR MECHANIC | 28.53 | 6.12 |

FOOTNOTE:
Vacation Pay: 8% with 5 or more years of service, 6% for 6 months to 5 years service. Paid Holidays: New Years Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Friday after, and Christmas Day.

---

ENGI0012L 01/01/1996

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1 | 22.85 | 9.80 |
| GROUP 2 | 23.63 | 9.80 |
| GROUP 3 | 23.92 | 9.80 |
| GROUP 4 | 24.06 | 9.80 |
| GROUP 5 | 25.16 | 9.80 |
| GROUP 6 | 24.28 | 9.80 |
| GROUP 7 | 24.39 | 9.80 |
| GROUP 8 | 25.49 | 9.80 |
| GROUP 9 | 24.51 | 9.80 |
| GROUP 10 | 25.61 | 9.80 |
| GROUP 11 | 24.68 | 9.80 |
| GROUP 12 | 24.78 | 9.80 |
| GROUP 13 | 24.81 | 9.80 |
| GROUP 14 | 24.89 | 9.80 |
| GROUP 15 | 25.01 | 9.80 |
| GROUP 16 | 25.18 | 9.80 |
| GROUP 17 | 25.28 | 9.80 |
| GROUP 18 | 25.39 | 9.80 |
| GROUP 19 | 25.51 | 9.80 |
| GROUP 20 | 25.68 | 9.80 |
| GROUP 21 | 25.78 | 9.80 |
| GROUP 22 | 25.89 | 9.80 |
| GROUP 23 | 26.01 | 9.80 |
| GROUP 24 | 26.18 | 9.80 |
| CRANES, PILEDRIVING & HOISTING EQUIPMENT: | | |
| GROUP 1 | 22.85 | 9.80 |
| GROUP 2 | 23.63 | 9.80 |
| GROUP 3 | 23.92 | 9.80 |
| GROUP 4 | 24.06 | 9.80 |
| GROUP 5 | 24.28 | 9.80 |
| GROUP 6 | 24.39 | 9.80 |
| GROUP 7 | 24.51 | 9.80 |
| GROUP 8 | 24.68 | 9.80 |
| GROUP 9 | 24.85 | 9.80 |
| GROUP 10 | 25.85 | 9.80 |
| GROUP 11 | 26.85 | 9.80 |
| GROUP 12 | 27.85 | 9.80 |
| GROUP 13 | 28.85 | 9.80 |

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

GROUP 1: Barge, brake, compressor operator, Ditch Witch, with seat or similar type equipment, elevator operator - inside, engineer oiler, generator operator, generator, pump or compressor plant operator, pump operator, signal, switch

GROUP 2: Concrete mixer operator - skip type, conveyor operator, fire person, hydrostatic pump operator, oiler crusher (asphalt or concrete plant), skiploader (when wheel type up to 3/4 yd. without attachment), soils field technician, tar pot fire person, temporary heating plant operator, trenching machine operator

GROUP 3: Equipment greaser (rack), Ford Ferguson (with dragtype attachments), helicopter radio (ground), power concrete curing machine operator, power concrete saw operator, power - driver jumbo form setter operator, stationary pipe wrapping and cleaning machine operator

GROUP 4: Asphalt plant fire person, backhoe operator (mini-max or similar type), boring machine operator, box or mixer (asphalt or concrete), chip spreading machine operator, concrete pump operator (small portable), drilling machine operator, small auger types (Texoma super economatic or similar types - Hughes 100 or 200 or similar types - drilling depth of 30' maximum), equipment greaser (grease truck), guard rail post driver operator, highline cableway signal, hydra-hammer-aero stomper, power sweeper operator, roller operator (compacting), screed operator (asphalt or concrete), trenching machine operator (up to 6 ft.)

GROUP 5: Equipment greaser (grease truck/multi-shift)

GROUP 6: Asphalt plant engineer, batch plant operator, bit sharpener, concrete joint machine operator (canal and similar type), concrete planer operator, deck engine operator, derrick (oilfield type), drilling machine operator, bucket or auger types (Caldwell 100 bucket or similar types - Watson 1000 auger or similar types - Texoma 330, 500 or 600 auger or similar types - drilling depth of 45' maximum), drilling machine operator, hydrographic seeder machine operator (straw, pump or seed), Jackson track maintainer, or similar type, Kalamazoo switch tamper, or similar type, machine tool operator, Maginnis internal full slab vibrator, mechanical berm, curb or gutter (concrete or asphalt), mechanical finisher operator (concrete, Clary-Johnson-Bidwell or similar type), pavement breaker operator (truck mounted), road oil mixing machine operator, roller operator (asphalt or finish), rubber-tired earth moving equipment (single engine, up to and including 25 yds. struck), self-propelled tar pipelining machine operator, skiploader operator (crawler and

wheel type, over 3/4 yd. and up to and including 1-1/2 yds.), slip form pump operator (power driven hydraulic lifting device for concrete forms), tractor operator - bulldozer, tamper-scraper (single engine, up to 100 h.p. flywheel and similar types, up to and including D-5 and similar types), tugger hoist operator

GROUP 7: Asphalt or concrete spreading operator (tamping or finishing), asphalt paving machine operator (Barber Greene or similar type), backhoe operator (up to and including 3/4 yd.),

small Ford, Case or similar, cast-in-place pipe laying machine operator, combination mixer and compressor operator (gunite work), compactor operator (self-propelled), concrete mixer operator (paving), crushing plant operator, drill doctor, drilling machine operator, bucket or auger types (Caldwell 150 bucket or similar types - Watson 1500, 2000 2500 auger or similar types - Texoma 700, 800 auger or similar types - drilling depth of 60' maximum), elevating grader operator, grade checker, gradall operator, grouting machine operator, heavy-duty repair person, Kalamazoo ballast regulator or similar type, Kolman belt loader and similar type, Le Tourneau blob compactor or similar type, loader operator (Athey, Euclid, Sierra and similar types), pneumatic concrete placing machine operator (Hackley-Presswell or similar type), pumpcrete operator, rotary drill operator (excluding caisson type), rubber-tired earth-moving equipment operator (single engine, Caterpillar, Euclid, Athey Wagon and similar types with any and all attachments over 25 yds. up to and including 50 cu. yds. struck), rubber-tired earth-moving equipment operator (multiple engine up to and including 25 yds. struck), rubber-tired scraper operator (self-loading paddle wheel type - John Deere, 1040 and similar single unit), self-propelled curb and gutter machine operator, skipload operator (crawler and wheel type over 1-1/2 yds. up to and including 6-1/2 yds.), surface heater and planer operator, tractor compressor drill combination operator, tractor operator (any type larger than D-5 - 100 flywheel h.p. and over, or similar - bulldozer, tamper, scraper and push tractor single engine), tractor operator (boom attachments), traveling pipe wrapping, cleaning and bending machine operator, trenching machine operator

GROUP 8: Heavy-duty repair person (multi-shift)

GROUP 9: Drilling machine operator, bucket or auger types (Caldwell 200 B bucket or similar types - Watson 3000 or 5000 auger or similar types - Texoma 900 auger or similar types - drilling depth of 105' maximum), dual drum mixer, heavy-duty repair-welder combination, monorail locomotive operator (diesel, gas or electric), motor patrol - blade operator (single engine), multiple engine tractor operator (Euclid and similar type - except Quad 9 cat.), rubber-tired earth-moving equipment operator (single engine, over 50 yds. struck), rubber-tired earth-moving equipment operator (multiple engine, Euclid, Caterpillar and similar over 25 yds. and up to 50 yds.), tower crane repair person, tractor loader operator (crawler and wheel type over 6-1/2 yds.), Woods mixer operator (and similar pugmill equipment)

GROUP 10: Heavy-duty repair-welder combination (multi-shift)

GROUP 11: Auto grader operator, automatic slip form operator, drilling machine operator, bucket or auger types (Caldwell, auger 200 CA or similar types - Watson auger 6000 or similar types - drilling depth of 175' maximum), hoe ram or similar with compressor, mass excavator operator, mechanical finishing machine operator, mobile form traveler operator, motor patrol operator (multi-engine), pipe mobile machine operator, rubber-tired earth-moving equipment operator (multiple engine, Euclid, Caterpillar and similar type, over 50 cu. yds. struck), rubber-tired self-loading scraper operator (paddle-wheel-auger type self-loading - two (2) or more units)

GROUP 12: Rubber-tired earth-moving equipment operator operating equipment with push-pull system (single engine, up to and including 25 yds. struck)

GROUP 13: Canal liner operator, canal trimmer operator, remote-control earth-moving equipment operator, wheel excavator operator

GROUP 14: Rubber-tired earth-moving equipment operator, operating equipment with push-pull system (single engine, Caterpillar, Euclid, Athey Wagon and similar types with any and all attachments over 25 yds. and up to and including 50 yds. struck), rubber-tired earth-moving equipment operator, operating equipment with push-pull system (multiple engine - up to and including 25 yds. struck)

GROUP 15: Rubber-tired earth-moving equipment operator, operating equipment with push-pull system (single engine, over 50 yds. struck), rubber-tired earth-moving equipment operator, operating equipment with push-pull system (multiple engine, Euclid, Caterpillar and similar, over 25 yds. and up to 50 yds. struck)

GROUP 16: Rubber-tired earth-moving equipment operator, operating equipment with push-pull system (multiple engine, Euclid, Caterpillar and similar, over 50 cu. yds. struck), tandem tractor operator (operating crawler type tractors in tandem - Quad 9 and similar type)

GROUP 17: Rubber-tired earth-moving equipment operator, operating in tandem (scrapers, belly dumps and similar types in any combination, excluding compaction units - single engine, up to and including 25 yds. struck)

GROUP 18: Concrete pump operator, truck-mounted, rubber-tired earth-moving equipment operator, operating in tandem (scrapers, belly dumps and similar types in any combination, excluding compaction units - single engine, Caterpillar, Euclid, Athey Wagon and similar types with any and all attachments over 25 yds. and up to and including 50 cu. yds. struck), rubber-tired earth-moving equipment operator, operating in tandem (scrapers, belly dumps and similar types in any combination, excluding compaction units - multiple engine, up to and including 25 yds. struck)

GROUP 19: Rubber-tired earth-moving equipment operator, operating in tandem (scrapers, belly dumps and similar types in any combination, excluding compaction units - single engine, over 50 yds. struck)

GROUP 20: Rubber-tired earth-moving equipment operator, operating in tandem (scrapers, belly dumps and similar types in any combination, excluding compaction units - multiple engine, Euclid, Caterpillar and similar type, over 50 cu. yds. struck)

GROUP 21: Rubber-tired earth-moving equipment operator, operating equipment with the tandem push-pull system (single engine, up to and including 25 yds.. struck)

GROUP 22: Rubber-tired earth-moving equipment operator, operating equipment with the tandem push-pull system (single

engine, Caterpillar, Euclid, Athey Wagon and similar types with any and all attachments over 25 yds. and up to and including 50 yds. struck), rubber-tired earth-moving equipment operator, operating with the tandem push-pull system (multiple engine, up to and including 25 yds. struck)

GROUP 23: Rubber-tired earth-moving equipment operator, operating equipment with the tandem push-pull system (single engine, over 50 yds. struck), rubber-tired earth-moving equipment operator, operating equipment with the tandem push-pull system (multiple engine, Euclid, Caterpillar and similar, over 25 yds. and up to 50 yds. struck)

GROUP 24: Rubber-tired earth-moving equipment operator, operating equipment with the tandem push-pull system (multiple engine, Euclid, Caterpillar and similar type, over 50 cu. yds. struck)

CRANES, PILEDRIVING AND HOISTING EQUIPMENT CLASSIFICATIONS

GROUP 1: Engineer oiler; Fork lift operator (under 5 tons capacity)

GROUP 2: Truck crane oiler

GROUP 3: A-frame or winch truck operator; Ross carrier operator (jobsite)

GROUP 4: Bridge-type unloader and turntable operator; Helicopter hoist operator

GROUP 5: Stinger crane (Austin-Western or similar type); Tugger hoist operator (1 drum)

GROUP 6: Bridge crane operator; Cretor crane operator; Fork lift operator (over 5 tons); Hoist operator (Chicago boom and similar type); Lift mobile operator; Lift slab machine operator (Vagtborg and similar types); Material hoist operator; Shovel, backhoe, dragline, clamshell operator (over 3/4 yd. and up to 5 cu. yds. mrc); Tugger hoist operator

GROUP 7: Pedestal crane operator; Shovel, backhoe, dragline, clamshell operator (over 5 cu. yds. mrc); Tower crane repair; Tugger hoist operator (3 drum)

GROUP 8: Crane operator (up to and including 25 ton capacity); Crawler transporter operator; Derrick barge operator (up to and including 25 ton capacity); Hoist operator, stiff legs, Guy derrick or similar type (up to and including 25 ton capacity); Shovel, backhoe, dragline, clamshell operator (over 7 cu. yds. mrc)

GROUP 9: Crane operator (over 25 tons and up to and including 50 tons mrc); Derrick barge operator (over 25 tons up to and including 50 tons mrc); Highline cableway operator; Hoist operator, stiff legs, Guy derrick or similar type (over 25 tons up to and including 50 tons mrc); K-crane operator; Polar crane operator; Tower crane operator

GROUP 10: Crane operator (over 50 tons and up to and including

100 tons mrc); Derrick barge operator (over 50 tons up to and including 100 tons mrc); Hoist operator, stiff legs, Guy derrick or similar type (over 50 tons up to and including 100 tons mrc)

GROUP 11: Crane operator (over 100 tons and up to and including 200 tons mrc); Derrick barge operator (over 100 tons up to and including 200 tons mrc); Hoist operator, stiff legs, Guy derrick or similar type (over 100 tons up to and including 200 tons mrc); Mobile tower crane operator (over 100 tons up to and including 200 tons mrc)

GROUP 12: Crane operator (over 200 tons up to and including 300 tons mrc); Derrick barge operator (over 200 tons up to and including 300 tons mrc); Hoist operator, stiff legs, Guy derrick or similar type (over 200 tons, up to and including 300 tons mrc); Mobile tower crane operator (over 200 tons, up to and including 300 tons mrc)

GROUP 13: Crane operator (over 300 tons); Derrick barge operator (over 300 tons); Helicopter pilot; Hoist operator, stiff legs, Guy derrick or similar type (over 300 tons); Mobile tower crane operator (over 300 tons)

---

IRON0001N 01/01/1996

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS: | | |
| Work on Vandenberg Air Force Base: | | |
| Ornamental, reinforcing and structural | 24.83 | 12.17 |
| Fence erector | 23.94 | 12.17 |
| All other work: | | |
| Ornamental, reinforcing and structural | 21.83 | 12.17 |
| Fence erector | 20.94 | 12.17 |

---

* LABO0001J 07/01/1995

| | Rates | Fringes |
|---|---|---|
| BRICK TENDER | 17.21 | 8.61 |

---

LABO0002R 07/01/1995

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| Work on single family homes and apartments up to and including 3 stories: | | |
| Landscape laborer, clean-up, fencing (chain link and wood) | 13.14 | 8.61 |
| All other work on single family homes and apartments up to and including 3 stories | 14.14 | 8.61 |
| All other work: | | |
| GROUP 1 | 16.96 | 8.61 |
| GROUP 2 | 17.36 | 8.61 |
| GROUP 3 | 17.56 | 8.61 |
| GROUP 4 | 18.61 | 8.61 |

| | | |
|---|---|---|
| GROUP 5 | 18.81 | 8.61 |

HOUSEMOVERS (ONLY WHERE HOUSEMOVING IS INCIDENTAL TO A CONSTRUCTION CONTRACT):

| | | |
|---|---|---|
| Housemover | 15.37 | 8.19 |
| Yard maintenance person | 15.12 | 8.19 |

LABORER CLASSIFICATIONS

GROUP 1: Cleaning and handling of panels, forms; Concrete screeding for rough strike-off; Concrete, water curing; Demolition laborer, the cleaning of brick and lumber; Dry packing of concrete, plugging, filling of shee-bolt holes; Fire watcher, limber, brush loaders, pilers and debris handlers; Flag person; Gas, oil and/or water pipeline laborer; Laborer, asphalt-rubber material loader; Laborer, general or construction; Laborer, general clean-up; Laborer, landscaping; Laborer, jetting, temporary water and air lines; Material hose operator (walls, slabs, floors and decks); Railroad maintenance, repair track person and road beds; Rigging and signaling; Scaler; Slip form raiser; On highways, slurry seal crew (mixer operator, applicator operator, squeegee operator, shuttle, top);

Streetcar and railroad construction track laborers; Striper, concrete or other paved road surfaces; Tar and mortar; Tool crib or tool house laborer on highways; Traffic control by any method; Traffic delineating device applicator; Window cleaner; Wire mesh, pulling all concrete pouring operations

GROUP 2: Asphalt shoveler; Cement dumper (on 1 yd. or larger mixer and handling bulk cement); Cesspool digger and installer; Chucktender; Chute handler, pouring concrete, the handling of the foundations, footings, curb, gutters and sidewalks; Concrete curer, impervious membrane and form oiler; Cutting torch operator (demolition); Fine grader, highways and street paving, airport, runways and similar type heavy construction; Gas, oil and/or water pipeline wrapper; Pot tender and form person; Guinea chaser; Headerboard, asphalt; Laborer, packing rod steel and pans; Membrane vapor barrier installer; Power broom sweeper (small); Riprap stonepaver, placing stone or wet sacked concrete; Roto scraper and tiller; Sandblaster (pot tender); Septic tank digger and installer (lead); Tank scaler and cleaner; Tree climber, faller, chain saw operator, Pittsburgh chipper and similar type brush shredder; Underground laborer, including caisson bellower

GROUP 3: Buggymobile; Concrete cutting torch; Concrete pile cutter; Driller, jackhammer, 2-1/2 ft. drill steel or longer; Dri-pak-it machine; Gas, oil and/or water pipeline wrapper, 6-in. pipe and over, by any method, inside and out; Hydro seeder and similar type; Impact wrench multi-plate; Kettle, pot and asphalt applier, lay-kold, creosote, lime caustic and similar type materials ("applying" means applying, dipping, brushing or handling of such materials for pipe wrapping and waterproofing); Operator of pneumatic, gas, electric tools; Vibrating machine, pavement breaker, air blasting, come-alongs, and similar mechanical tools not separately classified herein; Pipelayer's backup, coating, grouting, making of joints, sealing, caulking, diapering and including rubber gasket joints, pointing and any and all other services; Rock slinger; Rotary scarifier or

multiple head concrete chipping scarifier; Steel headerboard and guideline setter; Tamper, Barko, Wacker and similar type; Trenching machine, hand-propelled

GROUP 4: Asphalt raker, lute person, ironer and asphalt spreader boxes (all types); Concrete core cutter (walls, floors or ceilings), grinder or sander; Concrete saw person, cutting walls or flat work, scoring old or new concrete; Cribber, shorer, lagging, sheeting and trench bracing, hand-guided lagging hammer; Head rock slinger; Laborer, asphalt-rubber distributor bootperson; Laser beam in connection with laborers' work; No-joint pipe and stripping of same; Over-size concrete vibrator operator, 70 lbs. and over; Pipelayer, including water, sewage, solid, gas or air; Porta shot-blast; Prefabricated manhole installer; Sandblaster (nozzle, water blasting)

GROUP 5: Blaster powder, all work of loading holes, placing and blasting of all powder and explosives of whatever type, regardless of method used for such loading and placing; Driller; All power drills, excluding jackhammer, whether core, diamond, wagon, track, multiple unit, and any and all types of mechanical drills; Toxic waste removal

---

LABO0002U 07/01/1995

| | Rates | Fringes |
|---|---|---|
| PLASTERER TENDER: | | |
| Santa Barbara County (north part): | | |
| Work on single family homes and apartments up to and including 3 stories (does not apply to Vandenberg Air Force Base or Point Arguello | 14.49 | 8.38 |
| All other work | 17.34 | 8.38 |
| Santa Barbara County (south part): | | |
| Work on single family homes and apartments up to and including 3 stories | 14.49 | 8.38 |
| All other work | 18.34 | 8.38 |

---

LABO0067E 02/13/1995

| | Rates | Fringes |
|---|---|---|
| ASBESTOS REMOVAL LABORER | 10.00 | 3.83 |

SCOPE OF WORK:
Includes site mobilization, initial site clean-up, site preparation, removal of asbestos-containing material and toxic waste (including lead abatement and any other toxic materials), encapsulation, enclosure and disposal of asbestos-containing materials and toxic waste (including lead abatement and any other toxic materials) by hand or with equipment or machinery; scaffolding, fabrication of temporary wooden barriers and assembly of decontamination stations.

---

PAIN0036U 01/01/1996

| | Rates | Fringes |
|---|---|---|
| PAINTER | 16.15 | 3.38 |

---

PAIN0636A 12/01/1995

| | Rates | Fringes |
|---|---|---|
| GLAZIER | 22.60 | 7.34 |

---

PAIN1176B 04/01/1993

| | Rates | Fringes |
|---|---|---|
| PARKING LOT STRIPING WORK AND/OR HIGHWAY MARKERS: | | |
| GROUP 1 | 19.93 | 5.67 |
| GROUP 2 | 18.93 | 5.67 |
| GROUP 3 | 16.94 | 5.67 |
| GROUP 4 | 19.93 | 5.67 |
| GROUP 5 | 16.94 | 5.67 |
| Service person (maintenance and repair of equipment) (on jobsite only) | 11.96 | 5.25 |
| Slurry seal work: | | |
| Sealer/mixer | 14.89 | 3.66 |
| Applicator operator, shuttle person and squeegee person | 13.18 | 3.66 |
| Traffic surface protective coating applicator | 15.51 | 3.66 |

PARKING LOT STRIPING AND/OR HIGHWAY MARKING CLASSIFICATIONS

GROUP 1: STRIPER: Layout and application of painted traffic stripes and marking; hot thermo plastic; tape traffic stripes and marking

GROUP 2: TRAFFIC DELINEATING DEVICE APPLICATOR: Layout and application of pavement markers, delineating signs, rumble and traffic bars, adhesives, guide markers; other traffic delineating devices; includes all related surface preparation (sandblasting, waterblasting, grinding) as part of the application process

GROUP 3: TRAFFIC SURFACE ABRASIVES BLASTER: Removal of traffic lines and markings; preparation of surface for coatings and traffic control devices

GROUP 4: TRAFFIC PROTECTIVE DELINEATING SYSTEMS INSTALLER: Removes; relocates; installs; permanently affixed roadside and parking delineating barricades, fencing, guard rail, cable anchor, retaining walls, reference signs, monument markers

GROUP 5: TRAFFIC CONTROL PERSON: Sole function is to control and direct traffic through both conventional and moving lane closures

---

PAIN1247B 08/01/1992

| | Rates | Fringes |
|---|---|---|
| SOFT FLOOR LAYER | 23.30 | 6.49 |

----------------------------------------------------------------

PLAS0052D 07/01/1994

| | Rates | Fringes |
|---|---|---|
| CEMENT MASONS: | | |
| Work on wood or metal frame construction of single family residences, apartments and condominiums (does not include projects that exceed 3 stories; any utility work, such as telephone, gas, water, sewer and other utilities; or any work outside property lines, including curbs, gutters and sidewalks) | 15.00 | 4.17 |
| Work on projects where the total permit value of the general contract and all subcontracts upon that jobsite is $7.5 million or less: | | |
| Cement mason; | | |
| Cement mason; Curb and gutter machine; Clary and similar type of screed operator (cement only); Grinder; Jackson vibratory, Texas screed and similar type screed operator; Scoring machine operator | 18.30 | 8.25 |
| Cement mason (magnesite - epoxy) | 18.42 | 8.25 |
| Cement mason, floating and troweling machine operator | 18.55 | 8.25 |
| All other work: | | |
| Cement mason, including but not restricted to the following: cellular cement mason, chipping; patching, grinding; setting all concrete forms and perimeter forms, including catch basin structures and drain inlets, setting curb form and plank, setting of lines, stakes and grades; setting screeds, which includes screed pins; cutting scoring and sawing new concrete, plugging, filling Shee-bolt holes; dry packing concrete and EMBECO; tending material hose on slabs, floors and decks; tending mixer-truck chute on slabs, floors and decks; bush hammering; patching and | | |

| | Rates | Fringes |
|---|---|---|
| sacking, rodding, tamping, bidwell and similar type rodding machines, bull floating; Curb and gutter machine operator; Clary and similar type of screed operator (cement only); Grinding machine (all types); Jackson Vibratory, Texas Screed and similar type screed operator; Scoring machine operator | 20.26 | 10.25 |
| Cement mason (magnesite, magnesite - terrazzo and mastic composition, epoxy, urethanes and exotic coatings, Dex-O-Tex) | 20.38 | 10.25 |
| Cement mason floating and troweling machine operator | 20.51 | 10.25 |

---

PLAS0341B 08/07/1993

| | Rates | Fringes |
|---|---|---|
| PLASTERER | 22.10 | 4.53 |

---

PLUM0016K 07/01/1995

| | Rates | Fringes |
|---|---|---|
| PLUMBER; STEAMFITTER: | | |
| Vandenberg Air Force Base | 30.56 | 7.54 |
| Remainder of County | 28.31 | 7.54 |
| LANDSCAPE & IRRIGATION WORK | 22.23 | 6.80 |

---

ROOF0036A 01/01/1994

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Roofer | 20.27 | 6.635 |
| Preparer (duties limited to the following: tear-off and/or remove any type of roofing or roofing material or spudding, or sweeping and/or clean-up, and/or preloading, or in preparing the roof for application of roofing, damp and/or waterproofing material) | 15.55 | 1.00 |

---

SFCA0669Q 01/01/1995

| | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTER: | | |
| Work on one or two family dwellings; all multiple family dwelling units which are permitted to have a single exterior up to and including 4 | | |

| | Rates | Fringes |
|---|---|---|
| stories; townhouses with units stacked vertically up to and including 4 stories; and group residential care facilities and protective care homes (sheltered housing), not to include nursing homes or ambulatory care facilities | 19.16 | 1.69 |
| All other work | 24.55 | 6.28 |

----------------------------------------------------------------

SHEE0273A 08/01/1994

| | Rates | Fringes |
|---|---|---|
| SHEET METAL WORKER | 24.66 | 8.38 |

----------------------------------------------------------------

TEAM0011K 07/01/1994

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| Point Arguello; Point Conception; and Vandenberg Air Force Base: | | |
| GROUP 1 | 20.79 | 11.54 |
| GROUP 2 | 20.94 | 11.54 |
| GROUP 3 | 21.07 | 11.54 |
| GROUP 4 | 21.12 | 11.54 |
| GROUP 5 | 21.20 | 11.54 |
| GROUP 6 | 21.32 | 11.54 |
| GROUP 7 | 21.57 | 11.54 |
| GROUP 8 | 22.02 | 11.54 |
| GROUP 9 | 22.32 | 11.54 |
| GROUP 10 | 22.82 | 11.54 |
| Remainder of County: | | |
| GROUP 1 | 18.79 | 11.54 |
| GROUP 2 | 18.94 | 11.54 |
| GROUP 3 | 19.07 | 11.54 |
| GROUP 4 | 19.12 | 11.54 |
| GROUP 5 | 19.20 | 11.54 |
| GROUP 6 | 19.32 | 11.54 |
| GROUP 7 | 19.57 | 11.54 |
| GROUP 8 | 20.02 | 11.54 |
| GROUP 9 | 20.32 | 11.54 |
| GROUP 10 | 20.82 | 11.54 |

TRUCK DRIVER CLASSIFICATIONS

GROUP 1: Teamster

GROUP 2: Driver of vehicle or combination of vehicles of 2 axles (including all vehicles less than 6 tons); Traffic control pilot car, excluding moving heavy equipment permit load

GROUP 3: Truck-mounted power broom

GROUP 4: Driver of vehicles or combination of vehicles of 3

axles

GROUP 5: Boot person; Cement distributor; Erosion control driver; Fuel truck; Water truck, 2-axle

GROUP 6: Dump, less than 16 yds.

GROUP 7: Transit mix, under 3 yds.; Dumpcrete, less than 6-1/2 yds.

GROUP 8: Water truck, 3 or more axles

GROUP 9: PB and similar type truck when performing within the Teamsters' jurisdiction; Pipeline and utility working truck including winch, but limited to truck applicable to pipeline and utility work, where a composite crew is used; Slurry driver; Truck greaser and tire worker (50 cents per hour additional for tire)

GROUP 10: Water pull twin engine; Water pull twin engine with attachments

FOOTNOTE:
Winch truck driver - $1.25 additional when operating winch or similar special attachments.

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

END OF GENERAL DECISION

SPACE COMMAND

# SPECIFICATIONS

# MILITARY FAMILY HOUSING REPLACEMENT - PHASE 3

XUMU-96-4003
VANDENBERG AIR FORCE BASE, CALIFORNIA

100% FINAL DESIGN SUBMITTAL
OCTOBER 16, 1995

FISHER - FRIEDMAN - ASSOCIATES - AIA
ARCHITECTURE PLANNING URBAN DESIGN

Atch 5
F04684-96B0005

SECTION 01000

GENERAL REQUIREMENTS

PART 1 GENERAL

1.1 PROJECT DESCRIPTION

A. The Project consists of furnishing all labor, materials, and equipment in connection with Military Family Housing Replacement - Phase 3, at Vandenberg Air Force Base, CA, Project Number XUMU-96-4003.

B. The work is briefly described as follows, but is not the entire scope of the project:
1. Demolish and remove 143 existing housing units, including asbestos removal, underground tank removal, and designated sitework including overhead electrical distribution system.
2. Construct 143 housing units and associated sitework including underground electrical distribution system.

1.1 PROJECT PERSONNEL

A. The following key personnel shall have a minimum of 2 years experience in a position equal to the one assigned on this project or a total of 3 years experience in any of the four key personnel positions. The four key personnel positions are: Project Manager, Superintendent, Quality Control, and Safety Officer.

B. Both the Safety Officer and the Quality Control person, or approved alternate, must be on the jobsite at all times during construction.

C. Both the Safety Officer and the Quality Control person must report above the Project Engineer and Superintendent. Both must be capable of accomplishing their work independent of contract cost or schedule.

1.3 OCCUPANCY

A. The project site will be occupied by the Government during construction operations, except for the construction increment area under construction.

B. The Government will occupy the adjacent residential neighborhoods and the perimeter streets of the project during the entire time of construction.

C. The Government will construct Military Family Housing Replacement Phase 2, and Phase 4 (including new construction of Utah Avenue) under separate contracts which may coincide with parts of the construction time of this Phase 3.

D. The Government will occupy each portion of the Project upon completion of 25 housing units in each construction increment area.

1.4 WORK SCHEDULE: Working hours will normally be between the hours of 7:00 a.m. and 4:00 p.m. excluding Saturdays, Sundays, and federal holidays. If the Contractor desires to work during periods other than above, he shall make his request to the Contracting Officer 3 work days in advance. If Government inspection forces are not required or such forces are reasonably available, the Contracting Officer may authorize the Contractor to perform work during periods other than normal duty hours/days. However, if Government inspectors are required to perform in excess of their normal duty hours/days solely for the benefit of the Contractor, the actual cost of inspection at overtime rates will be charged to the Contractor. These adjustments to the Contract price may be made periodically as directed by the Contracting Officer.

1.5 WORK SEQUENCE:

A. Construct Work in three construction increments indicated on the Drawings to accommodate the Government's occupancy requirements during the construction period. Coordinate construction schedule and operations with the Contracting Officer.

**A38**

B. Demolish all units and associated sitework in the first construction increment. Upon issuance of a Certificate of Occupancy for the first 25 housing units in the first construction increment, the Contracting Officer will notify the Contractor to commence demolition and construction of the second construction increment. Upon issuance of a Certificate of Occupancy for all housing units in the first construction increment, the Contracting Officer will notify the Contractor to commence demolition and construction of the third construction increment.

1.6 MANDATORY WORK STOPPAGES

A. All costs associated with forty hours of Government caused delays must be included in the bid price.

B. The Contractor may be required, without advance notice, to move work to a different location. The Contractor shall be prepared to increase or decrease his work forces with appropriate trades to perform work in the relocated work areas at no additional cost to the Government.

C. The Contractor shall notify the Contracting Officer when a Government caused delay has occurred, for recording purposes. Otherwise, the delay will not be credited to the Contractor.

1.7 SECURITY: The Contractor shall obtain all passes, badges, decals, or other identification media required for security clearance to areas where work is performed. Obtain vehicle and individual identification media at the Pass and Registration Section, 30 SW/SPAP, Building 11777, Room C-11, 6-1853. Identification media shall be surrendered to the Pass and Registration Section upon termination of the Contract, or termination of an individual's employment with the Contractor.

1.8 UTILITIES

A. Utilities directly required to complete the Contract will be provided to the Contractor without charge. Any temporary connections or lines that are required shall be installed, maintained, and removed by the Contractor at his own expense and in a manner satisfactory to the Contracting Officer. Contractor shall remove temporary utilities before final acceptance.

B. Schedule all utility outages and secure approval of these outages from the Contracting Officer at least 5 work days in advance of the outage.

1.9 FIELD OFFICES: The Contractor shall provide field offices for Contractor's operations, Contracting Officer's Representative (COR), and meetings. Field office space for the COR shall be a separate building from the Contractor's facilities, and shall have unique locksets with all keys turned over to the Contracting Officer, three keys minimum. Field office space for the COR shall contain at least 400 square feet, with minimum dimension of 8 feet; a window overlooking the site; adequate lighting, heating, cooling, and private lockable sanitary facilities; with at least six 110 volt duplex electrical convenience outlets, at least one per wall. Locate field offices as directed by the Contracting Officer.

1.10 CONTRACTOR'S STORAGE AREA: The Contracting Officer will select one of the areas designated on the Drawings as Contractor's Lay Down Area "A", "B", or "B1" and assign it to the Contractor upon receipt of the Notice to Proceed. The Contractor shall remove his construction materials and equipment from the storage area and shall restore the storage area to its original condition upon completion of all work outlined in the contract drawings and specifications.

1.11 CONTRACTOR'S HAULING ROUTE: The Contracting Officer will select a haul route for Contractor's trucks, employees, and construction equipment and notify Contractor at time of Notice to Proceed.

A. If Lay Down Area "A" is selected, the haul route will enter the base from Lompoc-Casmalia Road, pass through Area "A" to Ocean View Avenue near Pine Street, and proceed on Ocean View Avenue to the MFH Phase 3 project site.

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J

PAGE OF PAGES: 1 | 09

2. AMENDMENT/MODIFICATION NO.: P00001

3. EFFECTIVE DATE: 97FEB19

4. REQUISITION/PURCHASE REQ. NO.: SEE SCHEDULE

5. PROJECT NO. (If applicable)

6. ISSUED BY — CODE
30 CONS/LGC, BLDG 7015, SEC. 2C
806 13TH STREET, SUITE 2
VANDENBERG AFB CA 93437-5226

7. ADMINISTERED BY (If other than Item 6) — CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip code)
HARPER/NIELSEN-DILLINGHAM
BUILDERS JOINT VENTURE
2241 KETTNER BLVD., SUITE 300
SAN DIEGO CA 92101
012V94L

CODE | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (See item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: F0468496C0046

10B. DATED (See item 13): 96AUG27

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[_] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [_] is extended, [_] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA (If required)

SEE SCHEDULE

NET INC 320923.00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14.

| (x) | |
|---|---|
| | A. This change order is issued pursuant to: (Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A. |
| | B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data, etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b). |
| X | C. This supplemental agreement is entered in pursuant to authority of: CONTRACT CLAUSE 559, 52.243-4, CHANGES, AUG 87 |
| | D. Other (Specify type of modification and authority) |

E. IMPORTANT: Contractor [_] is not, [X] is required to sign this document and return ALL copies to the issuing office.

14. Description of amendment/modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

POC: HORNIAK, LENNY
PHONE: 8057348232X62169

SEE SCHEDULE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): JEFFREY A. HARPER PROJECT MANAGER

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): PAINTER/MCLAUGHLI/DODD

A40

15B. CONTRACTOR/OFFEROR [signature]

15C. DATE SIGNED: 3/11/97

16B. UNITED STATES OF AMERICA BY [signature]

16C. DATE SIGNED: 97MAR19

1. The purpose of this modification is to make the following changes to Contract F04684-96-C-0046, Replace Capehart MFH, Phase 3, Project # XUMU 96-4003

a. **Geoprobe Testing:**

(1) Provide work as described in the statement of work for Geoprobe Testing at Attachment 1.

(2) The cost to do this work is $414,085. The following purchase request and accounting classification applies to this work:

| Purchase Request # | Accounting Classification | Amount |
|---|---|---|
| F5CERF63270900 | 576/07040 896 83LW 96-DKX P711 672300 A86293 | $414,085.00 |

b. **Delete CLINS 0001AB thru 0001AG:**

(1) Delete the following CLINs from the contract bid schedule:

| CLIN # | Description | Est Qty | Unit | Unit Price | Estimated Amount |
|---|---|---|---|---|---|
| 0001AB | Remove & dispose of 1500 Gallon Tanks | 13 | EA | $2,000.00 | $26,000.00 |
| 0001AC | Remove & dispose of 500 Gallon Tanks | 13 | EA | $2,000.00 | $26,000.00 |
| 0001AD | Oil Testing - Tanks | 148 | EA | $300.00 | $44,400.00 |
| 0001AE | Remove & replace contaminated soil | 1416 | TONS | $70.00 | $99,120.00 |
| 0001AF | Remove & mitigate asbestos piping & soils | 800 | LF | $13.00 | $10,400.00 |
| 0001AG | Hazardous liquid removal | 39,000 | GL | .60 | $23,400 |
| | | | | total: | $229,320.00 |

(2) The total amount of this deletion is $229,320.00. The following purchase request and accounting classification applies to this work:

| Purchase Request # | Accounting Classification | Amount |
|---|---|---|
| F5CERF70230100 | 576/07040 896 83LW 96-DKY P711 672300 A86293 | ($229,320.00) |

c. **6" Cock Valve & Curb Box**:

(1) The Contractor will expose and cut an underground 6-inch gas main to install a new 6-inch cock valve and curb box at the northeast corner of Ash and Korina Street. The gas cock valve shall conform to Phase 3 Specification Section 02687-2.2-B. The Contractor is responsible for the continuance of in-line cathodic protection.

(2) The cost to do this work is $3,677.00. The following purchase request and accounting classification applies to this work:

| Purchase Request # | Accounting Classification | Amount |
|---|---|---|
| F5CERF70020400 | 576/07040 896 83LW 96-DKX P711 672300 A86293 | $3,677.00 |

d. **Remove & Chip 102 Trees & 5 Stumps**:

(1) A total of 102 trees are to be removed by the Contractor. Forty-seven (47) small trees ranging up to 18 inches in diameter and fifty-five (55) large trees ranging up to 60" in diameter. A grouping of five (5) existing tree stumps located south of Nutmeg Street will also be removed. The trees will be chipped, stockpiled and later used for ground cover along the new landscaping. Any eucalyptus trees removed will be chipped and stockpiled at a designated area, but will not be used for ground cover at the Phase 3 site. All tree stumps will be hauled by the Contractor to the Vandenberg disposal site. Additionally, original 68 trees to be removed will also be chipped.

(2) The cost to do this work is $132,481.00. The following purchase request and accounting classification applies to this work:

| Purchase Request # | Accounting Classification | Amount |
|---|---|---|
| F5CERF63460300 | 576/07040 896 83LW 96-DKX P711 672300 A86293 | $132,481.00 |

2. The total amount of this contract is changed from $17,724,714.00 to $18,045,637, an increase of $320,923.00.

3. All other terms and conditions remain unchanged.

4. Contractor's Statement of Release: Acceptance of this modification by the contractor constitutes an accord and satisfaction and represents payment in full, for both time and money, for any and all costs, impacts, and/or delays arising out of, or incidental to, the work as here in described and extensions of the contract performance period, if applicable.

ATTACHMENTS

1. Geoprobe Testing Statement of Work

//////////////////////////////////////////////////////////////////LAST ITEM//////////////////////////////////////////////

PROJECT NO: ND-960501-00
VENDOR NO: KCI 001
COST CODE: 02950

# STANDARD CONTRACT BETWEEN GENERAL CONTRACTOR AND SUBCONTRACTOR BUILDING CONSTRUCTION

MAY 1 3 1997

(LABOR & MATERIALS)

THIS AGREEMENT, MADE THE **2ND** DAY OF **APRIL**, 1997 BY AND BETWEEN

| | | |
|---|---|---|
| **KARLESKINT-CRUM, INC.**<br>705 LAKEFIELD ROAD, UNIT H<br>WESTLAKE VILLAGE, CA 91361<br>PH#: (805) 496-0963<br>FX#: (805) 373-7808 | **AND** | **HARPER/NIELSEN-DILLINGHAM BUILDERS VENTURE, A JOINT VENTURE**<br>2241 KETTNER BLVD, SUITE 300<br>SAN DIEGO, CA 92101<br>PH#: (619) 233-7900<br>FX#: (619) 233-1889 |
| HEREINAFTER CALLED "SUBCONTRACTOR" | | HEREINAFTER CALLED "CONTRACTOR" |

**WITNESSETH** that the Subcontractor and the Contractor agree as follows:

1. **Description of Work:** The Subcontractor, under the direction of the Contractor shall provide all labor and materials, scaffolding, tools, equipment and all things necessary for the prosecution and completion of the

**TRADE:** **LANDSCAPE AND IRRIGATION**

**PROJECT:** REPLACE CAPEHART MFH **PHASE 3** *(143 UNITS)*
VANDENBERG AIR FORCE BASE, CA
**CONTRACT #: F04684-96-C-0046**

work described in "Schedule B" attached hereto and made a part hereof, and in strict accordance with the Contract Documents consisting of the Drawings, Specifications prepared by: FISHER FRIEDMAN ASSOCIATES
herein called the "Designer", schedules, change orders and addenda, specifically described as follows:

| Description | Date | No. of Pages |
|---|---|---|
| 1. GENERAL DECISION NO. CA960039 BUILDING, HEAVY, AND HIGHWAY MODIFICATION NO. 4 | 6/7/96 | 18 |
| 2. GENERAL DECISION NO. CA960047 RESIDENTIAL MODIFICATION NO. 4 | 6/7/96 | 15 |
| 3. ASBESTOS HAZARD ASSESSMENT REPORT BY FISHER FRIEDMAN ASSOCIATES. | 11/6/96 | 43 |
| 4. ASBESTOS CONTAINING BUILDING MATERIALS BY SVERDRUP. | 11/1/93 | 79 |
| 5. PROJECT SPECIFICATIONS BY FISHER FRIEDMAN ASSOCIATES XUMU 96-4003 | 10/16/96 | 168 |
| 6. MFH PHASE 3 DRAWINGS BY FISHER FRIEDMAN ASSOCIATES. | 10/16/95 | 99 |
| 7. GEOTECHNICAL INVESTIGATION BY DAMES & MOORE. | 6/19/95 | 55 |
| 8. AMENDMENT 001 | 7/11/96 | 49 |
| 9. SCHEDULE "A" STIPULATIONS & PAYMENT PROCEDURES | | |
| 10. SCHEDULE "B" SCOPE OF WORK | | |
| 11. ATTACHED EXHIBITS "A" THRU "O" | | |

2. **Additional Information:** The Contractor shall furnish to the Subcontractor such additional information and drawings as may be prepared by the Designer to further describe the work to be performed by the Subcontractor, who shall accept same as part of this Agreement when consistent with the signed Contract Documents.
3. **Contract Documents:** If any Contract Documents provide for a method of work contrary to any laws and regulations, or codes, Subcontractor shall be required to notify the Contractor, in writing, prior to installation of the work.
4. **Price to be Paid:** The price for the work shall be

*** SEVEN HUNDRED TWENTY THOUSAND FIVE HUNDRED DOLLARS ***

**$720,500.00**

Subcontractor will invoice contractor for work performed according to Schedule A, using forms furnished by Contractor. Contractor will pay invoices on a timely basis.
A general release, labor and materials releases, and waiver of lien in form as directed by Contractor shall be executed and delivered by Subcontractor and each of its subcontractors and suppliers before any payment shall be deemed earned or payable. The acceptance by Subcontractor, its assigns or anyone acting under or through Subcontractor, of final payment designated as such by Contractor, hereunder shall be and shall operate as a general release to Contractor of all claims of Subcontractor, its assignee or anyone acting by, under or through Subcontractor, and all liability to Subcontractor for all things done and furnished in connection with work under this Contract and for any act or omission or neglect of Contractor or others affecting to or relating to or arising out of the work performed by the Subcontractor. No payment, however, final or otherwise, shall operate to release Subcontractor from any obligation under or upon this Contract including, but not limited to, any responsibility for defects in materials or workmanship.

5. **Cooperation between Parties:** The Contractor shall cooperate with the Subcontractor for the prosecution of his work, and the Subcontractor shall cooperate with the Contractor and with other Subcontractors employed by the Contractor and with other Contractors employed by the Owner, in order to insure first class workmanship in every respect and the proper sequence of the work.

6. **Start and Finish of the Work:**

A. On or before seven (7) days before Subcontractor will be required to commence the work or a portion of the work, Contractor will deliver to Subcontractor a "Construction Sequence Schedule". The Subcontractor agrees to complete the work hereunder within the times as specifically set forth in said "Construction Sequence Schedule" and to procure and prepare his materials and manufactured products so as to be ready to begin work in accordance therewith. He agrees to perform said work in a prompt and diligent manner, commencing the several parts thereof at such times and proceeding therewith in such order as directed by the Contractor's superintendent, and agrees to finish the several parts and the whole of said work as provided herein so that, in conjunction with other trades engaged thereon, he will insure the uninterrupted progress of the project.

B. The Subcontractor at his own expense shall furnish promptly, when requested by the Contractor, any number of prints of his shop drawings, schedules, reports or any other data that may be necessary in the opinion of the Contractor for distribution among other Subcontractors and to the Contractor for prosecution or clarification of work.

7. **Extension of Time of Completion:** If the Subcontractor shall be obstructed or delayed in the prosecution or completion of the work by the neglect or default of the Contractor, the Designer, the Owner, or of any other Subcontractor employed by or dealing with the Contractor; or other contractors employed by the Owner; or by the stopping of the work by employees of the Contractor, the Subcontractor, or any other Subcontractor of the Contractor through no fault of the Subcontractor, then the time, as fixed in Article 6 for the completion of the work, shall be extended for a period necessary to make up for lost time by reason on any or all the clauses aforesaid. No such extension, however, shall be made unless a claim therefor is served in writing on the Contractor within thirty (30) days of the occurrence of such delay.

8. **Delays:**

A. In the event of any delays, entailed as a result of fault of Contractor or Owner, then Contractor shall grant Subcontractor an extension of time equal to the delay and Subcontractor shall be entitled to no other or further damages against Contractor or Owner.

B. Any delays or additional work entailed as a result of weather conditions, storms, acts of God, delays in construction, delays by governmental bodies will not entitle the Subcontractor to any extras whatsoever.

9. **Inspections and Approvals:** The work shall be subject to inspection and approved by the Designer, the Contractor, and all applicable governmental authorities. The Subcontractor shall be required to furnish, for the approval of the Designer, the Contractor and all applicable governmental authorities such samples, shop drawings and patterns, as may be required for the work, and all work hereunder shall be in accordance therewith. The Subcontractor shall provide sufficient, safe, and proper facilities during the progress of the work for its inspection by the Designer, the Contractor and all applicable governmental authorities in the field, at shops, or at any other place where materials required hereunder are in course of preparation, manufacture, treatment, or storage.

10. **Failure to Prosecute Work:** If the Subcontractor shall at any time (1) refuse or neglect to supply a sufficient number of properly skilled workman or sufficient materials of the proper quality, or (2) fail in any respect to prosecute the work with promptness or in accordance with the "Construction Sequence Schedule" referred to in Article 6 hereof, or (3) cause by any action or omission the stoppage or delay of or interference with the work of the Contractor or of any other Subcontractors, or (4) fail in the performance of any of the covenants herein contained, or (5) if the Subcontractor shall be adjudged a bankrupt or shall make a General Assignment for the benefit of his creditors, or (6) if a Receiver shall be appointed for the Subcontractor or for his assets, or (7) if the Subcontractor shall become insolvent or become a debtor in reorganization, composition, or arrangement proceedings, then, after serving a three days written notice, mailed or delivered to the last known address of the Subcontractor, of the existence of any of the foregoing causes and unless the cause specified in such notice shall not have been eliminated within such three days, the Contractor at his option may provide either himself or through others, any such labor or materials to prosecute the work and may deduct the cost thereof from any money then due or thereafter to become due to the Subcontractor under this Agreement. In any such event, after such notice and failure to eliminate such cause within the three days specified, the Contractor at his option, may terminate the employment of the Subcontractor, and may enter on the premises and take possession, for the purpose of completing the work, of all material and equipment of the Subcontractor, all of which, on the exercise of such option, the Subcontractor hereby assigns to the Contractor, and may employ any other person or persons to complete the work by whatever method the Contractor may deem expedient, and may provide the materials therefor either himself or through others. In case of such termination of the employment of the Subcontractor, the Subcontractor shall not be entitled to receive any further payment under this Agreement until the work required hereunder shall be fully completed and accepted by the Designer and the Contractor; and at such time, if the unpaid balance of the price to be paid hereunder shall exceed the expense incurred by the Contractor in completing the said work, such excess shall be paid by the Contractor to the Subcontractor; but if such expense shall exceed such unpaid balance, then the Subcontractor shall pay the difference to the Contractor.

11. **Removal of work Condemned:** The Subcontractor shall, within twenty-four (24) hours after service upon him of written notice from the Contractor to that effect, proceed with due diligence physically to remove from the site all materials condemned by the Designer or Contractor or any applicable governmental authority, whether worked or unworked, and shall take down all portions of the work which the Designer or Contractor or any applicable governmental authority has condemned as unsound or improper, or which in any way fail to conform to the Contract Documents, and shall make good all work in other trades damaged by such removal. In the event that all or any portion of the work so condemned shall be of such a nature, or the time available to complete the whole work shall be so limited, that in the judgment of the Designer or the Contractor it will not be expedient to order the same replaced or corrected, the Contractor, at his option, may deduct from the payments due or to become due to the Subcontractor an amount that shall represent the difference of the fair and reasonable value of the work so condemned and its value had it been executed in conformity with the Contract Documents.

12. **Defense of Patents:** The Subcontractor shall defend all suits or claims, for infringement by him of any patent rights that may be brought against the Contractor, the Owner or the Designer arising out of the work, and shall hold the Contractor, Owner or the Designer harmless from loss on account thereof, except that the Subcontractor shall not be responsible for such loss when a particular process or product of a particular manufacturer or manufacturers is specified.

13. **Payments of Royalties, Permits, Fees:** The Subcontractor shall pay all royalties and shall obtain and pay for all licenses and permits pertaining only to his work. The Subcontractor agrees to comply with all laws and regulations specifically applicable to the work in force at the time of signing this Agreement. In case of failure to do so, he shall make all the necessary alterations in his work to conform to same, without delay.

14. **Cutting, Fitting, and Patching:** Work of Others: The Subcontractor shall, as a part of the contract price, do all cutting, fitting, and patching of his work that may be required to make several parts come together properly, and to fit it to receive or be received by the work of other contractors, shown upon or reasonably implied by the Contract Documents. Subcontractor agrees to protect the work of others from damage as a result of his operations. Should Subcontractor cause damage to any separate subcontractor on the work, the Subcontractor agrees, upon due notice, to compensate such subcontractors to the extent of his damage.

The commencing of work by any subcontractor, following the work of another, shall constitute his acceptance of prior work, (unless prior damage is reported in writing by the Subcontractor to the Contractor); and the cost of repairing any damage to the work of others shall be paid by the subcontractor causing such damage or Subcontractor hereunder if he accepts such prior work.

If more than one subcontractor, is working simultaneously on the project and damage occurs to the work, and responsibility for such damage cannot be ascertained then all such subcontractors working at the time shall pay equally for such damage; in time, and as directed by the Contractor.

15. **Removal of Rubbish:** The Subcontractor shall gather together and dispose of the rubbish caused by his work and, on completion of his work, the Subcontractor shall remove all tools, scaffolding, equipment and surplus materials pertaining to his work.

16. **Termination:** The Contractor may terminate and cancel this Agreement at any time even though the Subcontractor may not be default and in such event shall be liable to the Subcontractor only for an amount to be determined as follows:

A. Cost of the work as certified by the Designer;

B. A sum equal to five percent (5%) of A above in lieu of all fees and profits;

C. The estimated cost for winding up the Subcontractor's operations (such as the cost of taking inventory and cancellation charges imposed upon the Subcontractor).

D. From the amount so determined shall be deducted all payments previously made and all proper charges to the Subcontractor.

The Contractor may direct the Subcontractor to immediately dispose of any materials, tools, supplies and equipment for the account of the Contractor. The Subcontractor shall not dispose of said materials at the prices offered unless so directed by the Contractor. The Subcontractor shall furnish the Contractor with detailed and correct records and copies of all costs, orders, accounts, statements and contracts. During the period that such materials are on the job, Subcontractor shall keep them insured against theft and vandalism as provided for in Article 24 hereof.

17. **Guarantee:** The Subcontractor shall repair or replace, at his own cost and at the reasonable convenience of the Owner or any purchaser from the Owner, any damages or faults resulting from defective work that may occur during the period of one year (or during such other period as may be required by the Contract Documents or otherwise agreed to in writing by the Subcontractor) from the date of occupancy of the work by the purchaser from Owner to the reasonable satisfaction of the Contractor.

18. **Subletting, Transfer or Assignment of Work or Moneys Due:** The Subcontractor shall not sublet, assign, or transfer this Agreement or any part of the work included herein without the written consent of the Contractor.

    The Subcontractor's claims for moneys due hereunder are nonassignable except with the written consent of the Contractor. Any assignment of moneys due hereunder made without such consent is void, and the assignee in such case shall acquire no rights against the Contractor.

19. **Liens, Third Party Claims:** If at any time there shall be filed any notice of lien or if there shall be evidence of any claim for which the Contractor or the said premises may become liable, and which is chargeable to the Subcontractor or his subcontractors, or when damage shall be caused by this Subcontractor to another Subcontractor's work then the Contractor shall have the right to retain out of any payment then due or thereafter to become due an amount sufficient, in the opinion of the Contractor, to completely indemnify the Contractor against any such lien, or claim or damages. If there shall prove to be any lien, notice of lien or claim after all payments are made, the Subcontractor shall refund to the Contractor all moneys that the latter may be compelled to pay in discharging or disposing thereof and of any other claim made in consequence of the Subcontractor's default. The foregoing does not refer to claims by the Subcontractor against the Contractor.

20. **Changes in Work:** The Contractor may from time to time, without invalidating this Agreement, order such extras, additions, alterations, omissions, or other modifications in the work hereunder as he may deem necessary. Such changes shall be valid only on the written order of the Contractor which shall set forth the additional time, if any, to be allowed for its completion and the amount to be added to or deducted from the price or the method of its determination and payment schedule. If required by the Contractor, in fixing said amount, the Subcontractor shall submit his estimate of the value of such change and of the time required for completion.

21. **Overtime:** The Contractor may order the Subcontractor to work overtime in order to expedite the final completion of the work or any part thereof. For such overtime the Contractor shall pay only the actual excess cost of labor over the regular rates, plus the applicable cost of workman's compensation, liability insurance and payroll taxes on such actual excess labor costs, and any other costs required by the applicable labor agreements.

    If, however, the Subcontractor delays the progress of the work, the Subcontractor shall, at his own expense and cost, work such overtime as may be necessary to finish the work within the time as set forth in Article 6.

22. **Indemnity Agreement:** The Subcontractor hereby assumes entire responsibility and liability for any and all damage, or injury of any kind or nature whatever (including death resulting therefrom) to all persons, whether employees of the Subcontractor or otherwise, and to all property caused by, resulting from, arising out of, or occurring in connection with the execution of the work provided for in this contract; and if any person shall make a claim for any damage or injury (including death resulting therefrom) as herein above described, whether such claim may be based upon the Contractor's alleged active or passive negligence or participation in the wrong or upon any alleged breach of any statutory duty of obligation on the part of the Contractor, the Subcontractor agrees to indemnify and save harmless the Contractor, its agents, servants, and employees from and against any and all loss, expense, damage or injury that the Contractor may sustain as a result of any such claims and the Subcontractor agrees to assume, on behalf of the Contractor, the defense of any action at law or in equity, which may be brought against the Contractor upon such claim and pay on behalf of the Contractor, upon its demand, the amount of any judgment that may be entered against the Contractor in any such action.

    The Subcontractor further agrees to indemnify and save harmless the Contractor against loss and expense by reason of the liability imposed by law upon the Contractor for damages because of bodily injuries, including death at any time resulting therefrom sustained by any person or persons, and injury to or destruction of property caused by accident, due to any act or omission of the subcontractor, his employees, or agents arising out of and during the prosecution of the work of the Subcontractor as contemplated under this Agreement.

23. **Liability Insurance:** Before commencing the work the Subcontractor shall procure and maintain insurance, at his own expense, until completion and final acceptance of the work, with not less than the following limits: In the minimum amount of $1,000,000.00.

    A. Workman's Compensation and Employers Liability Insurance in accordance with the laws of the state in which the work is situated.

    B. Comprehensive General Liability Insurance against all hazards, including Public Liability, Contractors Protective Liability, Contractors Contractual Liability and Automobile Liability (owned and non owned) for, personal injury and property damage, with limits approved in advance by Contractor. Contractor to be named as an additional insured.

    C. Before commencing the work the Subcontractor shall furnish the Contractor a certificate from his insurance companies showing that the above insurance is in force, stating policy numbers, effective dates, expiration dates, and limits of liability thereunder. All policies providing the above insurance shall be endorsed to provide that the insurance company shall notify the Contractor, in writing, thirty (30) days prior to any cancellation his obligations otherwise provided for in this Agreement, including assumption of liabilities and indemnifications to the Contractor.

    D. If the Subcontractor fails to procure and maintain at least the above insurance with minimum limits of liability shown, the Contractor shall have the right to procure and maintain the said insurance for and in the name of the said Subcontractor and the Subcontractor shall pay the cost thereof and shall furnish all necessary information to make effective and maintain such insurance.

24. **Fire Insurance:** Theft and Vandalism: The Owner or the Contractor will provide and pay for standard form of Fire Insurance and extended coverage with Builder's Risk Endorsement to cover the Owner, the Contractor and Subcontractors on the permanent structure including any materials and equipment on the site which are to be incorporated in the work or which will be used up in connection with the work, the value of which is included in the cost of the work. The Subcontractor shall be responsible for any coverage on his temporary materials, tools, equipment, plant, scaffolds, bracing, sheds, etc. Theft and vandalism insurance shall be the responsibility of the Subcontractor until the material is built into the work. When the material is built into the work, it shall become the Owner's responsibility.

25. **Government Taxes:** The Subcontractor, for the Contract Price herein provided for, hereby agrees to pay and hold the Contractor harmless against the payment of all contributions, taxes or premiums which may be payable under Federal, State, or local laws arising out of the performance of the work and all sales, use, or other taxes of whatever nature levied or assessed against the Owner, the Contractor, or the Subcontractor arising out of the furnishing or installing by the Subcontractor of any kind of building materials, supplies, or equipment including the payment of any interest or penalties arising out of failure of the Subcontractor to make timely payment.

26. **Claims by Either Party Against the Other:** If either the Subcontractor or Contractor believes he has a claim of any nature whatsoever against the other party, he shall give the other written notice of the amount, whenever possible, and nature of such claim within six (6) months (or such other time limit as may otherwise be expressly set forth in the Contract Documents) of the occurrence of the event upon which such claim is based. In default of such notice the claim is waived.

27. **Applicable Law:** All matters relating to the validity, performance, interpretation or construction of this Agreement or the breach thereof shall be governed by the laws of the State of California.

**PHASE 3**

PROJECT NO: **ND-960001-00**
VENDOR NO: **KCI 001**
COST CODE: **02950**

The work of the Subcontractor shall, among other things, include the following:
Furnish all labor, materials and equipment to complete the **LANDSCAPE AND IRRIGATION**
(per plans and specifications) in a timely and first class manner at the above mentioned jobsite.

## SEE SCHEDULE "B" SCOPE OF WORK

| COST CODE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01810 | IRRIGATION | $ | 250,000.00 |
| 02950 | TREES, PLANTS, & GROUNDCOVERS | $ | 437,000.00 |
| 02950 | ADDITIVE 0002 GRASS PAVERS | $ | 13,000.00 |
| 02950 | ADDITIVE 0003 ADD BACKYARD TREES | $ | 20,500.00 |

Coordinate all work with jobsite superintendent and other related trades prior to those trades completing their work.
Each Subcontractor will be responsible for his own clean-up on a daily basis and put in the receptacle supplied by General Contractor.
All unloading, hoisting, and handling of materials required to complete the above work is part of this contract.
All warranties and guaranties normally furnished must be submitted prior to final payment.
This contract is inclusive of all applicable taxes and freight.
All punchlist items shall be completed within twenty-four hours from receipt of punchlist.
This contract shall become null and void if there are any additions, changes or corrections by the Subcontractor to the contents of said contract.
Retention of **10%** of contract amount will be withheld from monthly payment.

**AGREEMENT TO PERFORM.**
The said parties for themselves, their successors, executors, administrators, and assigns, do hereby agree to the full performance of the covenants herein contained.

**IN WITNESS WHEREOF,** the parties to these presents have executed this agreement the day and year first above written.

Subcontractor's State License No. 247631 11-30-97
EXPIRATION DATE

Subcontractor's City Business License No. ____________

Subcontractor's Insurance Agent Morris & Garritano

Subcontractor's Federal I.D. No. 95-2479578

Business Classification Large Business
(I.e. Small Business, Large Business, Woman Owned Business, Disadvanted Business, etc.)

**KARLESKINT-CRUM, INC.**
SUBCONTRACTOR

By [signature]

Curt Boutwell, Vice-President
(type name and title)

Date ____________

HARPER/NIELSEN-DILLINGHAM BUILDERS VENTURE, A (JV)
CONTRACTOR

By [signature]

Ronald D. Harper, Managing Partner
(type name and title)

Date 5/6/97

**IMPORTANT:** ADDRESS ALL INVOICES TO CONTRACTOR SPECIFYING JOB NUMBER, COST CODE NUMBER AND SUBCONTRACTOR'S VENDOR NUMBER. USE INVOICE FORMAT SUPPLIED YOU WITH THIS CONTRACT ONLY.

# SCHEDULE "B"

PAGE 1 OF 1

**REPLACE CAPEHART MFH PHASE 3 *(143 UNITS)***
**VANDENBERG AIR FORCE BASE, CA**
**CONTRACT # F04684-96-C-0046**

## TRADE: 02950

## TOTAL CONTRACT AMOUNT: $ 720,500.00

**WORK INCLUDES BUT IS NOT LIMITED TO:**

| | | |
|---|---|---|
| Specification Section | 02811 | Irrigation |
| Specification Section | 02920 | Soil Preparation |
| Specification Section | 02930 | Lawns & Grasses |
| Specification Section | 02950 | Planting |
| Specification Section | 02970 | Landscape Maintenance |

**FURNISH AND INSTALL ALL OF THE FOLLOWING:**

a) **Furnish and install all landscape and irrigation per plans and specifications.**
b) **Provide the specified maintenance including temporary irrigation and/or hand watering required to establish the hydroseeded areas that do not receive permanent irrigation (90 day maintenance period).**
c) **Site to be received at plus or minus one tenth of a foot. KCI shall amend the soil in place. There will not be any topsoil imported into the site.**
d) **Furnish and install precast pavers and lawn per Additive 0002.**
e) **Furnish and install two trees to each housing unit per Additive 0003.**
f) **Furnish and install all sleeving specified for irrigation.**
g) **Furnish and install all controllers, backflow preventers and related concrete pads and gravel.**
h) **This contract includes utilizing 16-6-8 Best Products in lieu of Gro Power Plus. If Gro Power Plus is requested by H/N-D prior to the landscape start, then an additive change order for $15,000 will be written to** KCI for the increased cost.
i) The following items are excluded:
   1. Hardscape work (concrete sidewalks
   2. Fencing
   3. 110 volt electric
   4. Import and export of soil
   5. Water meters
   6. Tot-lot equipment

| Cost Code | Description | Amount |
|---|---|---|
| 01810 | Irrigation | 250,000 |
| 02950 | Trees, Plants, & Groundcover | 437,000 |
| 02950 | Additive 0002 Grass Pavers | 13,000 |
| 02950 | Additive 0003 Add Backyard Trees | 20,500 |

**$ 720,500**

** Prevailing wages shall be paid in accordance with General Decision Number CA960047 Modification Number 4 dated 6/07/96 for Residential and General Decision Number CA960039 Modification Number 4 dated 6/07/96 for Building, Heavy, Highway. (Attachment 1 and 2 of the Air Force Specifications).

** Payments may be withheld if As-Builts, Certified Payroll, and/or Insurance requirements are not up to date.

** Any deficiencies required to be corrected by Harper/Nielsen-Dillingham's Construction Quality Control Representative shall be done so at the Subcontractor's expense. This Subcontractor shall be responsible for providing their own quality control for their scope of work.