**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-269-C** |
| | ) | **Judge Nancy B. Firestone** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>**

Pursuant to RFCFC 6(b), Plaintiff respectfully requests an enlargement of time of fourteen (14) days, to and including February 22, 2006, within which to respond to Defendant's Motion to Dismiss or, in the Alternative, Motion for Partial Summary Judgment. Plaintiff's response is presently due on February 8, 2006. This is Plaintiff's first request for an enlargement of time for this purpose. Plaintiff requests an enlargement of time not for purposes of delay, but due to the complex nature of the issues and its desire to fully address these issues in its response. Defendant's counsel has been contacted and does not oppose this request for an enlargement of time.

For the foregoing reasons, Plaintiff requests that the Court grant this Motion for Enlargement of Time.

Respectfully submitted,

MILLER LAW FIRM, P.C.

/s/Richard W. Miller______________
Richard W. Miller Mo. Bar #16136
Michael T. Metcalf Mo. Bar #45304
4310 Madison Avenue
Kansas City, MO 64111
Telephone: (816) 531-0755
Facsimile: (816) 561-6361
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing was served upon the following persons by United States mail, postage prepaid, this 31st day of January, 2006.

Mr. Jeffrey S. Pease
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W., Room 12018
Washington, D.C. 20005

**ATTORNEY FOR DEFENDANT**

/s/Richard W. Miller______________
Attorneys for Plaintiff