# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: February 2, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant,** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

Plaintiff's unopposed motion, filed January 31, 2006, for an 14-day enlargement of time within which to file its response to defendant's motion to dismiss is **GRANTED**. Accordingly, the briefing schedule is amended as follows:

| | |
|---|---|
| **February 22, 2006** | Plaintiff's response to defendant's motion to dismiss; |
| **March 8, 2006** | Defendant's reply. |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges