# SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release ("Agreement") is entered into by and between Harper-Nielsen-Dillingham Builders Joint Venture ("HND") and Karleskint-Crum, Inc. ("KCI"), (each a "Party"; collectively, the "Parties") for the mutual considerations and purposes expressed below.

## BACKGROUND

A. HND is the prime contractor on that certain public work of improvement known as replacement of Capehart MFH, Phase 3, 143 units, Contract Number F 04684-96-C-0046 located at Vandenberg AFB, California (the "Project");

B. HND obtained for the Project a payment bond in accordance wit he Miller Act, 40 U.S.C. sections 270(a) to 270(e), from Fireman's Fund Insurance Company ("Fireman's Fund");

C. HND entered into a subcontract with KCI whereby KCI agreed to furnish labor and materials on the Project;

D. KCI gave notice to HND and Fireman's Fund pursuant to the Miller Act of amounts due and unpaid by HND; and

E. KCI instituted a Miller Act lawsuit entitled United States of America for the Use and Benefit of Karleskint-Crum, Inc. v. Harper/Nielsen-Dillingham, etc., et al., U.S. District Court (Central District of California) Case No. 99-08182-RJK (RZX), which names as defendants HND and Fireman's Fund.

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is acknowledged and confessed, the Parties hereto agree as follows:

1. Payment.

KCI shall sign and telecopy to HND the Conditional Waiver and Release Upon Final Payment (Miller Act) (the "Conditional Release") in the form as attached hereto and incorporated herein by reference as Exhibit "A." Upon receipt of the signed Conditional Release, HND shall mail to KCI by no later than December 24, 1999, a check for $84,360.59. It is understood and agreed by the Parties that HND's payment of $84,360.59 settles all claims KCI has on the Project, except a claim for equitable adjustment for which HND shall have no liability except to cooperate in submittal as set forth in the letter agreement between the parties dated December 18 1999, a copy of which is attached hereto. KCI shall, forthwith, dismiss the action described in subparagraph E above with prejudice.



EXHIBIT C

12/28/1999 11:57 6197820349 MUNSWAGNERANASTOPULS PAGE 03/03
Page 2/2
Sent By: HARPER CONSTRUCTION; 6192337900; Dec-28 10:38AM; PAGE 02/02
12/28/1999 10:28 6197820349 MUNSWAGNERANASTOPULS
KCI-SLO NO.570 P.8/9

2. **Mutual Release**

KCI releases HND and Fireman's Fund from all claims of any nature which KCI may have against HND, Fireman's Fund and the Bond which relate to or arise out of the Project.

HND release KCI from all claims of any nature which HND may have against KCI which relate to or arise out of the Project.

3. **Assignment of Claim**

KCI warrants that it has not assigned or transferred its claims or causes of action against HND or Fireman's Fund.

4. **All Bills Paid**

KCI warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from it and/or its subcontractors or materials suppliers for labor, material and/or equipment employed in the performance of its subcontract with HND have been fully paid and that there are no amounts for which KCI would be responsible thereunder, all amounts having been fully paid.

IN WITNESS WHEREOF, the Parties have executed and delivered this Agreement as of the 17th day of December, 1999.

Harper-Nielsen-Dillingham Builders Joint Venture

By: [signature]
(Authorized Signature)

MANAGING PARTNER
(Typed Name and Title)
HARPER-NIELSEN DILLINGHAM J/V

Karleskint-Crum, Inc.

By: [signature]
(Authorized Signature)

[handwritten name and title]
(Typed Name and Title)

# CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT (MILLER ACT)

Upon receipt by the undersigned of a check from Harper-Nielsen-Dillingham Builders (JV) (HND) in the sum of $55,033.10 payable to Karleskint-Crum, Inc., and when the check has been properly endorsed and has been paid by the bank upon which it is drawn, this document shall become effective to waive and release any claim or right, including a payment bond claim or right, which the undersigned has under the Miller Act (40 U.S.C. §§ 270a - 270e) on the U.S. Air Force job located at Vandenberg AFB to replace Capehart MFH, Phase 4, Contract Number F 04684-97-C-0008. This release covers the final payment to the undersigned for all labor, services, equipment or materials furnished to the job, except for a request for equitable adjustment to be presented to the U.S. Air Force for which HND has no responsibility except to furnish documents and reasonably cooperate with the undersigned in processing its request as set forth in the letter agreement between HND and the undersigned dated December 17, 1999. The undersigned will look solely to the U.S. government for payment of any allowable equitable adjustment. This final payment includes retention of $53,524.80, and a balance for work performed of $1,508.30.

Dated: December 17, 1999

Karleskint-Crum, Inc.
(Company Name)

By: [signature]
(Authorized Signature)

Curt Boutwell
Vice President
(Typed Name and Title)

HARPER\KCI\CONDITIONAL WAIVER RELEASE PHASE 4 (MILLER ACT)

KCI 0390

# CONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT (MILLER ACT)

Upon receipt by the undersigned of a check from Harper-Nielsen-Dillingham Builders (JV) (HND) in the sum of $84,360.59 payable to Karleskint-Crum, Inc., and when the check has been properly endorsed and has been paid by the bank upon which it is drawn, this document shall become effective to waive and release any claim or right, including a payment bond claim or right, which the undersigned has under the Miller Act (40 U.S.C. §§ 270a - 270e) on the U.S. Air Force job located at Vandenberg AFB to replace Capehart MFH, Phase 3, Contract Number F 04684-96-C-0046. This release covers the final payment to the undersigned for all labor, services, equipment or materials furnished to the job, except for a request for equitable adjustment to be presented to the U.S. Air Force for which HND has no responsibility except to furnish documents and reasonably cooperate with the undersigned in processing its request as set forth in the letter agreement between HND and the undersigned dated December 17, 1999. The undersigned will look solely to the U.S. government for payment of any allowable equitable adjustment. This final payment includes retention of $68,700.00, and a balance for change order work performed of $15,660.59. The undersigned will dismiss with prejudice the suit entitled <u>United States of America for the Use and Benefit of Karleskint-Crum, Inc. v. Harper/Nielsen-Dillingham, etc., et al.</u>, U.S. District Court (Central District of California) Case No. 99-08182-RJK (RZX).

Dated: December 17, 1999

Karleskint-Crum, Inc.
(Company Name)

By: [signature]
(Authorized Signature)

Curt Boutwell Vice President
(Typed Name and Title)

HARPER\KCI\CONDITIONAL WAIVER RELEASE PHASE 3 (MILLER ACT)

KCI 03901

ANDRE,
MORRIS
& BUTTERY

A PROFESSIONAL LAW CORPORATION

PETER E. ANDRE (Retired)
MICHAEL J. MORRIS
JAMES C. BUTTERY
DENNIS D. LAW
J. TODD MIROLLA
SCOTT W. WALL
MARY E. McALISTER
KATHRYN M. EPPRIGHT
KEVIN D. MORRIS
WILLIAM V. DOUGLAS

OF COUNSEL

BARNET SALTNER, P.C.
JOHN F. STUART, P.C.

1308 Laurel Lane
Post Office Box 730
San Luis Obispo
California 93406-0730

Telephone 805 / 543-4171
Fax Number 805 / 543-0752

December 16, 1999

VIA FACSIMILE

Edward C. Muns
Muns, Wagner, Anastopulos & Lynn
701 "B" Street, Suite 1601
San Diego, CA 92101-8187

Re: **Karleskint-Crum, Inc. v. Harper/Nielsen Dillingham Builders, JV and United States Air Force**

Dear Mr. Muns:

Thank you for your assistance in arranging the meeting yesterday with Ron Harper and his colleagues. It was obviously a great help in overcoming some of the barriers which prevented the parties from coming to a resolution of their disputes.

This letter, when countersigned by our respective clients, will reflect a memorandum of understanding with regard to the differences that have arisen between them in connection with Phases III and IV of the Capehart Replacement MFH Project at Vandenberg Air Force Base (collectively the Project). It is the goal of the parties to settle their differences and allow Karleskint-Crum, Inc. (KCI) to pursue a Request for Equitable Adjustment against the Air Force for certain items set forth more specifically herein. It is the understanding of the parties as follows:

1. KCI shall execute and deliver to Harper/Nielsen Dillingham Builders, JV, a joint venture (HND), ~~a release~~ releases in the form of Exhibits ~~[illegible]~~ A-1 through A-3.

2. Upon receipt of said release, HND, shall transmit the sum of $159,~~[illegible]~~ 393.69. These funds shall be deposited with an overnight delivery service for transmittal to KCI's office in San Luis Obispo within two (2) business days after HND's receipt of the release described in paragraph 1 and the document which will cause a dismissal with prejudice of the pending Miller Act lawsuit between the parties.

P:\NBT\[illegible]

KCI 03902

A PROFESSIONAL LAW CORPORATION

ANDRE,
MORRIS
& BUTTERY

Edward C. Munz
December 16, 1999
Page 2

3. HND will cooperate in the release of information by the Air Force regarding the Project by notifying the Air Force of its abandonment of its opposition to the Freedom of Information Act Request previously made on behalf of KCI. It is KCI's purpose to obtain documents from the Air Force which are relevant to its claims regarding delay, storm damage, and wage classification. Any documents received by KCI which are potentially proprietary to HND shall be maintained in confidence by KCI and returned to HND at conclusion of any claims process with the Air Force.

4. HND will supply copies of documents described in Exhibit B, attached. HND will use its best effort to locate these documents and promptly supply them to KCI. If extraordinary costs are incurred in duplicating these documents KCI shall reimburse HND such cost., but HND will consult with KCI before incurring any duplicating costs exceeding $250.

5. Based on the additional information to be provided by HND and the Air Force, KCI will either amend its Request for Equitable Adjustment or abandon it. If KCI elects to file an amended Request for Equitable Adjustment, then HND will cooperate in this effort and shall certify the same if it can concur in the basis therefore. It is the intention of the parties that HND will be reasonable in exercising this duty.

6. Agreement to this memorandum of understanding may be reflected in facsimile signatures and this shall not affect the effectiveness of this agreement.

//// ////

[illegible]

KCI 03903

A PROFESSIONAL LAW CORPORATION

ANDRE,
MORRIS
& BUTTERY

Edward C. Muns
December 16, 1999
Page 3

I have provided a copy of this letter directly to your client as we discussed at our meeting yesterday. If you agree with this statement of the parties' understanding, please have Mr. Harper execute a copy of same and fax it to my office. Please call me if you have any questions.

Very truly yours,

James C. Buttery

JCB/sp
Attachments
cc: Karleskint-Crum, Inc.
Harper Construction Company

HARPER/NIELSEN DILLINGHAM BUILDERS, JV

Signature

RONALD D. HARPER
Printed Name

12/17/99
Date

KARLESKINT-CRUM, INC.

Signature

Vice President
Title

12/20/99.
Date

Approved as to form:

MUNS, WAGNER, ANASTOPULOS & LYNN

Edward C. Muns
Attorneys for Harper/Nielsen Dillingham Builders, JV

12/20/99 MON 12:03 FAX 805 543 3827 KCI-SLO +++ ANDRE MORRIS BUT 010
12/17/1999 09:48 6197828349 MUNSWAGNERANASTOPU PAGE 05
NO.539 P.5/5

Ed Hurs Rob

**Exhibit B**

Documents to be provided by HND:

1. Any and all relevant change orders submitted by the General Contractor in connection with the Project.

2. Any and all relevant change orders approved by the Government in connection with the Project.

3. Any and all information regarding the discovery and removal of the underground tanks as it may relate to landscaping work on the Project.

4. Any and all relevant Requests for Instructions submitted by the Contractor in connection with the Project.

5. All construction schedules for the Project and all schedule updates for the Project.

6. All correspondence between Contractor and the Government regarding storm damage to the Project.

"Relevant" means items which pertain [redacted] work performed by KCI or which may have affected such work.

12/17 '99 13:16 NO.287 01/01
6192331889 HARPER CONSTRUCTION