IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., Plaintiff, | ) | |
| v. | ) | No. 05-269C (Judge Firestone) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of 16 days, to and including March 24, 2006, within which to file its reply to plaintiff's response to defendant's Motion To Dismiss Or, In The Alternative, Motion For Partial Summary Judgment. Pursuant to the Court's order on February 2, 2006, our reply is presently due on March 8, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

The enlargement is necessary so that defendant's counsel will have sufficient time to consider documents attached to plaintiff's response that were not produced in response to our request for documents, and to consult with other Government attorneys, finish drafting, incorporate comments of agency counsel, and obtain review of defendant's reply brief. Defendant's counsel has had other assignments since receiving plaintiff's response brief, including a reply regarding defendant's motion to dismiss in Hougart v. United States,

No. 05-544C (Fed. Cl.), filed February 24, 2006, and preparation for oral argument in Rivera v. Department of Homeland Security, No. 05-3057 (Fed. Cir.), scheduled for March 6, 2006.

Undersigned counsel will also attend an intensive training course at the National Advocacy Center in Columbia, South Carolina, from March 13, 2006 through March 17, 2006. Therefore, we anticipate that an additional 16 days will be required to prepare and file our reply.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

March 2, 2006

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of March, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease