# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: March 13, 2006)**

*** * * * * * * * * * * * * * * * ***

**HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

*** * * * * * * * * * * * * * * * ***

**O R D E R**

Defendant's unopposed motion, filed March 2, 2006, for a 16-day enlargement of time within which to file its response to defendant's motion to dismiss is **GRANTED**. Accordingly, defendant shall file its reply by **Friday, March 24, 2006**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges