**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-269-C** |
| | ) | **Judge Nancy B. Firestone** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiff Harper/Nielsen-Dillingham Builders, Inc. respectfully requests leave of this Court to file the attached Sur Reply to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, Motion for Partial Summary Judgment. This request is brought because Defendant has raised new arguments that require a response, in particular, concerning the validity of a Claims Presentation and Prosecution Agreement between Harper and KCI. The points raised by Defendant in its Reply are substantially erroneous and misleading, and require clarification.

Respectfully submitted,

MILLER LAW FIRM, P.C.

/s/Richard W. Miller______________
Richard W. Miller Mo. Bar #16136
Michael T. Metcalf Mo. Bar #45304
4310 Madison Avenue
Kansas City, MO 64111
Telephone: (816) 531-0755
Facsimile: (816) 561-6361
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF FILING**

I hereby certify that on the 10th day of April, 2006, a copy of the foregoing "PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard W. Miller_______________
Attorneys for Plaintiff