# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: April 14, 2006)**

* * * * * * * * * * * * * * * * *
*
**HARPER/NIELSEN-DILLINGHAM** *
**BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiff's motion, filed April 10, 2006, for leave to file a surreply to defendant's reply to plaintiff's opposition to defendant's motion to dismiss, or in the alternative, motion for partial summary judgment is **GRANTED**. Plaintiff shall have until **Wednesday, April 19, 2006**, to file its surreply.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_