# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: June 7, 2006)**

* * * * * * * * * * * * * * * * *
*
**HARPER/NIELSEN-DILLINGHAM** *
**BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Oral argument on defendant's motion to dismiss shall be heard on **Thursday, July 6, 2006, at 10:00 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number shall be posted in the lobby on the day of the argument.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_