IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-269C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF FILING

Pursuant to the Court's telephone request today, defendant, the United States, files plaintiff's claim dated August 1, 2003 (without enclosures), which is stamped as received on August 5, 2003. Excerpts from the same document were included at pages A80-A85 of the appendix to Defendant's Motion to Dismiss or, in the Alternative, Motion for Partial Summary Judgment, filed on January 4, 2006. Defendant has not yet located, and does not recall receiving through discovery, the complaint filed in United States ex rel. Karleskint-Crum, Inc. v. Harper/Nielsen Dillingham, JV, et al., No. 99-08182RJK (C.D. Cal. 2000), which is not available in electronic form on PACER.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0292
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:

BRYAN O'BOYLE
Senior Trial Attorney
Air Force Legal Service Agency
Commercial Litigation Division

July 12, 2006

CERTIFICATE OF FILING

I hereby certify that on this 12th day of July, 2006, a copy of the foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease