**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 05-269-C** |
| | ) | **Judge Nancy B. Firestone** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING**

Pursuant to the Court's telephone request, Plaintiff Harper/Nielsen-Dillingham Builders files herewith a copy of the Complaint for Recovery on Miller Act Payment Bond (40 U.S.C. § 270b) And For Equitable Relief filed in the United States District of the Central District of California, Western Division on or about August 6, 1999.

Respectfully submitted,

MILLER LAW FIRM, P.C.

/s/ Michael T. Metcalf
Richard W. Miller Mo. Bar #16136
Michael T. Metcalf Mo. Bar #45304
4310 Madison Avenue
Kansas City, MO 64111
Telephone: (816) 531-0755
Facsimile: (816) 561-6361
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF FILING**

I hereby certify that on the 13th of July, 2006, a copy of the foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael T. Metcalf____________
Attorneys for Plaintiff