# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: September 6, 2006)**

* * * * * * * * * * * * * * * * * *
*
**HARPER/NIELSEN-DILLINGHAM** *
**BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

The status conference originally scheduled for Monday, September 11, 2006, at 11:00 a.m. eastern time is hereby **RESCHEDULED** for **Thursday, September 21, 2006, at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (816) 531-0755; counsel for defendant at (202) 307-1011. The court will initiate the conference call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge