# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: September 22, 2006)**

* * * * * * * * * * * * * * * * *
*
**HARPER/NIELSEN-DILLINGHAM** *
**BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

Based on the September 21, 2006 status conference, the court **ORDERS** as follows:

(1) Fact discovery shall close on **March 1, 2007**.

(2) The court will schedule a status conference for the week following the close of fact discovery to discuss whether ADR is appropriate at this juncture and to set a schedule for summary judgment briefing, the disclosure of experts, and a trial.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge