IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | |
| Plaintiff, | ) | No. 05-269C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 60 days in this case, to and including April 30, 2007, within which to complete fact discovery. Pursuant to the Court's order on September 22, 2006, fact discovery in this case is currently scheduled to end on March 1, 2007. Plaintiff's counsel has indicated that he does not oppose this motion for an enlargement of time.

Plaintiff's counsel and defendant's counsel traveled to Vandenberg Air Force Base in California during the week of November 27, 2006, for depositions of Government personnel. Because of other obligations, including two weeks of bid protest duty, and the winter holiday season, defendant's counsel has not yet been able to schedule a second trip to California to depose plaintiff's personnel. However, in early February, defendant's counsel's wife is due to give birth to their second child. As a result of the uncertainties involved with childbirth and the late stages of pregnancy, and because he has scheduled four weeks of

paternity leave to commence at the time of the birth, defendant’s counsel will not be able to schedule a second trip to California for depositions prior to the current close of fact discovery, March 1, 2007. An enlargement of time of 60 days will provide adequate time for the parties to schedule and conduct depositions of plaintiff’s personnel in San Diego, California, after defendant’s counsel returns to the office.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-7991
Fax: (202) 514-8624

January 4, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 4th day of January 2007, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Jeffrey S. Pease