# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: January 5, 2007)**

* * * * * * * * * * * * * * * * *
*
**HARPER/NIELSEN-DILLINGHAM** *
**BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed January 4, 2007, for a 60-day enlargement of time within which the parties to complete fact discovery is **GRANTED**. Accordingly, the discovery schedule is amended as follows:

(1) Fact discovery shall close on **April 30, 2007**.

(2) The court will schedule a status conference for the week following the close of fact discovery to discuss whether ADR is appropriate at this juncture and to set a schedule for summary judgment briefing, the disclosure of experts, and a trial.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge