IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | |
| Plaintiff, | ) | No. 05-269C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 60 days in this case, to and including June 29, 2007, within which to complete fact discovery. Pursuant to the Court's order on January 5, 2007, fact discovery in this case is currently scheduled to end on April 30, 2007. Plaintiff's counsel has indicated that he does not oppose this motion for an enlargement of time.

Defendant's counsel at the time, Jeffrey Pease, was tentatively scheduled to travel to California during the week of April 16, 2007, for the depositions of plaintiff's personnel in advance of the current discovery deadline. However, since the date of the Court's order, Mr. Pease has decided to leave his current position effective April 13, 2007.

The enlargement is necessary so that replacement counsel for the defendant, Bondurant Eley, will have sufficient time to review the record and the documents produced to date, and to consult with agency counsel, in preparation for the depositions

of plaintiff's personnel.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-5824
Fax: (202) 514-8624

April 2, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of April 2007, a copy of the foregoing "DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley