**AFFIDAVIT OF DARRELL D. SHOBERT**

I have attempted several times to get data from the Miller law firm related to the Karleskirt-Crum, Inc (KCI) claim, under assignment number 3511-2007F17200001. The unsuccessful attempts to obtain the required data are listed as follows:.

January 24, 2007 Approximate date, Darrell Shobert, DCAA Auditor, makes initial contact with Mike Metcalf, Attorney for KCI indicating we need support for claim

January 29, 2007 Requested Metcalf to provide electronic files no later than this week. He said he would try.

February 20, 2007 Approximate date Darrell follows up request for the following specific information to support the KCI claim.

March 7, 2007 Darrell follows up with e-mail to Heath and Mat regarding requested supporting documentation in order to start audit.

March 23, 2007 Reassignment of Heath to another client and Metcalf are assigned to the claim. Heath did not respond to lack of providing data.

April 4, 2007 Reassignment of Metcalf to another client and Scott Murphy is assigned to the claim. Contacted Scott Murphy, lawyer, who is new contact at Miller firm. Left message to call.

April 13, 2007 Scott Murphy advised me that he is the new contact at Miller firm. I asked that he try to obtain data that I have requested.

April 26, 2007 Contacted Scott Murphy, lawyer, again to call regarding data. Left message to call.

April 30, 2007 Mr. Miller contacted Darrell and apologized for his firm not responding to Darrell's audit requests. He requested Darrell to provide a list of requested data and it was provided the next day, May 1, 2007.

May 13, 2007 Darrell sent e-mail to Miller law firm following up on status of requested data (this is referenced in June 3, 2007 e-mail attached).

June 03, 2007 Approximate date Darrell contacted the Miller Law firm to follow up on requested data.

Dated June 27, 2007

Darrell D. Shobert

Subscribed and Sworn to before me this June 27, 2007 at Richardson, Texas.

JORGE F CAMPOS
Notary Public, State of Texas
My Comm. Expires Jan. 26, 2010

SEAL OMITTED

**RICHARDSON BRANCH OFFICE**
**CENTRAL REGION**
**DEPARTMENT OF DEFENSE**
**DEFENSE CONTRACT AUDIT AGENCY**
**801 E. CAMPBELL ROAD, SUITE 230**
**RICHARDSON, TX 7508101817**

**FAX COVER LETTER**

**DATE:** 6/27/07

**TO:** ELEY BONDURANT **FAX:** 202-514-8624

**FROM:** Darrell D. Shobert, CPA **FAX:** (214) 655-3820
**PHONE:** (214) 655-3750, X-232
**E-MAIL** darrell.shobert@dcaa.mil

**SUBJECT:** KCI REQUESTS FOR DATA

**MESSAGE:**

THE LISTING OF CONTACTS DOES NOT COVER THOSE PHONE CALLS MADE WHERE I LEFT MESSAGES & FAILED TO DOCUMENT THE CALL ESPECIALLY IN JUNE.

[signature]

**NUMBER OF PAGES INCLUDING COVER SHEET:** 2

**IMPORTANT: This FAX, including all attachments, constitutes Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this FAX transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this FAX or its contents is strictly prohibited. If you have received this FAX in error, please notify the sender by phone and then destroy the FAX immediately.**