# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: June 29, 2007)**

* * * * * * * * * * * * * * * * *

**HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's motion, filed June 28, 2007, for a 90-day enlargement of time within which the parties to complete fact discovery is **GRANTED**. Accordingly, the discovery schedule is amended as follows:

(1) Fact discovery shall close on **Thursday, September 27, 2007**.

(2) The court will schedule a status conference for the week following the close of fact discovery to discuss whether ADR is appropriate at this juncture and to set a schedule for summary judgment briefing, the disclosure of experts, and a trial.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge