**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 05-269-C** |
| | ) | **Judge Nancy B. Firestone** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**SUGGESTIONS WITH RESPECT TO THE COURT RECONSIDERING ITS ORDER GRANTING AN EXTENSION OF TIME**

COMES NOW Plaintiff by and through its counsel and submits the following Suggestions:

On June 28, 2007 counsel for the Government filed its Request for an Extension of Time. Prior to filing that request counsel for the Government contacted the undersigned attorney for the Plaintiff, who is the primary attorney on this case, and at that time a request was made by the undersigned counsel to permit counsel for the Plaintiff to review the Government's request for an extension prior to the Government filing the request and the time being requested by the Government. The Government denied this request of counsel for Plaintiff to view the Request by the Government for an Extension prior to filing on the basis that it was contrary to the policy of the Department of Justice.

Instead, counsel for the Government filed its Request for an Extension of Time and with all due respect, it is based on erroneous statements seeking to blame Plaintiff for the Government's own failures. This case was filed in February 2005 and the Government has had months and months to complete its audit of the records of Plaintiff. The excuse now being given by the Government for not having completed the audit is that the Plaintiff did not have certain

financial records in an electronic format for the auditor. It is not the responsibility of the contractor, (which is now basically out of business because of the Government's failure to pay the sums due it) to provide the auditor documentation in electronic format.

The further reason given by the Government for the requested extension was that there were a significant number of changes in associates on this case. At the inception of this case and even now, the undersigned is and has been the primary attorney on this case. Two attorneys who were working with the undersigned counsel on this case left the firm in January but the departure of these two attorneys who merely were assisting the undersigned counsel for Plaintiff has not affected in any way the movement of this case forward and has not affected in any way the failure of the auditors for the Government to complete its audit.

With all due respect, it is very apparent that the Government is using this tactic to stall and delay the trial setting and the undersigned counsel for Plaintiff advised Government counsel of this fact.

WHEREFORE, Plaintiff hereby requests that the Court reconsider its Order of June 29 and grant the Government only thirty (30) days in which to conclude whatever discovery that the Government wants concluded. Counsel for the Plaintiff also requests that this case be set for trial at the earliest opportunity.

Respectfully Submitted,

MILLER LAW FIRM, P.C.

*/s/ Richard W. Miller*

Richard W. Miller Mo. Bar #16136
Travis A. Wymore Mo. Bar #58825
4310 Madison Avenue
Kansas City, MO 64111
Telephone: (816) 531-0755
Facsimile: (816) 561-6361
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing was served upon the following person by United States mail, postage prepaid, this 10th day of July, 2007.

Ms. A. Bondurant Eley
Trial Attorney
Commercial Litigation Branch
Civil Division – Classification Unit
Department of Justice
1100 L. Street, N.W., 8th Floor
Washington, D.C. 20005
**ATTORNEY FOR DEFENDANT**

*/s/ Richard W. Miller*
Attorneys for Plaintiff