# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: July 11, 2007)**

* * * * * * * * * * * * * * * * * *
*
**HARPER/NIELSEN-DILLINGHAM** *
**BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiff's motion, filed July 10, 2007, requesting that the court reconsider its Order of June 29, 2007 granting the government's request for a 90-day enlargement of time to complete fact discovery, is **DENIED**. In its motion, the plaintiff also requested that this case be set for trial at the earliest opportunity. The court will contact the parties to schedule a status conference to set dates for a trial and for pre-trial submissions.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge