# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: July 19, 2007)**

* * * * * * * * * * * * * * * * *

**HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a status conference for **Tuesday, July 24, 2007, at 3:30 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (816) 531-0755; counsel for defendant at (202) 616-8254. The court will initiate the conference call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge