# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: July 23, 2007)**

* * * * * * * * * * * * * * * * *

**HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * *

## O R D E R

The status conference originally scheduled for Tuesday, July 24, 2007 is hereby **RESCHEDULED** for **Thursday, August 16, 2007 at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (816) 531-0755; counsel for defendant at (202) 616-8254. The court will initiate the conference call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge