# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: August 16, 2007)**

* * * * * * * * * * * * * * * * * 
*
**HARPER/NIELSEN-DILLINGHAM** *
**BUILDERS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Pursuant to the August 16, 2007 status conference, the court hereby **ORDERS** the following:

1. Fact discovery in the above-captioned case shall conclude by **Thursday, September 27, 2007**. No further extensions will be granted.

2. The government shall file its motion for summary judgment by **Monday, October 1, 2007**. The plaintiff shall file its response and the government shall file its reply in accordance with the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_