IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | |
| Plaintiff, | ) | No. 05-269C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 10 days in this case, to and including August 30, 2007, within which to respond to plaintiff's first request for production of documents and first set of interrogatories. Plaintiff's counsel has indicated that he does not oppose this motion for an enlargement of time.

While working on responses to plaintiff's request for production of documents and interrogatories, defense counsel realized for the first time that she had misread the handwritten date of service appearing on the certificate of service attached to plaintiff's first request for production of documents, and had been operating under the misimpression that both sets of documents were served on July 31, 2007. Upon examining the mailing envelope that contained both sets of discovery demands and the certificate of service for plaintiff's first set of interrogatories defense counsel discovered that both sets of