IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | |
| Plaintiff, | ) | No. 05-269C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES (CORRECTED VERSION)

Defendant hereby respectfully submits a corrected version of its unopposed motion, pursuant to RCFC 6(b), for an enlargement of time of 10 days in this case, to and including August 30, 2007, within which to respond to plaintiff's first request for production of documents and first set of interrogatories. As noted in the original version of this motion filed with the Court, plaintiff's counsel has indicated that he does not oppose this motion for an enlargement of time. With the exception of the change described in footnote 1, the text of this corrected version is the same as that of the original.

While working on responses to plaintiff's request for production of documents and interrogatories, defense counsel realized for the first time that she had misread the handwritten date of service appearing on the certificate of service attached to plaintiff's first request for production of documents, and had been operating under the misimpression that both sets of

documents were served on July 31, 2007. Upon examining the mailing envelope that contained both sets of discovery demands and the certificate of service for plaintiff's first set of interrogatories defense counsel discovered that both sets of demands were, in fact, served by plaintiff's counsel on July 21, 2007.[1]

Under Rules 33 and 34, the service of the interrogatories and requests for production on July 21 triggers a response date of August 20, 2007, rather than the August 30. Defendant has been working diligently on responses to both of these demands, but will be unable to respond by August 20. As defense counsel indicated to both plaintiff's counsel and to the Court during the recent status conference, defense counsel foresees no difficulty in responding to these requests by the end of August, the time she originally thought the responses were due. Defense counsel believes that this enlargement will have no impact on the parties' ability to complete discovery in advance of the September 27, 2007 deadline. Defense counsel apologizes for any inconvenience to this Court and to plaintiff's counsel.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of

---

[1] In our original motion we erroneously listed the date of receipt as August 10, 2007. After filing that motion, we discovered another copy of plaintiff's interrogatories with an earlier date stamp. This is the basis for the corrected motion.

time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kenneth Dintzer for s/D. Kinner
DONALD E. KINNER
Assistant Director

s/A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-5824
Fax: (202) 514-8624

August 20, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of August 2007, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF’S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES (CORRECTED VERSION)” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ A. Bondurant Eley