# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: August 22, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **HARPER/NIELSEN-DILLINGHAM** | * |
| **BUILDERS, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant,** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## O R D E R

Defendant's unopposed motion, filed August 20, 2007, for a 10-day enlargement of time within which to respond to plaintiff's first request for production of documents and first set of interrogatories is **GRANTED**. Accordingly, defendant shall respond to plaintiff's first set of discovery requests by **Thursday, August 30, 2007**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_