| SOLICITATION, OFFER AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. F04684-96-B-0005 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3. DATE ISSUED 21 June 96 | PAGE OF PAGES 1 OF 41 |
|---|---|---|---|---|

IMPORTANT - The 'offer' section on the reverse must be fully completed by the offeror.

| 4. CONTRACT NO. F04684-96-C-0046 | 5. REQUISITION/PURCHASE REQUEST NO. F5CERF61090300 | 6. PROJECT NO. XUMU 96-4003 MILITARY FAMILY HOUSING PHASE III |
|---|---|---|

| 7. ISSUED BY | CODE | 8. ADDRESS OFFER TO |
|---|---|---|
| 30 CONS/LGCCB<br>806 13TH STREET, SUITE 2<br>VANDENBERG AFB CA 93437-5226 | | 30 SW/BZ<br>ATTN: F04684-96B0005, MFH PHASE III<br>806 13th St, Suite 129<br>VANDENBERG AFB CA 93437-5226<br>DO: C2 SIC CODE: 1521 SIZE STD: $17,000,00 |

| 9. FOR INFORMATION CALL: | A. NAME BUYER: HUGHES, CHARLES E /LGCCB | B. TELEPHONE NO. (Include area code)(NO COLLECT CALLS) 8057348232 X5-7031 |
|---|---|---|

SOLICITATION

NOTE: In sealed bid solicitations 'offer' and 'offeror' mean 'bid' and 'bidder'.

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date)
SEE SCHEDULE.
PLEASE READ THE FOLLOWING INFORMATION:

1. FAILURE TO COMPLETE THE REPRESENTATIONS AND CERTIFICATIONS MAY DETERMINE YOUR BID NON-RESPONSIVE.

2. TO ENSURE ADEQUATE INTEREST IN AND SUPERVISION THE CONTRACTOR WILL BE REQUIRED TO PERFORM 20 PERCENT OF THE CONTRACT WORK WITH ITS OWN WORK FORCES. SEE FAR CLAUSE 52.236-1

3. THIS ACQUISITION IS UNRESTRICTED

4. ENTER PRICES IN BLACK INK OR TYPEWRITER IN SECTION B

- A SITE VISIT WILL BE CONDUCTED ON 8 JULY 96 AT 10:00 AM. (SEE L-124C)

- F THIS CONTRACT IS AWARDED TO OTHER THAN A SMALL BUSINESS CONCERN, A SUBCONTRACTING PLAN WILL BE REQUIRED.

- HAND CARRIED BIDS SHALL BE PLACED IN THE "BID BOX" LOCATED IN BLDG 7015, FIRST FLOOR, SUITE 129. THIS IS THE SMALL BUSINESS OFFICE.

11. The Contractor shall begin performance within 10 calendar days & complete it within 480 calendar days after receiving [ ] award, [X] notice to proceed.
This performance period is [X] mandatory [ ] negotiable. (See * I100 FAR 52.211-10)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If 'YES,' indicate within how many days after award in Item 12B.) [X] YES [ ] NO | 12B. CALENDAR DAYS 020 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 00 copies to perform the work required are due at the place specified in item 8 b 1:00 PM (HOUR) LOCAL TIME 22 Jul 96 (date). If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address the solicitation number and the date and time offers are due.

B. An offer guarantee [X] IS, [ ] IS NOT REQUIRED.

All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in solicitation full text or by reference.

Offers providing less than 090 calendar days for Government acceptance after the date offers are due considered nonresponsive and will be rejected.

NSN 7540-01-155-3212 1442-101 STANDARD FORM 1442
Prescribed by GSA
FAR (48 CFR) 53

DUPLICATE ORIGINAL

OFFER (Must be fully completed by offeror)

| | |
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)<br>HARPER/NIELSEN DILLINGHAM BUILDERS, Inc.<br>A Joint Venture<br>2241 Kettner Blvd., Suite 300<br>San Diego, California 92101 | 15. TELEPHONE NO. (Include area code)<br>TEL: (619) 233-7900 FAX: (619) 233-1889 |
| EC#14-740-3658<br>CODE 012V9 FACILITY CODE TIN#33-0640898 | 16. REMITTANCE ADDRESS (Include only if different than item 14) |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 090 calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means offeror accepts the minimum in Item 13D.

AMOUNTS >> SEE PART I-THE SCHEDULE; SECTION B-SUPPLIES AND PRICES/COSTS

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | 0001 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 7/11/96 | | | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| Ronald D. Harper, Managing Partner | [signature] | July 22, 1996 |

21. ITEMS ACCEPTED:
CLINs 0001 - 0008. Amendment 001, 11 Jul 96 & Subcontracting Plan, 22 Jul 96, are hereby incorporated into and made a part of this contract.

| | | |
|---|---|---|
| 22. AMOUNT<br>$17,724,714.00 | 23. ACCOUNTING AND APPROPRIATION DATA<br>576/17040 896 83LW 96-DKX P711 672300 A88549 | |
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 COPIES UNLESS OTHERWISE SPECIFIED) >> | ITEM<br>7 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>[ ] 10 USC 2304(c)( ) [ ] 41 USC 253(c)( ) |
| 26. ADMINISTERED BY CODE<br>SAME AS BLOCK 7 | | 27. PAYMENT WILL BE MADE BY<br>DFAS-SB/FPF<br>1111 EAST MILL STREET<br>SAN BERNADINO CA 92408-1621 |

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

[ ] 28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return _____ copies to issuing office). Contractor agrees to furnish & deliver all work, requisitions identified on this form & any continuation sheets for the consideration slated in this contract. The rights & obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitations, & (c) the clauses, representations, certifications, & specifications or incorporated by reference in or attached to this contract.

[X] 29. AWARD (Contractor is not required to sign this document). Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consits of (a) the Government solicitation and your offer and (b) this contract award. No futher contractual document is necessary.

| | | | |
|---|---|---|---|
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print) | | 31A. NAME OF CONTRACTING OFFICER (Type or print)<br>C.H. PAINTER | |
| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA<br>[signature] | 31C. AWARD DATE<br>27 AUG 1996 |

STANDARD FORM 1442 BACK (REV. 4-85)

PART I - THE SCHEDULE
SECTION B
SUPPLIES OR SERVICE AND PRICES/COSTS

| ITEM | SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | PROJECT XUMU 96-4003 REPLACE MILITARY FAMILY HOUSING PHASE III | | | | |
| 0001AA | CONSTRUCTION OF MILITARY FAMILY HOUSING PHASE III, VANDENBERG AFB, CA 93437. CONTRACTOR TO PROVIDE ALL LABOR, MATERIALS, EQUIPMENT AND TRANSPORTATION NECESSARY TO BUILD THIS PROJECT IN ACCORDANCE WITH THE ATTACHED SPECIFICATIONS AND DRAWINGS.<br>PR NR:<br>ACRN: | 1 | JB | LUMP SUM | $ ~~16~~ 16,887,945<br>RDH. |
| **ITEM** | **DESCRIPTION** | **ESTIMATED QTY** | **UNIT** | **UNIT PRICE** | **ESTIMATED AMOUNT** |
| 0001AB | TANKS, 1500 GALLONS<br>REMOVE AND DISPOSE. IAW SPEC. SECTION 02120<br>PR NR:<br>ACRN: | 13 | EA | $ 2,000 | $ 26,000 |
| 0001AC | TANKS, 500 GALLONS<br>REMOVE AND DISPOSE. IAW SPEC. SECTION 02120<br>PR:<br>ACRN: | 13 | EA | $ 2,000 | $ 26,000 |
| 0001AD | OIL TESTING-TANKS<br>GASOLINE STATIONS, OIL HOUSE, MOTOR SHOPS. IAW SPEC. SECTION 02120.<br>PR:<br>ACRN: | 148 | EA | $ 300 | $ 44,400 |
| 0001AE | REMOVAL AND REPLACEMENT OF CONTAMINATED SOIL AT ALL TANKS WASH RACKS, GREASE RACKS, AND SOIL AROUND ASBESTOS PIPING. IAW SPEC. SECTION 02120.<br>PR:<br>ACRN: | 1416 | TONS | $ 70 | $ 99,120 |

| ITEM | DESCRIPTION | ESTIMATED QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0001AF | REMOVE AND MITIGATE ASBESTOS COATED PIPING AND ASBESTOS CONTAMINATED SOIL (PER LINEAR FEET). IAW SPEC SECTION 02120.<br>PR:<br>ACRN: | 800 | LF | $ 13 | $ 10,400 |
| 0001AG | HAZARDOUS LIQUID REMOVAL, 39000 GL AND DISPOSAL PER GALLON. IAW SPEC SECTION 02120.<br>PR:<br>ACRN: | 39000 | GL | $ .60 | $ 23,400 |
| 0001AH | CONTRACTOR TO CRUSH ALL ASPHALT AND CONCRETE RUBBLE INTO CLASS II BASE COURSE MATERIAL. VANDENBERG WILL PROVIDE A RUBBLE YARD WITHIN A 10 MILE RADIUS FROM THE CONSTRUCTION SITE.<br>THE CONTRACTOR MUST RE-USE AS MUCH OF THIS MATERIAL AS POSSIBLE WITHIN THE PROJECT.<br>PR:<br>ACRN: | 1 | LS | LUMP SUM | $ 80,000 |
| 0001AI | BOND COSTS<br>(SEE PART IV, SEC K, K-241) | 1 | LS | LUMP SUM | $ 90,000 |
| TOTAL ESTIMATED AMOUNT OF LINE ITEM 001 (SUBCLINs 0001AA THROUGH 0001AI) | | | | | $ 17,287,265 |
| 0002 | **ADDITIVE 0001**<br>Change finish flooring in all kitchens, powder and baths to ceramic tile flooring in lieu of resilient flooring.<br>Spec. Section 06200, 09250, 09300 and 09650.<br>PR:<br>ACRN: | 1 | LS | LUMP SUM | $ 117,204 |
| 0003 | **ADDITIVE 0002**<br>Change paving at emergency access roads to pre-cast pavers in lieu of asphalt paving.<br>Spec. Section 02510, 02520, 02930, and Drawing A0001.<br>PR:<br>ACRN: | 1 | LS | LUMP SUM | $ 19,067 |

| ITEM | DESCRIPTION | ESTIMATED QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0004 | ADDITIVE 0003<br>Add two trees to each housing unit rear yard.<br>Spec. Section 02950.<br>PR:<br>ACRN: | 1 | LS | LUMP SUM | $ 30,602 |
| 0005 | ADDITIVE 0004<br>Change carpet quality to 36 oz. in lieu of 32 oz.<br>Spec. Section 09680.<br>PR NR:<br>ACRN: | 1 | LS | LUMP SUM | $ 14,338 |
| 0006 | ADDITIVE 0005<br>Add unit masonry wall at future Utah St.<br>Spec. Section 03200, 03300, 04300, Drawings A0001 and A504.<br>PR NR:<br>ACRN: | 1 | LS | LUMP SUM | $ 130,624 |
| 0007 | ADDITIVE 0006<br>Add spare 4 inch electrical conduit for all lateral runs identified on Drawing No. C305. sheet Note (Diamond) 7.<br>PR NR:<br>ACRN: | 1 | LS | LUMP SUM | $ 17,858 |
| 0008 | ADDITIVE 0007<br>Encase all primary and secondary electrical duct conduits in concrete colored with red dye.<br>PR NR:<br>ACRN: | 1 | LS | LUMP SUM | $ 107,756 |
| IN THE EVENT THAT SUFFICIENT FUNDING IS NOT AVAILABLE TO AWARD LINE ITEM 001, THE FOLLOWING DEDUCTIVE BID ITEMS WILL BE DEDUCTED IN SEQUENCE TO REACH THE AMOUNT OF FUNDS AVAILABLE. | | | | | |
| 0009 | DEDUCTIVE 0001<br>Delete all requirement to demolish 3 existing units and construct 3 new units. The units to be deleted are numbered 65, 66, and 67 on Oceanview Blvd. They can be found on Sheet C106 and all corresponding sheets.<br>All work related to the construction of these units, including demolition and removal of hazardous waste of the existing units shall be deleted from this contract. | 1 | LS | LUMP SUM | $ 251,323 |

| ITEM | DESCRIPTION | ESTIMATED QTY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0010 | DEDUCTIVE 0002<br>Delete all requirement to demolish 5 existing units and construct 5 units and a portion of Maple St. as described below.<br>The units to be deleted are numbered 79, 80, 81, 82, and 83 on Oceanview Blvd. They can be found on Sheet C106 and all corresponding sheets.<br>All work related to the construction of these units, including demolition and removal of hazardous waste of the existing units shall be deleted from this contract.<br>The portion of Maple St. which is deleted with this line item is located between Units 68 and 67 on Oceanview Blvd. and Units 54 and 64 on Maple St. | 1 | LS | LUMP SUM | $ 431,439 |

See section J IAW Specifications furnished herewith.

PART I - THE SCHEDULE
SECTION E
INSPECTION AND ACCEPTANCE

E-18. 52.246-12 INSPECTION OF CONSTRUCTION (IAW FAR 46.312) JUL 1986

E-19. 52.246-13 INSPECTION—DISMANTLING, DEMOLITION, OR REMOVAL OF IMPROVEMENTS (IAW FAR 46.313) APR 1984

E-34. INSPECTION AND ACCEPTANCE (IAW FAR 46.401(b) and 46.503)

Inspection and acceptance will be performed by the Contracting Officer's Representative (30 CES) at the project site upon completion of all work as called for by the Specifications and Drawings and any changes thereto.

PART I - THE SCHEDULE
SECTION F
DELIVERIES OR PERFORMANCE

F-20. 52.211-12 LIQUIDATED DAMAGES—CONSTRUCTION (IAW FAR 12.204(b)) APR 1984

For the purposes of this clause the blank(s) are completed as follows:

(a) the sum of $ 629.70 for each day of delay.

F-25. 52.211-18 VARIATION IN ESTIMATED QUANTITY (IAW FAR 12.403(c)) APR 1984

F-601. NOTICE TO PROCEED FAR 36.303(c)(4) AND (9)

The initial notice to proceed shall be issued within 120 calendar days after award of contract.

PART I - THE SCHEDULE
SECTION G
CONTRACT ADMINISTRATION DATA

G-1. ACCOUNTING AND APPROPRIATION DATA

AA: 576/17040 896 83LW 96-DKX P711 672300 A88549
$ 17,724,714.00

PART I - THE SCHEDULE
SECTION H
SPECIAL CONTRACT REQUIREMENTS

(SECTION NOT USED)

PART II - CONTRACT CLAUSES
SECTION I
CONTRACT CLAUSES

FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (IAW FAR 52.107(b)) JUN 1988

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

| NO | FAR PARA | CLAUSE TITLE | DATE |
|---|---|---|---|
| I-11. | 52.202-1 | DEFINITIONS (IAW FAR 2.201) | OCT 1995 |
| I-12. | 52.202-1 | ALTERNATE I (IAW FAR 2.201) | APR 1984 |
| I-19. | 52.203-3 | GRATUITIES (IAW FAR 3.202) | APR 1984 |
| I-20. | 52.203-5 | COVENANT AGAINST CONTINGENT FEES (IAW FAR 3.404(c)) | APR 1984 |
| I-21. | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (IAW FAR 3.503-2) | OCT 1995 |
| I-22. | 52.203-7 | ANTI-KICKBACK PROCEDURES (IAW FAR 3.502-3) | JUL 1995 |
| I-24. | 52.203-9 | REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY--MODIFICATION (IAW FAR 3.104-10(b)) | SEP 1995 |

(a) Definitions. The definitions set forth in FAR 3.104-4 are hereby incorporated in this clause.

(b) The Contractor agrees that it will execute the certification set forth in paragraph (c) of this clause when requested by the Contracting Officer in connection with the execution of any modification of this contract.

(c) Certification. As required in paragraph (b) of this clause, the officer or employee responsible for the modification proposal shall execute the following certification. The certification in paragraph (c)(2) of this clause is not required for a modification which procures commercial items.

CERTIFICATE OF PROCUREMENT
INTEGRITY—MODIFICATION (NOV 1990)

(1) I, ______________________ (Name of certifier) am the officer or employee responsible for the preparation of this modification proposal and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certification, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d), or (f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement (contract and modification number).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of ______________________ (Name of Offeror) who has participated personally and substantially in the preparation or submission of this proposal has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections 27(a), (b), (d) or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations: (Continue on plain bond paper if necessary and label Certificate of Procurement Integrity—Modification (Continuation Sheet), ENTER "NONE" IF NONE EXISTS)

______________________

______________________

______________________

______________________
(Signature of the officer or employee responsible for the modification proposal and date)

______________________(Typed name of the officer or employee responsible for the modification proposal)

______________________

*Subsections 27(a), (b), and (d) are effective on December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.

(End of certification)

(d) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing Contractor responsible for the offer or bid, may rely upon a one-time certification from each individual required to submit a certification to the competing Contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated. These certifications shall be maintained by the Contractor for a period of 6 years from the date a certifying employee's employment with the company ends or, for an agency, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the contractor.

(e) The certification required by paragraph (c) of this clause is a material representation of fact upon which reliance will be placed in executing this modification.

| | | | |
|---|---|---|---|
| I-25. | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (IAW FAR 3.104-10(c)) | SEP 1990 |
| I-25C. | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (IAW FAR 3.808(b)) | JAN 1990 |
| I-39. | 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER (IAW FAR 4.304). | MAY 1995 |
| I-78. | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (IAW FAR 9.409(b)) | JUL 1995 |
| I-100. | 52.211-10 | COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (IAW FAR 11.404(b)) | APR 1984 |

For the purposes of this provision the blank(s) are completed as follows:

(a) within 10 days
(c) not later than 480

| | | | |
|---|---|---|---|
| I-102. | 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (IAW FAR 11.604(b)) | SEP 1990 |
| I-119. | 52.214-26 | AUDIT-SEALED BIDDING (IAW FAR 14.201-7(a)) | OCT 1995 |
| I-120. | 52.214-27 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS--SEALED BIDDING (IAW FAR 14.201-7(b)) | OCT 1995 |
| I-121. | 52.214-28 | SUBCONTRACTOR COST OR PRICING DATA--MODIFICATIONS--SEALED BIDDING (IAW FAR 14.201-7(c)) | OCT 1995 |

| | | | |
|---|---|---|---|
| I-122. | 52.214-29 | ORDER OF PRECEDENCE—SEALED BIDDING (IAW FAR 14.201-7(d)) | JAN 1986 |
| I-214. | 52.219-8 | UTILIZATION OF SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS CONCERNS (IAW FAR 19.708(a)) | OCT 1995 |
| I-215. | 52.219-9 | SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING PLAN (IAW FAR 19.708(b)(1)) | OCT 1995 |
| I-216. | 52.219-9 | ALTERNATE I (IAW FAR 19.708(b)(1)) | OCT 1995 |
| I-223. | 52.219-16 | LIQUIDATED DAMAGES—SUBCONTRACTING PLAN (IAW FAR 19.708(b)(2)) | OCT 1995 |
| I-245. | 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (IAW FAR 22.101-1(e), and 22.103-5(a)) | APR 1984 |
| I-247. | 52.222-3 | CONVICT LABOR (IAW FAR 22.202) | APR 1984 |
| I-248. | 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT—OVERTIME COMPENSATION (IAW FAR 22.305) | JUL 1995 |
| I-250. | 52.222-6 | DAVIS-BACON ACT (IAW FAR 22.407(a)(1)) | FEB 1995 |
| I-251. | 52.222-7 | WITHHOLDING OF FUNDS (IAW FAR 22.407(a)(2)) | FEB 1988 |
| I-252. | 52.222-8 | PAYROLLS AND BASIC RECORDS (IAW FAR 22.407(a)(3)) | FEB 1988 |
| I-253. | 52.222-9 | APPRENTICES AND TRAINEES (IAW FAR 22.407(a)(4)) | FEB 1988 |
| I-254. | 52.222-10 | COMPLIANCE WITH COPELAND ACT REQUIREMENTS (IAW FAR 22.407(a)(5)) | FEB 1988 |
| I-255. | 52.222-11 | SUBCONTRACTS (LABOR STANDARDS) (IAW FAR 22.407(a)(6)) | FEB 1988 |
| I-256. | 52.222-12 | CONTRACT TERMINATION—DEBARMENT (IAW FAR 22.407(a)(7)) | FEB 1988 |
| I-257. | 52.222-13 | COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (IAW FAR 22.407(a)(8)) | FEB 1988 |
| I-258. | 52.222-14 | DISPUTES CONCERNING LABOR STANDARDS (IAW FAR 22.407(a)(9)) | FEB 1988 |
| I-259. | 52.222-15 | CERTIFICATION OF ELIGIBILITY (IAW FAR 22.407(a)(10)) | FEB 1988 |
| I-264. | 52.222-26 | EQUAL OPPORTUNITY (IAW FAR 22.810(e)) | APR 1984 |
| I-266. | 52.222-27 | AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (IAW FAR 22.810(f)) | APR 1984 |
| I-274. | 52.222-35 | AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS (IAW FAR 22.1308(a)(1), and DFARS 222.1308(a)(1)) | APR 1984 |
| I-276. | 52.222-36 | AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (IAW FAR 22.1408(a)) | APR 1984 |

| | | | |
|---|---|---|---|
| I-278. | 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (IAW FAR 22.1308(b)) | JAN 1988 |
| I-292. | 52.223-2 | CLEAN AIR AND WATER (IAW FAR 23.105(b)) | APR 1984 |
| I-295. | 52.223-6 | DRUG-FREE WORKPLACE (IAW FAR 23.505(b)) | JUL 1990 |
| I-297E. | 52.223-14 | TOXIC CHEMICAL RELEASE REPORTING (IAW FAR 23.907(b)) | OCT 1995 |
| I-308. | 52.225-5 | BUY AMERICAN ACT—CONSTRUCTION MATERIALS (IAW FAR 25.205) | MAY 1992 |
| I-312. | 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (IAW FAR 25.704) | MAY 1992 |
| I-312D. | 52.225-15 | BUY AMERICAN ACT - CONSTRUCTION MATERIALS UNDER EUROPEAN COMMUNITY NORTH AMERICAN FREE TRADE AGREEMENTS (IAW FAR 25.205(b)(1)) | JAN 1996 |

(a) Definitions. As used in this clause--

"Components" means those articles, materials, and supplies incorporated directly into construction materials.

"Construction material" means an article, material, or supply brought to the construction site for incorporation into the building or work. Construction material also includes an item brought to the site pre-assembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, which are discrete systems incorporated into a public building or work and which are produced as a complete system, shall be evaluated as a single and distinct construction material regardless of when or how the individual parts or components of such systems are delivered to the construction site.

"Domestic construction material" means (1) an unmanufactured construction material mined or produced in the United States, or (2) a construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind as the construction materials determined to be unavailable pursuant to subparagraph 25.202(a)(3) of the Federal Acquisition Regulation (FAR) shall be treated as domestic.

"European Community (EC) construction material" means a construction material that (a) is wholly the growth, product, or manufacture of an EC country or (b) in the case of a construction material which consists in whole or in part of materials from another country or instrumentality, has been substantially transformed in an EC country into a new and different construction material distinct from the materials from which it was transformed.

"EC country" means Austria, Belgium, Denmark, Federal Republic of Germany, Finland, france, greece, Ireland, Italy, Luxembourg, the Netherlands, Portugal, Spain, Sweden, and the United Kingdom.

"North American Free Trade Agreement (NAFTA) country" means Canada and Mexico.

"NAFTA country construction material" means a construction material that (a) is wholly the growth, product, or manufacture of a NAFTA country, or (b) in the

case of a construction material which consists in whole or in part of materials from another country or instrumentality, has been substantially transformed in a NAFTA country into a new and different construction material distinct from the materials from which it was transformed.

(b) The Buy American Act (41 U.S.C.10) provides that the Government give preference to domestic material. In addition, the Memorandum of Understanding between the United States of American and the European Economic Community on Government Procurement, and the North American Free Trade Agreement (NAFTA), provide that EC and NAFTA construction materials are exempted from application of the Buy American Act.

(c) The Contractor agrees that only domestic construction materials, NAFTA country construction materials or EC Construction materials will be used by the Contractor, subcontractors, materialmen and suppliers in the performance of this contract, except for other foreign construction materials, if any, listed in this contract.

(End of clause)

| | | | |
|---|---|---|---|
| I-314D. | 52.226-1 | UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES (IAW FAR 26.104(a)) | AUG 1991 |
| I-315. | 52.227-1 | AUTHORIZATION AND CONSENT (IAW FAR 27.201-2(a)) | JUL 1995 |
| I-317. | 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENTS (IAW FAR 27.202-2) | APR 1984 |
| I-321. | 52.227-4 | PATENT INDEMNITY--CONSTRUCTION CONTRACTS (IAW FAR 27.203-5) | APR 1984 |
| I-333. | 52.228-1 | BID GUARANTEE (IAW FAR 28.101-3(b)) | APR 1984 |
| I-334. | 52.228-2 | ADDITIONAL BOND SECURITY (IAW FAR 28.106-4) | APR 1984 |
| I-337. | 52.228-5 | INSURANCE--WORK ON A GOVERNMENT INSTALLATION (IAW FAR 28.310) | SEP 1989 |
| I-345. | 52.228-11 | PLEDGES OF ASSETS (IAW FAR 28.203-6) | FEB 1992 |
| I-346. | 52.228-12 | PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS (IAW FAR 28.106-4(b)) | OCT 1995 |
| I-352. | 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES (IAW FAR 29.401-3) | JAN 1991 |
| I-354. | 52.229-5 | TAXES--CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (IAW FAR 29.401-5) | APR 1984 |
| I-387. | 52.232-5 | PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (IAW FAR 32.111(a)(5)) | APR 1989 |
| I-403. | 52.232-17 | INTEREST (IAW FAR 32.617(a), and 32.617(b)) | JAN 1991 |

| | | | |
|---|---|---|---|
| I-409. | 52.232-23 | ASSIGNMENT OF CLAIMS (IAW FAR 32.806(a)(1)) | JAN 1986 |
| I-415. | 52.232-27 | PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (IAW FAR 32.908(b)) | MAR 1994 |

For the purposes of this clause the blank(s) are completed as follows:

(a)(1)(i)(A) 7
(a)(4)(i) 14
(b)(2) 30

| | | | |
|---|---|---|---|
| I-416. | 52.232-28 | ELECTRONIC FUNDS TRANSFER PAYMENT METHODS (IAW FAR 32.908(d)) | APR 1989 |
| I-417. | 52.233-1 | DISPUTES (IAW FAR 33.215) | OCT 1995 |
| I-419. | 52.233-3 | PROTEST AFTER AWARD (IAW FAR 33.106(b)) | OCT 1995 |
| I-444. | 52.236-1 | PERFORMANCE OF WORK BY THE CONTRACTOR (IAW FAR 36.501(b)) | APR 1984 |

For the purposes of this clause the blank(s) are completed as follows:

twenty percent, (20%)

| | | | |
|---|---|---|---|
| I-445. | 52.236-2 | DIFFERING SITE CONDITIONS (IAW FAR 36.502) | APR 1984 |
| I-446. | 52.236-3 | SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (IAW FAR 36.503) | APR 1984 |
| I-448. | 52.236-5 | MATERIAL AND WORKMANSHIP (IAW FAR 36.505) | APR 1984 |
| I-449. | 52.236-6 | SUPERINTENDENCE BY THE CONTRACTOR (IAW FAR 36.506) | APR 1984 |
| I-450. | 52.236-7 | PERMITS AND RESPONSIBILITIES (IAW FAR 36.507) | NOV 1991 |
| I-451. | 52.236-8 | OTHER CONTRACTS (IAW FAR 36.508) | APR 1984 |
| I-452. | 52.236-9 | PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (IAW FAR 36.509) | APR 1984 |
| I-453. | 52.236-10 | OPERATIONS AND STORAGE AREAS (IAW FAR 36.510) | APR 1984 |
| I-454. | 52.236-11 | USE AND POSSESSION PRIOR TO COMPLETION (IAW FAR 36.511) | APR 1984 |
| I-455. | 52.236-12 | CLEANING UP (IAW FAR 36.512) | APR 1984 |
| I-456. | 52.236-13 | ACCIDENT PREVENTION (IAW FAR 36.513(a)) | NOV 1991 |
| I-458. | 52.236-14 | AVAILABILITY AND USE OF UTILITY SERVICES (IAW FAR 36.514) | APR 1984 |
| I-459. | 52.236-15 | SCHEDULES FOR CONSTRUCTION CONTRACTS (IAW FAR 36.515) | APR 1984 |

| | | | |
|---|---|---|---|
| I-466. | 52.236-21 | SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (IAW FAR 36.521) | APR 1984 |
| | 52.236-26 | PRECONSTRUCTION CONFERENCE (IAW FAR 36.522) | FEB 1995 |
| I-541. | 52.242-13 | BANKRUPTCY (IAW FAR 42.903) | JUL 1995 |
| I-542. | 52.242-14 | SUSPENSION OF WORK (IAW FAR 42.1305(a)) | APR 1984 |
| I-559. | 52.243-4 | CHANGES (IAW FAR 43.205(d)) | AUG 1987 |
| I-568. | 52.244-1 | SUBCONTRACTS (FIXED-PRICE CONTRACTS) (IAW FAR 44.204(a)(1)) | FEB 1995 |

(e) Even if the Contractor's purchasing system has been approved, the Contractor shall obtain the Contracting Officer's written consent before placing subcontracts identified below: NONE

| | | | |
|---|---|---|---|
| I-624. | 52.246-21 | WARRANTY OF CONSTRUCTION (IAW FAR 46.710(e)(1)) | MAR 1994 |
| I-676. | 52.248-3 | VALUE ENGINEERING--CONSTRUCTION (IAW FAR 48.202) | MAR 1989 |
| I-684. | 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (IAW FAR 49.502(b)(1)(i)) | APR 1984 |
| I-685. | 52.249-2 | ALTERNATE I (IAW FAR 49.502(b)(1)(ii)) | APR 1984 |
| I-702. | 52.249-10 | DEFAULT (FIXED-PRICE CONSTRUCTION) (IAW FAR 49.504(c)(1)) | APR 1984 |
| I-703. | 52.249-10 | ALTERNATE I (IAW FAR 49.504(c)(2)) | APR 1984 |
| I-733. | 52.252-6 | AUTHORIZED DEVIATIONS IN CLAUSES (IAW FAR 52.107(f)) | APR 1984 |

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense Federal Acquisition Regulation Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

| | | | |
|---|---|---|---|
| I-750. | 52.253-1 | COMPUTER GENERATED FORMS (IAW FAR 53.111) | JAN 1991 |

Department of Defense Federal Acquisition Regulation (48 CFR, Chapter 2) Clauses

| | | | |
|---|---|---|---|
| IA-10. | 252.201-7000 | CONTRACTING OFFICER'S REPRESENTATIVE (IAW DFARS 201.602-70) | DEC 1991 |
| IA-20. | 252.203-7000 | STATUTORY PROHIBITION ON COMPENSATION TO FORMER DEPARTMENT OF DEFENSE EMPLOYEES (IAW DFARS 203.170-4) | NOV 1995 |

| | | | |
|---|---|---|---|
| IA-22. | 252.203-7001 | SPECIAL PROHIBITION ON EMPLOYMENT (IAW DFARS 203.570-5) | NOV 1995 |
| IA-24. | 252.203-7002 | DISPLAY OF DOD HOTLINE POSTER (IAW DFARS 203.7002) | DEC 1991 |
| IA-33. | 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (IAW DFARS 204.404-70(b)) | APR 1992 |
| IA-40. | 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (IAW DFARS 205.470-2) | DEC 1991 |
| IA-90. | 252.209-7000 | ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE-RANGE NUCLEAR FORCES (INF) TREATY (IAW DFARS 209.103-70) | NOV 1995 |
| IA-91. | 252.209-7004 | REPORTING OF COMMERCIAL TRANSACTIONS WITH THE GOVERNMENT OF A TERRORIST COUNTRY (IAW DFARS 209.104-70(d)) | SEP 1994 |

(b). (3) Title of Report: Report of Commercial Transactions with the Government of a Terrorist Country

Date of Report:

Contract Number:

Contractor's Name and Address:

Name and Telephone Number of Individual Submitting Report:

Commercial Transactions with the Government of a Terrorist Country:

| Country | Nature of Commercial Transaction |
|---|---|
| ____________ | ____________________ |
| ____________ | ____________________ |

| | | | |
|---|---|---|---|
| IA-225. | 252.219-7003 | SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING PLAN (DoD CONTRACTS) (IAW DFARS 219.708(b)(1)(A)) | APR 1996 |
| IA-282. | 252.223-7006 | PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS (IAW DFARS 223.7103) | APR 1993 |
| IA-293. | 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (IAW DFARS 225.7002-4(a)) | NOV 1995 |
| IA-312. | 252.225-7025 | FOREIGN SOURCE RESTRICTIONS (IAW DFARS 225.7105(a)) | APR 1993 |
| IA-312H. | 252.225-7031 | SECONDARY ARAB BOYCOTT OF ISRAEL (IAW DFARS 225.770-5) | JUN 1992 |
| IA-350. | 252.227-7033 | RIGHTS IN SHOP DRAWINGS (IAW DFARS 227.7107-1(c)) | APR 1966 |

| | | | |
|---|---|---|---|
| IA-399. | 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES (IAW DFARS 231.100-70) | DEC 1991 |
| IA-422. | 252.232-7006 | REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD (IAW DFARS 232.111-70) | AUG 1992 |
| IA-425. | 252.233-7000 | CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF (IAW DFARS 233.7001) | MAY 1994 |
| IA-462. | 252.236-7000 | MODIFICATION PROPOSALS - PRICE BREAKDOWN (IAW DFARS 236.570(a)(1)) | DEC 1991 |
| IA-463. | 252.236-7001 | CONTRACT DRAWINGS, MAPS, AND SPECIFICATIONS (IAW DFARS 236.570(a)(2)) | DEC 1991 |

For the purposes of this clause the blank(s) are completed as follows:

5 sets

| Title | File | and | Drawing No. |
|---|---|---|---|

See section J

| | | | |
|---|---|---|---|
| IA-632. | 252.242-7000 | POSTAWARD CONFERENCE (IAW DFARS 242.570) | DEC 1991 |
| IA-635. | 252.242-7004 | MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM (IAW DFARS 242.7206) | DEC 1991 |
| IA-648. | 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS (IAW DFARS 243.205-71) | DEC 1991 |
| IA-745. | 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA (IAW DFARS 247.573(b) | NOV 1995 |

(a) Definitions.

As used in this clause--

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international Waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract. However, effective May 1, 1996, the term does not include a supplier, materialman, distributor, or vendor of commercial items or commercial components.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD

contract number or a military destination.
(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.
(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall employ U.S.-flag vessels in the transportation by sea of any supplies to be furnished in the performance of this contract. The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that-
(1) U.S.-flag vessels are not available for timely shipment;
(2) The freight charges are inordinately excessive or unreasonable; or
(3) Freight charges are higher than charges to private persons for transportation of like goods.

(c) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum--
(1) Type, weight, and cube of cargo;
(2) Required shipping date;
(3) Special handling and discharge requirements;
(4) Loading and discharge points;
(5) Name of shipper and consignee;
(6) Prime contract number; and
(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(d) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Division of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information--
(1) Prime contract number;
(2) Name of vessel;
(3) Vessel flag of registry;
(4) Date of loading;
(5) Port of loading;
(6) Port of final discharge;
(7) Description of commodity;

(8) Gross weight in pounds and cubic feet if available;
(9) Total ocean freight in U.S. dollars; and
(10) Name of the steamship company.

(e) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief--

(1) No ocean transportation was used in the performance of this contract;
(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;
(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or
(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| | ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|---|
| TOTAL | | | |

(f) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(g) The Contractor shall include this clause, including this paragraph (g) in all subcontracts under this contract, which exceed the simplified acquisition threshold in Part 13 of the Federal Acquisition Regulation.

IA-746. 252.247-7024 NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (IAW DFARS 247.573(c)) NOV 1995

(a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies. If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor--

(1) Shall notify the Contracting Officer of that fact; and
(2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.

(b) The Contractor shall include this clause, including this paragraph (b), revised as necessary to reflect the relationship of the contracting parties, in all subcontracts hereunder, except (effective May 1, 1996) subcontracts for the acquisition of commercial items or components.

IA-764. 252.249-7001 NOTIFICATION OF SUBSTANTIAL IMPACT ON EMPLOYMENT (IAW DFARS 249.7002(c)) DEC 1991

(This clause is applicable to all contracts of $5 million or more and all contracts with subcontracts of $500,000 or more.)

252.219-7008 NOTICE OF EVALUATION PREFERENCE FOR SMALL DISADVANTAGED BUSINESS CONCERNS-CONSTRUCTION ACQUISITIONS-TEST PROGRAM (IAW DFARS 219.7204) APR 1996

(a) Definitions:

As used in this clause--

"Historically black colleges and universities (HBCUs)," means institutions determined by the Secretary of Education to meet the requirements 34 CFR Section 608.2. The term also means any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

"Minority institutions," means institutions meeting the requirements of paragraphs (3), (4), and (5) of Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1135d-5(3). The term also includes Hispanic-serving institutions as defined in Section 316(b)(1) of such Act (20 U.S.C. 1059c(b)(1)).

"Small disadvantaged business (SDB) concern," means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR Part 124, the majority of earnings of which directly accrue to such individuals. The term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively.

(b) Evaluation preference.

(1) Offerors shall separately state bond costs in the offer. Bond costs include the cost of bid, performance, and payment bonds.

(2) Offers will be evaluated initially based upon their total prices. If the apparently successful offeror is an SDB concern, no preference-based evaluation will be conducted.

(3) If the apparently successful offeror is not an SDB concern, offers will be evaluated based upon their prices excluding bond costs. If, after excluding bond costs, the apparently successful offeror is an SDB concern, bond costs will be added back to all offers, and offers from SDB concerns will be given a preference in evaluation by adding a factor of 10 percent to the total price of all offers, except__

(i) Offers from SDBs which have not waived the evaluation preference; and

(ii) Offers from HBCUs or minority institutions, which have not waived the evaluation preference.

(c) Waiver of evaluation preference.

A small disadvantaged business, historically black college or university, or minority institution offeror may elect to waive the preference. The agreements in paragraph (d) of this clause do not apply to offerors which waive the preference.

______Offeror elects to waive the preference.

(d) Agreements.

A small disadvantaged business concern, historically black college or university, or minority institution offeror, which did not waive the preference, agrees that in performance of the contract, in the case of a contract for--

(i) General construction, at least 15 percent of the cost of the contract, excluding the cost of materials, will be performed by employees of the concern.

(ii) Construction by special trade contractors, at least 25 percent of the cost of the contract, excluding the cost of materials, will be performed by employees of the concern.

IB-4. 5352.228-9502 INSURANCE REQUIREMENTS MAR 1993
(IAW S/SUP 5328.306(b), FAR 28.307-2, and FAR 52.228-5)

In accordance with the requirements of FAR 52.228-5 Insurance - Work on a Government installation, the kinds and amounts of insurance contemplated under this contract are set forth as follows:

(a) WORKER'S COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE. The contractor shall comply with applicable Federal and State worker's compensation and occupational disease statutes. If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy, except when contract operations are so commingled with a contractor's commercial operations that it would not be practical to require this coverage. Employers' liability coverage of at least $100,000 is required except in states with exclusive or monopolistic funds that do not permit worker's compensation to be written by private carriers.

(b) GENERAL LIABILITY INSURANCE. Bodily injury liability insurance coverage written on the comprehensive form of policy of at least $500,000 per occurrence is required.

(c) AUTOMOBILE LIABILITY INSURANCE. Automobile liability insurance written on the comprehensive form of policy is required. The policy shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing this contract. Policies covering automobiles operated in the United States shall provide coverage of at least $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage. The amount of liability coverage on other policies shall be commensurate with any legal requirements of the locality and sufficient to meet normal and customary claims.

5352.223-9000 ELIMINATION OF USE OF CLASS I OZONE DEPLETING SUBSTANCES (ODS) IN AIR FORCE PROCUREMENTS MAY 1996
(IAW AFFARS 5310.9006(a))

(a) It is the Air Force policy to preserve mission readiness while minimizing dependency on Class I Ozone Depleting Substances (ODS), and their release into the environment, to help protect the Earth's stratospheric ozone layer.

(b) Unless a specific waiver has been approved, Air Force procurements:
(1)May not include any specification, standard, drawing or other document that requires the use of a Class I ODS in the design, manufacture, test, operation, or maintenance of any system, subsystem, item, component or process; and
(2)May not include any specification, standard, drawing or other document that establishes a requirement that can only be met by use of a Class I ODS.

(c) For the purposes of this Air Force policy, the following are Class I ODS:
(1) Halons: 1011, 1202, 1211, 1301 and 2402
(2) Chlorofluorocarbons (CFCs): CFC-11, CFC-12, CFC-13, CFC-111, CFC-112, CFC-113, CFC-114, CFC-115, CFC-211, CFC-212, CFC-213, CFC-214, CFC-215, CFC-216, and CFC-217, and the blends R-500, R-501, R-502, and R-503.
(3) Other controlled substances: Carbon Tetrachloride, Methyl Chloroform, and Methyl Bromide.

(d) The Air Force has reviewed the requirements specified in this contract to reflect this policy. Where considered essential, specific approval has been obtained to require use of the following substances:

| Substance | Application/Use | Quantity (lbs) |
|---|---|---|
| none | none | none |

(e) To assist the Air Force in implementing this policy, the offeror/contractor is encouraged, but not required, to notify the contracting officer if any Class I ODS not specifically listed above, is required in the performance of this contract.

**PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS**
**SECTION J**
**LIST OF ATTACHMENTS**
**(All listed attachments are at the end of this document)**

| ATTACHMENT | TITLE | DATE | NR OF PAGES |
|---|---|---|---|
| 1 | General Decision No. CA960039 Building, Heavy, and Highway Modification No. 4 | 6/07/96 | 18 |
| 2 | General Decision No. CA960047 Residential Modification No. 4 | 6/07/96 | 15 |
| 3 | Asbestos Hazard Assessment Report | 11/6/95 | 43 |
| 4 | Asbestos Containing Building Materials | 11/93 | 79 |
| 5 | Project Specifications XUMU 96-4003 | 16/10/95 | 168 |
| 6 | MFH Phase III Drawings (including addendem #1 to drawings) | 10/16/95 | 99 |
| 7 | Geotechnical Investigation Amendment 001 | 06/19/95 | 55 |
| 8 | Amendment 001 (Filed behind this page) (Addendum #1 filed with Amendment 001 & specs) | 07/11/96 | |
| 9 | Subcontracting Plan | 07/22/96 | 5 |

General Decision Number CA960039

Superseded General Decision No. CA950039

State: California

Construction Type:
BUILDING
HEAVY
HIGHWAY

County(ies):
SANTA BARBARA

BUILDING CONSTRUCTION PROJECTS; HEAVY CONSTRUCTION PROJECTS (doe not include water well drilling); HIGHWAY CONSTRUCTION PROJECTS; DREDGING PROJECTS (does not include hopper dredge work)

| Modification Number | Publication Date |
|---|---|
| 0 | 03/15/1996 |
| 1 | 04/12/1996 |
| 2 | 04/26/1996 |
| 3 | 05/31/1996 |
| 4 | 06/07/1996 |

COUNTY(ies):
SANTA BARBARA

ASBE0208B 09/20/1995

| | Rates | Fringes |
|---|---|---|
| INSULATOR/ASBESTOS WORKER<br>Includes the application of all insulating materials, protective coverings, coatings, and finishings to all types of mechanical systems | 27.21 | 7.53 |
| ASBESTOS REMOVAL WORKER/<br>HAZARDOUS MATERIAL HANDLER<br>Includes preparation, wetting, stripping, removal, scrapping, vacuuming, bagging and disposing of all insulation materials from mechanical systems, whether they contain asbestos or not | 20.00 | 4.47 |

---

BOIL0092A 04/01/1996

| | Rates | Fringes |
|---|---|---|
| BOILERMAKER | 28.31 | 8.76 |

---

BRCA0004F 05/01/1994

| | Rates | Fringes |
|---|---|---|
| BRICKLAYER | 23.60 | 4.65 |

---

BRCA0004H 05/01/1992

| | Rates | Fringes |
|---|---|---|
| MARBLE SETTER | 25.32 | 6.05 |

---

ATCH I

F04684-96-C0046

interconnect, inventory control systems, microwave transmission, multi-media, multiplex, nurse call systems, radio page, school intercom and sound, burglar alarms, fire alarm (see last paragraph below) and low voltage master clock systems in commercial buildings.

Communication Systems that transmit or receive information and/or control systems that are intrinsic to the above listed systems; inclusion or exclusion of terminations and testings of conductors determined by their function; excluding all other data systems or multiple systems which include control function or power supply; excluding installation of raceway systems, conduit systems, line voltage work, and energy management systems.

Does not cover work performed at Point Arguello or Vandenberg Air Force Base.

Fire alarm work shall be performed at the current inside wireman total cost package.

---

ELEC0413A 06/01/1995

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS: | | |
| Vandenberg Air Force Base: | | |
| Electrical subcontracts over $50,000: | | |
| Electrician | 28.97 | 3% + 6.85 |
| Electrician, welding | 29.47 | 3% + 6.85 |
| Cable splicer | 30.47 | 3% + 6.85 |
| Electrical subcontracts of $50,000 or less: | | |
| Electrician | 25.20 | 3% + 6.85 |
| Electrician, welding | 25.70 | 3% + 6.85 |
| Cable splicer | 26.70 | 3% + 6.85 |
| Remainder of Santa Barbara County: | | |
| Electrical subcontracts over $50,000: | | |
| Electrician | 25.22 | 3% + 6.85 |
| Electrician, welding | 25.72 | 3% + 6.85 |
| Cable splicer | 26.72 | 3% + 6.85 |
| Electrical subcontracts of $50,000 or less: | | |
| Electrician | 21.45 | 3% + 6.85 |
| Electrician, welding | 21.95 | 3% + 6.85 |
| Cable splicer | 22.95 | 3% + 6.85 |

---

ELEC0413B 06/01/1995

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Vandenberg Air Force Base: | | |
| Line technician; Equipment operator | 28.97 | 4.5% + 6.65 |
| Cable splicer | 30.47 | 4.5% + 6.65 |

| | | |
|---|---|---|
| GROUP 18 | 25.39 | 9.80 |
| GROUP 19 | 25.51 | 9.80 |
| GROUP 20 | 25.68 | 9.80 |
| GROUP 21 | 25.78 | 9.80 |
| GROUP 22 | 25.89 | 9.80 |
| GROUP 23 | 26.01 | 9.80 |
| GROUP 24 | 26.18 | 9.80 |
| CRANES, PILEDRIVING & HOISTING EQUIPMENT: | | |
| GROUP 1 | 22.85 | 9.80 |
| GROUP 2 | 23.63 | 9.80 |
| GROUP 3 | 23.92 | 9.80 |
| GROUP 4 | 24.06 | 9.80 |
| GROUP 5 | 24.28 | 9.80 |
| GROUP 6 | 24.39 | 9.80 |
| GROUP 7 | 24.51 | 9.80 |
| GROUP 8 | 24.68 | 9.80 |
| GROUP 9 | 24.85 | 9.80 |
| GROUP 10 | 25.85 | 9.80 |
| GROUP 11 | 26.85 | 9.80 |
| GROUP 12 | 27.85 | 9.80 |
| GROUP 13 | 28.85 | 9.80 |
| TUNNEL GROUP: | | |
| GROUP 1 | 24.13 | 9.80 |
| GROUP 2 | 24.42 | 9.80 |
| GROUP 3 | 24.56 | 9.80 |
| GROUP 4 | 24.78 | 9.80 |
| GROUP 5 | 24.89 | 9.80 |
| GROUP 6 | 25.01 | 9.80 |
| GROUP 7 | 25.31 | 9.80 |
| DREDGING: | | |
| Hydraulic suction dredges: | | |
| Lever operator | 25.20 | 9.80 |
| Deckmate; Watch engineer | 24.62 | 9.80 |
| Winch (stern winch on dredge) | 24.07 | 9.80 |
| Bargehand; Deckhand; Fire fighter; Oiler; Leveehand | 23.53 | 9.80 |
| Dozer | 24.73 | 9.80 |
| Clamshell dredges: | | |
| Lever operator | 25.20 | 9.80 |
| Watch engineer; Deckmate | 24.62 | 9.80 |
| Barge mate | 24.14 | 9.80 |
| Bargehand; Deckhand; Fire fighter; Oiler | 23.53 | 9.80 |

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

GROUP 1: Barge, brake, compressor operator, Ditch Witch, with seat or similar type equipment, elevator operator - inside, engineer oiler, generator operator, generator, pump or compressor plant operator, pump operator, signal, switch

GROUP 2: Concrete mixer operator - skip type, conveyor operator, fire person, hydrostatic pump operator, oiler crusher (asphalt or concrete plant), skiploader (when wheel type up to 3/4 yd. without attachment), soils field technician, tar pot

type, loader operator (Athey, Euclid, Sierra and similar types), pneumatic concrete placing machine operator (Hackley-Presswell or similar type), pumpcrete operator, rotary drill operator (excluding caisson type), rubber-tired earth-moving equipment operator (single engine, Caterpillar, Euclid, Athey Wagon and similar types with any and all attachments over 25 yds. up to and including 50 cu. yds. struck), rubber-tired earth-moving equipment operator (multiple engine up to and including 25 yds. struck), rubber-tired scraper operator (self-loading paddle wheel type - John Deere, 1040 and similar single unit), self-propelled curb and gutter machine operator, skipload operator (crawler and wheel type over 1-1/2 yds. up to and including 6-1/2 yds.), surface heater and planer operator, tractor compressor drill combination operator, tractor operator (any type larger than D-5 - 100 flywheel h.p. and over, or similar - bulldozer, tamper, scraper and push tractor single engine), tractor operator (boom attachments), traveling pipe wrapping, cleaning and bending machine operator, trenching machine operator

GROUP 8: Heavy-duty repair person (multi-shift)

GROUP 9: Drilling machine operator, bucket or auger types (Caldwell 200 B bucket or similar types - Watson 3000 or 5000 auger or similar types - Texoma 900 auger or similar types - drilling depth of 105' maximum), dual drum mixer, heavy-duty repair-welder combination, monorail locomotive operator (diesel, gas or electric), motor patrol - blade operator (single engine), multiple engine tractor operator (Euclid and similar type - except Quad 9 cat.), rubber-tired earth-moving equipment operator (single engine, over 50 yds. struck), rubber-tired earth-moving equipment operator (multiple engine, Euclid, Caterpillar and similar over 25 yds. and up to 50 yds.), tower crane repair person, tractor loader operator (crawler and wheel type over 6-1/2 yds.), Woods mixer operator (and similar pugmill equipment)

GROUP 10: Heavy-duty repair-welder combination (multi-shift)

GROUP 11: Auto grader operator, automatic slip form operator, drilling machine operator, bucket or auger types (Caldwell, auger 200 CA or similar types - Watson auger 6000 or similar types - drilling depth of 175' maximum), hoe ram or similar with compressor, mass excavator operator, mechanical finishing machine operator, mobile form traveler operator, motor patrol operator (multi-engine), pipe mobile machine operator, rubber-tired earth-moving equipment operator (multiple engine, Euclid, Caterpillar and similar type, over 50 cu. yds. struck), rubber-tired self-loading scraper operator (paddle-wheel-auger type self-loading - two (2) or more units)

GROUP 12: Rubber-tired earth-moving equipment operator operating equipment with push-pull system (single engine, up to and including 25 yds. struck)

GROUP 13: Canal liner operator, canal trimmer operator, remote-control earth-moving equipment operator, wheel excavator operator

GROUP 14: Rubber-tired earth-moving equipment operator, operating equipment with push-pull system (single engine, Caterpillar, Euclid, Athey Wagon and similar types with any and all attachments over 25 yds. and up to and including 50 yds.