and up to 50 yds. struck)

GROUP 24: Rubber-tired earth-moving equipment operator, operating equipment with the tandem push-pull system (multiple engine, Euclid, Caterpillar and similar type, over 50 cu. yds. struck)

CRANES, PILEDRIVING AND HOISTING EQUIPMENT CLASSIFICATIONS

GROUP 1: Engineer oiler; Fork lift operator (under 5 tons capacity)

GROUP 2: Truck crane oiler

GROUP 3: A-frame or winch truck operator; Ross carrier operator (jobsite)

GROUP 4: Bridge-type unloader and turntable operator; Helicopter hoist operator

GROUP 5: Stinger crane (Austin-Western or similar type); Tugger hoist operator (1 drum)

GROUP 6: Bridge crane operator; Cretor crane operator; Fork lift operator (over 5 tons); Hoist operator (Chicago boom and similar type); Lift mobile operator; Lift slab machine operator (Vagtborg and similar types); Material hoist operator; Shovel, backhoe, dragline, clamshell operator (over 3/4 yd. and up to 5 cu. yds. mrc); Tugger hoist operator

GROUP 7: Pedestal crane operator; Shovel, backhoe, dragline, clamshell operator (over 5 cu. yds. mrc); Tower crane repair; Tugger hoist operator (3 drum)

GROUP 8: Crane operator (up to and including 25 ton capacity); Crawler transporter operator; Derrick barge operator (up to and including 25 ton capacity); Hoist operator, stiff legs, Guy derrick or similar type (up to and including 25 ton capacity); Shovel, backhoe, dragline, clamshell operator (over 7 cu. yds. mrc)

GROUP 9: Crane operator (over 25 tons and up to and including 50 tons mrc); Derrick barge operator (over 25 tons up to and including 50 tons mrc); Highline cableway operator; Hoist operator, stiff legs, Guy derrick or similar type (over 25 tons up to and including 50 tons mrc); K-crane operator; Polar crane operator; Tower crane operator

GROUP 10: Crane operator (over 50 tons and up to and including 100 tons mrc); Derrick barge operator (over 50 tons up to and including 100 tons mrc); Hoist operator, stiff legs, Guy derrick or similar type (over 50 tons up to and including 100 tons mrc)

GROUP 11: Crane operator (over 100 tons and up to and including 200 tons mrc); Derrick barge operator (over 100 tons up to and including 200 tons mrc); Hoist operator, stiff legs, Guy derrick or similar type (over 100 tons up to and including 200 tons mrc); Mobile tower crane operator (over 100 tons up to and including 200 tons mrc)

LABO0002H 07/01/1995

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| GROUP 1 | 16.96 | 8.61 |
| GROUP 2 | 17.36 | 8.61 |
| GROUP 3 | 17.56 | 8.61 |
| GROUP 4 | 18.61 | 8.61 |
| GROUP 5 | 18.81 | 8.61 |
| TUNNEL LABORERS: | | |
| GROUP 1 | 19.87 | 8.61 |
| GROUP 2 | 19.99 | 8.61 |
| GROUP 3 | 20.15 | 8.61 |
| GROUP 4 | 20.43 | 8.61 |
| GUNITE LABORERS: | | |
| GROUP 1 | 19.86 | 10.21 |
| GROUP 2 | 18.91 | 10.21 |
| GROUP 3 | 16.40 | 10.21 |
| HOUSEMOVERS (ONLY WHERE HOUSEMOVING IS INCIDENTAL TO A CONSTRUCTION CONTRACT): | | |
| Housemover | 15.37 | 8.19 |
| Yard maintenance person | 15.12 | 8.19 |

LABORER CLASSIFICATIONS

GROUP 1: Cleaning and handling of panels, forms; Concrete screeding for rough strike-off; Concrete, water curing; Demolition laborer, the cleaning of brick and lumber; Dry packing of concrete, plugging, filling of sheetbolt holes; Fire watcher, limber, brush loaders, pilers and debris handlers; Flag person; Gas, oil and/or water pipeline laborer; Laborer, asphalt-rubber material loader; Laborer, general or construction; Laborer, general clean-up; Laborer, landscaping; Laborer, jetting, temporary water and air lines; Material hose operator (walls, slabs, floors and decks); Railroad maintenance, repair track person and road beds; Rigging and signaling; Scaler; Slip form raiser; On highways, slurry seal crew (mixer operator, applicator operator, squeegee operator, shuttle, top person), filling of cracks by any method on any surface; Streetcar and railroad construction track laborers; Striper, concrete or other paved road surfaces; Tar and mortar; Tool crib or tool house laborer; Traffic control by any method; Traffic delineating device applicator; Window cleaner; Wire mesh, pulling all concrete pouring operations

GROUP 2: Asphalt shoveler; Cement dumper (on 1 yd. or larger mixer and handling bulk cement); Cesspool digger and installer; Chucktender; Chute handler, pouring concrete, the handling of the chute from readymix trucks such as walls, slabs, decks, floors, foundations, footings, curb, gutters and sidewalks; Concrete curer, impervious membrane and form oiler; Cutting torch operator (demolition); Fine grader, highways and street paving, airport, runways and similar type heavy construction; Gas, oil and/or water pipeline wrapper; Pot tender and form person; Guinea chaser; Headerboard, asphalt; Laborer, packing rod steel and pans; Membrane vapor barrier installer; Power broom sweeper

picker; Grout gun; Grout mixer; Grout pump; Jackleg miner; Jumbo; Kemper and other pneumatic concrete placer operator; Miner, tunnel (hand or machine); Powder (primer house); Primer; Shotcrete; Steel form raiser and setter; Timber; Retimber (wood or steel); Tunnel concrete finisher; Nozzle; Operating troweling and/or grouting machine; Sandblaster

GROUP 4: Shaft, raise miner; Diamond driller

GUNITE LABORERS CLASSIFICATIONS

GROUP 1: Nozzle and rod

GROUP 2: Gun

GROUP 3: Rebound

----------------------------------------------------------------

LAB00002T 07/01/1995

| | Rates | Fringes |
|---|---|---|
| PLASTERER TENDER: | | |
| North part of county | 17.34 | 8.38 |
| South part of county | 18.34 | 8.38 |

----------------------------------------------------------------

LAB00067D 02/01/1993

| | Rates | Fringes |
|---|---|---|
| ASBESTOS REMOVAL LABORER | 10.00 | 3.83 |

SCOPE OF WORK:
Includes site mobilization, initial site clean-up, site preparation, removal of asbestos-containing material and toxic waste (including lead abatement and any other toxic materials), encapsulation, enclosure and disposal of asbestos-containing materials and toxic waste (including lead abatement and any other toxic materials) by hand or with equipment or machinery; scaffolding, fabrication of temporary wooden barriers and assembly of decontamination stations.

----------------------------------------------------------------

PAIN0036G 01/01/1996

| | Rates | Fringes |
|---|---|---|
| DRYWALL FINISHER | 23.16 | 4.69 |

PAINTERS:
Work on service stations and car washes; small new commercial work (construction up to and including 3 stories in

height, such as small shopping centers, small stores, small office buildings and small food establishments); small new industrial work (light metal buildings, small warehouses, small storage facilities and tilt-up buildings); and tenant improvement work (tenant improvement work not

GROUP 5: TRAFFIC CONTROL PERSON: Sole function is to control and direct traffic through both conventional and moving lane closures

---

PAIN1247B 08/01/1992

| | Rates | Fringes |
|---|---|---|
| SOFT FLOOR LAYER | 23.30 | 6.49 |

---

PLAS0052B 07/01/1994

| | Rates | Fringes |
|---|---|---|
| CEMENT MASONS: | | |
| Work on projects where the total permit value of the general contract and all subcontracts upon that jobsite is $7.5 million or less: | | |
| Cement mason; Curb and gutter machine; Clary and similar type of screed operator (cement only); Grinder; Jackson vibratory, Texas screed and similar type screed operator; Scoring machine operator | 18.30 | 8.25 |
| Cement mason (magnesite - epoxy) | 18.42 | 8.25 |
| Cement mason, floating and troweling machine operator | 18.55 | 8.25 |
| All other work: | | |
| Cement mason, including but not restricted to the following: cellular cement mason, chipping; patching, grinding; setting all concrete forms and perimeter forms, including catch basin structures and drain inlets, setting curb form and plank, setting of lines, stakes and grades; setting screeds, which includes screed pins; cutting scoring and sawing new concrete, plugging, filling Shee-bolt holes; dry packing concrete and EMBECO; tending material hose on slabs, floors and decks; tending mixer-truck chute on slabs, floors and decks; bush hammering; patching and sacking, rodding, tamping, bidwell and similar type rodding machines, bull floating; Curb and gutter machine operator; Clary and similar type of screed | | |

| | | |
|---|---|---|
| GROUP 1 | 20.79 | 11.54 |
| GROUP 2 | 20.94 | 11.54 |
| GROUP 3 | 21.07 | 11.54 |
| GROUP 4 | 21.12 | 11.54 |
| GROUP 5 | 21.20 | 11.54 |
| GROUP 6 | 21.32 | 11.54 |
| GROUP 7 | 21.57 | 11.54 |
| GROUP 8 | 22.02 | 11.54 |
| GROUP 9 | 22.32 | 11.54 |
| GROUP 10 | 22.82 | 11.54 |
| Remainder of County: | | |
| GROUP 1 | 18.79 | 11.54 |
| GROUP 2 | 18.94 | 11.54 |
| GROUP 3 | 19.07 | 11.54 |
| GROUP 4 | 19.12 | 11.54 |
| GROUP 5 | 19.20 | 11.54 |
| GROUP 6 | 19.32 | 11.54 |
| GROUP 7 | 19.57 | 11.54 |
| GROUP 8 | 20.02 | 11.54 |
| GROUP 9 | 20.32 | 11.54 |
| GROUP 10 | 20.82 | 11.54 |

TRUCK DRIVER CLASSIFICATIONS

GROUP 1: Teamster

GROUP 2: Driver of vehicle or combination of vehicles of 2 axles (including all vehicles less than 6 tons); Traffic control pilot car, excluding moving heavy equipment permit load

GROUP 3: Truck-mounted power broom

GROUP 4: Driver of vehicles or combination of vehicles of 3 axles

GROUP 5: Boot person; Cement distributor; Erosion control driver; Fuel truck; Water truck, 2-axle

GROUP 6: Dump, less than 16 yds.

GROUP 7: Transit mix, under 3 yds.; Dumpcrete, less than 6-1/2 yds.

GROUP 8: Water truck, 3 or more axles

GROUP 9: PB and similar type truck when performing within the Teamsters' jurisdiction; Pipeline and utility working truck including winch, but limited to truck applicable to pipeline and utility work, where a composite crew is used; Slurry driver; Truck greaser and tire worker (50 cents per hour additional for tire)

GROUP 10: Water pull twin engine; Water pull twin engine with attachments

FOOTNOTE:
Winch truck driver - $1.25 additional when operating winch or similar special attachments.

----------------------------------------------------------------

General Decision Number CA960047

Superseded General Decision No. CA950047

State: California

Construction Type:
RESIDENTIAL

County(ies):
SANTA BARBARA

RESIDENTIAL CONSTRUCTION PROJECTS (consisting of single family homes and apartments up to and including 4 stories)

| Modification Number | Publication Date |
|---|---|
| 0 | 03/15/1996 |
| 1 | 04/12/1996 |
| 2 | 04/26/1996 |
| 3 | 05/31/1996 |
| 4 | 06/07/1996 |

COUNTY(ies):
SANTA BARBARA

ASBE0208C 09/20/1995

| | Rates | Fringes |
|---|---|---|
| INSULATOR/ASBESTOS WORKER<br>Includes the application of all insulating materials, protective coverings, coatings, and finishings to all types of mechanical systems | 27.21 | 7.53 |
| ASBESTOS REMOVAL WORKER/<br>HAZARDOUS MATERIAL HANDLER<br>Includes preparation, wetting, stripping, removal, scrapping, vacuuming, bagging and disposing of all insulation materials from mechanical systems, whether they contain asbestos or not | 20.00 | 4.47 |

---

BOIL0092E 04/01/1996

| | Rates | Fringes |
|---|---|---|
| BOILERMAKER | 28.31 | 8.76 |

---

BRCA0004F 05/01/1994

| | Rates | Fringes |
|---|---|---|
| BRICKLAYER | 23.60 | 4.65 |

---

BRCA0004H 05/01/1992

| | Rates | Fringes |
|---|---|---|
| MARBLE SETTER | 25.32 | 6.05 |

---

BRCA0005E 06/01/1994

| | Rates | Fringes |
|---|---|---|

| | | |
|---|---|---|
| TERRAZZO WORKER | 24.99 | 6.60 |
| TERRAZZO FINISHER | 19.28 | 3.90 |

---

CARP0002F 07/01/1993

| | Rates | Fringes |
|---|---|---|
| DRYWALL INSTALLER/LATHER | 18.53 | 4.23 |

---

CARP0002Z 07/01/1995

| | Rates | Fringes |
|---|---|---|
| CARPENTERS: | | |
| Framer & finish carpenter | 17.79 | 5.10 |
| Insulation & weatherstripping installer | 15.50 | 3.80 |
| Shingler | 16.42 | 4.05 |
| Concrete & form worker | 16.35 | 5.10 |
| Residential fence builder | 16.36 | 5.10 |
| Cabinet installer | 18.09 | 5.10 |
| Subterranean garage concrete construction | 18.17 | 5.10 |
| Roof loader of shingles | 11.49 | 4.05 |

---

ELEC0011L 12/01/1992

| | Rates | Fringes |
|---|---|---|
| COMMUNICATIONS AND SYSTEMS WORK: | | |
| COMMUNICATIONS & SYSTEMS: | | |
| Installer | 16.15 | 3% + 3.40 |
| Technician | 17.90 | 3% + 3.40 |

SCOPE OF WORK:

Installation, testing, service and maintenance of systems utilizing the transmission and/or transference of voice, sound, vision and digital for commercial, educational, security and entertainment purposes for the following: TV monitoring and surveillance, background-foreground music, intercom and telephone interconnect, inventory control systems, microwave transmission, multi-media, multiplex, nurse call systems, radio page, school intercom and sound, burglar alarms, fire alarm (see last paragraph below) and low voltage master clock systems in commercial buildings.

Communication Systems that transmit or receive information and/or control systems that are intrinsic to the above listed systems; inclusion or exclusion of terminations and testings of conductors determined by their function; excluding all other data systems or multiple systems which include control function or power supply; excluding installation of raceway systems, conduit systems, line voltage work, and energy management systems.

Does not cover work performed at Point Arguello or Vandenberg Air Force Base.

Fire alarm work shall be performed at the current inside wireman total cost package.

---

ELEC0413C 06/01/1995

| | Rates | Fringes |
|---|---|---|
| ELECTRICIAN | 16.00 | 3% + 5.15 |

---

ELEV0018A 09/15/1995

| | Rates | Fringes |
|---|---|---|
| ELEVATOR MECHANIC | 28.53 | 6.12 |

FOOTNOTE:
Vacation Pay: 8% with 5 or more years of service, 6% for 6 months to 5 years service. Paid Holidays: New Years Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Friday after, and Christmas Day.

---

ENGI0012L 01/01/1996

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| GROUP 1 | 22.85 | 9.80 |
| GROUP 2 | 23.63 | 9.80 |
| GROUP 3 | 23.92 | 9.80 |
| GROUP 4 | 24.06 | 9.80 |
| GROUP 5 | 25.16 | 9.80 |
| GROUP 6 | 24.28 | 9.80 |
| GROUP 7 | 24.39 | 9.80 |
| GROUP 8 | 25.49 | 9.80 |
| GROUP 9 | 24.51 | 9.80 |
| GROUP 10 | 25.61 | 9.80 |
| GROUP 11 | 24.68 | 9.80 |
| GROUP 12 | 24.78 | 9.80 |
| GROUP 13 | 24.81 | 9.80 |
| GROUP 14 | 24.89 | 9.80 |
| GROUP 15 | 25.01 | 9.80 |
| GROUP 16 | 25.18 | 9.80 |
| GROUP 17 | 25.28 | 9.80 |
| GROUP 18 | 25.39 | 9.80 |
| GROUP 19 | 25.51 | 9.80 |
| GROUP 20 | 25.68 | 9.80 |
| GROUP 21 | 25.78 | 9.80 |
| GROUP 22 | 25.89 | 9.80 |
| GROUP 23 | 26.01 | 9.80 |
| GROUP 24 | 26.18 | 9.80 |
| | | |
| CRANES, PILEDRIVING & HOISTING EQUIPMENT: | | |
| GROUP 1 | 22.85 | 9.80 |
| GROUP 2 | 23.63 | 9.80 |
| GROUP 3 | 23.92 | 9.80 |
| GROUP 4 | 24.06 | 9.80 |
| GROUP 5 | 24.28 | 9.80 |
| GROUP 6 | 24.39 | 9.80 |
| GROUP 7 | 24.51 | 9.80 |
| GROUP 8 | 24.68 | 9.80 |
| GROUP 9 | 24.85 | 9.80 |
| GROUP 10 | 25.85 | 9.80 |
| GROUP 11 | 26.85 | 9.80 |
| | | |
| GROUP 12 | 27.85 | 9.80 |
| GROUP 13 | 28.85 | 9.80 |

POWER EQUIPMENT OPERATOR CLASSIFICATIONS

GROUP 1: Barge, brake, compressor operator, Ditch Witch, with seat or similar type equipment, elevator operator - inside, engineer oiler, generator operator, generator, pump or compressor plant operator, pump operator, signal, switch

GROUP 2: Concrete mixer operator - skip type, conveyor operator, fire person, hydrostatic pump operator, oiler crusher (asphalt or concrete plant), skiploader (when wheel type up to 3/4 yd. without attachment), soils field technician, tar pot fire person, temporary heating plant operator, trenching machine operator

GROUP 3: Equipment greaser (rack), Ford Ferguson (with dragtype attachments), helicopter radio (ground), power concrete curing machine operator, power concrete saw operator, power - driver jumbo form setter operator, stationary pipe wrapping and cleaning machine operator

GROUP 4: Asphalt plant fire person, backhoe operator (mini-max or similar type), boring machine operator, box or mixer (asphalt or concrete), chip spreading machine operator, concrete pump operator (small portable), drilling machine operator, small auger types (Texoma super economatic or similar types - Hughes 100 or 200 or similar types - drilling depth of 30' maximum), equipment greaser (grease truck); guard rail post driver operator, highline cableway signal, hydra-hammer-aero stomper, power sweeper operator, roller operator (compacting), screed operator (asphalt or concrete), trenching machine operator (up to 6 ft.)

GROUP 5: Equipment greaser (grease truck/multi-shift)

GROUP 6: Asphalt plant engineer, batch plant operator, bit sharpener, concrete joint machine operator (canal and similar type), concrete planer operator, deck engine operator, derrick (oilfield type), drilling machine operator, bucket or auger types (Caldwell 100 bucket or similar types - Watson 1000 auger or similar types - Texoma 330, 500 or 600 auger or similar types - drilling depth of 45' maximum), drilling machine operator, hydrographic seeder machine operator (straw, pump or seed), Jackson track maintainer, or similar type, Kalamazoo switch tamper, or similar type, machine tool operator, Maginnis internal full slab vibrator, mechanical berm, curb or gutter (concrete or asphalt), mechanical finisher operator (concrete, Clary-Johnson-Bidwell or similar type), pavement breaker operator (truck mounted), road oil mixing machine operator, roller operator (asphalt or finish), rubber-tired earth moving equipment (single engine, up to and including 25 yds. struck), self-propelled tar pipelining machine operator, skiploader operator (crawler and wheel type, over 3/4 yd. and up to and including 1-1/2 yds.), slip form pump operator (power driven hydraulic lifting device for concrete forms), tractor operator - bulldozer, tamper-scraper (single engine, up to 100 h.p. flywheel and similar types, up to and including D-5 and similar types), tugger hoist operator

GROUP 7: Asphalt or concrete spreading operator (tamping or finishing), asphalt paving machine operator (Barber Greene or similar type), backhoe operator (up to and including 3/4 yd.),

small Ford, Case or similar, cast-in-place pipe laying machine operator, combination mixer and compressor operator (gunite work), compactor operator (self-propelled), concrete mixer operator (paving), crushing plant operator, drill doctor, drilling machine operator, bucket or auger types (Caldwell 150 bucket or similar types - Watson 1500, 2000 2500 auger or similar types - Texoma 700, 800 auger or similar types - drilling depth of 60' maximum), elevating grader operator, grade checker, gradall operator, grouting machine operator, heavy-duty repair person, Kalamazoo ballast regulator or similar type, Kolman belt loader and similar type, Le Tourneau blob compactor or similar type, loader operator (Athey, Euclid, Sierra and similar types), pneumatic concrete placing machine operator (Hackley-Presswell or similar type), pumpcrete operator, rotary drill operator (excluding caisson type), rubber-tired earth-moving equipment operator (single engine, Caterpillar, Euclid, Athey Wagon and similar types with any and all attachments over 25 yds. up to and including 50 cu. yds. struck), rubber-tired earth-moving equipment operator (multiple engine up to and including 25 yds. struck), rubber-tired scraper operator (self-loading paddle wheel type - John Deere, 1040 and similar single unit), self-propelled curb and gutter machine operator, skipload operator (crawler and wheel type over 1-1/2 yds. up to and including 6-1/2 yds.), surface heater and planer operator, tractor compressor drill combination operator, tractor operator (any type larger than D-5 - 100 flywheel h.p. and over, or similar - bulldozer, tamper, scraper and push tractor single engine), tractor operator (boom attachments), traveling pipe wrapping, cleaning and bending machine operator, trenching machine operator

GROUP 8: Heavy-duty repair person (multi-shift)

GROUP 9: Drilling machine operator, bucket or auger types (Caldwell 200 B bucket or similar types - Watson 3000 or 5000 auger or similar types - Texoma 900 auger or similar types - drilling depth of 105' maximum), dual drum mixer, heavy-duty repair-welder combination, monorail locomotive operator (diesel, gas or electric), motor patrol - blade operator (single engine), multiple engine tractor operator (Euclid and similar type - except Quad 9 cat.), rubber-tired earth-moving equipment operator (single engine, over 50 yds. struck), rubber-tired earth-moving equipment operator (multiple engine, Euclid, Caterpillar and similar over 25 yds. and up to 50 yds.), tower crane repair person, tractor loader operator (crawler and wheel type over 6-1/2 yds.), Woods mixer operator (and similar pugmill equipment)

GROUP 10: Heavy-duty repair-welder combination (multi-shift)

GROUP 11: Auto grader operator, automatic slip form operator, drilling machine operator, bucket or auger types (Caldwell, auger 200 CA or similar types - Watson auger 6000 or similar types - drilling depth of 175' maximum), hoe ram or similar with compressor, mass excavator operator, mechanical finishing machine operator, mobile form traveler operator, motor patrol operator (multi-engine), pipe mobile machine operator, rubber-tired earth-moving equipment operator (multiple engine, Euclid, Caterpillar and similar type, over 50 cu. yds. struck), rubber-tired self-loading scraper operator (paddle-wheel-auger type self-loading - two (2) or more units)

GROUP 12: Rubber-tired earth-moving equipment operator operating equipment with push-pull system (single engine, up to and including 25 yds. struck)

GROUP 13: Canal liner operator, canal trimmer operator, remote-control earth-moving equipment operator, wheel excavator operator

GROUP 14: Rubber-tired earth-moving equipment operator, operating equipment with push-pull system (single engine, Caterpillar, Euclid, Athey Wagon and similar types with any and all attachments over 25 yds. and up to and including 50 yds. struck), rubber-tired earth-moving equipment operator, operating equipment with push-pull system (multiple engine - up to and including 25 yds. struck)

GROUP 15: Rubber-tired earth-moving equipment operator, operating equipment with push-pull system (single engine, over 50 yds. struck), rubber-tired earth-moving equipment operator, operating equipment with push-pull system (multiple engine, Euclid, Caterpillar and similar, over 25 yds. and up to 50 yds. struck)

GROUP 16: Rubber-tired earth-moving equipment operator, operating equipment with push-pull system (multiple engine, Euclid, Caterpillar and similar, over 50 cu. yds. struck), tandem tractor operator (operating crawler type tractors in tandem - Quad 9 and similar type)

GROUP 17: Rubber-tired earth-moving equipment operator, operating in tandem (scrapers, belly dumps and similar types in any combination, excluding compaction units - single engine, up to and including 25 yds. struck)

GROUP 18: Concrete pump operator, truck-mounted, rubber-tired earth-moving equipment operator, operating in tandem (scrapers, belly dumps and similar types in any combination, excluding compaction units - single engine, Caterpillar, Euclid, Athey Wagon and similar types with any and all attachments over 25 yds. and up to and including 50 cu. yds. struck), rubber-tired earth-moving equipment operator, operating in tandem (scrapers, belly dumps and similar types in any combination, excluding compaction units - multiple engine, up to and including 25 yds. struck)

GROUP 19: Rubber-tired earth-moving equipment operator, operating in tandem (scrapers, belly dumps and similar types in any combination, excluding compaction units - single engine, over 50 yds. struck)

GROUP 20: Rubber-tired earth-moving equipment operator, operating in tandem (scrapers, belly dumps and similar types in any combination, excluding compaction units - multiple engine, Euclid, Caterpillar and similar type, over 50 cu. yds. struck)

GROUP 21: Rubber-tired earth-moving equipment operator, operating equipment with the tandem push-pull system (single engine, up to and including 25 yds. struck)

GROUP 22: Rubber-tired earth-moving equipment operator, operating equipment with the tandem push-pull system (single

engine, Caterpillar, Euclid, Athey Wagon and similar types with any and all attachments over 25 yds. and up to and including 50 yds. struck), rubber-tired earth-moving equipment operator, operating with the tandem push-pull system (multiple engine, up to and including 25 yds. struck)

GROUP 23: Rubber-tired earth-moving equipment operator, operating equipment with the tandem push-pull system (single engine, over 50 yds. struck), rubber-tired earth-moving equipment operator, operating equipment with the tandem push-pull system (multiple engine, Euclid, Caterpillar and similar, over 25 yds. and up to 50 yds. struck)

GROUP 24: Rubber-tired earth-moving equipment operator, operating equipment with the tandem push-pull system (multiple engine, Euclid, Caterpillar and similar type, over 50 cu. yds. struck)

CRANES, PILEDRIVING AND HOISTING EQUIPMENT CLASSIFICATIONS

GROUP 1: Engineer oiler; Fork lift operator (under 5 tons capacity)

GROUP 2: Truck crane oiler

GROUP 3: A-frame or winch truck operator; Ross carrier operator (jobsite)

GROUP 4: Bridge-type unloader and turntable operator; Helicopter hoist operator

GROUP 5: Stinger crane (Austin-Western or similar type); Tugger hoist operator (1 drum)

GROUP 6: Bridge crane operator; Cretor crane operator; Fork lift operator (over 5 tons); Hoist operator (Chicago boom and similar type); Lift mobile operator; Lift slab machine operator (Vagtborg and similar types); Material hoist operator; Shovel, backhoe, dragline, clamshell operator (over 3/4 yd. and up to 5 cu. yds. mrc); Tugger hoist operator

GROUP 7: Pedestal crane operator; Shovel, backhoe, dragline, clamshell operator (over 5 cu. yds. mrc); Tower crane repair; Tugger hoist operator (3 drum)

GROUP 8: Crane operator (up to and including 25 ton capacity); Crawler transporter operator; Derrick barge operator (up to and including 25 ton capacity); Hoist operator, stiff legs, Guy derrick or similar type (up to and including 25 ton capacity); Shovel, backhoe, dragline, clamshell operator (over 7 cu. yds. mrc)

GROUP 9: Crane operator (over 25 tons and up to and including 50 tons mrc); Derrick barge operator (over 25 tons up to and including 50 tons mrc); Highline cableway operator; Hoist operator, stiff legs, Guy derrick or similar type (over 25 tons up to and including 50 tons mrc); K-crane operator; Polar crane operator; Tower crane operator

GROUP 10: Crane operator (over 50 tons and up to and including

100 tons mrc); Derrick barge operator (over 50 tons up to and including 100 tons mrc); Hoist operator, stiff legs, Guy derrick or similar type (over 50 tons up to and including 100 tons mrc)

GROUP 11: Crane operator (over 100 tons and up to and including 200 tons mrc); Derrick barge operator (over 100 tons up to and including 200 tons mrc); Hoist operator, stiff legs, Guy derrick or similar type (over 100 tons up to and including 200 tons mrc); Mobile tower crane operator (over 100 tons up to and including 200 tons mrc)

GROUP 12: Crane operator (over 200 tons up to and including 300 tons mrc); Derrick barge operator (over 200 tons up to and including 300 tons mrc); Hoist operator, stiff legs, Guy derrick or similar type (over 200 tons, up to and including 300 tons mrc); Mobile tower crane operator (over 200 tons, up to and including 300 tons mrc)

GROUP 13: Crane operator (over 300 tons); Derrick barge operator (over 300 tons); Helicopter pilot; Hoist operator, stiff legs, Guy derrick or similar type (over 300 tons); Mobile tower crane operator (over 300 tons)

----------------------------------------------------------------

IRON0001N 01/01/1996

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS: | | |
| Work on Vandenberg Air Force Base: | | |
| Ornamental, reinforcing and structural | 24.83 | 12.17 |
| Fence erector | 23.94 | 12.17 |
| All other work: | | |
| Ornamental, reinforcing and structural | 21.83 | 12.17 |
| Fence erector | 20.94 | 12.17 |

----------------------------------------------------------------

* LABO0001J 07/01/1995

| | Rates | Fringes |
|---|---|---|
| BRICK TENDER | 17.21 | 8.61 |

----------------------------------------------------------------

LABO0002R 07/01/1995

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| Work on single family homes and apartments up to and including 3 stories: | | |
| Landscape laborer, clean-up, fencing (chain link and wood) | 13.14 | 8.61 |
| All other work on single family homes and apartments up to and including 3 stories | 14.14 | 8.61 |
| All other work: | | |
| GROUP 1 | 16.96 | 8.61 |
| GROUP 2 | 17.36 | 8.61 |
| GROUP 3 | 17.56 | 8.61 |
| GROUP 4 | 18.61 | 8.61 |

| | | |
|---|---|---|
| GROUP 5 | 18.81 | 8.61 |

HOUSEMOVERS (ONLY WHERE HOUSEMOVING IS INCIDENTAL TO A CONSTRUCTION CONTRACT):

| | | |
|---|---|---|
| Housemover | 15.37 | 8.19 |
| Yard maintenance person | 15.12 | 8.19 |

LABORER CLASSIFICATIONS

GROUP 1: Cleaning and handling of panels, forms; Concrete screeding for rough strike-off; Concrete, water curing; Demolition laborer, the cleaning of brick and lumber; Dry packing of concrete, plugging, filling of shee-bolt holes; Fire watcher, limber, brush loaders, pilers and debris handlers; Flag person; Gas, oil and/or water pipeline laborer; Laborer, asphalt-rubber material loader; Laborer, general or construction; Laborer, general clean-up; Laborer, landscaping; Laborer, jetting, temporary water and air lines; Material hose operator (walls, slabs, floors and decks); Railroad maintenance, repair track person and road beds; Rigging and signaling; Scaler; Slip form raiser; On highways, slurry seal crew (mixer operator, applicator operator, squeegee operator, shuttle, top);

Streetcar and railroad construction track laborers; Striper, concrete or other paved road surfaces; Tar and mortar; Tool crib or tool house laborer on highways; Traffic control by any method; Traffic delineating device applicator; Window cleaner; Wire mesh, pulling all concrete pouring operations

GROUP 2: Asphalt shoveler; Cement dumper (on 1 yd. or larger mixer and handling bulk cement); Cesspool digger and installer; Chucktender; Chute handler, pouring concrete, the handling of the foundations, footings, curb, gutters and sidewalks; Concrete curer, impervious membrane and form oiler; Cutting torch operator (demolition); Fine grader, highways and street paving, airport, runways and similar type heavy construction; Gas, oil and/or water pipeline wrapper; Pot tender and form person; Guinea chaser; Headerboard, asphalt; Laborer, packing rod steel and pans; Membrane vapor barrier installer; Power broom sweeper (small); Riprap stonepaver, placing stone or wet sacked concrete; Roto scraper and tiller; Sandblaster (pot tender); Septic tank digger and installer (lead); Tank scaler and cleaner; Tree climber, faller, chain saw operator, Pittsburgh chipper and similar type brush shredder; Underground laborer, including caisson bellower

GROUP 3: Buggymobile; Concrete cutting torch; Concrete pile cutter; Driller, jackhammer, 2-1/2 ft. drill steel or longer; Dri-pak-it machine; Gas, oil and/or water pipeline wrapper, 6-in. pipe and over, by any method, inside and out; Hydro seeder and similar type; Impact wrench multi-plate; Kettle, pot and asphalt applier, lay-kold, creosote, lime caustic and similar type materials ("applying" means applying, dipping, brushing or handling of such materials for pipe wrapping and waterproofing); Operator of pneumatic, gas, electric tools; Vibrating machine, pavement breaker, air blasting, come-alongs, and similar mechanical tools not separately classified herein; Pipelayer's backup, coating, grouting, making of joints, sealing, caulking, diapering and including rubber gasket joints, pointing and any and all other services; Rock slinger; Rotary scarifier or

multiple head concrete chipping scarifier; Steel headerboard and guideline setter; Tamper, Barko, Wacker and similar type; Trenching machine, hand-propelled

GROUP 4: Asphalt raker, lute person, ironer and asphalt spreader boxes (all types); Concrete core cutter (walls, floors or ceilings), grinder or sander; Concrete saw person, cutting walls or flat work, scoring old or new concrete; Cribber, shorer, lagging, sheeting and trench bracing, hand-guided lagging hammer; Head rock slinger; Laborer, asphalt-rubber distributor bootperson; Laser beam in connection with laborers' work; No-joint pipe and stripping of same; Over-size concrete vibrator operator, 70 lbs. and over; Pipelayer, including water, sewage, solid, gas or air; Porta shot-blast; Prefabricated manhole installer; Sandblaster (nozzle, water blasting)

GROUP 5: Blaster powder, all work of loading holes, placing and blasting of all powder and explosives of whatever type, regardless of method used for such loading and placing; Driller; All power drills, excluding jackhammer, whether core, diamond, wagon, track, multiple unit, and any and all types of mechanical drills; Toxic waste removal

---

LABO0002U 07/01/1995

| | Rates | Fringes |
|---|---|---|
| PLASTERER TENDER: | | |
| Santa Barbara County (north part): | | |
| Work on single family homes and apartments up to and including 3 stories (does not apply to Vandenberg Air Force Base or Point Arguello | 14.49 | 8.38 |
| ~~All other work~~ | ~~17.34~~ | ~~8.38~~ |
| Santa Barbara County (south part): | | |
| Work on single family homes and apartments up to and including 3 stories | 14.49 | 8.38 |
| All other work | 18.34 | 8.38 |

---

LABO0067E 02/13/1995

| | Rates | Fringes |
|---|---|---|
| ASBESTOS REMOVAL LABORER | 10.00 | 3.83 |

SCOPE OF WORK:
Includes site mobilization, initial site clean-up, site preparation, removal of asbestos-containing material and toxic waste (including lead abatement and any other toxic materials), encapsulation, enclosure and disposal of asbestos-containing materials and toxic waste (including lead abatement and any other toxic materials) by hand or with equipment or machinery; scaffolding, fabrication of temporary wooden barriers and assembly of decontamination stations.

---

PAIN0036U 01/01/1996

| | Rates | Fringes |
|---|---|---|
| PAINTER | 16.15 | 3.38 |

---

PAIN0636A 12/01/1995

| | Rates | Fringes |
|---|---|---|
| GLAZIER | 22.60 | 7.34 |

---

PAIN1176B 04/01/1993

| | Rates | Fringes |
|---|---|---|
| PARKING LOT STRIPING WORK AND/OR HIGHWAY MARKERS: | | |
| GROUP 1 | 19.93 | 5.67 |
| GROUP 2 | 18.93 | 5.67 |
| GROUP 3 | 16.94 | 5.67 |
| GROUP 4 | 19.93 | 5.67 |
| GROUP 5 | 16.94 | 5.67 |
| Service person (maintenance and repair of equipment) (on jobsite only) | 11.96 | 5.25 |
| Slurry seal work: | | |
| Sealer/mixer | 14.89 | 3.66 |
| Applicator operator, shuttle person and squeegee person | 13.18 | 3.66 |
| Traffic surface protective coating applicator | 15.51 | 3.66 |

PARKING LOT STRIPING AND/OR HIGHWAY MARKING CLASSIFICATIONS

GROUP 1: STRIPER: Layout and application of painted traffic stripes and marking; hot thermo plastic; tape traffic stripes and marking

GROUP 2: TRAFFIC DELINEATING DEVICE APPLICATOR: Layout and application of pavement markers, delineating signs, rumble and traffic bars, adhesives, guide markers; other traffic delineating devices; includes all related surface preparation (sandblasting, waterblasting, grinding) as part of the application process

GROUP 3: TRAFFIC SURFACE ABRASIVES BLASTER: Removal of traffic lines and markings; preparation of surface for coatings and traffic control devices

GROUP 4: TRAFFIC PROTECTIVE DELINEATING SYSTEMS INSTALLER: Removes; relocates; installs; permanently affixed roadside and parking delineating barricades, fencing, guard rail, cable anchor, retaining walls, reference signs, monument markers

GROUP 5: TRAFFIC CONTROL PERSON: Sole function is to control and direct traffic through both conventional and moving lane closures

---

PAIN1247B 08/01/1992

| | Rates | Fringes |
|---|---|---|
| SOFT FLOOR LAYER | 23.30 | 6.49 |

---

PLAS0052D 07/01/1994

| | Rates | Fringes |
|---|---|---|
| CEMENT MASONS: | | |
| Work on wood or metal frame construction of single family residences, apartments and condominiums (does not include projects that exceed 3 stories; any utility work, such as telephone, gas, water, sewer and other utilities; or any work outside property lines, including curbs, gutters and sidewalks) | 15.00 | 4.17 |
| Work on projects where the total permit value of the general contract and all subcontracts upon that jobsite is $7.5 million or less: | | |
| Cement mason; | | |
| Cement mason; Curb and gutter machine; Clary and similar type of screed operator (cement only); Grinder; Jackson vibratory, Texas screed and similar type screed operator; Scoring machine operator | 18.30 | 8.25 |
| Cement mason (magnesite - epoxy) | 18.42 | 8.25 |
| Cement mason, floating and troweling machine operator | 18.55 | 8.25 |
| All other work: | | |
| Cement mason, including but not restricted to the following: cellular cement mason, chipping; patching, grinding; setting all concrete forms and perimeter forms, including catch basin structures and drain inlets, setting curb form and plank, setting of lines, stakes and grades; setting screeds, which includes screed pins; cutting scoring and sawing new concrete, plugging, filling Shee-bolt holes; dry packing concrete and EMBECO; tending material hose on slabs, floors and decks; tending mixer-truck chute on slabs, floors and decks; bush hammering; patching and | | |

| | Rates | Fringes |
|---|---|---|
| sacking, rodding, tamping, bidwell and similar type rodding machines, bull floating; Curb and gutter machine operator; Clary and similar type of screed operator (cement only); Grinding machine (all types); Jackson Vibratory, Texas Screed and similar type screed operator; Scoring machine operator | 20.26 | 10.25 |
| Cement mason (magnesite, magnesite - terrazzo and mastic composition, epoxy, urethanes and exotic coatings, Dex-O-Tex) | 20.38 | 10.25 |
| Cement mason floating and troweling machine operator | 20.51 | 10.25 |

---

PLAS0341B 08/07/1993

| | Rates | Fringes |
|---|---|---|
| PLASTERER | 22.10 | 4.53 |

---

PLUM0016K 07/01/1995

| | Rates | Fringes |
|---|---|---|
| PLUMBER; STEAMFITTER: | | |
| Vandenberg Air Force Base | 30.56 | 7.54 |
| Remainder of County | 28.31 | 7.54 |
| | | |
| LANDSCAPE & IRRIGATION WORK | 22.23 | 6.80 |

---

ROOF0036A 01/01/1994

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Roofer | 20.27 | 6.635 |
| Preparer (duties limited to the following: tear-off and/or remove any type of roofing or roofing material or spudding, or sweeping and/or clean-up, and/or preloading, or in preparing the roof for application of roofing, damp and/or waterproofing material) | 15.55 | 1.00 |

---

SFCA0669Q 01/01/1995

| | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTER: | | |
| Work on one or two family dwellings; all multiple family dwelling units which are permitted to have a single exterior up to and including 4 | | |

| | Rates | Fringes |
|---|---|---|
| stories; townhouses with units stacked vertically up to and including 4 stories; and group residential care facilities and protective care homes (sheltered housing); not to include nursing homes or ambulatory care facilities | 19.16 | 1.69 |
| All other work | 24.55 | 6.28 |

----------------------------------------------------------------

SHEE0273A 08/01/1994

| | Rates | Fringes |
|---|---|---|
| SHEET METAL WORKER | 24.66 | 8.38 |

----------------------------------------------------------------

TEAM0011K 07/01/1994

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| Point Arguello; Point Conception; and Vandenberg Air Force Base: | | |
| GROUP 1 | 20.79 | 11.54 |
| GROUP 2 | 20.94 | 11.54 |
| GROUP 3 | 21.07 | 11.54 |
| GROUP 4 | 21.12 | 11.54 |
| GROUP 5 | 21.20 | 11.54 |
| GROUP 6 | 21.32 | 11.54 |
| GROUP 7 | 21.57 | 11.54 |
| GROUP 8 | 22.02 | 11.54 |
| GROUP 9 | 22.32 | 11.54 |
| GROUP 10 | 22.82 | 11.54 |
| Remainder of County: | | |
| GROUP 1 | 18.79 | 11.54 |
| GROUP 2 | 18.94 | 11.54 |
| GROUP 3 | 19.07 | 11.54 |
| GROUP 4 | 19.12 | 11.54 |
| GROUP 5 | 19.20 | 11.54 |
| GROUP 6 | 19.32 | 11.54 |
| GROUP 7 | 19.57 | 11.54 |
| GROUP 8 | 20.02 | 11.54 |
| GROUP 9 | 20.32 | 11.54 |
| GROUP 10 | 20.82 | 11.54 |

TRUCK DRIVER CLASSIFICATIONS

GROUP 1: Teamster

GROUP 2: Driver of vehicle or combination of vehicles of 2 axles (including all vehicles less than 6 tons); Traffic control pilot car, excluding moving heavy equipment permit load

GROUP 3: Truck-mounted power broom

GROUP 4: Driver of vehicles or combination of vehicles of 3

axles

GROUP 5: Boot person; Cement distributor; Erosion control driver; Fuel truck; Water truck, 2-axle

GROUP 6: Dump, less than 16 yds.

GROUP 7: Transit mix, under 3 yds.; Dumpcrete, less than 6-1/2 yds.

GROUP 8: Water truck, 3 or more axles

GROUP 9: PB and similar type truck when performing within the Teamsters' jurisdiction; Pipeline and utility working truck including winch, but limited to truck applicable to pipeline and utility work, where a composite crew is used; Slurry driver; Truck greaser and tire worker (50 cents per hour additional for tire)

GROUP 10: Water pull twin engine; Water pull twin engine with attachments

FOOTNOTE:

Winch truck driver - $1.25 additional when operating winch or similar special attachments.

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations

indicate unions whose rates have been determined to be prevailing.

END OF GENERAL DECISION

DEPARTMENT OF THE AIR FORCE
30TH SPACE WING (AFSPC)

U.S. AIR FORCE
1947 - 1997

23 OCT 1996

MEMORANDUM FOR HARPER/NIELSEN DILLINGHAM BUILDERS, INC.
A JOINT VENTURE
2241 KETTNER BLVD., SUITE 300
SAN DIEGO CA 92101

FROM: 30 CONS/LGCCB
806 13TH STREET, SUITE 2
VANDENBERG AFB CA 93437-5226

SUBJECT: Notice to Proceed, Contract No. F04684-96-C-0046, Project No. XUMU 96-4003, Military Family Housing, Phase III

1. Effective **23 Oct 96**, you are hereby notified to proceed with the work as set forth in the specifications and drawings for this project.

2. In accordance with the terms and conditions of the contract, you are required to complete work within 480 cal days after the effective date of this notice. The contract completion date is **15 Feb 98.**

3. Please Note: Laydown area for Phase III is only Area "B" as identified on contract drawing G001. No other laydown area is authorized unless a separate request is submitted and approved by the Base Commander through the Contracting Office.

4. Please sign below and return to this office. If you have any questions, please contact Lenny Horniak at (805) 734-8232, ext. 6-2169.

C.H. PAINTER
Contracting Officer

Acceptance of this Notice to Proceed is hereby acknowledged as received this 23 day of OCTOBER 19 96.

Contractor Signature

JEFFREY A. HARPER / PROJECT MANAGER
Name/Title

HARPER/NIELSEN - DILLINGHAM BUILDERS (JV)
Company

KCI 02390

*Golden Legacy, Boundless Future... Your Nation's Air Force*

cc: 30CES/CE
HQ AFCEE/CMH

# CONTRACT PROGRESS SCHE[DULE]

1. CONTRACT #: F04684-96-C-0046
2. STARTING DATE: 10/23/96
3. [COMPL]ETION DATE: 2/15/98
4. [PUR]CHASE REQUEST NO. F5CERF61090300

5. PROJECT NO. XUMU 96-4003
6. ACTUAL STARTING DATE: 10/23/96
7. ACTUAL COMPLETION DATE:

8. REPLACE CAPEHART MFH PHASE 3 (143 UNITS) VANDENBERG AIR FORCE BASE
9. SUB[MITTED BY] JEFFR[...]

DATE

HARPER/NIELSEN-DILLINGHAM
2241 KETTNER BLVD. #300
SAN DIEGO, CA 92101

| LINE NO A | WORK ELEMENTS B | % C | OCTOBER 1996 D | E | F | NOVEMBER G | H | I | J | DECEMBER K | L | M | N | O | JANUARY 1997 P | Q | R | S | FEBRUARY T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BOND | 0.51% | 0.51% | | .51 | | | | | | | | | | | | | | | | | |
| 2 | MOBILIZATION | 0.11% | | 0.01% | .11 | 0.02% | | 0.02% | | 0.02% | | 0.02% | | 0.01% | | 0.01% | | | | | | |
| 3 | ASBESTOS REMOVAL | 3.84% | | | | 0.20% | 0.30% | | 0.60% | | 0.50% | | 0.60% | | 0.60% | | 0.60% | | 0.30% | | 0.20% | |
| 4 | DEMOLITION / TANKS | 4.73% | | | | | | | 0.16% | 0.30% | 0.40% | | 0.60% | | 0.60% | | 0.60% | | | 0.50% | 0.50% | |
| 5 | GRADING | 3.43% | | | | | | | | | | 0.20% | 0.40% | | 0.40% | | | 0.40% | | 0.40% | | 0.40% |
| 6 | UG UTILITIES | 11.97% | | | | | | | | | | | | | 0.20% | | 0.80% | 1.00% | 1.00% | | 1.00% | |
| 7 | [CO]NCRETE | 9.08% | | | | | | | | | | | | | | | | | 1.00% | | 1.00% | |
| 8 | [PLU]MBING (Plumbing) | 5.47% | | | | | | | | | | | | | | | | | | | | 0.50% |
| 9 | [ROUG]H CARPENTRY / LUMBER | 13.81% | | | | | | | | | | | | | | | | | | | | |
| 10 | MECHANICAL | 3.00% | | | | | | | | | | | | | | | | | | | | |
| 11 | ELECTRICAL | 3.87% | | | | | | | | | | | | | | | | | | | | |
| 12 | SHEET METAL / GUTTERS | 1.24% | | | | | | | | | | | | | | | | | | | | |
| 13 | ROOFING | 3.86% | | | | | | | | | | | | | | | | | | | | |
| 14 | ALUMINUM WINDOWS / DOORS / MIRRORS | 2.21% | | | | | | | | | | | | | | | | | | | | |
| 15 | INSULATION | 1.02% | | | | | | | | | | | | | | | | | | | | |
| 16 | DRYWALL | 3.68% | | | | | | | | | | | | | | | | | | | | |
| 17 | PAINTING | 1.30% | | | | | | | | | | | | | | | | | | | | |
| 18 | FINISH CARPENTRY / HARDWARE / CABINETS | 5.13% | | | | | | | | | | | | | | | | | | | | |
| [19] | [STU]CCO | 5.08% | | | | | | | | | | | | | | | | | | | | |
| 20 | GARAGE DOORS | 0.45% | | | | | | | | | | | | | | | | | | | | |
| 21 | [SI]TEWORK | 11.39% | | | | | | | | | | | | | | | | | | | | |
| [22] | [CER]AMIC TILE | 1.55% | | | | | | | | | | | | | | | | | | | | |
| 23 | FLOORING | 2.43% | | | | | | | | | | | | | | | | | | | | |
| 24 | APPLIANCES | 0.85% | | | | | | | | | | | | | | | | | | | | |
| | | 100.0% | 0.51% | 0.01% | 0.00% | 0.22% | 0.30% | 0.02% | 0.66% | 0.32% | 0.90% | 0.22% | 1.40% | 0.01% | 1.60% | 0.01% | 1.80% | 1.40% | 2.30% | 0.90% | 2.70% | 0.9[...] |
| | | | 0.51% | 0.52% | 0.52% | 0.74% | 1.04% | 1.06% | 1.72% | 2.04% | 2.84% | 3.16% | 4.56% | 4.57% | 6.17% | 6.18% | 7.98% | 9.38% | 11.68% | 12.58% | 15.28% | 16.1[...] |

Handwritten percentage scale: 100, 90, 80, 70, 60, 50, 40, 30, 20, 10

Handwritten annotations: Prog Report #1 10/1 - 10/31/96; Prog Report #2 Nov 96; Dec 96; Jan 97; Feb 97

Red = CE3
Black = [illegible]

1.82 3.28/[illegible]10

EDULE

UBMITTED BY:

FREY A. HARPER, PROJECT MANAGER

CONTRACTOR'S SIGNATURE

FORM APPROVED

OMB NO. 0704-0188

10. APPROVAL RECOMMENDED BY INSTALLATION ENGINEER (Signature)

DATE

11. APPROVED BY CONTRACTING OFFICER (Signature)

DATE

| | | | MARCH | | | | APRIL | | | | | | | | | | JUNE | | | JULY | | | | | AUGUST | | | | SEPTEMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA |
| | 0.34% | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0.60% | | 0.40% | | 0.30% | 0.17% | | | | | | | | | | | | | | | | | | | | | | | | |
| 40% | | 0.40% | | 0.30% | 0.20% | | 0.20% | | 0.13% | | | | | | | | | | | | | | | | | | | | | |
| | 1.00% | | 1.00% | | 1.00% | | 1.00% | | 1.00% | | 1.00% | | 1.00% | | 0.80% | | 0.17% | | | | | | | | | | | | | |
| | 1.00% | | 1.00% | 1.00% | | 0.50% | 0.60% | | 0.60% | | 0.50% | 0.50% | | 0.50% | | 0.60% | | 0.50% | | 0.08% | | | | | | | | | | |
| 50% | 0.50% | 0.50% | | 0.50% | 0.50% | 0.50% | | 0.50% | 0.10% | | 0.10% | 0.10% | | 0.10% | 0.10% | | 0.20% | 0.20% | 0.20% | | 0.30% | 0.10% | 0.10% | 0.10% | 0.10% | 0.17% | | | | |
| | 1.00% | | 1.00% | | 1.00% | | 1.00% | | 1.00% | | 1.00% | | 1.00% | | 1.00% | | 1.00% | | 1.00% | 1.00% | | 1.00% | | 1.00% | 0.50% | 0.20% | 0.11% | | | |
| | | 0.10% | 0.10% | | 0.10% | 0.20% | | 0.20% | 0.20% | | 0.20% | 0.20% | | 0.40% | | 0.40% | 0.20% | | 0.20% | | 0.20% | | 0.10% | 0.10% | 0.10% | | | | | |
| | | 0.10% | | 0.20% | 0.20% | | 0.20% | | 0.20% | 0.20% | | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.10% | 0.20% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.07% | |
| | | | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | 0.10% | 0.04% | | | |
| | | | | | 0.10% | | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | | 0.20% | 0.20% | 0.20% | | 0.20% | 0.20% | 0.20% | | 0.18% | |
| | | | | | | | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | | 0.10% | 0.10% | 0.10% | | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | - 0.10% | 0.11% |
| | | | | | | | | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | | 0.10% | | 0.10% | | 0.10% | | 0.10% | | 0.02% |
| | | | | | | | | | | | 0.04% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.04% |
| | | | | | | | | | | | | | | | 0.10% | | 0.10% | | 0.10% | | 0.10% | 0.10% | 0.10% | | 0.10% | | 0.10% | | 0.10% | |
| | | | | | | | | | | | | | | | | | | | 0.40% | 0.07% | 0.20% | 0.30% | 0.40% | | 0.40% | 0.40% | 0.40% | | 0.40% | 0.40% |
| | | | | | | | | | | | | | | | | | | | | | 0.10% | | 0.30% | 0.30% | 0.30% | 0.30% | 0.30% | 0.30% | 0.30% | 0.30% |
| | | | | | | | | | | | | | | | | | | | | | | | 0.02% | 0.05% | | 0.05% | | 0.05% | | 0.06% |
| | | | | | | | | | | | | | | | | | | | | | | | 0.20% | 0.40% | 0.40% | 0.40% | 0.40% | 0.60% | 0.60% | 0.60% |
| 0.90% | 4.34% | 1.10% | 3.60% | 2.10% | 3.40% | 1.47% | 3.20% | 1.10% | 3.53% | 0.60% | 3.24% | 1.60% | 2.60% | 1.80% | 2.70% | 1.70% | 2.47% | 1.50% | 2.60% | 1.76% | 1.50% | 2.40% | 1.82% | 2.56% | 2.50% | 2.32% | 1.96% | 1.45% | 1.93% | 1.52% |
| 16.16% | 20.52% | 21.62% | 25.12% | 27.22% | 30.62% | 32.09% | 35.29% | 36.39% | 39.92% | 40.52% | 43.76% | 45.36% | 47.96% | 49.76% | 52.46% | 54.16% | 56.63% | 58.13% | 60.73% | 62.49% | 63.99% | 66.39% | 68.20% | 70.75% | 73.25% | 75.57% | 77.52% | 78.97% | 80.90% | 82.42% |

Mar 97 Apr 97 May 97 Jun 97 Jul 97 Aug 97 Sep 97

11.83 13.15 15.37/63.46% 17.53/80.99 10.28/91.28 3.7/94.9

| MBER | | OCTOBER | | | | NOVEMBER | | | | DECEMBER | | | | JANUARY 1998 | | | | FEBRUARY | | | | MARCH | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU | BV | BW | BX | BY | BZ |
| 0.11% | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0.02% | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0.04% | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0.10% | 0.10% | 0.10% | 0.10% | | | | | | | | | | | | | | | | | | | | | |
| 0.40% | 0.40% | | 0.40% | 0.40% | 0.30% | 0.20% | 0.05% | | | | | | | | | | | | | | | | | | |
| 0.30% | 0.30% | 0.30% | 0.30% | 0.30% | 0.30% | 0.30% | 0.10% | 0.30% | 0.30% | 0.08% | | | | | | | | | | | | | | | |
| 0.05% | | 0.05% | | 0.05% | | 0.05% | | 0.05% | | 0.03% | | | | | | | | | | | | | | | |
| 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.18% | | | | | | | |
| 97 | 0.07% | | 0.10% | 0.20% | | 0.20% | 0.20% | | 0.20% | | 0.20% | 0.20% | | 0.10% | 0.08% | | | | | | | | | | |
| | | | | 0.10% | 0.10% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.20% | 0.02% | 0.20% | 0.10% | 0.10% | 0.01% | | | | | | |
| | | | | | | | | | | 0.03% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.10% | 0.02% | | | | | | |
| 1.52% | 1.47% | 1.05% | 1.50% | 1.76% | 1.10% | 1.35% | 0.96% | 0.95% | 1.10% | 0.74% | 0.90% | 0.90% | 0.70% | 0.80% | 0.60% | 0.70% | 0.60% | 0.38% | 0.03% | | | | | | |
| 82.42% | 83.89% | 84.94% | 86.44% | 88.18% | 89.28% | 90.64% | 91.60% | 92.55% | 93.65% | 94.39% | 95.29% | 96.19% | 96.89% | 97.69% | 98.29% | 98.99% | 99.59% | 99.98% | 100.01% | | | | | | |

Oct 97 Nov 97 Dec 97 Jan 98 Feb 98 Mar 98

Feb 98 .05/99.78

94.92 4.60/99.78 0/99.78 0/99.78 0/99.78 0/99.78 0/99.78%