EXHIBIT 1 B

# SECTION 02950

# PLANTING

## PART 1 GENERAL

### 1.1 SUMMARY

A. Work Included: Provide planting complete, as shown and as specified.
1. Notification: At least two (2) weeks in advance of date when plants will be picked up and transported to the place of installation.
2. Inspection: Inspect plants prior to acceptance and notify the Contracting Officer of all unacceptable plants. Pick up of plants shall constitute acceptance for the purpose of warranties.

B. Related Work:
1. Existing Planting to Remain - Section 02116
2. Irrigation System - Section 02811
3. Soil Preparation - Section 02920
4. Lawns and Grasses - Section 02930
5. Landscape Maintenance - Section 02970

C. Unit Pricing: Cost of all products used in installation shall be included in the unit price of the item for which they are furnished.

| | Item | Unit Pricing |
|---|---|---|
| 1. | Plants | Each |
| 2. | Groundcover | Square Foot |
| 3. | Mulch | Square Foot |
| 4. | Header | Lineal Foot |

D. Additive No. 3 affects the work of this Section. Add two 15 gallon Coast Live Oaks trees (*Quercus agrifolia*) at each housing unit rear yard in locations designated in the field by the Contracting Officer.

### 1.2 REFERENCES

A. "An Annotated Checklist of Woody Ornamental Plants of California, Oregon and Washington, (Number 4091)", McClintock and Leiser, Division of Agricultural Sciences, University of California, 1979.

B. "American Standard for Nursery Stock", 1986 Edition, American Association of Nurserymen, Inc.

C. "Hortus III", 1976 Edition, Bailey Hortorium, Cornell University.

### 1.3 SUBMITTALS: Comply with Section 01000.

A. Product Data: Manufacturer's current catalog cuts and specifications for mulch and fertilizer tablets, anti-desiccants, and fungicides.

B. Shop Drawings: Locations of fences and/or barriers at drip lines of existing trees to remain.

C. Samples of Mulch: One (1) pint, each type.

D. Certificates of Inspection: As required by law for transportation of each shipment of plants along with invoice.

### 1.4 DELIVERY, STORAGE, AND HANDLING

A. Delivery: Do not deliver to the site disease-infected plant materials.

B. Labeling: Furnish standard products in manufacturer's standard containers bearing original labels legibly showing quantity, analysis, genus/species and name of manufacturer/grower.

C. Storage: Protect metal containers from sun during summer months with temperatures above 80 degrees F. Keep plants that cannot be planted immediately upon delivery in the shade, well-protected and well-watered.

EXHIBIT 1 B

D. Handling: Do not lift or handle plants by tops, stems or trunks at any time. Do not bind or handle plants with wire or rope at any time.

E. Anti-Desiccant: "At Contractor's option," immediately before transporting, spray deciduous plant materials in full leaf or evergreens with anti-desiccant. Apply an adequate film over trunks, branches, twigs and foliage.

1.5 SEQUENCING AND SCHEDULING

A. Acceptance: Do not install plant materials prior to acceptance of finish grades (and main line trenching/installation of irrigation system).

B. Coordination: Coordinate with work of other sections to ensure the following sequence of events:
1. General: Sprinkler system to be installed and operable prior to installation of plant materials. Schedule hand watering of all plant materials installed prior to sprinkler irrigation system.
2. Headers: Install prior to installation of adjacent sprinkler irrigation system.
3. Vines: Do not attach anchors or ties to wall or other structures prior to acceptance of such work under another Section.
4. Trees in Paving: As necessary, install prior to installation of paving under another Section. See Drawings.
5. Pruning: Do not prune plant materials prior to installation and acceptance. Request review by the Contracting Officer prior to pruning.

1.7 WARRANTY: Comply with Section 01000.

A. Warrant that all plants planted under this Contract will be healthy and in flourishing condition of active growth one (1) year from date of Final Acceptance. Similarly warrant annuals and groundcover for a period of six (6) months from date of Final Acceptance.

B. Warrant that all palms planted under this Contract will be healthy and in a flourishing condition of active growth two (2) years from date of Final Acceptance. Warrant palms against the vascular disease Penicillium (Gliocladium) vermoeseni, the fungus Fusarium oxysporum, and the root rot disease phytophora and similar vascular infections during Warranty Period.

C. Correct Species: Warrant that all plant materials are true to species and variety.

D. Delays: Delays caused by the Contractor in completing planting operations which extend the planting into more than one planting season shall extend the Warranty Period correspondingly.

E. Condition of Plants: Plants shall be free of dead or dying branches and branch tips, with foliage of normal density, size and color.

F. Replacements: As soon as weather conditions permit, replace, without cost to the Government all dead plants and all plants not in a vigorous, thriving condition, as determined by the Contracting Officer during and at the end of Warranty Period.

G. Exclusions: Contractor shall not be held responsible for failures due to neglect by the Government, vandalism, and acts of God, during Warranty Period. Report such conditions.

1.8 MAINTENANCE PERIOD AND FINAL ACCEPTANCE: See Section 02970 - Landscape Maintenance

1.9 REPLACEMENTS

A. Failed Materials:
1. Repair and/or replace at no cost to the Government all plant materials exhibiting conditions which are determined as unacceptable due to workmanship by the Contractor.
2. Closely match replacements to adjacent specimens of the same species. Apply requirements of this Specification to replacements.

3. Contractor shall be held responsible for a maximum of two (2) replacements for each failed tree, shrub and vine, and same area of groundcover planting after final acceptance during Warranty Period.

B. Incorrect Materials:
1. During Warranty Period, replace plants revealed as being untrue to name and species.
2. Provide replacements of a size and quality to match the planted materials at the time the mistake is discovered.

EXHIBIT 1 B

## PART 2 - PRODUCTS

### 2.1 MATERIALS

A. Plant Materials: Verify that all container stock has been grown in the containers in which delivered for at least one growing season, but not over two (2) years.
1. Growing Conditions: Plants shall be nursery-grown in accordance with good horticultural practices under climatic conditions similar to those of project for at least two years unless otherwise specifically authorized.
2. Appearance: Trees shall be exceptionally heavy, symmetrical, tightly knit, and so trained or favored in development and appearance as to be superior in form for their species, with regard to number of branches, compactness and symmetry.
3. Vigor: Plants shall be sound, healthy and vigorous, well branched and densely foliated when in leaf. They shall be free of disease, insect pests, eggs, or larvae. They shall have healthy, well-developed root systems. Plants shall be free from physical damage or adverse conditions which would prevent thriving growth.

B. Condition of Root System: Samples must prove to be completely free of circling, kinked or girdling trunk surface and center roots and show no evidence of a pot-bound condition. Upon inspection by The Contracting Officer at the job site, if five (5) percent or more of the plants of each species are found to contain kinked, circling or girdling roots, all plants of that species will be rejected.

C. Measurements:
1. General: Take caliper measurement at a point on the trunk 6 in. above natural ground line for trees up to 4 in. in caliper (and at a point 12 in. above the natural ground line for trees over 4 in. in caliper.)
   a. Measure foliage across mean foliage dimension when branches are in their normal upright position. Foliage origin along main trunk shall be measured from soil line.
   b. Height and spread dimensions specified refer to main body of plant and not branch tip to tip. Properly trimmed plants shall measure the same in any direction. If a plant is unevenly grown, it shall be classified in the size category of the smallest dimension.
2. Size Range: If a range of size is given, do not use plant materials less than the minimum size. The measurements specified are the minimum size acceptable and are the measurements after pruning, where pruning is required. Plants that meet the measurements specified, but do not possess a normal balance between height and spread shall be rejected.
3. Substitutions: Substituted plants shall be true to species and variety and shall conform to measurements specified except that plants larger than specified may be used if accepted. Use of such plants shall not increase Contract price. If larger plants are accepted, increase the ball of earth in proportion to the size of the plant. Plants overgrown for their container size will be rejected.

D. Unacceptable Trees: Trees which have damaged or crooked leaders, will be rejected. Trees having a main leader shall not have been headed back. Trees with abrasions of the bark, sunscalds, disfiguring knots, or fresh cuts of limbs over 3/4 in. which have not completely callused, will be rejected.

E. Pruning: Do not prune plants before delivery. Consult The Contracting Officer for pruning after installation.

### 2.2 MIXES

A. Backfill Mix for Plant Pits: See Section 02920 - Soil Preparation.

B. Commercial Fertilizers:
1. Top-dress Fertilizer: Complete fertilizer, 50 percent of the nitrogen to be derived from natural organic sources or urea-form. Available phosphoric acid shall be from superphosphate, bone or tankage.

EXHIBIT 1 B

Potash shall be derived from muriate of potash containing 60 percent potash:

16% Nitrogen
6% Phosphoric Acid
8% Potash

2. Slow-release Fertilizer Tablet: "Agriform" 21 gram tablets with 20-10-5 (N-P-K) by Sierra Chemical Co., (408) 263-8080; or equal.

C. Anti-Desiccant:
1. Type: Sprayable, water-soluble vinyl-vinyledine complex which will produce a moisture-retarding barrier not removable by rain (or snow).
2. Product: "Transfilm" by P.B.I./Gordon Corporation, (816) 421-4070; or equal.

D. Buried Trunk at Palms: Clean white plaster sand, free of all deleterious chemicals, oils or other materials.

2.3 ACCESSORIES

A. Tree Staking:
1. Stakes: Lodgepole Pine with 10 in. tapered driving point and chamfered top, green color, treated with copper napthanate to heartwood.
2. Ties: Black rubber tire tie or other tie as accepted by The Contracting Officer.
3. Spreader Board: 1" x 4" treated wood, length determined by stake spacing.

B. Vine Supports:
1. Anchors: Galvanized metal or plastic epoxy-fastening type as accepted.
2. Tape: Polyethelene nursery tape, 1/2 in. width, black or green in color.

C. Wood Chip Mulch:
1. Type: Composted pine or fir bark, free of sticks, dirt, dust and other debris, as accepted.
2. Size: 1/2 in. to 1 in. diameter.

D. Water:
1. Clean, fresh and potable, furnished and paid for by the Government.
2. Transport as required.

2.4 PALM TREE FUNGICIDES

A. Frond Application: "Benlate" by DuPont; or equal.

B. Soil Drench: "Subdue" by Ciba-Giegy Co.; or equal.

2.5 SOURCE QUALITY CONTROL

A. Review: Submit a written request for review of plant materials and quantity at place of growth at least 2 weeks prior to shipment to site. Right is reserved to refuse review at this time if, in his judgement, a sufficient quantity of plants is not available.

B. Transportation: Contractor shall accompany The Contracting Officer to all reviews of plant materials at the nursery. The Contracting Officer will review and tag plants at place of growth and upon delivery for conformity to specifications.

C. Distant Material: Submit photographs with a person adjacent to each plant type for preliminary review. Such review shall not impair the right of review and rejection during progress of the work.

D. Unavailable Material: If proof is submitted that a specified plant is not obtainable, a proposal will be considered for use of the nearest equivalent size or variety with corresponding adjustment of Contract price. Substantiate such proof in writing no later than 30 days after award of contract.

E. Special Conditions: The above provisions shall not relieve Contractor of the responsibility of obtaining specified materials in advance if special growing conditions or other arrangements must be made in order to supply specified materials.

## PART 3 - EXECUTION

### 3.1 EXAMINATION

A. Verification of Conditions:
1. Finish Grades: Finish grades for planting areas shall have been established in another Section. Verify that all grades are within 1 in. plus or minus of required finish grade.
2. Soil Preparation: Do not commence planting work prior to completion and acceptance of soil preparation.
3. Irrigation: Verify that irrigation system has been installed and accepted.

### 3.2 PREPARATION

A. Layout and Staking: Lay out plants at locations shown on Drawings. Use 3 -ft. lath, color-coded for each specie of plant material. Stake each tree, not specifically located by dimension or alignment. Outline shrub and groundcover beds with lime.

B. Review: Locations of plants will be checked in the field and will be adjusted to exact position before planting begins. Right is reserved to refuse review at this time if, in the Contracting Officer's opinion, an insufficient quantity of plants is available.

C. Digging Plant Pits: Dig tree pits and scarify all sides of the tree pit after excavation - see below. Do not use an auger or tree spade.

D. Containerized Plant Pits: Excavate square plant pits as follows:

| | Width | Depth |
|---|---|---|
| Boxed Trees | Box + 24 in. | Box |
| Canned Trees | Can + 18 in. | Can |
| Canned Shrubs and Vines | Can + 12 in. | Can |

### 3.3 DRAINAGE TEST OF PLANT PITS/OBSTRUCTIONS

A. Testing: Immediately after completion of excavation, test drainage of plant pits by filling with water twice in succession. Give written notification of conditions permitting the retention of water in plant pits for more than twenty-four (24) hours.

B. Correction: Submit for acceptance a written proposal and cost estimate for the correction of poor drainage conditions before proceeding with planting.

C. Obstructions: If rock, underground construction work, tree roots or other obstructions are encountered in the excavation of plant pits, acceptable alternate locations may be used at direction of Contracting Officer.

D. Percolation Test Pit:
1. Location: At four (4) locations as determined by the Contracting Officer on site.
2. Restrictions: Do not perform test on a rainy day. Repeat all tests interrupted by rain or cold.
3. Procedure:
   a. Dig test pit of a size specified for the tree pits, a minimum of 4 ft. deep. Legibly calibrate a stake at 1 in. intervals and drive it firmly into the undisturbed soil at the bottom of the pit.
   b. Fill test pit with water to within 1 ft. of the finish grade. Immediately record water level on the stake.
   c. After 3 hours, record water level again. Repeat recording of water level once each hour for the succeeding five hours.
4. Documentation: Submit written documentation of all test pit results, dated and signed by the tester.

### 3.4 HEADERS: Lay out locations of headers for review prior to final installation. Install per details in Drawings true to line and grade.

### 3.5 TREE, SHRUB AND VINE PLANTING

A. Handling and De-potting of Plant Materials: Avoid damage to containers and rootballs. If rootball is cracked or broken during handling and de-potting, plant will be rejected. Do not remove plant from container prior to completion of plant pit preparation.

EXHIBIT 1 B

B. Installation:

1. Scarification:
   a. Plant Rootball: After removing plant from container, scarify the sides of the rootball to a depth of 1 in. at four to six equally-spaced locations around the perimeter of the ball or at 12 in. intervals on sides of boxed materials. Cut and remove circling roots over 3/8 in. diameter.
   b. Plant Pit: Scarify sides of plant pit, thoroughly breaking up surfaces and eliminating "glazed" areas.
2. Positioning: Backfill plant pit to allow setting crown of tree 2 in. above new finish grade and crown of shrub 1 in. above finish grade. Thoroughly foot tamp all backfill. Position plant in planting pit, maintaining plumb condition. Maintain throughout all planting operations.
3. Backfilling:
   a. Use backfill mix to backfill plant pits as shown on Drawings. Brace each plant plumb and rigidly in position until planting soil has been tamped solidly around the ball and roots.
   b. When plant pits have been backfilled approximately 2/3 full, water thoroughly and saturate rootball, before installing remainder of the backfill mix to top of pit, eliminating all air pockets.
4. Staking and/or Guying: When required, stake or guy as specified below.
5. Slow-release Fertilizer Tablets: Place evenly distributed in plant pits when backfilled 2/3 according to the following schedule or per Manufacturer's latest specifications.
   a. Liner - 1 tablets
   b. 1 gallon can - 2 tablets
   c. 5 gallon can - 4 tablets
   d. 15 gallon can - 6 tablets

D. Watering Basin: Form saucer with 3 in. high berm centered around tree and shrub pits 12 in. wider than ball diameter. Do not form saucer around trees in lawn areas.

E. Training of Vines: Secure to wall with green polyethelene tape at ten (10) in. intervals.

F. Watering: Immediately water all plants after completion of planting operations.

3.6 STAKING

A. General:

1. Trees shall be able to stand upright without support, and shall return to the vertical after their tops have been deflected horizontally and released. Stake or guy trees which do not meet this qualification.
2. Trees shall remain plumb and straight from installation through the warranty period.
3. Tree support, if required, shall be done as outlined on the following tables.

B. Staking: Stake all trees under 3-1/4 in. caliper, measured a 12 inches above grade,with 2 stakes sized 2 inches in diameter by 8 feet minimum length.

1. Locate stakes as detailed in the Drawings, perpendicular to prevailing wind and as close to the main trunk as is practical, avoiding root injury. Drive stakes at least 36 in. into firm ground.
2. (X2) Nail 1 in. x 4 in. spreader board to stakes at detailed height making sure minimum trunk clearance is maintained.
3. Remove nursery-supplied stake and tie to new stakes using two tree ties. Find proper height for point of tree ties and attach as follows:
   a. Hold trunk in one hand, pull top to one side and release. Height at which trunk will snap back to upright position while hand-held is Base Height. Attach tree ties to trunk 6 in. above Base Height.
   b. Nail rubber ties to stakes using two (2) galvanized roofing nails at each end of tie. After total securement, cut off stakes to an even height determined by the Contracting Officer.
   c. If trunk is too "whippy" to support tree plumb, use auxiliary stake as follows:
      1) Attach auxiliary stake as required to support trunk. Extend stake 30 in. below finish grade up to a point no closer than 24 in. from top of leader.
      2) Round and wrap the ends of the stake with friction tape. Attach stake to trunk with 1 in. wide vinyl or polyethelene tape at 10 in. to 15 in. intervals.

3.7 PRUNING: See Section 02970 - Landscape Maintenance.

EXHIBIT 1 B

3.8 MULCHING:

A. Install a 1-1/2 inch deep layer of mulch over all shrub areas including tree and shrub watering basins.

B. Do not mulch groundcover areas.

3.9 GROUNDCOVER PLANTING

A. Top-dress Fertilizer: Apply at the rate of 5 pounds per 1,000 square feet immediately after completion of planting.

B. Watering: Immediately water groundcover areas after fertilizer application to wash fertilizers from leaves of plants.

3.10 PLANTING OF PALMS

A. Backfilling: Backfill palm pit with clean, moistened, washed plaster sand or backfill mix, as indicated on Drawings. Continuously adjust palm to ensure a plumb and rigidly-based trunk. Solidly compact sand around the upper ball and all portions of buried trunk while backfilling. When plant pit has been backfilled approximately 2/3 full, water thoroughly to saturate before installing remainder of backfill.

B. Fertilizer: Apply 4 to 6 pounds Palm tree fertilizer 45 days after planting. Do not fertilize at time of planting.

3.11 PLANT LIST

| Code or Symbol | Botanical Name | Common Name | Size | Comments |
|---|---|---|---|---|
| A. TREES | | | | |
| * | *Acacia melanoxylon* | Blackwood Acacia | 15 gal. | Matched standards, paint trunk with 2 coats white latex paint from finish grade up to 4'-6" high. |
| * | *Acer Palmatum* | Japanese Maple | 15 gal. | |
| * | *Platanus acerifolia 'Yarwood'* | Yarwood London Plan Tree | 15 gal. | Match standards, plant double row as indicated on Drawings. |
| * | *Washington robusta* | Mexican Fan Palm | 10'clear trunk | Matched set of trees with skinned trunk. |
| * | *Ficus microcarpa* | Indian Laurel Fig | 24" box | Multi-trunk. |
| * | *Quercus agrifolia* | Coast Live Oak | 15 gal. | Standards. |
| * | *Quercus kelloggii* | California Black Oak | 5 gal. | Standards. |
| * | *Populus fremontii* | Fremont Cottonwood | 15 gal. | Matched standards, male trees only. |
| PC | *Pyrus calleryana 'Chanticleer'* | Flowering Pear | 15 gal. | Matched standards, plant in formal square formation around auto court. |
| ME | *Metrosideros excelsus* | New Zealand Christmas Tree | 15 gal. | Matched standards, plant in formal square formation around auto court. |
| | *Ulmus Parvifolia 'True Green'* | | 15 gal. | Matched standards. |

* See Plant Legend on Planting Plants

EXHIBIT 1B

| B. SHRUBS/PERENNIALS/VINES | | | | |
|---|---|---|---|---|
| AG | Abelia grandiflora | Glossy Abelia | 1 gal. | Single row at 18" o.c. |
| AM | Acanthus mollis | Common Bear's Breech | 1 gal. | Single row at 18" o.c. |
| AO | Agapanthus orientalsi `Albus' | White Flowering Lily of the Nile | 1 gal. | 18" o.c., triangular spacing |
| CH | Cistus hybridus | White Rockrose | 1 gal. | Single row at 18" o.c. |
| DV | Dietes vegeta | Fortnight Lily | 1 gal. | Single row at 18" o.c. |
| EF | Escallonia exoniensis `Fradesii' | Frades Escallonia | 1 gal. | Single row at 24" o.c. |
| * | Hardenbergia coilacea `Happy Wanerer' | NoCommon Name | 1 gal. | Attach to fence. |
| IO | Impatiens oliveri | Oliver's Snapweed | 1 gal. | Single row at 24" o.c. |
| LA | Lavendula augustifolia | English Lavender | 4" Liner | Single row at 18" o.c. |
| CD | Ceanotuus `Dark Star' | Wild Lilac | 1 gal. | Single row at 24" o.c. |
| LS | Leptospermum scoparium `Ruby Glow' | NoCommon Name | 1 gal. | Single row at 24" o.c. |
| ND | Nandina domestica | Heavenly Bamboo | 5 gal. | Single row at 18" o.c. |
| NC | Nandina domestica `compacta' | Compact Heavenly Bamboo | 1 gal. | Single row at 18" o.c. |
| PD | Polygala dalmaisiana | Sweet Pea Shrub | 1 gal. | Single row at 18" o.c. |
| MA | Myrsine africana | African Boxwood | 1 gal. | Single row at 18" o.c. |
| RI | Raphiolepsis indica `rosea' | India Hawthorne | 1 gal. | Single row at 24" o.c. |
| SL | Salcia leucantha | Mexican Sage | 4" Liner | Single row at 18" o.c. |
| C. GROUNDCOVERS | | | | |
| Ga | *Gazania rigens leucolaena* | White Trailing Gazania | rooted cuttings | 12" o.c., triangular spacing |
| Hy | *Hypericum calycinum* | Aaron's Beard | flats | 12" o.c., triangular spacing |
| Po | *Polygonium capitarum* | | flats | 18" o.c., triangular spacing |
| Ro | *Rosemarinus officinalis `prostratus'* | Dwarf Rosemary | flats | 18" o.c., triangular spacing |
| Sa | *Santolina chamaecyparisus* | Lavender Cotton | flats | 18" o.c., triangular spacing |
| Vi | *Vinca major* | Periwinkle | flats | 12" o.c., triangular spacing |

| | | | |
|---|---|---|---|
| | Lawn | | All landscape areas unless indicated otherwise on Drawings. |
| * | Oak Woodland Mix | | |
| | 60% *Quercus agrifolia* | 4" liners | Stake each tree liner with 3'-1/8" bamboo stake. Wood mulch 3'-0" diameter at each tree. |
| | 20% *Aesculus californica* | 4" liners | |
| | 20% *Quercus kelloggi* | 4" liners | For qualities of liners, provided liners at 8' o.c. over required area. For placement of liners, space randomly at intervals of 3' o.c. and greater. |

EXHIBIT 1-B

END OF SECTION

SECTION 02970

LANDSCAPE MAINTENANCE

1 B

PART 1 - GENERAL

1.1 SUMMARY

A. Work Included: Provide continuous Landscape Maintenance, complete as specified during progress of the work, after installation, and for a period of one full year (90 days) after Preliminary Acceptance.

B. Related Work:
1. Existing Planting to Remain - Section 02116
2. IrrigationSystem - Section 02811
3. Soil Preparation - Section 02920
4. Lawns - Section 02930
5. Planting - Section 02950

C. Unit Pricing: Lump sum.

1.2 REFERENCES

A. University of California Cooperative Extension Publications:
1. "Fertilizing Woody Plants", Leaflet #2958, Sept. 1979.
2. "Pruning Landscape Trees", Leaflet #2574, Jan. 1979.
3. "Staking Landscape Trees", Publication #AXT-311.

B. "Arboriculture: Care of Trees, Shrubs and Vines in the Landscape" by Richard W. Harris, Prentice-Hall, Inc. 1983.

1.3 SUBMITTALS: Comply with Section 01000.

A. Quality Control Submittals:
1. Schedule of maintenance operations and monthly status report including list of equipment, materials proposed for the job and watering schedule.
2. Licenses, permits and insurances required by Federal government pertaining to maintenance work.
3. Monthly record of all herbicides, insecticides and disease control chemicals used for the project.
4. Documentation of existing planting and irrigation system.
5. Written application recommendation by a licensed agricultural pest control advisor for all weed, pest and disease controls restricted by the Director of Agriculture proposed for this work.

B. Maintenance Data: Comply with Section 01730. Include in a single, 3-ring binder a landscape maintenance manual containing an indexed collection of all schedules, records and permits listed above, as well as a documentation of accepted condition of planting and irrigation at Final Acceptance.

1.4 QUALITY ASSURANCE

A. Qualifications:
1. Experience: The landscape contractor or maintenance subcontractor shall have a full-time employee assigned to the job as foreman for the duration of the contract. He/she shall have a minimum of four (4) years experience in landscape maintenance supervision, with experience or training in turf management, entomology, pest control, soils, fertilizers and plant identification.
2. Labor Force: The landscape maintenance labor force shall be thoroughly familiar with, and trained in, the work to be accomplished and shall perform the task in a competent, efficient manner acceptable to the Governement.

B. Requirements:
1. Supervision: The foreman shall directly supervise the work force at all times. Notify the Contracting Officer of all changes in supervision.
2. Identification: Provide proper identification at all times for landscape maintenance firm's vehicles and labor force. Be uniformly dressed in a manner satisfactory to the Contracting Officer.

EXHIBIT 1 B

1.5 PROJECT/SITE CONDITIONS

A. Site Visit: At beginning of maintenance period, visit and walk the site with the Government's representative to clarify scope of work and understand existing project/site conditions.

B. Documentation of Conditions: Document general condition of existing trees, shrubs, vines, groundcovers and lawn recording all plant materials which are healthy, thriving, damaged, dead or dying.

C. Irrigation System: Document general condition of existing irrigation system, making sure that faulty electrical controllers, broken or inoperable sprinkler heads or emitters are reported.

1.6 SEQUENCING AND SCHEDULING

A. Perform all maintenance during normal working hours.

B. Work force shall be present at the project site at least once a week and as often as necessary to perform specified maintenance in accordance with the approved maintenance schedule.

PART 2 - PRODUCTS

2.1 MATERIALS

A. General: Provide all materials and equipment except as oterwise specifed below.

B. Water: Clean, potable and fresh, as available from the Government.

C Fertilizers:
1. Tightly-compressed, slow-release and long-lasting complete fertilizer tablets bearing manufacturer's label of guaranteed analysis of chemicals present.
2. Balanced, once-a-season application, controlled-release fertilizers with a blend of coated prills which supply controlled-release nitrogen, phosphorus and potassium, and uncoated, rapidly soluble prills containing nitrogen and phosphorus.

D. Herbicides, Insecticides, and Fungicides:
1. Best quality materials with original manufacturers' containers, properly labeled with guaranteed analysis.
2. Use non-staining materials.

E. Annuals/Perennials: Nursery-grown in (4 in.) pots, full, healthy plants just ready to bloom.

F. Lawn Seed for Reseeding: Match existing lawn mix.

G. Replacement Stakes and Ties:. Match originally accepted existing materials on the site.

2.2 EQUIPMENT

A. General: Use only the proper tool for each job. Maintain all tools in sharp, properly-functioning condition. Clean and sterilize pruning tools prior to usage.

B. Insect/Disease Prevention: Take all measures to prevent introduction of insect or disease-laden materials onto the site. Planting - Section 02950.

PART 3 - EXECUTION

3.1 ESTABLISHING THE MAINTENANCE PERIOD

A. Preliminary Review: As soon as planting is substantially completed per documents, hold a preliminary review to determine the condition of the work.

B. Date of Review: Notify Contracting Officer at least five (5) workings days prior to anticipated date of review.

C. Beginning of the Maintenance Period: The date on which the Contracting Officer issues a letter of Preliminary Acceptance to the Contractor.

3.2 PREPARATION

A. Protection: Protect all new planting areas from damage of all kinds from beginning of work until sufficiently established or until Final Acceptance. Provide temporary protection fences, barriers and signs as required for protection.

B. Replacements: Immediately treat or replace all plants which become damaged or injured as a result of Contractor's operations or negligence. Replacement plants shall match size, condition and variety of plants replaced.

EXHIBIT 1 B

3.3 PLANTING

A. Watering Basins:
1. Maintain all watering basins around plants so that enough water can be applied to establish moisture through major root zones.
2. For supplemental hand watering of watering basins, use a water wand to break the water force. Do not permit use of "jet" type watering equipment. Do not permit crown roots to become exposed to air through dislodging of soil and mulch.
3. Maintain originally called for depth of mulch to reduce evaporation and frequency of watering.
4. In rainy season, open basins to allow surface drainage away from the root crown where excess water may accumulate. Restore watering basins at end of rainy season.

B. Resetting: Reset plants to proper grades and upright position.

C. Weed Control:
1. All areas between plants, including watering basins, shall be weed free at all times.
2. Use only recommended and legally approved herbicides to control weed growth.
3. Avoid frequent soil cultivation that destroys shallow roots and breaks the seal of pre-emergent herbicides.

D. Pruning:
1. Prune trees to select and develop permanent scaffold branches smaller in diameter than the trunk or branch to which they are attached, and which have vertical spacing of 18 to 48 in. and radial orientation so as not to overlay one another.
2. Prune trees to eliminate diseased or damaged growth, and narrow V-shaped branch forks that lack strength. Reduce toppling and wind damage by thinning out crowns.
3. Prune trees to maintain growth within space limitations, maintaining a natural appearance and balancing crown with roots.
4. No stripping of lower branches ("raising up") of young trees will be permitted.
5. Retain lower branches in a "tipped back" or pinched condition to promote caliper trunk growth (tapered trunk). Do not cut back to fewer than six buds or leaves on such branches. Only cut lower branches flush with the trunk after the tree is able to stand erect without staking or other support.
6. Thin out and shape evergreen trees when necessary to prevent wind and storm damage. Do primary pruning of deciduous trees during the dormant season. Do not permit any pruning of trees prone to excessive "bleeding" during growth season.
7. Prune damaged trees or those that constitute health or safety hazards at any time of year as required.
8. Make all cuts clean and close to the trunk, without cutting into the branch collar. "Stubbing" will not be permitted. Cut smaller branches flush with trunk or lateral branch. Make larger cuts (1 in. in diameter or larger) parallel to shoulder rings, with the top edge of the cut at the trunk or lateral branch.
9. Branches too heavy to handle shall be precut in three stages to prevent splitting or peeling of bark. Make the first two cuts 18 in. or more from the trunk to remove the branch. Make the third cut at the trunk to remove the resulting stub.
10. Do not prune or clip shrubs into balled or boxed forms unless specifically called for by design.
11. Take extreme care to avoid transmitting disease from one infected plant to another. Properly sterilize pruning tools before going from one infected plant to all other plants.

E. Staking of Trees:
1. Inspect stakes at least once a month to check for rubbing that causes bark wounds.
2. Conform to the recommended procedures of staking and guying as outlined in the University of California Publication AXT-311, "Staking Landscape Trees."

F. Maintenance of Existing Plantings to Remain:
1. General: Conform to all applicable paragraphs regarding pruning, watering, spraying and fertilizing of new plant materials as specified in this section.
2. Symptoms: Be alert to symptoms of construction damage to existing plantings as evidenced by wilting, unseasonal or early flowering or loss of leaves, and insect or disease infestation due to declining vigor.
3. Notification: Submit in writing of evidences of declining vigor immediately upon discerning the problem. Take appropriate interim measures to mitigate the severity of the problem as specified in this section.
4. Proposal: Submit written proposal and cost estimate for the correction of all conditions before proceeding with permanent correction work.

3.4 GROUNDCOVERS

A. Watering:
1. Check for moisture penetration throughout the root zone at least twice a month.
2. Water as frequently as necessary to maintain healthy growth of groundcovers.

B. Weed Control:
1. Control weeds, preferably with pre-emergent herbicides and with selective systemic herbicides.
2. Minimize hoeing of weeds in order to avoid plant damage.

C. Fertilization:
1. Recently installed plant materials: Verify with Contracting Officer actual completion date of planting installation and rate of prior application of fertilizers.
2. New plant materials: Place one (1) 5-gram tablets (20-10-5; N-P-K) beside the root ball about an inch from root tips.
3. Established Plant Materials: Do not use complete fertilizers unless soil test shows specific nutrient deficiencies.

D. Mowing and Edging:
1. Edge groundcovers to keep in bounds. Trim top growth as necessary to achieve an overall even appearance.
2. Groundcovers which lend themselves to mowing shall be mowed to specified height above finished grade in order to renew growth, improve density and attractiveness.

E. Replace dead and missing plants after obtaining the Contracting Officer's agreement to pay for replacement. Damages due to Contractor's negligence shall be paid for without charge to the Government.

3.5 LAWNS

A. Watering:
1. Water lawns at such frequency as weather conditions require, to replenish soil moisture to 6 in. below root zone.
2. Provide a total of 1-1/2 in. of water weekly during hot summer weather, in three (3) applications per week.
3. Water at night if irrigation system is electrically controlled. Otherwise, watering shall be done during early mornings.

B. Weed Control:
1. Control broadleaf weeds with selective herbicides.
2. In areas where crabgrass has infested the lawn, apply a selective post-emergent herbicide as soon as possible, and prior to flowering.
3. Apply pre-emergent herbicides such as Dacthal, Balan, or Betasan prior to crabgrass germination.
4. Do not irrigate for 48 hours after application of herbicidal sprays.
5. Coordinate application of herbicides with thatch control and reseeding schedule as described below.

C. Mowing and Edging:
1. Mow lawns when they reach (2 in.) high.
2. Trim edges at least twice a month or as needed for neat appearance. Vacuum clippings.

D. Reseeding of Lawn Areas: Match existing seed mix of adjacent areas.

E. Renovating of Exi g Lawns:
1. Thatch Contro. Maintain thatch layer at 1/2 in. depth or less. Verticut as required.
   a. Three weeks before verticutting lawn, apply nitrate fertilizers.
   b. Perform verticutting operations preferably in the Fall, but otherwise in the Spring. Remove all debris from verticutting. Overseed as needed.
   c. Overseeding must not be followed by application of pre-emergent herbicides for at least four to six weeks. Normally this means that lawns invaded by weeds shall be renovated and overseeded in the Fall, and treated for weed control in the following late Winter.
2. Aeration:
   a. Do not perform aeration work during season of active weed germination.
   b. Aerify compacted areas to improve water penetration when needed, using a piston-driven aerifier with hollow tines. Rake up and remove all resulting soil cores. Fertilize and irrigate immediately after clean up of cores.

F. Fertilizers:
1. Recently seeded/sodded lawn areas: Verify previous applications of fertilizer(s).
2. Establised lawn areas: Apply a slow release (3 to 5 months) fertilizer (21-8-8; N-P-K) once in spring and again in the fall at the following rates:

| Program | 1000 sq. ft. | Acre |
|---|---|---|
| Optimum | 15 lbs. | 650 lbs. |
| Medium | 12 lbs. | 500 lbs. |
| Low | 8 lbs. | 350 lbs. |

3. Apply fertilizer when grass is dry and preferably after mowing. Do not apply during hot weather or when grass is under stress. Water immediately after application.
4. Apply only nitrogen unless a soil test shows a specific nutrient deficiency.
5. If soil pH gets below 6.0, then a basic fertilizer such as calcium nitrate may be preferable to an acidic fertilizer. Follow the soil chemist's recommendation when deficiencies appear.

3.6 ANNUALS AND PERENNIALS

A. Watering: Species, sizes of plants, container sizes and orientation shall dictate frequency of watering. Submit a watering schedule for different seasonal requirements.

B. Weed Control: All planters with annuals and perennials shall be weed-free at all times.

C. Pruning:
1. Limit pruning to removal of damaged or dead twigs and foliage.
2. Remove spent flowers on a weekly basis.

D. Fertilization: Incorporate slow release fertilizers per manufacturer's current specifications, and rake smooth.

3.7 INSECTS, PESTS, AND DISEASE CONTROL

A. Inspection: Inspect all plant materials for signs of stress, damage and potential trouble from the following:
1. Presence of insects, moles, gophers, ground squirrels, snails and slugs in planting areas.
2. Discolored or blotching leaves or needles.
3. Unusually light green or yellowish green color inconsistent with normal green color of leaves.

B. Personnel: Only licensed, qualified, trained personnel shall perform spraying for insect, pest and disease control.

C. Application: Spray with extreme care to avoid all hazards to any person or pet in the area or adjacent areas.

3.8 IRRIGATION SYSTEM

A. General:
1. Repair all damages to system caused by Contractor's operations. Perform all repairs within one (1) watering period.
2. Report promptly all accidental damage not resulting from Contractor's negligence or operations.

3. Do not run the irrigation system during rainy season. Set and program automatic controllers for seasonal water requirements.
4. Twice a month, use a probe or other acceptable tool to check the rootball moisture of representative plants as well as the surrounding soil.

B. Cleaning and Monitoring the System:
1. Continually monitor the irrigation systems to verify that they are functioning properly as designed. Make program adjustments required by changing field conditions.
2. Clean pump filter and strainer at least once a year and as often as necessary to keep the irrigation systems free of sand and other debris.
3. Prevent spraying on windows, building walls, (game courts) by balancing the throttle control on the remote control valves and the adjustment screws on the sprinkler heads. Do not allow water to atomize and drift.

EXHIBIT 1 B

3.9 TERMINATION OF THE MAINTENANCE PERIOD

A. Final Acceptance Procedure:
1. Work will be accepted by the Landscape Architect upon satisfactory completion of all work, including maintenance period, but exclusive of replacement of materials under the Warranty Period.
2. Submit a written request to Landscape Architect for review for Final Acceptance at least five (5) working days prior to anticipated Final Review date, which is at the end of the Maintenance Period.

B. Corrective Work:
1. Work requiring corrective action or replacement shall be performed within ten (10) calendar days after the Final Review.
2. Perform corrective work and materials replacement in accordance with the Drawings and Specifications, and shall be made by the Contractor at no cost to the Government.
3. After corrective work is completed, the Contractor shall again request a Final Review for Final Acceptance as outlined above.
4. Continue maintenance of all landscaped areas until such time as all corrective measures have been completed and accepted.

C. Conditions for Acceptance of Work at End of Maintenance Period:
1. Each plant shall be alive and thriving, showing signs of growth and no signs of stress, disease, or any other weaknesses.
2. Replace all plants not meeting these conditions. An additional Warranty Period equal in length to the original shall be commenced for all such plants and planted areas.

D. Final Acceptance Date: The date on which the Landscape Architect issues a Letter of Final Acceptance. Upon Final Acceptance, the Government will assume responsibility for maintenance of the work.

3.10 CLEANING: Comply with Section 01710.

A. Dispose of all pruned materials, vacuum all lawn clippings and leaves, sweep all walkways and rake smooth all mulched areas.

B. Remove from the site all containers and evidence of maintenance activities.

3.11 CLOSE OUT

A. Landscape Maintenance Record: Submit binder to Contracting Officer with all documentation and records required and utilized during the maintenance period.

B. Keys and Identification: Return all keys and identification materials supplied by the Government for the purpose of site access.

END OF SECTION

HARPER CONSTRUCTION Fax-619-233-1889

16030

EXHIBIT C

# HARPER/NIELSEN-DILLINGHAM BUILDERS INC.

A JOINT VENTURE

SUBCONTRACT CHANGE ORDER

| | | | |
|---|---|---|---|
| TO: | KARLESKINT-CRUM, INC. | CHANGE ORDER #: | 01 |
| | 705 LAKEFIELD ROAD, #H | JOB NO.: | ND-960001 |
| | WESTLAKE VILLAGE, CA 91361 | COST CODE: | 02950 |
| | | INITIATION DATE: | 6/3/97 |
| PROJECT: | REPLACE CAPEHART MFH PHASE 3 *(143 UNITS)*<br>VANDENBERG AIR FORCE BASE<br>CONTRACT # F04684-96-C-0046 | OCO#: | N/A |

You are directed to make the following changes:

1. DELETE ADDITIVE 0003 (ADD BACKYARD TREES) FROM YOUR ORIGINAL CONTRACT. THE AIR FORCE NO LONGER WANTS TO ADD THESE TREES. DEDUCT (20,500.00)

| Post-it® Fax Note 7671 | Date 10/23 # of pages ▸ 1 |
|---|---|
| ~~To~~ FROM Michelle | ~~From~~ TO: Diane |
| Co./Dept. K.C.I. | Co. Harper Const. |
| Phone # | Phone # 619 233 7900 |
| Fax # (805) 543-3827 | Fax # 619 233 1891 |

| | | |
|---|---|---|
| Total This Change Order | DEDUCT | (20,500.00) |
| Original Contract Amount | | 720,500.00 |
| Previous Authorized Changes | ADD | 0.00 |
| Revised Contract Amount | | 720,500.00 |
| This Change Order | DEDUCT | (20,500.00) |
| New Contract Amount | | $700,000.00 |

APPROVED BY:

Subcontractor: Ernest T. Peterson

Date: 10/24/97

AUTHORIZED BY:

Contractor: [signature]
HARPER/NIELSEN-DILLINGHAM BUILDERS INC – A(JV)

Date: 6/3/97

2241 Kettner Blvd., Suite 300, San Diego, CA 92101 • Tel: (619) 233-7900 • FAX (619) 233-1889

POSTED

16070

DEC - 2 1997

EXHIBIT

# HARPER/NIELSEN-DILLINGHAM BUILDERS INC.

NT VENTURE

SUBCONTRACT CHANGE ORDER

TO: KARLESKINT-CRUM, INC.
705 LAKEFIELD ROAD, #H
WESTLAKE VILLAGE, CA 91361

CHANGE ORDER #: 02
JOB NO.: ND-960001
COST CODE: 02950
INITIATION DATE: 11/21/97
OCO#: N/A

PROJECT: REPLACE CAPEHART MFH PHASE 3 *(143 UNITS)*
VANDENBERG AIR FORCE BASE
CONTRACT # F04684-96-C-0046

You are directed to make the following changes:

1. CREDIT TO ELIMINATE THE GRASS PAVERS DEDUCT (13,000.00

| | | |
|---|---|---|
| Total This Change Order | DEDUCT | (13,000.00 |
| Original Contract Amount | | 720,500.00 |
| Previous Authorized Changes | DEDUCT | (20,500.00 |
| Revised Contract Amount | | 700,000.00 |
| This Change Order | DEDUCT | (13,000.00 |
| New Contract Amount | | $687,000.00 |

APPROVED BY:

Subcontractor [signature]

Date: 12/2/97

AUTHORIZED BY:

Contractor [signature]
HARPER/NIELSEN-DILLINGHAM BUILDERS INC - A(JV)

Date: 11/21/97

2241 Kettner Blvd., Suite 300, San Diego, CA 92101 * Tel: (619) 233-7900 * FAX (619) 233-1889