# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 217 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 8/20/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: WED ~~TUESDAY~~ |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 5 | 40.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 6 | 48.0 | MASON | GRADING AND CONCRETE |
| | 11 | 91.0 | LABORER | |
| | 2 | 16.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 2 | 16.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 4 | 28.0 | PLUMBER - APPRENTICE | |
| | 1 | 8.0 | LABORER | |
| | 4 | 32.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 1 | 4.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 4 | 36.0 | BLDG ELEC -JOURNEYMAN | |
| | 5 | 45.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| ARENA PAINTING | 4 | 32.0 | JOURNEYMEN PAINTER | PAINTERS |
| | 4 | 32.0 | APPRENTICE PAINTER | |
| JR BARTO | 0 | 0.0 | SHEETMETAL JOURNEYMAN | SHEETMETAL |
| | 0 | 0.0 | LABORER | |
| ALL AMERICAN ROOFING | 4 | 23.0 | ROOFER | ROOFING |
| | 2 | 16.0 | LABORER | |
| COFFMAN ENTERPRISES | 14 | 120.0 | PLASTERER | |
| | 9 | 75.0 | PLASTER TENDERER | |
| | 6 | 58.0 | LABORER | |
| PROCRAFT | 3 | 24.0 | FINISH CARPENTER | FINISH CARPENTRY |
| WALKER WOOD | 5 | 38.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 3 | 24.0 | TILESETTER | CERAMIC TILE |
| | 2 | 16.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 3 | 19.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 2 | 16.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 3 | 24.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 4 | 32.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| FLEMING SURVEYS | 0 | 0.0 | SURVEYOR | SITE SURVEY |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 5 | 38.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 1 | 8.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| DIVERSIFIED WINDOW COVERINGS | 3 | 21.0 | LABORER | WINDOW COVERINGS |
| RUB-A-DUB-DUB | 4 | 32.0 | LABORER | FINAL CLEAN |
| TOTAL EMPLOYEES: | 126 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 1,012.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 109,177.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 110,189.5 | 110,189.50 |

[signature]
PARKE EWING, SUPERINTENDENT

8/20/97
DATE

AUG-21-1997 16:36 FROM KARLESKINT-CRUM, INC. TO 5433827 P.03

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO: 16030

DATE: 8-21-97

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarette | 8 | | | | |
| John Stockman | 8 | | | | |
| Francisco Navarette | 8 | | | | |
| Enrique Mendoza | 8 | | | | |
| Martin F Mendoza | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford P/U | KCI | |
| 173 | Ford stake bed | ( | |
| 135 | irrigation trailer | ( | |
| | welder compressor | ( | |
| | Ditch witch | ( | |
| 195 | Ford P/U | ( | |
| | Ditch witch | Rental Hertz | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER, "WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED, PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Trench for and install sleeves | | |

**REMARKS:**

KCI 01987

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO: 16030

DATE: 8-20-97

| EMPLOYEE NAME | | EMPLOYEE NAME |
|---|---|---|
| Jose Luis Navarette | 8 | A206 |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEAS ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EA
3. IF REQUIRED, PLEASE ATTACH ANOTHER PIECE OF PAP (DO NOT SHORTEN YOUR ANSWER)

08/22/1997 09:51 8057341216 HARPER NIELSEN PAGE 01

KCI Kardoskidal-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 8-22-97

| EMPLOYEE NAME | / | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | | | |
| John Stockman | 8 | | | | |
| Francisco Navarrete | 8 | | | | |
| Enrique Mendoza | 8 | | | | |
| Martin F. Mendoza | 8 | | | | |

MANDATORY QUESTIONNAIRE:
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford P/U | KCI | |
| 173 | Ford stakebed | " | |
| 195 | Ford P/u | " | |
| 66 | Ford skiploader | " | |
| 135 | irrigation trailer | " | |
| | Ditch witch | " | |
| | Ditch witch | Rental Hertz | |

WORK PERFORMED & MATERIALS INSTALLED TODAY
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Trench for and install sleeves | | |
| | Trench for and install mainline | | |

REMARKS:

KCI 01988

INSPECTORS:

warm (WEATHER)

Luis Navarrete (FOREMAN SIGNATURE)

AUG-25-1997 16:07 FROM KARLESKINT-CRUM, INC. TO 5433827 P.01

JOB NO.: 16030

DAILY FIELD REPORT

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DATE: 8-25-97

| EMPLOYEE NAME | T | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | | | |
| John Stockman | 8 | | | | |
| Francisco Navarrete | 8 | | | | |
| Enrique Mendoza | 8 | | | | |
| Martin F. Mendoza | 8 | | | | |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford Flu | KCI | |
| 95 | Ford Flu | KCI | |
| 173 | Ford stake bed | KCI | |
| 66 | Ford skip loader | KCI | |
| 135 | irrigation trailer | KCI | |
| | Ditch witch | KCI | |
| | Ditch witch | Rental Hertz | |

MANDATORY QUESTIONNAIRE:

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | ☐ | ☒ |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS — INJURY ☐ NON-INJURY ☐ ON SITE ☐ OFF SITE ☐ | ☐ | ☒ |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☒ | ☐ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | | |
| * RELEASE #: ______ | ☐ | ☒ |
| 7. WAS "USA" CALLED | | |
| * REQUEST #: ______ | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

WORK PERFORMED & MATERIALS INSTALLED TODAY

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 300' | Trench and install main line | | |
| 200' | Trench and install sleeve | | |

REMARKS:

KCI 01990

INSPECTORS: ______ A208 [signature] (FOREMAN SIGNATURE)

TOTAL P.01

AUG-26-1997 15:51 FROM KARLESKINT-CRUM, INC. TO 5433827 P.01

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 16030

DATE: 8-26-97

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| ...se Luis Navarrete | 7 | 1 | | | |
| ...bio Stockman | 8 | | | | |
| ...ancisco Navarrete | 7 | 1 | | | |
| ...rique Mendoza | 7 | 1 | | | |
| Martin F. Mendoza | 7 | 1 | | | |
| ...ctor Mendoza | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL, UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| • INSPECTOR | ☐ | ☒ |
| • GENERAL CONTRACTOR | ☐ | ☒ |
| • SUBCONTRACTOR | ☐ | ☒ |
| • KCI EMPLOYEE | ☐ | ☒ |
| • PROJECT OWNER | ☐ | ☒ |
| • PUBLIC | ☐ | ☒ |
| • OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| • IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS (INJURY ☐ NON-INJURY ☐ ON SITE ☐ OFF SITE ☐) | ☐ | ☒ |
| • ANY PROPERTY DAMAGE | ☐ | ☒ |
| • ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| • POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| • RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| • REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPERATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| ..5 | Ford P/U | KCI | |
| ..73 | Ford stakbed | 〃 | |
| ..25 | Ford P/U | 〃 | |
| ..35 | irrigation trailer | 〃 | |
| ..6 | Ford skiploader | 〃 | |
| ..96 | Ditch witch | 〃 | |
| | Ditch witch | Rental Hertz | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| ..00' | Trench and install mainline pipes | | |
| | and backfill | | |
| ..hr. | 4 men unloading trees | | |
| | 1 man water trees | | |

**REMARKS:**

KCI 01984

**INSPECTORS:**

...y and windy

Luis Navarrete

A209

TOTAL P.01

TOTAL P.01

KCI Karleskint-Crum, Inc. 725 Suburban Road San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 8-27-97

| EMPLOYEE NAME | 1 | 2 | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarette | 3 | 5 | | | |
| John Stockbrand | 8 | | | | |
| Francisco Navarette | | 8 | | | |
| Enrique Mendoza | 8 | | | | |
| Martin F. Mendoza | | 8 | | | |
| Hector Mendoza | 8 | | | | |
| Hector R. Navarette | 5 | 3 | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPERATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford P/u | KCI | |
| 173 | Ford stake bed | " | |
| 95 | Ford P/u | " | |
| 135 | irrigation trailer | " | |
| 66 | skip loader | " | |
| 196 | Ditch Witch | " | |
| | Ditch Witch | Rental Hertz | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Soil prep and Rototilling and tree planting at backyards of 6 houses | 40' | Trench for and install sleeve |
| 250' | Trench for and install main line | 500' | Trench Jeting |

**REMARKS:**

KCI 01983

**INSPECTORS:**

A210

Supervisor (signature)

AUG-27-1997 15:58 FROM KARLESKINT-CRUM, INC. TO 5433827 P.01

AUG-29-1997 15:41 FROM KARLESKINT-CRUM, INC. TO 5433827 P.05

Karleskint-Crum, Inc

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 8-28-97

| EMPLOYEE NAME | 1 | 2 | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 3 | 5 | | | |
| John Stockman | 8 | | | | |
| Francisco Navarrete | | 8 | | | |
| Enrique Mendoza | 3 | | | | |
| Martin F. Mendoza | | 8 | | | |
| Hector Mendoza | 8 | | | | |
| Hector P. Navarrete | 4 | 4 | | | |

MANDATORY QUESTIONNAIRE:
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO, WHAT, WHERE, AND WHEN FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPERATORS WORK TODAY | ☐ | ☒ |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | | | |
| 173 | | | |
| 95 | | | |
| 66 | | | |
| 196 | | | |

WORK PERFORMED & MATERIALS INSTALLED TODAY
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | install backflow, cap mainline for test and test piping | 6 houses | spread soil prep, fertilizer, rototilling and plant backyard |
| 30' | sleeves | | Trees, stake and Tied trees |
| 20' | trench and install main line | | |

REMARKS:

INSPECTOR:

Sunny and Hot
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)

KCI 01970

AUG-29-1997 15:42 FROM KARLESKINT-CRUM, INC. TO 5433827 P.06

223 Suburban Road
San Luis Obispo, CA 93401

## DAILY FIELD REPORT

JOB NO.: 16090

DATE: 8-29-97

| EMPLOYEE NAME | 1 | 2 | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 2 | 6 | | | |
| John Stockman | 8 | | | | |
| Francisco Navarrete | | 8 | | | |
| Enrique Mendoza | 8 | | | | |
| Martin E Mendoza | 8 | | | | |
| Hector Mendoza | 8 | | | | |
| Hector L Navarrete | 6 | 2 | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED, PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 450' | Trench for and install lateral lines | | pump main line |
| | unload trees, fertilizer tabs | | |
| | water plant material | | |

REMARKS:

INSPECTORS:

KCI 01971

[illegible] morning sunny and hot after 9:30
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)

SEP-02-1997 16:35 FROM KARLESKINT-CRUM, INC. TO 5433827 P.01

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-2-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | I | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | John Stockman | 8 | |
| Francisco Navarrete | 8 | | Hector Mendoza | 8 | |
| Enrique Mendoza | 8 | | Hector P. Navarrete | 8 | |
| Martin F. Mendoza | 8 | | Jesus Vera | 8 | |
| Arturo Valenzuela | 8 | | Ramon Arevalo | 8 | |
| | | | Salvador Vargas | 8 | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| • INSPECTOR | ☐ | ☒ |
| • GENERAL CONTRACTOR | ☐ | ☒ |
| • SUBCONTRACTOR | ☐ | ☒ |
| • KCI EMPLOYEE | ☐ | ☒ |
| • PROJECT OWNER | ☐ | ☒ |
| • PUBLIC | ☐ | ☒ |
| • OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| • IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| • ANY PROPERTY DAMAGE | ☐ | ☒ |
| • ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| • POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| • RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| • REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | | KCI | |
| 173 | | KCI | |
| | Ditch witch | Rental Hertz | |
| 66 | Ford Skiploader | KCI | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 61 | Plant 15 Gal. Trees | | |
| | water Trees and shrubs. | | |
| 700' | Trench and install lateral lines plus heads, back fill | | |
| | in. Load plant material | | |

**REMARKS:**

KCI 01968

**INSPECTORS:**

cloudy (WEATHER)

Luis Navarrete (FOREMAN SIGNATURE)



TOTAL P.01

SEP-03-1997 16:52 FROM KARLESKINT-CRUM, INC. TO 5433827 P.01

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

## DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-3-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | / | L |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | John Stockinger | 8 | |
| Francisco Navarrete | 8 | | Hector Mendoza | 8 | |
| Enrique Mendoza | 8 | | Hector P. Navarrete | 8 | |
| Martin F. Mendoza | 8 | | Ramon Arevalo | 8 | |
| Arturo Valenzuela | 8 | | Jesus Vera | 8 | |
| | | | Salvador Vargas | 6 | 2 |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 65 | Ford P/U | KCI | |
| 73 | Ford Stake bed | \| | |
| 25 | Ford P/U | \| | |
| 35 | irrigation Trailer | \| | |
| | Ditch Witch | Rental Hertz | |

MANDATORY QUESTIONNAIRE:

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| • INSPECTOR | ☐ | ☒ |
| • GENERAL CONTRACTOR | ☐ | ☒ |
| • SUBCONTRACTOR | ☐ | ☒ |
| • KCI EMPLOYEE | ☐ | ☒ |
| • PROJECT OWNER | ☐ | ☒ |
| • PUBLIC | ☐ | ☒ |
| • OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| • IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS (INJURY ☐ NON-INJURY ☐ ON SITE ☐ OFF SITE ☐) | ☐ | ☒ |
| • ANY PROPERTY DAMAGE | ☐ | ☒ |
| • ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| • POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| • RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| • REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

WORK PERFORMED & MATERIALS INSTALLED TODAY

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 34 | plant 15 Gal. Trees, stake and Tie | 190 | plant 1 Gal. shrubs |
| | unload plant material and stake | 500' | trench and install lateral lines with heads and back fill |
| | water Trees and shrubs | | 1 man pumping main line all day |

REMARKS: - fail 2 times

KCI 01969

INSPECTORS:

Ensign

Luis Navarrete

A214

TOTAL P.01

TOTAL P.01

Kasiesiek-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-4-97

| EMPLOYEE NAME | 2 | | EMPLOYEE NAME | 1 | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | | | John Stockman | | |
| Francisco Navarrete | | | Hector Mendoza | | |
| Enrique Mendoza | | | Hector P. Navarrete | | |
| Martin F. Mendoza | | | Ramon Arevalo | | |
| Arturo Valenzuela | | | Jesus Vera | | |
| | | | Salvador Vargas | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEAS ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR E
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PA (DO NOT SHORTEN YOUR ANSWER)

1. ANY DISPUTES WITH:
   - INSPECTOR
   - GENERAL CONTRACTOR
   - SUBCONTRACTOR
   - KCI EMPLOYEE
   - PROJECT OWNER
   - PUBLIC
   - OTHER
2. ANY SPECIAL TRAINING
3. ANY CHANGES IN THE PLANS
   - IS THIS EXTRA WORK
4. ANY ACCIDENTS
   INJURY ☐ NON-INJURY ☐
   ON SITE ☐ OFF SITE ☐
   - ANY PROPERTY DAMAGE
   - ANY DAMAGE TO WORK ON SITE
   - POSSIBLE BACK CHARGES
5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION)
6. ANY RENTAL RETURNS
   - RELEASE #: ______
7. WAS "USA" CALLED
   - REQUEST #: ______
8. ANY KCI SUBCONTRACTORS OR OWNER OPERATORS WORK TODAY

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 135 | irrigation trailer | KCI | |
| 165 | Ford P/u | " | |
| 173 | Ford stake bed | " | |
| 66 | Ford Skip Loader | " | |
| 182 | Kubota with Rototiller | " | |
| | Ditch Witch | Rental Hertz | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 120 | plant 1Gl. shrubs | 6 | plant 15 Gl. trees |
| | stake trees | 400' | Trench and install Lateral li |
| | Soil prep RotoTile 6 houses | | with heads |
| | water plant material | 80' | 6" sleeve and 140' 3" Main and wire sleeve |

REMARKS:

pump and test main line a pass

KCI 01967

INSPECTORS:

Sunbelt [signature]

A215

TOTAL P.01

KCI Kardoskidd-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16038

DATE: 9-5-9

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | John Stockmann | 8 | |
| Francisco Navarrete | 8 | | Hector Mendoza | 8 | |
| Enrique Mendoza | 8 | | Hector Navarrete | 8 | |
| Martin F. Mendoza | 8 | | Jesus Vera | 8 | |
| Arturo Valenzuela | 8 | | Salvador Vargas | 8 | |
| | | | Ramon Acevedo | 8 | |

**MANDATORY QUESTIONNAIRE:**

1. IF "YES," PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF P (DO NOT SHORTEN YOUR ANSWER)

1. ANY DISPUTES WITH:
   - INSPECTOR
   - GENERAL CONTRACTOR
   - SUBCONTRACTOR
   - KCI EMPLOYEE
   - PROJECT OWNER
   - PUBLIC
   - OTHER
2. ANY SPECIAL TRAINING
3. ANY CHANGES IN THE PLANS
   - IS THIS EXTRA WORK
4. ANY ACCIDENTS
   - INJURY ☐ NON-INJURY ☐
   - ON SITE ☐ OFF SITE ☐
   - ANY PROPERTY DAMAGE
   - ANY DAMAGE TO WORK ON SITE
   - POSSIBLE BACK CHARGES
5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION)
6. ANY RENTAL RETURNS
   - RELEASE #:
7. WAS "USA" CALLED
   - REQUEST #:
8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford P/U | KCI | |
| 173 | Ford stake bed | 1 | |
| 95 | Ford P/U | 1 | |
| 66 | Ford | 1 | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Tie trees, water plant material | | water Jet Trenches |
| | plant 1 Gl. shrubs | 4 | install lateral lines with h |
| 6 hours | spread soil prep and Fertilizer | 600' | Trench and stall lateral line |

REMARKS:

KCI 01966

INSPECTORS:

A216

Claudio

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-8-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | I | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | John Stockman | 8 | |
| Francisco Navarrete | 8 | | Hector Mendoza | 8 | |
| Enrique Mendoza | 8 | | Hector Navarrete | 8 | |
| Martin F. Mendoza | 8 | | Salvador Vargas | 8 | |
| Arturo Valenzuela | 8 | | Jesus Vera | 8 | |
| Carlos Zamora | 8 | | | | |
| Jaime Rodriguez | 8 | | | | |

SEP 1 0 1997

MANDATORY QUESTIONNAIRE:
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford P/U | KCI | |
| 173 | Ford stake bed | " | |
| 95 | Ford P/U | " | |
| 66 | Ford skip loader | " | |
| | Ditch witch | Rental Hertz | |

WORK PERFORMED & MATERIALS INSTALLED TODAY
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 52 | 15 Gl. trees plant in and stake | | Hand trench from backflow |
| 2 | houses backyard fine Grade | | To main line and connect |
| | 1 man water plant material | 400' | Trench for lateral lines, install |
| | | | lateral and set heads backfill |
| | | | water Jet. |

REMARKS:

KCI 01965

INSPECTORS:

Sunny
(WEATHER)

A217

Luis Navarrete
(FOREMAN SIGNATURE)