# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 229 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 9/8/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: MONDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 5 | 40.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 6 | 47.0 | MASON | GRADING AND CONCRETE |
| | 13 | 88.5 | LABORER | |
| | 1 | 8.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 3 | 20.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 4 | 32.0 | PLUMBER - APPRENTICE | |
| | 2 | 16.0 | LABORER | |
| | 1 | 8.0 | OPERATOR | |
| | 3 | 24.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 1 | 3.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 2 | 12.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 4 | 36.0 | BLDG ELEC -JOURNEYMAN | |
| | 2 | 18.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| ARENA PAINTING | 3 | 24.0 | JOURNEYMEN PAINTER | PAINTERS |
| | 3 | 24.0 | APPRENTICE PAINTER | |
| GOLDEN STATE FENCE | 4 | 32.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 6 | 48.0 | ROOFER | ROOFING |
| | 2 | 8.0 | LABORER | |
| COFFMAN ENTERPRISES | 8 | 59.0 | PLASTERER | |
| | 3 | 27.0 | PLASTER TENDERER | |
| | 4 | 36.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| WALKER WOOD | 4 | 30.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 3 | 25.0 | TILESETTER | CERAMIC TILE |
| | 2 | 16.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 2 | 12.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 2 | 16.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 10 | 80.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| FLEMING SURVEYS | 0 | 0.0 | SURVEYOR | SITE SURVEY |
| PRECISION CONCRETE | 5 | 53.0 | CONCRETE MASON | CURB & GUTTER |
| | 6 | 77.0 | LABORER | |
| BUILDERS INTERIORS | 5 | 38.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 1 | 8.0 | SOFT FLOOR LAYER | |
| | 1 | 8.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| DIVERSIFIED WINDOW COVERINGS | 0 | 0.0 | LABORER | WINDOW COVERINGS |
| JR BARTO | 1 | 0.5 | SHEETMETAL | SHEET METAL |
| TOTAL EMPLOYEES: | 122 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 974.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 119,213.0 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 120,187.0 | 120,187.00 |

[signature]
PARKE EWING, SUPERINTENDENT

9/8/97
DATE

KCI Kardeleid-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 16030

DATE: 9-2-97

| EMPLOYEE NAME | 2 | | EMPLOYEE NAME | 1 | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | John Stockman | 8 | |
| Francisco Navarrete | 8 | | Hector Mendoza | 8 | |
| Enrique Mendoza | 8 | | Salvador Vargas | 8 | |
| Martin Mendoza | 8 | | Jesus Vera | 8 | |
| Arturo Valenzuela | 8 | | | | |
| Carlos Zamora | 8 | | | | |
| Jaime Rodriguez | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPERATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford P/u | KCI | |
| 177 | Ford stake bed | " | |
| 95 | Ford P/u | " | |
| 66 | Ford Skip loader | " | |
| | Ditch Witch | Rental Hertz | |
| 162 | Kubota Tiller | KCI | |
| 135 | Irrigation trailer | " | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 40 | 15 Gl. trees plant in and stake, tie | 3 | houses backyard grade |
| 6 | houses Rototille | 220' | Trench and install lateral lines heads and backfill |
| 1 mix | water plant material | | install RCV and QV |

REMARKS:

KCI 01962

INSPECTORS:

Sonny

A219

TOTAL P.02

Kardeskin-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-10-97

| EMPLOYEE NAME | | EMPLOYEE NAME | |
|---|---|---|---|
| Jose Luis Navarrete | 8 | John Stackpole | 8 |
| Francisco Navarrete | 8 | Hector Mendoza | 8 |
| Enrique Mendoza | 8 | Hector P. Navarrete | 8 |
| Martin Mendoza | 8 | Salvador Vargas | 8 |
| Arturo Valenzuela | 8 | Jesus Vera | 8 |
| Carlos Zamora | 8 | | |
| Jaime Rodriguez | 8 | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR E
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PA (DO NOT SHORTEN YOUR ANSWER)

1. ANY DISPUTES WITH:
   - INSPECTOR ☐
   - GENERAL CONTRACTOR ☐
   - SUBCONTRACTOR ☐
   - KCI EMPLOYEE ☐
   - PROJECT OWNER ☐
   - PUBLIC ☐
   - OTHER ☐
2. ANY SPECIAL TRAINING ☐
3. ANY CHANGES IN THE PLANS ☐
   - IS THIS EXTRA WORK ☐
4. ANY ACCIDENTS ☐
   INJURY ☐ NON-INJURY ☐
   ON SITE ☐ OFF SITE ☐
   - ANY PROPERTY DAMAGE ☐
   - ANY DAMAGE TO WORK ON SITE ☐
   - POSSIBLE BACK CHARGES ☐
5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) ☑
6. ANY RENTAL RETURNS ☐
   - RELEASE #: ______
7. WAS "USA" CALLED ☐
   - REQUEST #: ______
8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY ☐

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford P/U | KCI | |
| 173 | Ford stakebed | \| | |
| 95 | Ford P/U | \| | |
| | Ditch witch | Rental Hertz | |
| 135 | irrigation trailer | KCI | |

## WORK PERFORMED & MATERIALS INSTALLED TODAY

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 7 | 15 Gl. trees plant in, stake and tie and water | 2 | houses backyard grade |
| | | | houses frontyard grade |
| 155 | 1 Gl. plants plant in and water | 350' | lateral with risers trench backfill |

**REMARKS:** 4 trees brock down because the wind

115' lateral hand trench under sidewa

150' 4" sleeve trench backfill

160' 1¼" latuall in glee

KCI 01961

A220

**INSPECTORS:**

Sienna cid ...

Kierkeskind-Cruen, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-11-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | / | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | John Stockman | 8 | |
| Francisco Navarrete | 8 | | Hector Echavarrete | 8 | |
| Enrique Mendoza | 8 | | Hector Mendoza | 8 | |
| Matio Mendoza | 8 | | Salvador Vargas | 8 | |
| Arturo Valenzuela | 8 | | Jesus Vera | 8 | |
| Carlos Zamora | 8 | | | | |
| Jaime Rodriguez | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| • INSPECTOR | ☐ | ☒ |
| • GENERAL CONTRACTOR | ☐ | ☒ |
| • SUBCONTRACTOR | ☐ | ☒ |
| • KCI EMPLOYEE | ☐ | ☒ |
| • PROJECT OWNER | ☐ | ☒ |
| • PUBLIC | ☐ | ☒ |
| • OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| • IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| • ANY PROPERTY DAMAGE | ☐ | ☒ |
| • ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| • POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| • RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| • REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPERATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford P/U | KCI | |
| 173 | Ford stakebed | " | |
| 95 | Ford P/U | " | |
| 135 | irrigation trailer | " | |
| | Ditch witch | Rental Hertz | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 14 | 15 Gl trees plant in, stake, Tie and water | 225' | Trench and install sleeve with lateral lines under driveways compact and backfill |
| 545 | 1 Gl. Shrubs plant in and water | | |
| 2 | houses back yard grade | 400' | Trench, install lateral lines with heads and backfill |

REMARKS:

KCI 01964

INSPECTORS:

A221

Sunday and windy — Luis Navarrete

KCI Kertesdeint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-12-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | / | |
|---|---|---|---|---|---|
| Joseluis Navarete | 8 | | John Starkann | 8 | |
| Francisco Navarete | 8 | | Hector Mendoza | 8 | |
| Enrique Mendoza | 8 | | Hector Navarete | 8 | |
| Martin F Mendoza | 8 | | Salvador Vargas | 8 | |
| Arturo Valenzuela | 8 | | Jesus Vera | 8 | |
| Jaime Rodriguez | 8 | | | | |
| Carlos Zamora | 8 | | | | |

MANDATORY QUESTIONNAIRE:
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford P/u | KCI | |
| 173 | Ford Stakebed | \| | |
| 95 | Ford P/u | \| | |
| 66 | Ford skiploader | \| | |
| 136 | irrigation trailer | \| | |
| 182 | Kubota Rototiller | \| | |
| | Ditchwitch | Rental Hertz | |

WORK PERFORMED & MATERIALS INSTALLED TODAY
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | unload plant material | 2 | houses backyard grade |
| 7houses | spread soilprep and Rototill | | |
| 150 | 1Gl. plants planted and water | 520' | Trench, Lateral, heads and backfill |
| | 1 men watering all day | 75' | Trench install Sleeve and lateral under Driveways and ~~so~~ backfill and compact |

REMARKS:

KCI 01963

INSPECTORS:

A222

Sinky

Luis Navarrete

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-15-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | / |
|---|---|---|---|---|---|
| Jose Luis Alvarado | 8 | | Romualdo Jacinto | 8 | |
| Francisco Alvarado | 8 | | John Stockman | | 8 |
| Enrique Mendoza | 8 | | Hector Mendoza | | 8 |
| Martin F. Mendoza | 8 | | Hector P. Alvarado | | 8 |
| Arturo Valenzuela | 8 | | Salvador Vargas | | 8 |
| Carlos Zamora | 8 | | Jesus Vera | | 8 |
| ~~[illegible]~~ | | | | | |
| Martin J. Cervantes | 8 | | | | |
| Jesus Cortes B | 8 | | | | |
| Ignacio Hernandez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | | KCI | |
| 173 | | " | |
| 95 | | " | |
| 135 | | " | |
| 66 | | " | |
| | pitch witch | Rental Hertz | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| • INSPECTOR | ☐ | ☒ |
| • GENERAL CONTRACTOR | ☐ | ☒ |
| • SUBCONTRACTOR | ☐ | ☒ |
| • KCI EMPLOYEE | ☐ | ☒ |
| • PROJECT OWNER | ☐ | ☒ |
| • PUBLIC | ☐ | ☒ |
| • OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| • IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS (INJURY ☐ NON-INJURY ☐ ON SITE ☐ OFF SITE ☐) | ☐ | ☒ |
| • ANY PROPERTY DAMAGE | ☐ | ☒ |
| • ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| • POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| • RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| • REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | 1 Gl. shrubs planted and water | | |
| | houses backyard grade | 1 | Form and pour controller path |
| | [illegible] watering all day | 34' | Trench and instal sleeves with lats lines back fill and compact |

**REMARKS:**

KCI 01960

INSPECTORS:

(FOREMAN SIGNATURE)

09/26/1997 14:42 8057341216 HARPER NIELSEN PAGE 10

Kertesz-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16032

DATE: 9-16-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | I |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | Raunaldo Jacinto | 8 | |
| Francisco Navarrete | 8 | | Rafael Padilla Garcia | 8 | |
| Enrique Mendoza | 8 | | Juan Gabriel Hernandez | 8 | |
| Natief Mendoza | 8 | | John Stockman | | 8 |
| Arturo Valenzuela | 8 | | Hector Mendoza | | 8 |
| Carlos Zamora | 8 | | Hector P. Navarrete | | 8 |
| Jaime Rodriguez | 8 | | Salvador Vargas | | 8 |
| [illegible] | 8 | | Jesus Vera | | 8 |
| Jesus Cortes | 8 | | Ramon Arevalo | 8 | 8 |
| Ignacio Hernandez | 8 | | | | |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | | | |
| 173 | | | |
| 95 | | | |
| 135 | | | |
| 66 | | | |
| | Ditch witch | Rental Hertz | |

MANDATORY QUESTIONNAIRE:
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☐ |
| * GENERAL CONTRACTOR | ☐ | ☐ |
| * SUBCONTRACTOR | ☐ | ☐ |
| * KCI EMPLOYEE | ☐ | ☐ |
| * PROJECT OWNER | ☐ | ☐ |
| * PUBLIC | ☐ | ☐ |
| * OTHER | ☐ | ☐ |
| 2. ANY SPECIAL TRAINING | ☐ | ☐ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☐ |
| * IS THIS EXTRA WORK | ☐ | ☐ |
| 4. ANY ACCIDENTS | ☐ | ☐ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☐ |
| * POSSIBLE BACK CHARGES | ☐ | ☐ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☐ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☐ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☐ |

WORK PERFORMED & MATERIALS INSTALLED TODAY

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | 1 Gal. plants planted and water | 28 | set valve and Quikuplex boxes |
| | houses backyard garden | 1 | install Lorman cabinet and contr |
| | 1 man water all day | 3 of each | Flash main line and set RCV |
| | | 300' | Trench and install lateral line and heads and backfill |

REMARKS:

KCI 01959

INSPECTORS:

(FOREMAN SIGNATURE)

09/26/1997 14:42 8057341216 HARPER NIELSEN PAGE 09

Karleskint-Crum, Inc.
221 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-17-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | 1 |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | Romualdo Jacinto | 8 | |
| Francisco Navarrete | 8 | | Rafael Padilla Garcia | 8 | |
| Enrique Mendoza | 8 | | John Stockman | | 8 |
| Martin F. Mendoza | 8 | | Hector Mendoza | | 8 |
| Arturo Valenzuela | 8 | | Hector P. Navarrete | | 8 |
| Carlos Zamora | 8 | | Salvador Vargas | | 8 |
| Jaime Rodriguez | 8 | | Jesus Vera | | 8 |
| Martin J. Caravantes | 8 | | Ramon Acevedo | | |
| Jesus Cortes | 8 | | Juan Gabriel Hernandez | 8 | |
| Ignacio Hernandez | 8 | | Ernest Valles | | 8 |
| | | | Zeke | | 5 |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | | KCI | |
| 173 | | \| | |
| 95 | | \| | |
| 135 | | \| | |
| 66 | | \| | |
| | | \| | |
| | Ditch Witch | Rental Hertz | |

MANDATORY QUESTIONNAIRE:

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

WORK PERFORMED & MATERIALS INSTALLED TODAY

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 7 | houses spread soil amendment | | |
| | fertilizer and Rototill | | |
| | houses graded | | |

REMARKS:

KCI 01958



INSPECTORS: [signature]

[signature]
(FOREMAN SIGNATURE)

KCI Kardoskee-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-18-97

| EMPLOYEE NAME | L | H.S. | EMPLOYEE NAME | L | / |
|---|---|---|---|---|---|
| Jose Luis [illegible] | 8 | | Romualdo Jacinto | 8 | |
| Francisco [illegible] | 8 | | Juan G. Hernandez | 8 | |
| Enrique Mendoza | 8 | | Rafael P. Garcia | 8 | |
| Martin F. Mendoza | [illegible] | 8 | Carlos Zamora | 8 | |
| Hector P. [illegible] | 8 | | John Stockman | | 8 |
| Arturo Valenzuela | 8 | | Hector Mendoza | | 8 |
| Jaime Rodriguez | 8 | | Ramon Arevalos | | 8 |
| Martin Cervantes | 8 | | Salvador Vargas | | 8 |
| Jesus Cortez | 8 | | Jesus Vera | | 8 |
| Ignacio Hernandez | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford P/U | KCI | |
| 173 | Ford stakebed | " | |
| 95 | Ford P/u | " | |
| 26 | Ford skiploader | " | |
| 135 | irrigation Trailer | " | |
| | Ditch Witch | Rental Hertz | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Grading, planting | | |
| | | | [illegible], trench, sleeve, backfill, compact |
| | 1 man watering all day | | |

REMARKS:

KCI 01957

INSPECTORS:

(FOREMAN SIGNATURE) [signature]

Karleskint-Crum, Inc.
221 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 1030

DATE: 2/19/97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | / |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | Romualdo Jacinto | 8 | |
| Francisco Navarrete | 8 | | Juan G. Hernandez | 7.5 | |
| Enrique Mendoza | 8 | | Rafael P. Garcia | 7.5 | |
| Martin F. Mendoza | 8 | | Carlos Zamora | 8 | |
| Hector Navarrete | 8 | | John Stockman | | 8 |
| Arturo Valenzuela | 8 | | Hector Mendoza | | 8 |
| Jaime Rodriguez | 8 | | Ramon Arevalos | | 8 |
| Martin Cervantes | 8 | | Salvador Vargas | | 8 |
| Jesus Carter | 8 | | Jesus Vera | | 8 |
| Ignacio Hernandez | 8 | | Ernest Valles | | 8 |
| | | | Ezequiel Gauna | | 8 |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford take bed | KCI | |
| 165 | Ford P/U | " | |
| 95 | " | " | |
| 66 | Ford skip loader | " | |
| 135 | irrigation trailer | " | |
| | Ditch witch | Rental Hertz | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | grading, Rototiling, planting | | |

**REMARKS:**

KCI 01956

**INSPECTORS:**

A227

(FOREMAN SIGNATURE)

Kiewiet-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-22-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | I |
|---|---|---|---|---|---|
| Jose Luis Chavarte | 8 | | Romualdo Jacinto | 8 | |
| Francisco Chavarte | 8 | | Juan G. Hernandez | 8 | |
| Enrique Mendoza | 8 | | Rafael R. Garcia | 8 | |
| Martin F. Mendoza | 8 | | Carlos Zamora | 8 | |
| Hector R. Chavarte | 8 | | John Stockman | | 8 |
| Arturo Valenzuela | 8 | | Hector Mendoza | | 8 |
| Jaime Rodriguez | 8 | | Ramon Arevalos | | 8 |
| Martin Carpantez | 8 | | Salvador Vargas | | 8 |
| Jesus Cortez | 8 | | Jesus Vera | | 8 |
| Ignacio Hernandez | 8 | | Ernest Valles | | 8 |
| | | | Ezequiel Garza | | 8 |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 165 | Ford P/U | \| | |
| 95 | " | \| | |
| 16 | Ford skip loader | \| | |
| 135 | irrigation trailer | \| | |
| | Ditch Witch | Rental Hertz | |

MANDATORY QUESTIONNAIRE:

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

## WORK PERFORMED & MATERIALS INSTALLED TODAY

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Grading, planting, Rototilling | | flush lines and noz |
| | | ~~85'~~ | ~~Main line and conduit~~ |
| | | 315' ~~495~~ | laterall |
| | | 3~~15~~' | Trench and install sleeves |

REMARKS:

KCI 01955

A228

INSPECTORS:

Luis Chavarte (FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-23-97

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | L/M | I |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | 2 | Romualdo Jacinto | 8 M | |
| Francisco Navarrete | 8 | | Juan G Hernandez | 8 L | |
| Enrique Mendoza | 8 | | Rafael P. Garcia | 8 L | |
| Martin F. Mendoza | 8 | | Carlos Zamora | 8 L | |
| Hector P. Navarrete | 8 | | John Stockman | | 8 |
| Arturo Valenzuela | 8 | | Hector Mendoza | | 8 |
| Jaime Rodriguez | | 8 | Ramon Arevalos | | 8 |
| Martin Carpenter | 8 | | Salvador Vargas | | 8 |
| Jesus Cortez | | 8 | Jesus Vega | | 8 |
| Ignacio Hernandez | 8 | | Ernest Valles | | 8 |
| | | | Enguid Cauna | | 1.5 |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | ford stake bed | KCI | |
| 165 | Ford P/u | \| | |
| 95 | " | ( | |
| 66 | ford skip loader | \| | |
| 135 | irrigation trailer | \| | |
| | ditch witch | Rental Hertz | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES: PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| • INSPECTOR | ☐ | ☒ |
| • GENERAL CONTRACTOR | ☐ | ☒ |
| • SUBCONTRACTOR | ☐ | ☒ |
| • KCI EMPLOYEE | ☐ | ☒ |
| • PROJECT OWNER | ☐ | ☒ |
| • PUBLIC | ☐ | ☒ |
| • OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| • IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| • ANY PROPERTY DAMAGE | ☐ | ☒ |
| • ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| • POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| • RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| • REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 3 men | watering new Hydroseed | | |
| 1 man | watering plant installed all day | | repair bubbler swing joints |
| | grading, planting, Rototill | 220' | Trench and install sleeve with Lateral and main line |

**REMARKS:**

KCI 01954

A229

**INSPECTORS:** Sunday

Luis Navarrete
(FOREMAN SIGNATURE)