KCI
Kirkendall-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 9-24-97

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | L | I |
|---|---|---|---|---|---|
| Jose Luis Hurnarte | 6 | 2 | Ignacio Hernandez | 8 | |
| Francisco Hurnarte | 8 | | Salvador Vargas | | 8 |
| Enrique Mendoza | 8 | | Jesus Vera | | 8 |
| Martin F. Mendoza | 8 | | Ramon Arevalos | | 8 |
| Hector P. Hurnarte | 8 | | Juan G. Hernandez | 8 | |
| Arturo Valenzuela | 8 | | Rafael P. Garcia | 8 | |
| Martin Cervantes | 8 | | Carlos Zamora | 8 | |
| Jaime Rodriguez | | 8 | John Stockman | | 8 |
| Jesus Cortez | | 8 | Hector Mendoza | | 8 |
| Romualdo Sacuto | | 8 | Ernest Valles | | 4 |
| | | | Ezequiel Cama | | 6 |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 165 | Ford P/U | " | |
| 95 | " | " | |
| 66 | Ford skip loader | " | |
| 135 | irrigation trailer | " | |
| | Ditch Witch | Rental Hertz | |

## MANDATORY QUESTIONNAIRE:

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| • INSPECTOR | ☐ | ☒ |
| • GENERAL CONTRACTOR | ☐ | ☒ |
| • SUBCONTRACTOR | ☐ | ☒ |
| • KCI EMPLOYEE | ☐ | ☒ |
| • PROJECT OWNER | ☐ | ☒ |
| • PUBLIC | ☐ | ☒ |
| • OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| • IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| • ANY PROPERTY DAMAGE | ☐ | ☒ |
| • ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| • POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| • RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| • REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

## WORK PERFORMED & MATERIALS INSTALLED TODAY

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Fine Grading | | repair swing joint Bubblers |
| | Rotatilling | 150' | conduit |
| | 1 Gl. shrubs planted | 150' | main line install |
| | | 150' | Trenched install sleeves |
| | | | install Flush Valves and valve boxes |

REMARKS:

KCI 01953

6

A230

INSPECTORS:

Luis Hurnarte
(FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 1030

DATE: 9-25-97

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | L | I |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | 2 | Ignacio Hernandez | 8 | |
| Francisco Navarrete | 8 | | Juan G. Hernandez | 8 | |
| Enrique Mendoza | 8 | | Rafael P Garcia | 8 | |
| Martin E Mendoza | 8 | | Carlos Zamora | 8 | |
| Reinaldo Jacinto | | 8 | John Stockman | | 8 |
| Jesus Cortez | | 8 | Hector Mendoza | | 8 |
| Jaime Rodriguez | | 8 | Ramon Arevalos | | 8 |
| Hector P. Navarrete | 8 | | Jesus Vera | | 8 |
| Arturo Valenzuela | 8 | | Ezequiel Garcia | | 8 |
| Martin Cervantez | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| • INSPECTOR | ☐ | ☒ |
| • GENERAL CONTRACTOR | ☐ | ☒ |
| • SUBCONTRACTOR | ☐ | ☒ |
| • KCI EMPLOYEE | ☐ | ☒ |
| • PROJECT OWNER | ☐ | ☒ |
| • PUBLIC | ☐ | ☒ |
| • OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| • IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| • ANY PROPERTY DAMAGE | ☐ | ☒ |
| • ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| • POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| • RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| • REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 165 | Ford P/U | " | |
| 95 | " | " | |
| 66 | Ford skip loader | " | |
| 135 | irrigation trailer | " | |
| | Ditch witch | Rental Hertz | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | 15 Gl. trees planted | | water Hydroseed |
| | 1 Gl. shrubs planted | [illegible] | Flush laterals and nozz |
| | Fine Grading | 400' | Trench and install laterall |
| | water plant material | 170' | Trench for mainline and wires |

**REMARKS:**

KCI 01952

A231

**INSPECTORS:** cloudy on morning sunny on afternoon

(FOREMAN SIGNATURE) [signature]

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 243 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 9/26/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 5 | 40.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 5 | 31.5 | MASON | GRADING AND CONCRETE |
| | 11 | 91.0 | LABORER | |
| | 2 | 16.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 3 | 24.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 3 | 24.0 | PLUMBER - APPRENTICE | |
| | 2 | 16.0 | LABORER | |
| | 1 | 8.0 | OPERATOR | |
| | 2 | 16.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 1 | 8.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 6 | 44.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 2 | 16.0 | UG ELEC- APPRENTICE | |
| | 7 | 56.0 | BLDG ELEC -JOURNEYMAN | |
| | 4 | 32.0 | BLDG ELEC - APPRENTICE | |
| | 1 | 8.0 | OPERATOR | |
| GOLDEN STATE FENCE | 4 | 32.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 1 | 4.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 4 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 10 | 80.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 5 | 40.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 3 | 24.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| FLEMING SURVEYS | 0 | 0.0 | SURVEYOR | SITE SURVEY |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| DIVERSIFIED WINDOW COVERINGS | 0 | 0.0 | LABORER | WINDOW COVERINGS |
| JR BARTO | 0 | 0.0 | SHEETMETAL | SHEET METAL |
| | 0 | 0.0 | LABORER | |
| TOTAL EMPLOYEES: | 82 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 610.5 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 130,335.50 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 130,946.0 | 130,946.00 |

KEVIN SMITH, SUPERINTENDENT

9/26/97
DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 244 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 9/29/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: MONDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 5 | 40.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 5 | 0.0 | MASON | GRADING AND CONCRETE |
| | 4 | 32.0 | LABORER | |
| | 13 | 105.5 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 3 | 24.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 3 | 24.0 | PLUMBER - APPRENTICE | |
| | 3 | 24.0 | LABORER | |
| | 1 | 0.0 | OPERATOR | |
| | 1 | 8.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 1 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 1 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 3 | 20.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 1 | 8.0 | UG ELEC- APPRENTICE | |
| | 5 | 40.0 | BLDG ELEC -JOURNEYMAN | |
| | 3 | 24.0 | BLDG ELEC - APPRENTICE | |
| | 1 | 8.0 | OPERATOR | |
| GOLDEN STATE FENCE | 4 | 32.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 1 | 0.0 | ROOFER | ROOFING |
| | 2 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 1 | 7.0 | PLASTERER | |
| | 1 | 0.0 | PLASTER TENDERER | |
| | 2 | 0.0 | LABORER | |
| PROCRAFT | 1 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| WALKER WOOD | 5 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 4 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 10 | 80.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 6 | 48.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 3 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| FLEMING SURVEYS | 2 | 0.0 | SURVEYOR | SITE SURVEY |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 5 | 40.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| DIVERSIFIED WINDOW COVERINGS | 0 | 0.0 | LABORER | WINDOW COVERINGS |
| JR BARTO | 0 | 0.0 | SHEETMETAL | SHEET METAL |
| | 0 | 0.0 | LABORER | |
| TOTAL EMPLOYEES: | 100 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 564.5 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 130,946.00 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 131,510.5 | 131,510.5 |
| | | 9/29/97 |
| KEVIN SMITH, SUPERINTENDENT | | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | **245** |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER: JEFF HARPER | DATE: 9/30/97<br>DAY: TUESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 5 | 40.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 5 | 46.0 | MASON | GRADING AND CONCRETE |
| | 12 | 101.5 | LABORER | |
| | 5 | 40.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 3 | 24.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 3 | 24.0 | PLUMBER - APPRENTICE | |
| | 3 | 24.0 | LABORER | |
| | 1 | 0.0 | OPERATOR | |
| | 1 | 8.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 1 | 8.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 1 | 4.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 2 | 16.0 | BLDG ELEC -JOURNEYMAN | |
| | 2 | 16.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 4 | 32.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 1 | 0.0 | ROOFER | ROOFING |
| | 2 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 1 | 9.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| WALKER WOOD | 5 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 4 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 10 | 80.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 8 | 64.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 4 | 32.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| FLEMING SURVEYS | 2 | 0.0 | SURVEYOR | SITE SURVEY |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 6 | 42.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| DIVERSIFIED WINDOW COVERINGS | 0 | 0.0 | LABORER | WINDOW COVERINGS |
| JR BARTO | 0 | 0.0 | SHEETMETAL | SHEET METAL |
| | 0 | 0.0 | LABORER | |
| TOTAL EMPLOYEES: | 91 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 610.5 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 131,510.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 132,121.0 | 132,121.0 |
| | | 9/30/97 |
| KEVIN SMITH, ~~SUPERINTENDENT~~ | | DATE |

# CONTRACTO..'S DAILY PROGRE..S REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 246 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 10/1/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: WEDNESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 5 | 40.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 4 | 37.0 | MASON | GRADING AND CONCRETE |
| | 12 | 102.0 | LABORER | |
| | 4 | 33.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 3 | 24.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 3 | 24.0 | PLUMBER - APPRENTICE | |
| | 3 | 24.0 | LABORER | |
| | 1 | 0.0 | OPERATOR | |
| | 2 | 16.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 1 | 4.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 1 | 8.0 | BLDG ELEC -JOURNEYMAN | |
| | 1 | 8.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 4 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 1 | 0.0 | ROOFER | ROOFING |
| | 2 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 1 | 6.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 8 | 64.0 | PAINTER | PAINT |
| WALKER WOOD | 5 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 4 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 10 | 80.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 10 | 80.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 4 | 32.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| FLEMING SURVEYS | 2 | 0.0 | SURVEYOR | SITE SURVEY |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 6 | 46.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| JR BARTO | 0 | 0.0 | SHEETMETAL | SHEET METAL |
| | 0 | 0.0 | LABORER | |
| TOTAL EMPLOYEES: | 97 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 628.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 132,121.0 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 132,749.0 | 132,749.0 |

| | |
|---|---|
| | 10/1/97 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 247 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 10/2/97 DAY: THURSDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 5 | 40.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 3 | 15.0 | MASON | GRADING AND CONCRETE |
| | 13 | 109.5 | LABORER | |
| | 3 | 11.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 1 | 4.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 3 | 0.0 | PLUMBER - APPRENTICE | |
| | 2 | 16.0 | LABORER | |
| | 1 | 8.0 | OPERATOR | |
| | 3 | 18.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 1 | 10.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 1 | 8.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 5 | 36.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 2 | 16.0 | UG ELEC--APPRENTICE | |
| | 1 | 8.0 | BLDG ELEC -JOURNEYMAN | |
| | 1 | 8.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 4 | 32.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 1 | 0.0 | ROOFER | ROOFING |
| | 2 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 1 | 9.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 8 | 64.0 | PAINTER | PAINT |
| WALKER WOOD | 5 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 4 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 11 | 88.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 10 | 80.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 4 | 32.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| FLEMING SURVEYS | 2 | 0.0 | SURVEYOR | SITE SURVEY |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 5 | 40.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| TOTAL EMPLOYEES: | 102 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 652.5 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 133,890.0 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 134,542.5 | 134,542.5 |
| | | 10/2/97 |
| KEVIN SMITH, SUPERINTENDENT | | DATE |

SUBCONTRACTOR DAILY TIME SHEET

PHASE 3 (143 UNITS)
REPLACE CAPEHART MFH
VANDENBERG AIR FORCE BASE
CONTRACT # F04684-96-C-0046

SUBCONTRACTOR: KCI

DATE: 10-02-97 PREPARED BY: J. Luis Navarrete

| | EMPLOYEE NAME | WORK PERFORMED | CLASSIFICATION | GROUP # | HOURS |
|---|---|---|---|---|---|
| 1 | Jose Luis Navarrete | Foreman | Journeyman | | 8 |
| 2 | John Stockman | Irrigation Foreman | " | | 8 |
| 3 | Francisco Navarrete | General Labor | " | | 8 |
| 4 | Enrique Mendoza | " " | " | | 8 |
| 5 | Martin F. Mendoza | " " | " | | 8 |
| 6 | Hector Mendoza | " " | " | | 8 |
| 7 | Hector P. Navarrete | " " | " | | 8 |
| 8 | Arturo Valenzuela | " " | " | | 8 |
| 9 | Jaime Rodriguez | " " | Tradesman | | 8 |
| 10 | Martin J. Cervantez | " " | " | | 8 |
| 11 | Jesus Cortez | " " | " | | 8 |
| 12 | Ignacio Hernandez | " " | " | | 8 |
| 13 | Romualdo Jacinto | " " | " | | 8 |
| 14 | Salvador Vargas | " " | " | | 0 |
| 15 | Jesus Vera | " " | " | | 8 |
| 16 | Ramon Arevalos | " " | Journeyman | | 8 |
| 17 | Juan G. Hernandez | " " | Tradesman | | 8 |
| 18 | Rafael P. Garcia | " " | " | | 8 |
| 19 | Carlos Zamora | " " | Journeyman | | 8 |
| 20 | Ernest Valles | General labor | Journeyman | | 0 |
| 21 | Ezequiel Gauna | " " | Tradesman | | 0 |
| 22 | Armando Ramirez | " " | " | | 8 |
| 23 | Martin Garcia | " " | " | | 8 |
| 24 | Eleodoro Vega | " " | Journeyman | | 8 |
| 25 | | | | | |

| | EQUIPMENT USED TODAY | DESCRIPTION OF WORK | HOURS RUN | HOURS IDLE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

| | SUPPLIER | MATERIALS DELIVERED | TIME |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

USE BACK OF SHEET FOR ADDITIONAL COMMENTS.

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | | REPORT # |
|---|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | | 248 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | | PROJECT MANAGER JEFF HARPER | DATE: 10/3/97 DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 5 | 40.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 4 | 28.5 | MASON | GRADING AND CONCRETE |
| | 14 | 98.0 | LABORER | |
| | 3 | 0.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 1 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 1 | 4.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 1 | 8.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 1 | 8.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 3 | 20.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 2 | 16.0 | UG ELEC- APPRENTICE | |
| | 1 | 8.0 | BLDG ELEC -JOURNEYMAN | |
| | 1 | 8.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 4 | 32.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 1 | 4.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 8 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 11 | 88.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 10 | 80.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| FLEMING SURVEYS | 0 | 0.0 | SURVEYOR | SITE SURVEY |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 6 | 46.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| DIVERSIFIED WINDOW COVERINGS | 0 | 0.0 | LABORER | WINDOW COVERINGS |
| TOTAL EMPLOYEES: | 77 | | | |
| TOTAL WORK HOURS ON JOB SITE THIS DATE | | | 488.5 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | | | 133,401.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | | | 133,890.0 | 133,890.0 |

| | |
|---|---|
| | 10/3/97 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | **249** |

| CONTRACTOR: | PROJECT MANAGER | DATE: 10/6/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: MONDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 5 | 40.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 3 | 22.5 | MASON | GRADING AND CONCRETE |
| | 11 | 93.5 | LABORER | |
| | 1 | 8.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 1 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 1 | 4.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 2 | 16.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 3 | 20.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 2 | 16.0 | UG ELEC- APPRENTICE | |
| | 1 | 8.0 | BLDG ELEC -JOURNEYMAN | |
| | 1 | 8.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 4 | 32.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 1 | 9.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 0 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 4 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 12 | 96.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 8 | 64.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| FLEMING SURVEYS | 0 | 0.0 | SURVEYOR | SITE SURVEY |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 5 | 40.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| DIVERSIFIED WINDOW COVERINGS | 0 | 0.0 | LABORER | WINDOW COVERINGS |
| TOTAL EMPLOYEES: | 65 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 477.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 133,890.0 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 134,367.0 | 134,367.0 |

| | |
|---|---|
| | 10/6/97 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | | 250 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 10/7/97 DAY: TUESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 5 | 40.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 4 | 35.5 | MASON | GRADING AND CONCRETE |
| | 12 | 112.0 | LABORER | |
| | 1 | 8.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 1 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 1 | 4.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 1 | 8.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 3 | 0.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 2 | 0.0 | UG ELEC- APPRENTICE | |
| | 1 | 0.0 | BLDG ELEC -JOURNEYMAN | |
| | 1 | 0.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 4 | 32.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 1 | 0.0 | ROOFER | ROOFING |
| | 2 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 1 | 9.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 8 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 5 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 4 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 12 | 96.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 11 | 88.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 4 | 32.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| FLEMING SURVEYS | 2 | 0.0 | SURVEYOR | SITE SURVEY |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 6 | 46.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| DIVERSIFIED WINDOW COVERINGS | 2 | 16.0 | LABORER | WINDOW COVERINGS |

| | | |
|---|---|---|
| TOTAL EMPLOYEES: | 94 | |
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 526.5 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 134,367.0 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 134,893.5 | 134,893.5 |
| KEVIN SMITH, SUPERINTENDENT | | 10/7/97 DATE |

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 10-8-97

| EMPLOYEE NAME | L | Rl | EMPLOYEE NAME | L |
|---|---|---|---|---|
| Jose Luis Hernandez L | | 2 | Juan G. Hernandez | 8 |
| Francisco Navarrete | 8 | | Martin Casmado 3 | 8 |
| Enrique Mendoza | 8 | | Armando Ramirez | 8 |
| Martin E. Mendoza | 8 | | Ignacio Hernandez | 8 |
| Hector C. Navarrete | 8 | | Rafael P. Garcia | 8 |
| Arturo Valenzuela | 8 | | Salvador Vargas | 8 |
| Jaime Rodriguez | | 8 | Carlos Zamora | 8 |
| Jesus Cortez | | 8 | | |
| Romualdo Jacinto | | 8 | | |
| Isidro Zamora R. | | 8 | | |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | | |
| 165 | Ford p/u | | |
| 16 | Ford skip loader | | |
| | | | |
| | | | |
| | | | |

MANDATORY QUESTIONNAIRE:
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| • INSPECTOR | ☐ | ☒ |
| • GENERAL CONTRACTOR | ☐ | ☒ |
| • SUBCONTRACTOR | ☐ | ☒ |
| • KCI EMPLOYEE | ☐ | ☒ |
| • PROJECT OWNER | ☐ | ☒ |
| • PUBLIC | ☐ | ☒ |
| • OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| • IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| • ANY PROPERTY DAMAGE | ☐ | ☒ |
| • ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| • POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| • RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| • REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

WORK PERFORMED & MATERIALS INSTALLED TODAY
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 50 | 15 Gl. trees planted | | |
| 8 backyards / 4 Frontyards | houses graded | | |
| | stake trees and Tie | | |
| | spread soil prep and Rototill | | |

REMARKS:

KCI 01949

INSPECTORS:

Sunny and windy

A241

KCI Kaciuskie-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 10-8-97

| EMPLOYEE NAME | / | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| John Stockman | 8 | | | | |
| Hector Mendoza | 8 | | | | |
| Jesus Vera | 8 | | | | |
| Ramon Arcielos | 8 | | | | |
| Martin Garcia | 8 | | | | |
| Eleodoro Vega | 8 | | | | |
| Jesus Mendoza A. | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | Ford P/u | KCI | |
| 135 | irrigation trailer | " | |
| | Ditch witch | Rental Hertz | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 960' | Trench and install lateral line, backfill | | |
| 40' | Trench and install sleeve | | |
| 480' | Trench Main | | |

REMARKS:

KCI 01948

A242

INSPECTORS: Svalko and Waude

(FOREMAN SIGNATURE) [signature]