KCI Kardeskdnt-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 11-7-97

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| John Stickney | 4 | | | | |
| Hector Mendoza | 8 | | | | |
| Rumaldo Avendaños | 8 | | | | |
| Jesus Mendoza | 8 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | Ford p/u | KCI | |
| 135 | irrigation trailer | " | |
| | Ditch Witch | Rental Hertz | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**REMARKS:**

KCI 01893

**INSPECTORS:**

cloudy and drizzel morning sunny afternoon
(WEATHER)

[signature]
(FOREMAN SIGNATURE)

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 274 |

| CONTRACTOR: | PROJECT MANAGER | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DATE: 11/10/97<br>DAY: MONDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 0 | 0.0 | MASON | GRADING AND CONCRETE |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 0 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 0 | 0.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 0 | 0.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 0 | 0.0 | BLDG ELEC -JOURNEYMAN | |
| | 0 | 0.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | CARPENTER, APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 0 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 1 | 2.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| DIVERSIFIED WINDOW COVERINGS | 0 | 0.0 | LABORER | WINDOW COVERINGS |

| | | |
|---|---|---|
| TOTAL EMPLOYEES: | 3 | |
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 18.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 143,358.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 143,376.5 | 143,376.5 |

| | |
|---|---|
| KEVIN SMITH, SUPERINTENDENT | 11/10/97<br>DATE |

A293

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 274 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER: JEFF HARPER | DATE: 11/10/97<br>DAY: MONDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

| | | | |
|---|---|---|---|
| WEATHER AM: | RAIN | WEATHER PM: | RAIN |
| TEMPERATURE | 59 | NO. OF RAIN DAYS: | 35 |
| WEATHER EFFECT ON JOB: | | | |

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
SITE SPEED LIMIT ENFORCEMENT
WATCH FOR CHILDREN
HARD HAT ENFORCEMENT
OFF SITE SPEED LIMIT

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI
PLANTS, TREES
IRRIGATION, ECT.

## AIR FORCE REMARKS

RAIN TODAY-
No Site Activies Today.
However, during my site inspection today it was evident that the contractor worked over the weekend. Asphalt was placed for the pedestrian walkway along the major green-belt area and also Maple street was paved b/t Units 44 & 49 and 31 & 32 except @ Utah cross intersection.

Sergio Calvada [signature]
AIR FORCE REPRESENTATIVE SIGNATURE TITLE II

Note: No inspection services were requested by the Air Force to FFA.

A294

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 275 |

| CONTRACTOR: | PROJECT MANAGER | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DATE: 11/11/97<br>DAY: TUESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 0 | 0.0 | MASON | GRADING AND CONCRETE |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 0 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 0 | 0.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 0 | 0.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 0 | 0.0 | BLDG ELEC -JOURNEYMAN | |
| | 0 | 0.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | CARPENTER, APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 0 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 1 | 2.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| DIVERSIFIED WINDOW COVERINGS | 0 | 0.0 | LABORER | WINDOW COVERINGS |

| | | |
|---|---|---|
| TOTAL EMPLOYEES: | 3 | |
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 18.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 143,376.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 143,394.5 | 143,394.5 |
| | | 11/11/97 |
| KEVIN SMITH, SUPERINTENDENT | | DATE |

A295

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 275 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 11/11/97 DAY: TUESDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

**WEATHER AM:** SPRINKLE **WEATHER PM:** SPRINKLES

**TEMPERATURE** 59 **NO. OF RAIN DAYS:** 36

**WEATHER EFFECT ON JOB:**

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT
OFF SITE SPEED LIMIT
WATCH FOR CHILDREN

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

**DONOVAN:**

**SMITH ELECTRIC:**

**GOLDEN STATE FENCE:**

**KCI**

PLANTS, TREES

## AIR FORCE REMARKS

Veteran's Day No government personnel on site today.
Weather was mostly clear & sunny, sprinkles indicated on daily are minor.
Muddy site conditions due to rains yesterday.
① Contractor cont. landscaping and installing irrigation laterals.
② No other major site activity today due to muddy site.

Sergio [signature]

AIR FORCE REPRESENTATIVE SIGNATURE TITLE II

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 276 |

CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE

PROJECT MANAGER: JEFF HARPER

DATE: 11/12/97
DAY: WEDNESDAY

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 0 | 0.0 | MASON | GRADING AND CONCRETE |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 0 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 0 | 0.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 0 | 0.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 0 | 0.0 | BLDG ELEC -JOURNEYMAN | |
| | 0 | 0.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | CARPENTER, APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 0 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 1 | 2.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LJ METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |

| | | |
|---|---|---|
| TOTAL EMPLOYEES: | 3 | |
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 18.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 143,392.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 143,410.5 | 143,410.5 |

KEVIN SMITH, SUPERINTENDENT — 11/12/97 DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | | 276 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 11/12/97 DAY: WEDNESDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

WEATHER AM: RAIN  WEATHER PM: RAIN
TEMPERATURE 59  NO. OF RAIN DAYS: 37
WEATHER EFFECT ON JOB:

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT
OFF SITE SPEED LIMIT
WATCH FOR CHILDREN

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI
PLANTS, TREES

## AIR FORCE REMARKS

AIR FORCE REPRESENTATIVE SIGNATURE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 277 |

| CONTRACTOR: | PROJECT MANAGER | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DATE: 11/13/97<br>DAY: THURSDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 0 | 0.0 | MASON | GRADING AND CONCRETE |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 0 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 0 | 0.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 0 | 0.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 0 | 0.0 | BLDG ELEC -JOURNEYMAN | |
| | 0 | 0.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | CARPENTER, APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 0 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 1 | 4.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |

| | | | |
|---|---|---|---|
| TOTAL EMPLOYEES: | 3 | | |
| TOTAL WORK HOURS ON JOB SITE THIS DATE | | 20.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | | 143,412.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | | 143,432.5 | 143,432.5 |

| | |
|---|---|
| | 11/13/97 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 277 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 11/13/97 DAY: THURSDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

**WEATHER AM:** CLOUDY **WEATHER PM:** CLOUDY
**TEMPERATURE** 59 **NO. OF RAIN DAYS:** 38
**WEATHER EFFECT ON JOB:**

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT
OFF SITE SPEED LIMIT
WATCH FOR CHILDREN

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

**DONOVAN:**

**SMITH ELECTRIC:**

**GOLDEN STATE FENCE:**

**KCI**
PLANTS, TREES

## AIR FORCE REMARKS

(No major activity) revision → No activity on job site due to muddy conditions.

Field Observation → Paving activities moved from Phase 3 to Phase 4 Utah Road.

No other field observations to report today.

Sergio Colunaly [signature]
AIR FORCE REPRESENTATIVE SIGNATURE TITLE II

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 278 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 11/14/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 0 | 0.0 | MASON | GRADING AND CONCRETE |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 0 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 0 | 0.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 0 | 0.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 0 | 0.0 | BLDG ELEC -JOURNEYMAN | |
| | 0 | 0.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | CARPENTER, APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 0 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 1 | 4.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| TOTAL EMPLOYEES: | 3 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 20.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 143,430.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 143,450.5 | 143,450.5 |

| | |
|---|---|
| [signature] | 11/14/97 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 278 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 11/14/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: FRIDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

WEATHER AM: CLOUDY WEATHER PM: CLOUDY
TEMPERATURE 59 NO. OF RAIN DAYS: 39
WEATHER EFFECT ON JOB:

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT OFF SITE SPEED LIMIT
WATCH FOR CHILDREN

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI
PLANTS, TREES

## AIR FORCE REMARKS

Weather: Rain during morning hours → minor showers
① No activities performed on site due to muddy conditions.
② No other field reports today.

Sergio [signature]
AIR FORCE REPRESENTATIVE SIGNATURE TITLE II