Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 11-17-97

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | 2 | | | |
| Enrique Mendoza | | 8 | | | |
| Martin F. Mendoza | | 8 | | | |
| Hector P. Navarrete | | 8 | | | |
| Arturo Valenzuela | | 8 | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | | |
| 165 | Ford P/U | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Mow Lawns | | |
| | clean planters | | |
| | spot palm trees | | |
| | clean flow lines | | |

**REMARKS:**

KCI 01892

**INSPECTORS:**

(WEATHER) A303 [signature] (FOREMAN SIGNATURE)

Kardeskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 11-18-97

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | 2 | | | |
| Enrique Mendoza | | 8 | | | |
| Martin F. Mendoza | | 8 | | | |
| Juan G. Hernandez | | 8 | | | |
| Jesus Mendoza | 8 | | | | |
| Armando Ramirez | 8 | | | | |
| Carlos Zamora | 8 | | | | |
| Arturo Valenzuela | 8 | | | | |
| Hector P. Navarrete | 8 | | | | |
| Jesus Vera | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | | |
| 165 | Ford P/U | | |
| 66 | Ford skiploader | | |
| | | | |
| | | | |
| | | | |

## WORK PERFORMED & MATERIALS INSTALLED TODAY

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Mow Lawns | | re seed Back and front yards |
| | Grade common Areas | | |
| | Grade houses | | |
| | spot palm trees | | |

**REMARKS:**

KCI 01891

**INSPECTORS:**

(WEATHER) (FOREMAN SIGNATURE) [signature]

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 11-19-97

| EMPLOYEE NAME | | 2 | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | | 7 | | | |
| Jesus Mendoza | | 7 | | | |
| David Bourman | | 2 | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford P/U | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | unload palm trees | | |

**REMARKS:**

KCI 01890

**INSPECTORS:**

Fair
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 11-20-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | | | |
| Hector Navarrete | 8 | | | | |
| Arturo Valenzuela | 8 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Fix drainage problem on Two | | |
| | houses phase 2 | | |
| | | | |
| | | | |

**REMARKS:**

KCI 01889

**INSPECTORS:**

Sunny
(WEATHER)

[illegible signature]
(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 11-21-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | |
|---|---|---|---|---|---|
| Jose Luis Vazquez | 8 | | Rafael R. Garcia | 8 | |
| Enrique Mendoza | 8 | | Eleodoro Vega | 8 | |
| Martin F. Mendoza | 8 | | Isidro Zamora | 8 | |
| Arturo Valenzuela | 8 | | Ramualdo Jacinto | 8 | |
| Hector R. Hernandez | 8 | | Jaime Rodriguez | 8 | |
| Jesus Mendoza | 8 | | Martin Garcia | 8 | |
| Armando Ramirez | 8 | | James R. Johnson | 8 | |
| Carlos Zamora | 8 | | | | |
| Juan G. Hernandez | 8 | | | | |
| Ignacio Hernandez | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR. |
|---|---|---|---|
| 173 | Ford ~~[illegible]~~ stakebed | | |
| 165 | Ford P/U | | |
| 66 | Ford skiploader | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | unload palm trees | | |
| | plant palm trees | | |
| | Grade houses | | |
| | Grade Commons Areas | | |

**REMARKS:**

KCI 01888

**INSPECTORS:**

Sunny (WEATHER)

[signature] (FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: K6036

DATE: 11-22-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | I |
|---|---|---|---|---|---|
| Enrique Mendoza | 8 | | Ignacio Hernandez | 8 | |
| Martin F. Mendoza | 8 | | Armando Jacinto | 8 | |
| Hector R. Hernandez | 8 | | Isidro Zamora | 8 | |
| Jesus Mendoza | 8 | | Hector Mendoza | | 8 |
| Armando Ramirez | 8 | | Ramon Arellanos | | 8 |
| Carlos Zamora | 8 | | Martin Covarrubias | | 8 |
| Teodoro Vega | 8 | | Jesus Vera | 8 | |
| Rafael P. Garcia | 8 | | | | |
| Juan G. Hernandez | 8 | | | | |
| Jaime Rodriguez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | KCI | |
| 95 | Ford p/u | " | |
| 147 | Kubota Tiller | " | |
| 66 | Ford skiploader | " | |
| | Ditch witch | Rental Hertz | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | plant palm trees | | |
| | Grade common areas | | |
| | Grade houses | | |
| | | | |

**REMARKS:**

KCI 01887

**INSPECTORS:**

Sunny (WEATHER)

[signature] (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 1603[illegible]

DATE: 11-24-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | M |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | Jaime Rodriguez | 8 | |
| Enrique Mendoza | 8 | | Martin Gomez | 8 | |
| Martin F. Mendoza | 8 | | Ignacio Hernandez | 8 | |
| Hector P. Navarrete | 8 | | Romualdo Jacinto | 8 | |
| Arturo Valenzuela | 8 | | Martin Garcia | 8 | |
| Carlos Zamora | 8 | | Isidro Zamora | 8 | |
| Eleodoro Vega | 8 | | James R. Johnson | | 8 |
| Ba[illegible] P. Garcia | 8 | | | | |
| Armando Ramirez | 8 | | | | |
| [illegible] Hernandez | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON—INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI—RENTAL—OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | KCI | |
| 165 | Ford p/u | \| | |
| 66 | Ford skiploader | \| | |
| 182 | Kubota Tiller | \| | |
| | Ditch witch | Rental Hertz | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | grade houses | 50 | 1gl. vines planted |
| | grade common areas | | |
| | rototill common areas | | |
| | 1gl. shrubs planted and water | | |

REMARKS:

KCI 01886

INSPECTORS:

Cloudy
(WEATHER)

[signature]
(FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 11-25-97

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | 1 |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | Jaime Rodriguez | 8 | |
| Enrique Mendoza | 8 | | Martin Cervantes | 8 | |
| Martin Mendoza | 8 | | Martin Garcia | 8 | |
| Arturo Valenzuela | 8 | | Isidro Zamora | 8 | |
| Hector P. Navarrete | 8 | | James R. Johnson | M 8 | |
| Carlos Zamora | 8 | | Hector Mendoza | | 8 |
| Eleodoro Vega | 5 | | Ramon Arevalos | | 8 |
| Rafael P. Garcia | 8 | | Jesus Vara | | 8 |
| Armando Ramirez | 8 | | Jesus Mendoza | L 5 | 3 |
| Juan G. Hernandez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 165 | Ford P/U | \| | |
| 66 | Ford skip loader | \| | |
| 182 | Kubota tiller | \| | |
| 135 | irrigation trailer | \| | |
| | Ditch Witch | Rental Hertz | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | grade common areas | | |
| | grade houses | | |
| | 1gl shrubs planted | | |

**REMARKS:**

KCI 01885

**INSPECTORS:**

Cloudy
(WEATHER)

A310

[signature] Luis Navarrete
(FOREMAN SIGNATURE)

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 286 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 11/26/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: WEDNESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 0 | 0.0 | MASON | GRADING AND CONCRETE |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 0 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 0 | 0.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 0 | 0.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 0 | 0.0 | BLDG ELEC -JOURNEYMAN | |
| | 0 | 0.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | CARPENTER, APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 0 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| TOTAL EMPLOYEES: | 2 | | | |
| TOTAL WORK HOURS ON JOB SITE THIS DATE | | | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | | | 144,415.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | | | 144,431.5 | 144,431.5 |

[signature] 11/26/97

KEVIN SMITH, SUPERINTENDENT DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 286 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 11/26/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: WEDNESDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

| | | | |
|---|---|---|---|
| WEATHER AM: | SHOWERS | WEATHER PM: | RAIN |
| TEMPERATURE | 58 | NO. OF RAIN DAYS: | 43 |
| WEATHER EFFECT ON JOB: | | | |

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT
OFF SITE SPEED LIMIT
WATCH FOR CHILDREN

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI
PLANTS, TREES

## AIR FORCE REMARKS

Note: Rain all day.
No work occured at site due to wet/muddy conditions.

[signature] 12-01-97
AIR FORCE REPRESENTATIVE SIGNATURE TTLE II

| CONTRACTOR QUALITY CONTROL REPORT | REPORT NO. 287 |
|---|---|
| | DATE: 28-Nov-97 |
| | CQC MANAGER: *PAUL OLSON* |
| PROJECT / CONTRACT NUMBER: FO46484-96-C-0046 | TITLE: REPLACE CAPEHART MFH PHASE 3(143 UNITS) |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE ~ A (JV) | |

WERE THERE ANY DELAYS IN WORK PROGRESS TODAY? NO ______ YES ______ IF YES, EXPLAIN:

Note: No daily was done yesterday due as it was Thanksgiving and no work was done on site.

VERBAL INSTRUCTIONS GIVEN BY THE GOVERNMENT:

HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM?
NO ______ YES ______ IF YES, EXPLAIN:

NOTE: OFFICIAL NOTIFICATION OF CLAIM MUST BE MADE TO THE CONTRACTING OFFICER BY SEPARATE CORRSPONDENCE.

SAFETY INSPECTION / MEETINGS: INDICATE INSPECTOINS MADE, ITEMS INSPECTED, DEFICIENCIES NOTED AND CORRECTIVE ACTION TAKEN.

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? NO __x__ YES ______
IF YES, ATTACH ACCIDENT REPORT

ENVIRONMENTAL IMPACT SURVEILLANCE: INCLUDE ITEMS AND/OR METHODS USED IN PROTECTION AND PROMOTION OF THE ENVIRONMENTAL CONDITIONS ON AND AROUND THE SITE OF WORK. INCLUDE DEFICIENCIES WITH ACTIONS TO BE TAKEN.

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 287 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 11/28/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 0 | 0.0 | MASON | GRADING AND CONCRETE |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 0 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 0 | 0.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 0 | 0.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 0 | 0.0 | BLDG ELEC -JOURNEYMAN | |
| | 0 | 0.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | CARPENTER, APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 0 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| TOTAL EMPLOYEES: | 2 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 144,431.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 144,447.5 | 144,447.5 |
| | | 11/28/97 |
| KEVIN SMITH, SUPERINTENDENT | | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | | 287 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 11/28/97 DAY: FRIDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

WEATHER AM: CLOUDY
TEMPERATURE 65
WEATHER EFFECT ON JOB:

WEATHER PM: SUN/CLOUDS
NO. OF RAIN DAYS: 43

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
SITE SPEED LIMIT ENFORCEMENT
WATCH FOR CHILDREN
HARD HAT ENFORCEMENT
OFF SITE SPEED LIMIT

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI
PLANTS, TREES

## AIR FORCE REMARKS

No work on site today due to Thanksgiving Holiday.

[signature] 12-04-97
AIR FORCE REPRESENTATIVE SIGNATURE
TITLE II