# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 288 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 12/1/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: MONDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 4 | 33.5 | MASON | GRADING AND CONCRETE |
| | 0 | 0.0 | LABORER | |
| | 1 | 8.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 0 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 0 | 0.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 0 | 0.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 0 | 0.0 | BLDG ELEC -JOURNEYMAN | |
| | 0 | 0.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | CARPENTER, APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 0 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| TOTAL EMPLOYEES: | 7 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 57.5 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 144,447.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 144,505.0 | 144,221.0 |

| | |
|---|---|
| | 12/1/97 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 288 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER: JEFF HARPER | DATE: 12/1/97<br>DAY: MONDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

WEATHER AM: CLOUDY
WEATHER PM: SUN/CLOUDS
TEMPERATURE: 65
NO. OF RAIN DAYS: 43
WEATHER EFFECT ON JOB:

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
SITE SPEED LIMIT ENFORCEMENT
WATCH FOR CHILDREN
HARD HAT ENFORCEMENT
OFF SITE SPEED LIMIT

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:
PUNCH LIST / PICK-UP

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI

NOTE: REPORT #267 SHOWS KCI AS HAVING 13 JOURNEYMEN FOR 384 HOURS.
THE CORRECT NUMBER OF HOURS AND JOURNEYMEN FOR KCI IS
13 JOURNEYMEN WITH 100 HOURS
WE HAVE SUBTRACTED 284 HOURS FROM THIS REPORTS TOTAL HOURS TO
COMPENSATE FOR THE ERROR.

## AIR FORCE REMARKS

① Contractor cont. to install irrigation laterals @ greenbelt by Tot-Lots.
② Cont. to repair road base at new streets to lay asphalt.
③ Cont. planting shrubs & trees.
④ Cont. formwork and placing conc. for street sidewalks.
⑤ Cont. Underground work for site lighting (pulling cable).

[signature]
AIR FORCE REPRESENTATIVE SIGNATURE

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 12-2-97

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | / | |
|---|---|---|---|---|---|
| Jose luis Navarrete | 6 | 2 | Hector Mendoza | 8 | |
| Martin F. Mendoza | 2 | 6 | Ramon Arevalos | 8 | |
| Hector Navarrete | 2 | 6 | Jesus Mendoza | 8 | |
| James R. Johnson | | 8 | Jesus Vera | 8 | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☒ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☒ | ☐ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | K.C.I | |
| 165 | Ford p/u | \| | |
| 95 | Ford P/U | \| | |
| 135 | irrigation trailer | \| | |
| | Ditch witch | Rental Heitz | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | rototill common Area | | Trench and install lateral |
| | spread soil prep in common | | lines with heads on common |
| | Area, clean up for a walk thru | | Areas |
| | ~~weed~~ spray broad leaf weeds | | reseed some yards |

**REMARKS:** brock an Electrical Box with the rototiller

KCI 01884

**INSPECTORS:**

Clear
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 12-3-97

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | I | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | Hector Mendoza | 8 | |
| Martin F. Mendoza | 8 | | Ramon Arevalos | 8 | |
| Hector P. Navarrete | 8 | | Jesus Mendoza | 8 | |
| James R. Johnson | 6 | 2 | Jesus Vera | 8 | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI–RENTAL–OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford Stakebed | KCI | |
| 115 | Ford P/U | " | |
| 135 | irrigation trailer | " | |
| | Ditch Witch | Rental Hertz | |
| 95 | Ford P/U | KCI | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON–INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Trench and install lateral lines with heads and backfill | | rototill common areas |
| | fix yards damage from rain | | trench and install drip lines and backfill |

**REMARKS:**

KCI 01883

**INSPECTORS:**

Cloudy
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 12-4-97

| EMPLOYEE NAME | L | H | EMPLOYEE NAME | / | L |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | Hector Mendoza | 8 | |
| Hector Villanueva | 8 | | Ramon Acevedo | 8 | |
| Martin F. Mendoza | | 8 | Jesus Vera | 8 | |
| Juan Hernandez | 8 | | Jesus Mendoza | 6 | 2 |
| James R. Johnson | 3 | 5 | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☒ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | KCI | |
| 165 | Ford P/U | " | |
| 95 | Ford P/U | " | |
| 135 | irrigation trailer | " | |
| 182 | Kubota tiller | " | |
| | Ditch Witch | Rental Hertz | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | grade and fix road damage | | Trench and install lateral |
| | from rain | | lines with heads and backfill |
| | Hydroseed #98-114 | | |
| | spray for broad leaf weeds | | |

**REMARKS:**

KCI 01882

**INSPECTORS:**

Cloudy and windy
(WEATHER)

A320

Luis Navarrete
(FOREMAN SIGNATURE)

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 292 |

CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE
PROJECT MANAGER: JEFF HARPER
DATE: 12/5/97
DAY: FRIDAY

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| JOHN P. DONOVAN | 0 | 0.0 | MASON | GRADING AND CONCRETE |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | IRONWORKER | |
| R.P. RICHARDS | 0 | 0.0 | PLUMBER - JOURNEYMAN | SEWER/WATER/GAS |
| | 0 | 0.0 | PLUMBER - APPRENTICE | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | SHEETMETAL - JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL - APPRENTICE | |
| | 0 | 0.0 | INSULATOR -JOURNEYMAN | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | INSULATOR -APPRENTICE | |
| SMITH ELECTRIC | 0 | 0.0 | UG ELEC - JOURNEYMAN | ELECTRICAL |
| | 0 | 0.0 | UG ELEC- APPRENTICE | |
| | 0 | 0.0 | BLDG ELEC -JOURNEYMAN | |
| | 0 | 0.0 | BLDG ELEC - APPRENTICE | |
| | 0 | 0.0 | CARPENTER, APPRENTICE | |
| | 0 | 0.0 | OPERATOR | |
| GOLDEN STATE FENCE | 6 | 18.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| COFFMAN ENTERPRISES | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDERER | |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | FINISH CARPENTER | FINISH CARPENTRY |
| APC | 0 | 0.0 | PAINTER | PAINT |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| MICHAEL'S CUSTOM TILE | 0 | 0.0 | TILESETTER | CERAMIC TILE |
| | 0 | 0.0 | TILE FINISHER | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| PRECISION CONCRETE | 0 | 0.0 | CONCRETE MASON | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| | 0 | 0.0 | SOFT FLOOR LAYER | |
| | 0 | 0.0 | LABORER | |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| TOTAL EMPLOYEES: | 8 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 34.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 144,704.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 144,738.5 | 144,738.5 |

KEVIN SMITH, SUPERINTENDENT — DATE: 12/5/97

A321

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 292 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 12/5/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: FRIDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

WEATHER AM: RAIN  WEATHER PM: CLOUDY
TEMPERATURE 65  NO. OF RAIN DAYS: 46
WEATHER EFFECT ON JOB:

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY  HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT  OFF SITE SPEED LIMIT
WATCH FOR CHILDREN

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

SMITH ELECTRIC:

GOLDEN STATE FENCE:
SET FENCE POST AND INSTALL WOOD FENCING

KCI

## AIR FORCE REMARKS

Rain Today -
① Fence crew appeared to work early morning and left due to rains.
② Job site was vacant due to rain.
③ No landscaping crews observed on site today.

Sergio Cabrunte [signature]
AIR FORCE REPRESENTATIVE SIGNATURE TITLE II

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 293 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 12/8/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: MONDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| CARLESKNEP-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| E | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| TONE FRAMING | 0 | 0.0 | CARPENTER | FRAMING |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 2 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 144,738.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 144,754.5 | 144,754.5 |

[signature]

KEVIN SMITH, SUPERINTENDENT

12/8/97

DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 293 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 12/8/97 DAY: MONDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

| | | | |
|---|---|---|---|
| WEATHER AM: | RAIN | WEATHER PM: | RAIN |
| TEMPERATURE | 65 | NO. OF RAIN DAYS: | 47 |
| WEATHER EFFECT ON JOB: | | | |

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT
OFF SITE SPEED LIMIT
WATCH FOR CHILDREN

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI

## AIR FORCE REMARKS

① Rain continues on & off today. Rained over the weekend.
② No crews observed working today on site due to rain.
③ Structures ~~tu~~ (houses) have been completed only site work remains.

[signature]
AIR FORCE REPRESENTATIVE SIGNATURE TITLE-II

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 294 |

| CONTRACTOR: | PROJECT MANAGER | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DATE: 12/9/97<br>DAY: TUESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| TONE FRAMING | 0 | 0.0 | CARPENTER | FRAMING |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 2 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 144,754.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 144,770.5 | 144,770.5 |

| | |
|---|---|
| KEVIN SMITH, SUPERINTENDENT | 12/9/97<br>DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | **294** |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 12/9/97 DAY: TUESDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

**WEATHER AM:** SUNNY **WEATHER PM:** CLOUDY
**TEMPERATURE** 65 **NO. OF RAIN DAYS:** 47
**WEATHER EFFECT ON JOB:**

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
SITE SPEED LIMIT ENFORCEMENT
WATCH FOR CHILDREN
HARD HAT ENFORCEMENT
OFF SITE SPEED LIMIT

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

**DONOVAN:**

**SMITH ELECTRIC:**

**GOLDEN STATE FENCE:**

**KCI**

## AIR FORCE REMARKS

① Although the day was sunny and clear during the morning there was no activity observed at the site. This is evident from contractor's daily indicating no work crews today. Site was wet & muddy. Since structures have already been completed only sitework remains.

[signature]
AIR FORCE REPRESENTATIVE SIGNATURE TITLE-II