# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 301 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 12/18/97 DAY: THURSDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

| | | | |
|---|---|---|---|
| WEATHER AM: | RAIN | WEATHER PM: | CLOUDY |
| TEMPERATURE | 65' | NO. OF RAIN DAYS: | 49 |
| WEATHER EFFECT ON JOB: | | | |

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT
OFF SITE SPEED LIMIT
WATCH FOR CHILDREN

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI

## AIR FORCE REMARKS

① Heavy rains today. No work force observed today on site. Contractor's daily reflects my field observation.
Field Note: No attempt has been made to cover/protect the drains

AIR FORCE REPRESENTATIVE SIGNATURE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 302 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 12/19/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 3 | 20.0 | MASON | GRADING & CONCRETE WORK |
| | 2 | 7.0 | LABORER | |
| | 2 | 8.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| TONE FRAMING | 0 | 0.0 | CARPENTER | FRAMING |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| **TOTAL EMPLOYEES:** | 9 | | | |

| | | |
|---|---|---|
| **TOTAL WORK HOURS ON JOB SITE THIS DATE** | 51.0 | |
| **CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT** | 145,883.5 | |
| **TOTAL WORK HOURS FROM START OF CONSTRUCTION** | 145,934.5 | 145,934.5 |

| | |
|---|---|
| | 12/19/97 |
| **KEVIN SMITH, SUPERINTENDENT** | **DATE** |

A337

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 302 |

| CONTRACTOR: | PROJECT MANAGER | DATE: | 12/19/97 |
|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: | FRIDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

| | | | |
|---|---|---|---|
| WEATHER AM: | CLOUDY | WEATHER PM: | CLOUDY |
| TEMPERATURE | 65 | NO. OF RAIN DAYS: | 49 |
| WEATHER EFFECT ON JOB: | | | |

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
SITE SPEED LIMIT ENFORCEMENT
WATCH FOR CHILDREN
HARD HAT ENFORCEMENT
OFF SITE SPEED LIMIT

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI

## AIR FORCE REMARKS

① Cont. installing irrigation lines/piping along main green-belt
② Cont. planting trees and shrubs along main green-belt
③ Cont. landscape maintenance.
④ Slight drizzle today, but mostly overcast.

[signature]
AIR FORCE REPRESENTATIVE SIGNATURE TITLE II

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 303 |

CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE

PROJECT MANAGER: JEFF HARPER

DATE: 12/22/97

DAY: MONDAY

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 5 | 19.0 | MASON | GRADING & CONCRETE WORK |
| | 3 | 9.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 9 | 90.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 9 | 87.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| TONE FRAMING | 0 | 0.0 | CARPENTER | FRAMING |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 28 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 221.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 145,934.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 146,155.5 | 146,155.5 |

KEVIN SMITH, SUPERINTENDENT — DATE: 12/22/97

A339

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 304 |

| CONTRACTOR: | PROJECT MANAGER | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DATE: 12/23/97<br>DAY: TUESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 9 | 90.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 9 | 74.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| TONE FRAMING | 0 | 0.0 | CARPENTER | FRAMING |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 20 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 180.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 146,155.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 146,335.5 | 146,335.5 |

| | |
|---|---|
| | 12/23/97 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

A340

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 305 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 12/24/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: WEDNESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 3 | 12.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 9 | 90.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 8 | 77.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| TONE FRAMING | 0 | 0.0 | CARPENTER | FRAMING |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| **TOTAL EMPLOYEES:** | 22 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 195.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 146,335.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 146,530.5 | 146,530.5 |

| | |
|---|---|
| | 12/24/97 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

A341

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 306 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 12/29/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: MONDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 1 | 1.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 9 | 90.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 9 | 90.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| TONE FRAMING | 0 | 0.0 | CARPENTER | FRAMING |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 21 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 197.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 146,530.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 146,727.5 | 146,727.5 |

| | |
|---|---|
| | 12/29/97 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

A342

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 307 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 12/30/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: TUESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 3 | 15.5 | MASON | GRADING & CONCRETE WORK |
| | 1 | 1.5 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 9 | 90.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 9 | 86.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| TONE FRAMING | 0 | 0.0 | CARPENTER | FRAMING |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 24 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 209.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 146,727.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 146,936.5 | 146,936.5 |

| | |
|---|---|
| [signature] | 12/30/97 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

A343

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 308 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 12/31/97 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: WEDNESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 6 | 26.5 | MASON | GRADING & CONCRETE WORK |
| | 3 | 9.5 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| SANTORI WOODWORKING | 0 | 0.0 | CARPENTER | COUNTERTOPS |
| TONE FRAMING | 0 | 0.0 | CARPENTER | FRAMING |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 11 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 52.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 146,936.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 146,988.5 | 146,988.5 |

| | |
|---|---|
| | 12/31/97 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

A344

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 308 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 12/31/97 DAY: WEDNESDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

| | | | |
|---|---|---|---|
| WEATHER AM: | CLOUDY | WEATHER PM: | CLOUDY |
| TEMPERATURE | 65 | NO. OF RAIN DAYS: | 49 |
| WEATHER EFFECT ON JOB: | | | |

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
SITE SPEED LIMIT ENFORCEMENT
WATCH FOR CHILDREN
HARD HAT ENFORCEMENT
OFF SITE SPEED LIMIT

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

**DONOVAN:**
SIDEWALKS
PUNCH LIST AND PICK-UP

**SMITH ELECTRIC:**

**GOLDEN STATE FENCE:**

**KCI**

## AIR FORCE REMARKS

Contractor indicates concrete flatwork being performed. No crews were observed performing this work. However, landscape crew was observed planting at green-belt area located between Maple street and basket-ball court. Also observed were two men pulling underground cable for telephone. These activities are not indicated on contractor's daily.

Sergio Calinada [signature]
AIR FORCE REPRESENTATIVE SIGNATURE TITLE II