| CONTRACTOR QUALITY CONTROL REPORT | REPORT NO. 309-319 |
|---|---|
| | DATE: 1/5/1998-1/19/98 |
| | CQC MANAGER: *PAUL OLSON* |
| PROJECT / CONTRACT NUMBER: F046484-96-C-0046 | TITLE: REPLACE CAPEHART MFH PHASE 3(143 UNITS) |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE ~ A (JV) | |

WERE THERE ANY DELAYS IN WORK PROGRESS TODAY? NO ______ YES ______ IF YES, EXPLAIN:

***Due to weather, no work has been done since 12/31/97 on this project. This daily shall serve as record that no quality control activities took place on this project during those days. Please see the Contractors daily progress report for any contractor activity that took place during those days.***

VERBAL INSTRUCTIONS GIVEN BY THE GOVERNMENT:

*Please note the following warranty period start dates:*

| | |
|---|---|
| *Units #1-24: | 20-Oct-97 |
| *Units #25-54: | 03-Nov-97 |
| *Units #55-64 | 27-Nov-97 |
| *Units #65-97: | 28-Nov-97 |
| *Units #98-114: | 04-Jan-98 |
| *Units #115-123: | 13-Jan-98 |
| *Units #124-143: | 30-Jan-98 |

HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM?

NO ______ YES ______ IF YES, EXPLAIN:

NOTE: OFFICIAL NOTIFICATION OF CLAIM MUST BE MADE TO THE CONTRACTING OFFICER BY SEPARATE CORRSPONDENCE.

SAFETY INSPECTION / MEETINGS: INDICATE INSPECTOINS MADE, ITEMS INSPECTED, DEFICIENCIES NOTED AND CORRECTIVE ACTION TAKEN.

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? NO __x__ YES ______

IF YES, ATTACH ACCIDENT REPORT

ENVIRONMENTAL IMPACT SURVEILLANCE: INCLUDE ITEMS AND/OR METHODS USED IN PROTECTION AND PROMOTION OF THE ENVIRONMENTAL CONDITIONS ON AND AROUND THE SITE OF WORK. INCLUDE DEFICIENCIES WITH ACTIONS TO BE TAKEN.

| CONTRACTOR QUALITY CONTROL REPORT | REPORT NO. 309-319 |
| --- | --- |
| | DATE: 1/5/1998-1/19/98 |
| | CQC MANAGER: *PAUL OLSON* |
| PROJECT / CONTRACT NUMBER: FO46484-96-C-0046 | TITLE: REPLACE CAPEHART MFH PHASE 3(143 UNITS) |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE ~ A (JV) | |

| SPECIFICATION NUMBER | DESCRIPTION OF MAJOR MATERIAL DELIVERIES |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

GENERAL COMMENTS:

Geo Source completed the following testing on site today:

*None

Specifics of Geo Source testing, on those days that testing was done, can be seen on the attached Geo Source daily.

CONTRACTOR CERTIFICATION: ON BEHALF OF THE CONTRACTOR, I CERTIFY THAT THIS REPORT IS COMPLETE AND CORRECT AND ALL EQUIPMENT AND MATERIAL USED AND WORK PERFORMED DURING THIS REPORTING PERIOD ARE IN COMPLIANCE WITH THE CONTRACT PLANS AND SPECIFICATIONS, TO THE BEST OF MY KNOWLEDGE, EXCEPT AS NOTED ABOVE.

AUTHORIZED CONTRACTOR REPRESENTATIVE: Paul D Olson

KCI
Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 01-20-98

| EMPLOYEE NAME | M | L | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | | | | | |
| Enrique Mendoza | | | | | |
| Carlos Zamora | | | | | |
| Ramon Arevalos | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford p/u | KCI | |
| | Ford white van | " | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | spray for broadleaf weeds | | |
| | reseed spots on yards | | |
| | replace some plants | | |
| | | | |

**REMARKS:**

KCI 01874

**INSPECTORS:**

Cold and cloudy
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 321 |

| CONTRACTOR: | PROJECT MANAGER | DATE / DAY |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DATE: 1/21/98 DAY: WEDNESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 5 | 16.0 | MASON | GRADING & CONCRETE WORK |
| | 2 | 10.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 6 | 44.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 1 | 8.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 16 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 96.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 174,208.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 174,304.5 | 174,304.5 |

KEVIN SMITH, SUPERINTENDENT

1/21/98

DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 322 |

CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE

PROJECT MANAGER: JEFF HARPER

DATE: 1/22/98
DAY: THURSDAY

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 3 | 13.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 6 | 44.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 1 | 8.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 12 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 81.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 174,304.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 174,385.5 | 174,385.5 |

KEVIN SMITH, SUPERINTENDENT — 1/22/98 DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | | REPORT # |
|---|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | | | 323 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | | PROJECT MANAGER: JEFF HARPER | DATE: 1/23/98 DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 6 | 24.0 | MASON | GRADING & CONCRETE WORK |
| | 1 | 3.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 5 | 40.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 4 | 32.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 18 | | | |
| TOTAL WORK HOURS ON JOB SITE THIS DATE | | | 115.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | | | 174,385.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | | | 174,500.5 | 174,500.5 |

1/23/98

KEVIN SMITH, SUPERINTENDENT — DATE

A351

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 324 |

| CONTRACTOR: | PROJECT MANAGER | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DATE: 1/26/98<br>DAY: MONDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER-FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 3 | 25.0 | MASON | GRADING & CONCRETE WORK |
| | 3 | 23.0 | LABORER | |
| | 1 | 9.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 4 | 25.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 4 | 16.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 17 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 114.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 174,500.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 174,614.5 | 174,614.5 |

KEVIN SMITH, SUPERINTENDENT

1/26/98

DATE

A352

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 325 |

| CONTRACTOR: | PROJECT MANAGER | DATE: / DAY: |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | 1/27/98 TUESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 6 | 39.0 | MASON | GRADING & CONCRETE WORK |
| | 2 | 5.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 9 | 56.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 6 | 36.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 1 | 4.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 26 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 156.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 174,614.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 174,770.5 | 174,770.5 |

| | |
|---|---|
| | 1/27/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

A353

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO: | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 326 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 1/28/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: WEDNESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 9 | 66.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 8 | 60.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 19 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 142.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 174,770.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 174,912.5 | 174,912.5 |

| | |
|---|---|
| [signature] | 1/28/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART-MFH PHASE 3 (143 UNITS) | 327 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 1/29/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: THURSDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 3 | 12.0 | LABORER | |
| | 1 | 4.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 3 | 18.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 5 | 30.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 14 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 80.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 174,912.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 174,992.5 | 174,992.5 |

| | |
|---|---|
| | 1/29/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |