| CONTRACTOR QUALITY CONTROL REPORT | REPORT NO. 328-333 |
| --- | --- |
| | DATE: 1/30/1998-2/6/1998 |
| | CQC MANAGER: *PAUL OLSON* |

PROJECT / CONTRACT NUMBER: F046484-96-C-0046 TITLE: REPLACE CAPEHART MFH PHASE 3(143 UNITS)

CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE – A (JV)

WERE THERE ANY DELAYS IN WORK PROGRESS TODAY? NO ______ YES ______ IF YES, EXPLAIN:

***Due to weather, no work was done from 1/30-2/6 on this project. This daily shall serve as record that no quality control activities took place on this project during those days. Please see the Contractors daily progress report for any contractor activity that took place during those days.***

VERBAL INSTRUCTIONS GIVEN BY THE GOVERNMENT:

HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM?

NO ______ YES ______ IF YES, EXPLAIN:

*****Waiting for a landscape punchlist from the Air Force for units #1-54.***

NOTE: OFFICIAL NOTIFICATION OF CLAIM MUST BE MADE TO THE CONTRACTING OFFICER BY SEPARATE CORRSPONDENCE.

SAFETY INSPECTION / MEETINGS: INDICATE INSPECTOINS MADE, ITEMS INSPECTED, DEFICIENCIES NOTED AND CORRECTIVE ACTION TAKEN.

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? NO __x__ YES ______

IF YES, ATTACH ACCIDENT REPORT

ENVIRONMENTAL IMPACT SURVEILLANCE: INCLUDE ITEMS AND/OR METHODS USED IN PROTECTION AND PROMOTION OF THE ENVIRONMENTAL CONDITIONS ON AND AROUND THE SITE OF WORK. INCLUDE DEFICIENCIES WITH ACTIONS TO BE TAKEN.

| CONTRACTOR QUALITY CONTROL REPORT | REPORT NO. 328-333 |
|---|---|
| | DATE: 1/30/1998-2/6/1998 |
| | CQC MANAGER: *PAUL OLSON* |
| PROJECT / CONTRACT NUMBER: F046484-96-C-0046 | TITLE: REPLACE CAPEHART MFH PHASE 3(143 UNITS) |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE ~ A (JV) | |

| SPECIFICATION NUMBER | DESCRIPTION OF MAJOR MATERIAL DELIVERIES |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

GENERAL COMMENTS:

Geo Source completed the following testing on site today:

*None

Specifics of Geo Source testing, on those days that testing was done, can be seen on the attached Geo Source daily.

CONTRACTOR CERTIFICATION: ON BEHALF OF THE CONTRACTOR, I CERTIFY THAT THIS REPORT IS COMPLETE AND CORRECT AND ALL EQUIPMENT AND MATERIAL USED AND WORK PERFORMED DURING THIS REPORTING PERIOD ARE IN COMPLIANCE WITH THE CONTRACT PLANS AND SPECIFICATIONS, TO THE BEST OF MY KNOWLEDGE, EXCEPT AS NOTED ABOVE.

AUTHORIZED CONTRACTOR REPRESENTATIVE: Paul D. Olson

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 334 |

CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE

PROJECT MANAGER: JEFF HARPER

DATE: 2/9/98
DAY: MONDAY

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 2 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 175,088.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 175,104.5 | 175,104.5 |

KEVIN SMITH, SUPERINTENDENT

2/9/98
DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # | |
|---|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 334 | |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 2/9/98 | DAY: MONDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

WEATHER AM: CLOUDY  WEATHER PM: CLEAR
TEMPERATURE 61  NO. OF RAIN DAYS: 60
WEATHER EFFECT ON JOB: site conditions are soggy ,wet ,and unworkable

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY  HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT  OFF SITE SPEED LIMIT
WATCH FOR CHILDREN

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI

## AIR FORCE REMARKS Rec. 2-20-98

① No work crews observed today due to wet site conditions.
② I reviewed Units 32-38 for 'Unit landscape acceptance' per Air Force & Contractor's request. Various deficiencies were noted and individual punch-list were given to Bob Griswold (Air Force) to issue to 30 CONS & CONTRACTOR. Sergio [signature]

AIR FORCE REPRESENTATIVE SIGNATURE TITLE II

Kardeskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 2-10-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | L | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 5 | 2 | Martin Cervantes | 1 | |
| Martin Mendoza | 1 | | | | |
| Enrique Mendoza | 8 | | | | |
| Armando Ramirez | 8 | | | | |
| Jesus Mendoza | 8 | | | | |
| James R. Johnson | | 8 | | | |
| Romualdo Jacinto | | 8 | | | |
| Hector P. Navarrete | 5 | | | | |
| Carlos Zamora | 1 | | | | |
| Isidro Zamora | 1 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | KCI | |
| 165 | Ford P/U | 〃 | |
| 66 | Ford skiploader | 〃 | |
| | | | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | spread mulch on shrub | | |
| | areas and greenbelt | | |
| | spray for broadleaf weeds | | |
| | pull out big broadleaf weeds | | |

**REMARKS:**

KCI 01873

**INSPECTORS:**

Sunny
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)

KCI Karlesklint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16025

DATE: 2-11-98

| EMPLOYEE NAME | | 2 | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | | 4 | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford p/u | KCI | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | spot plant material | | |

**REMARKS:**

KCI 01872

**INSPECTORS:**

Sunny (WEATHER)

Luis Navarrete (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 2-11-98

| EMPLOYEE NAME | 2 | M | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 3 | 1 | | | |
| Enrique Mendoza | 8 | | | | |
| Hector P. Navarrete | 8 | | | | |
| Jesus Mendoza | | 8 | | | |
| Armando Ramirez | 8 | | | | |
| Romualdo Jacinto | | 8 | | | |
| James A. Johnson | | 8 | | | |
| Ramon Arevalos | 8 | | | | |

MANDATORY QUESTIONNAIRE:
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☐ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☐ |
| * POSSIBLE BACK CHARGES | ☐ | ☐ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | KCI | |
| 165 | Ford p/u | \| | |
| 16 | Ford skiploader | \| | |

WORK PERFORMED & MATERIALS INSTALLED TODAY

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | spread moulch on shrub areas | | strait up palm trees |
| | spray for broadleafs | | |
| | pull out tall broadleafs | | |
| | paint Acacia tree trunks | | |

REMARKS:

KCI 01871

INSPECTORS:

Sunny (WEATHER)

Luis Navarrete (FOREMAN SIGNATURE)

KCI Kardeskin-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 2-12-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 3 | 1 | | | |
| Enrrique Mendoza | 6 | 0 | | | |
| Armando Ramirez | | 6 | | | |
| Ramon Arevalos | 6 | | | | |
| Hector P. Navarrete | 6 | | | | |
| Romualdo Jacinto | | 6 | | | |
| Jesus Mendoza | | 6 | | | |
| James R. Johnson | | 6 | | | |
| Carlos Rivas | | 6 | | | |
| Jorge Gomez | | 6 | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford p/u | KCI | |
| 173 | Ford stake bed | " | |
| 66 | Ford skiploader | " | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | spread moulch on shrub areas | | |
| | clean planters from weeds | | |
| | mow lawns | | |
| | pull tall weeds from yards | | |

**REMARKS:**

KCI 01870

**INSPECTORS:**

Cloudy
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16025

DATE: 2-12-98

| EMPLOYEE NAME | | L | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | | 2 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☐ |
| * GENERAL CONTRACTOR | ☐ | ☐ |
| * SUBCONTRACTOR | ☐ | ☐ |
| * KCI EMPLOYEE | ☐ | ☐ |
| * PROJECT OWNER | ☐ | ☐ |
| * PUBLIC | ☐ | ☐ |
| * OTHER | ☐ | ☐ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☐ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☐ |
| * IS THIS EXTRA WORK | ☐ | ☐ |
| **4. ANY ACCIDENTS** | ☐ | ☐ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☐ |
| * POSSIBLE BACK CHARGES | ☐ | ☐ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☐ |
| * RELEASE #: ______ | | |
| **7. WAS "USA" CALLED** | ☐ | ☐ |
| * REQUEST #: ______ | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☐ |

(A vertical line is drawn through the N column.)

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford p/u | KCI | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | spot plant material | | |
| | | | |
| | | | |
| | | | |

**REMARKS:**

KCI 01869

**INSPECTORS:**

cloudy
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 2-13-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | 2 | | | |
| Enrrique Mendoza | 8 | | | | |
| Armando Ramirez | | 8 | | | |
| Jesus Mendoza | 8 | | | | |
| Ramon Arevalos | 8 | | | | |
| Romualdo Jacinto | | 8 | | | |
| James R Johnson | 8 | | | | |
| Hector P. Navarrete | 8 | | | | |
| Carlos Rivas | | 8 | | | |
| Jorge Gomez | | 8 | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☐ |
| * PROJECT OWNER | ☐ | ☐ |
| * PUBLIC | ☐ | ☐ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 165 | Ford p/u | / | |
| 66 | Ford skip loader | / | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | spread mulch on greenbelt | | pull tall broad leaf weeds |
| | mow lawns | | |
| | Grade green belt | | |
| | plant Ground cover | | |

REMARKS:

KCI 01868

INSPECTORS:

Sunny (WEATHER)

Luis Navarrete (FOREMAN SIGNATURE)

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 339 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 2/17/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: TUESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 2 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 175,368.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 175,384.5 | 175,384.5 |

KEVIN SMITH, SUPERINTENDENT

2/17/98
DATE

| CONTRACTOR QUALITY CONTROL REPORT | REPORT NO. 340-341 |
|---|---|
| | DATE: 2/18/-2/191998 |
| | CQC MANAGER: *PAUL OLSON* |

PROJECT / CONTRACT NUMBER: FO46484-98-C-0046 TITLE: REPLACE CAPEHART MFH PHASE 3(143 UNITS)

CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE ~ A (JV)

WERE THERE ANY DELAYS IN WORK PROGRESS TODAY? NO ______ YES ______ IF YES, EXPLAIN:

***Due to the rainfall, there was no work performed on site from 2/18-2/19. During those days no quality control activities took place.***

**VERBAL INSTRUCTIONS GIVEN BY THE GOVERNMENT:**

*The contractor has been notified by Bob G. that the warranty start dates for units #115-143 will have to be pushed back due to the planting work that has not yet been completed. Upon completion of the planting for these units a new warranty start date will be established.

*I received a copy of SWA's site recommendations with regards to the first 54 units and beyond. Although the contractor was instructed not to act on the list as a complete list, I have instructed KCI to take care of the issues that were indeed unacceptable with regards to the contract requirements.

**HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM?**

NO ______ YES __X__ IF YES, EXPLAIN:

***It has now been 2 weeks+ since the landscape walk took place and the contractor has not yet been provided a list of items requiring corrective action or replacement at units #1-54.***

***Due to the storm on 2/1/98, wind broke the tops of 22 15 gallon trees, caused 24 palms to blow over or lean, caused severe hydroseed damage to (lots 126-143, Oceanview Blvd. common areas, the race track common area, and common areas near units 132, 88, 32, 87, 74).***

***Although it has been verbally communicated , it should be noted that the heavy rains during Thanksgiving week caused severe hydroseed damage to lots 48, 98-111, and 116-125.***

NOTE: OFFICIAL NOTIFICATION OF CLAIM MUST BE MADE TO THE CONTRACTING OFFICER BY SEPARATE CORRSPONDENCE.

SAFETY INSPECTION / MEETINGS: INDICATE INSPECTOINS MADE, ITEMS INSPECTED, DEFICIENCIES NOTED AND CORRECTIVE ACTION TAKEN.

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? NO __x__ YES ______

IF YES, ATTACH ACCIDENT REPORT

ENVIRONMENTAL IMPACT SURVEILLANCE: INCLUDE ITEMS AND/OR METHODS USED IN PROTECTION AND PROMOTION OF THE ENVIRONMENTAL CONDITIONS ON AND AROUND THE SITE OF WORK. INCLUDE DEFICIENCIES WITH ACTIONS TO BE TAKEN.

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 341 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 2/19/98 DAY: THURSDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 2 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 175,400.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 175,416.5 | 175,416.5 |

| | |
|---|---|
| [signature] | 2/19/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |