# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 341 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 2/19/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: THURSDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

**WEATHER AM:** RAIN **WEATHER PM:** RAIN
**TEMPERATURE** 58 **NO. OF RAIN DAYS:** 66
**WEATHER EFFECT ON JOB:** Site conditions are soggy and wet

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT
OFF SITE SPEED LIMIT
WATCH FOR CHILDREN

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

**DONOVAN:**

**SMITH ELECTRIC:**

**GOLDEN STATE FENCE:**

**KCI**

## AIR FORCE REMARKS Rec. 3-2-98

* ① No work crews were on site today due to Rains.

*Note: officially, Title II Service Contract ended on Feb. 15, 1998 for FFA. I was on-site completing government files to be turned over to 30 CECE & 30 CONS.

Sergio Calderón
AIR FORCE REPRESENTATIVE SIGNATURE TITLE II

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 2-20-98

| EMPLOYEE NAME | 2 | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 3 | | | | |
| Hector Navarrete | 4 | | | | |
| Ramon Arevalos | 3 | | | | |
| Jesus Mendoza | 3 | | | | |
| Carlos Rivas | 3 | | | | |
| Jorge Gomez | 3 | | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 115 | Ford p/u | KCI | |
| 173 | Ford stake bed | " | |
| | Ford skip loader | " | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | 15 G.L. Trees planted | | |

**REMARKS:**

KCI 01867

**INSPECTORS:**

Sunny (WEATHER)

[signature] (FOREMAN SIGNATURE)

| CONTRACTOR QUALITY CONTROL REPORT | REPORT NO. 343-344 |
|---|---|
| | DATE: 2/23-2/24/98 |
| | CQC MANAGER: *PAUL OLSON* |

PROJECT / CONTRACT NUMBER: FO46484-96-C-0046 TITLE: REPLACE CAPEHART MFH PHASE 3(143 UNITS)

CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE ~ A (JV)

WERE THERE ANY DELAYS IN WORK PROGRESS TODAY? NO ______ YES ______ IF YES, EXPLAIN:

***Due to the rainfall, there was no work performed on site from 2/23-2/24. During those days no quality control activities took place.***

**VERBAL INSTRUCTIONS GIVEN BY THE GOVERNMENT:**

*The contractor has been notified by Bob G. that the warranty start dates for units #115-143 will have to be pushed back due to the planting work that has not yet been completed. Upon completion of the planting for these units a new warranty start date will be established.

*I received a copy of SWA's site recommendations with regards to the first 54 units and beyond. Although the contractor was instructed not to act on the list as a complete list, I have instructed KCI to take care of the issues that were indeed unacceptable with regards to the contract requirements.

**HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM?**

NO ______ YES __X__ IF YES, EXPLAIN:

*****It has now been 2 weeks+ since the landscape walk took place and the contractor has not yet been provided a list of items requiring corrective action or replacement at units #1-54.***

*****Due to the storm on 2/1/98, wind broke the tops of 22 15 gallon trees, caused 24 palms to blow over or lean, caused severe hydroseed damage to (lots 126-143, Oceanview Blvd. common areas, the race track common area, and common areas near units 132, 88, 32, 87, 74).***

*****Although it has been verbally communicated , it should be noted that the heavy rains during Thanksgiving week caused severe hydroseed damage to lots 48, 98-111, and 116-125.***

NOTE: OFFICIAL NOTIFICATION OF CLAIM MUST BE MADE TO THE CONTRACTING OFFICER BY SEPARATE CORRSPONDENCE.

SAFETY INSPECTION / MEETINGS: INDICATE INSPECTOINS MADE, ITEMS INSPECTED, DEFICIENCIES NOTED AND CORRECTIVE ACTION TAKEN.

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? NO __x__ YES ______

IF YES, ATTACH ACCIDENT REPORT

ENVIRONMENTAL IMPACT SURVEILLANCE: INCLUDE ITEMS AND/OR METHODS USED IN PROTECTION AND PROMOTION OF THE ENVIRONMENTAL CONDITIONS ON AND AROUND THE SITE OF WORK. INCLUDE DEFICIENCIES WITH ACTIONS TO BE TAKEN.

| | |
|---|---|
| **CONTRACTOR QUALITY CONTROL REPORT** | REPORT NO. 343-344<br>DATE: 2/23-2/24/98<br>CQC MANAGER: *PAUL OLSON* |
| PROJECT / CONTRACT NUMBER: FO46484-96-C-0046 | TITLE: REPLACE CAPEHART MFH PHASE 3(143 UNITS) |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE ~ A (JV) | |

| SPECIFICATION NUMBER | DESCRIPTION OF MAJOR MATERIAL DELIVERIES |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

GENERAL COMMENTS:

CONTRACTOR CERTIFICATION: ON BEHALF OF THE CONTRACTOR, I CERTIFY THAT THIS REPORT IS COMPLETE AND CORRECT AND ALL EQUIPMENT AND MATERIAL USED AND WORK PERFORMED DURING THIS REPORTING PERIOD ARE IN COMPLIANCE WITH THE CONTRACT PLANS AND SPECIFICATIONS, TO THE BEST OF MY KNOWLEDGE, EXCEPT AS NOTED ABOVE.

AUTHORIZED CONTRACTOR REPRESENTATIVE: [signature]

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

.Y FIELD REPORT

JOB NO.: 16030

DATE: 2-25-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | | | |
| Hector Navarrete | 8 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | KCI | |
| 165 | Ford pu | 〃 | |
| | Ford skiploader | 〃 | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | General cleanup | | |
| | | | |
| | | | |
| | | | |

**REMARKS:**

KCI 01866

**INSPECTORS:**

Sunny
(WEATHER)

[signature]
(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16025

DATE: 2-25-98

| EMPLOYEE NAME | L | I | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 3 | 1 | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford p/u | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | help Hector with irrigation | | |
| | Lay out plant material | | |

**REMARKS:**

KCI 01865

**INSPECTORS:**

Sunny

(WEATHER)

Luis Navarrete

(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 2-26-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | L | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | | | Martin Cervantes | 1 | |
| Hector Navarrete | | | | | |
| Enrique Mendoza | | | | | |
| Armando Ramirez | | | | | |
| Ramon Arevalos | | | | | |
| Jesus Vera | | | | | |
| Jesus Mendoza | 6 | | | | |
| Carlos Rivas | | | | | |
| Jorge Gomez | | | | | |
| Martin F Mendoza | 1 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 165 | Ford P/u | " | |
| | Ford skip loader | " | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | spread mulch on Common | | |
| | Areas | | |
| | mow lawns | | |
| | grade front yards #12 #15 | | |

**REMARKS:**

KCI 01864

**INSPECTORS:**

Sunny (WEATHER)

[signature] (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 2-27-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 2 | 2 | | | |
| Hector Navarrete | 8 | | | | |
| Martin Cervantes | 4 | | | | |
| Jesus Mendoza | 6 | | | | |
| Jesus Vera | 4 | | | | |
| Enrique Mendoza | 0 | 8 | | | |
| Armando Ramirez | | 8 | | | |
| Carlos Rivas | | 8 | | | |
| Jorge Gomez | | 8 | | | |

MANDATORY QUESTIONNAIRE:
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | | |
| 165 | Ford p/u | | |
| | Ford skiploader | | |

WORK PERFORMED & MATERIALS INSTALLED TODAY
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Mow lawns | | |
| | plant sod units # 12 & 15 | | |
| | clean up soil pails | | |

REMARKS:

KCI 01863

INSPECTORS:

Sunny
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-2-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 2 | 1 | | | |
| Jesus Mendoza | 8 | | | | |
| Carlos Rivas | | 8 | | | |
| Jorge Gomez | | 8 | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | KCI | |
| 165 | Ford p/u | 〃 | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | grade Common Areas | | |
| | work fix punch list | | |

**REMARKS:**

KCI 01862

**INSPECTORS:**

Sunny (WEATHER) [signature] (FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-3-98

| EMPLOYEE NAME | L | I | EMPLOYEE NAME | | M |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 2 | 1 | Martin F. Mendoza | | 8 |
| Jesus Mendoza | 8 | | Carlos Rivas | | 8 |
| Martin F. Mendoza | | | Armando Ramirez | | 8 |
| Jorge Gomez | | 8 | | | |
| Javier A. Mogollon | | 8 | | | |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford p/u | KCI | |
| 173 | Ford stake bed | " | |
| 135 | irrigation trailer | " | |

MANDATORY QUESTIONNAIRE:
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

WORK PERFORMED & MATERIALS INSTALLED TODAY
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | install laterals lines with heads | | |
| | install sod | | |
| | work on punch list | | |

REMARKS:

KCI 01861

INSPECTORS:

cloudy on morning sunny afternoon
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-4-98

| EMPLOYEE NAME | L | I | EMPLOYEE NAME | M | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 7 | 1 | Carlos Rivas | 8 | |
| Jesus Mendoza | 8 | | Martin F. Mendoza | 8 | |
| Jorge Gomez | 8 | 8 | Armando Ramirez | 8 | |
| Javier Magallon | 8 | 8 | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 165 | Ford p/u | \| | |
| 135 | irrigation traler | \| | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Lateral lines instal with heads | | |
| | rototill common areas | | |
| | grade common areas | | |
| | work punch list | | |

**REMARKS:**

KCI 01860

**INSPECTORS:**

Sunny
(WEATHER)

Luis Navarrete
(FOREMAN SIGNATURE)