# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | | 352 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 3/6/98 DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 2 | | | |
| TOTAL WORK HOURS ON JOB SITE THIS DATE | | | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | | | 175,909.0 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | | | 175,925.0 | 175,925.0 |

KEVIN SMITH, SUPERINTENDENT — 3/6/98 DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 352 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 3/6/98 DAY: FRIDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

WEATHER AM: SUNNY WEATHER PM: SUNNY
TEMPERATURE 63 NO. OF RAIN DAYS: 74
WEATHER EFFECT ON JOB: Site conditions are soggy and wet

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT OFF SITE SPEED LIMIT
WATCH FOR CHILDREN

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

L.I. METALS

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI

## AIR FORCE REMARKS

①No crews observed on site today.
②Site is not soggy and wet as indicated on this report.

[signature]
AIR FORCE REPRESENTATIVE SIGNATURE TITLE II

# CONTRACTOR QUALITY CONTROL REPORT

HARPE' ELSEN-DILLINGHAM BUILDERS JOINT VENTU' 3/6/98 Friday

REPLACE CAPEHA... MFH PHASE III (143 UNITS) ~ VANDENBERG AIR FORCE BASE, CA

CONTRACT # F04684-96-C0046

## WERE THERE ANY DELAYS IS WORK PROGRESS TODAY

## VERBAL INSTRUCTIONS GIVEN BY GOVERNMENT

## WORK ACTUALLY PERFORMED ON SITE TODAY

| S/C/F | Specification # | DESCRIPTION | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|
| | | No work completed on site today. | |

## GENERAL COMMENTS

ON BEHALF OF THE CONTRACTOR, I CERTIFY THIS REPORT IS COMPLETE & CORRECT & EQUIPMENT & MATERIALS USED & WORK PERFORMED DURING THIS REPORTING PERIOD IS IN COMPLIANCE WITH THE CONTRACT DRAWINGS & SPECIFICATIONS TO THE BEST OF MY KNOWLEDGE EXCEPT AS NOTED IN THIS REPORT.

AUTHORIZED CQC MANAGER

*PAUL OLSON* Paul Olson REPORT #352 3/6/98 DATE

AIR FORCE REPRESENTATIVE'S REMARKS

None

Sergio Colunba
AIR FORCE REPRESENTATIVE TITLE II — DATE

KCI Kardeskidnt-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-9-98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Carlos Rivas | | | | | |
| Martin F. Mendoza | | | | | |
| Armando Ramirez | | | | | |
| Carlos Zamora | | | | | |
| James A. Johnson | | | | | |
| Fredy Perez | | | | | |
| Jorge Gomez | | | | | |
| Jose R. Lopez | | | | | |
| Ricardo Murillo | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☑ |
| * GENERAL CONTRACTOR | ☐ | ☑ |
| * SUBCONTRACTOR | ☐ | ☑ |
| * KCI EMPLOYEE | ☐ | ☑ |
| * PROJECT OWNER | ☐ | ☑ |
| * PUBLIC | ☐ | ☑ |
| * OTHER | ☐ | ☑ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☑ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☑ |
| * IS THIS EXTRA WORK | ☐ | ☑ |
| **4. ANY ACCIDENTS** | ☐ | ☑ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☑ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☑ |
| * POSSIBLE BACK CHARGES | ☐ | ☑ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☑ |
| **6. ANY RENTAL RETURNS** | ☐ | ☑ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☑ | ☐ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☑ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| | Ditch witch trencher | KCI | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | install laterall lines with heads | | |
| | mow Lawns | | |
| | grade common Areas | | |
| | Hydro seed Common Areas | | |

**REMARKS:**

KCI 01858

**INSPECTORS:**

Sunny (WEATHER)

A383

Luis Navarrete (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-10-98

| EMPLOYEE NAME | L | H | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 2 | | Jorge Gomez | 8 | |
| Martin F Mendoza | | 1 | Fredy Perez | 8 | |
| Arturo Valenzuela | 2 | | | | |
| Eliodoro Vega | 1 | | | | |
| Rafael R. Garcia | 1 | | | | |
| James R. Johnson | 5 | | | | |
| Carlos Rivas | 8 | | | | |
| Jose R. Lopez | 8 | | | | |
| Ricardo Murillo | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 165 | Ford p/u | \| | |
| | Ditch witch | \| | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Trench install laterallines with | | |
| | heads and back fill | | |
| | Hydroseed common areas | | |
| | work on punch list | | |

**REMARKS:**

KCI 01857

**INSPECTORS:**

Sunny (WEATHER)

Luis Navarrete (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-11-98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Hector Mendoza | 8 | | | | |
| Jesus Vera | 8 | | | | |
| Joyler MoGollon | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | FORD | KCI | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Flushed laterals | | |
| | placed Nozzles | | |

**REMARKS:**

KCI 01856

**INSPECTORS:**

Sunny
(WEATHER)

Héctor M.
(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-11-98

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 3 | | Ricardo Murillo | 8 | |
| Martin F. Mendoza | 5 | | | | |
| Arturo Valenzuela | 4 | | | | |
| Eliodoro Vega | 5 | | | | |
| Rafael Garcia | 5 | | | | |
| Armando Ramirez | 5 | | | | |
| Jesus Mendoza | 5 | | | | |
| James R. Johnson | 8 | | | | |
| Carlos Rivas | 8 | | | | |
| Jose R. Lopez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford flatbed | KCI | |
| 165 | Ford p/u | " | |
| | | | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | work on punch list | | |
| | water lawns | | |
| | grade and install sod # 38 | | |
| | | | |

**REMARKS:**

KCI 01855

**INSPECTORS:**

sunny (WEATHER) — [signature] (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-12-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | L | M |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | | Jose R. Lopez | 8 | |
| Martin F. Mendoza | 8 | | Ricardo Murillo | 8 | |
| Arturo Valenzuela | | 8 | Jesus Vaca | | 8 |
| Carlos Zamora | | 8 | | | |
| Eliodoro Vega | 8 | | | | |
| Rafael Garcia | 8 | | | | |
| Armando Ramirez | 8 | | | | |
| Jesus Mendoza | 8 | | | | |
| James R. Johnson | 8 | | | | |
| Carlos Rivas | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| 3 men | water lawns | | |
| | work on punch list | | |

**REMARKS:**

KCI 01854

**INSPECTORS:**

Sunny (WEATHER)

Luis (FOREMAN SIGNATURE)

KCI
Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-12-98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Hector Mendoza | 8 | | | | |
| Jesus Vera | 8 | | | | |
| Juan B Hernandes | 8 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☐ |
| * GENERAL CONTRACTOR | ☐ | ☐ |
| * SUBCONTRACTOR | ☐ | ☐ |
| * KCI EMPLOYEE | ☐ | ☐ |
| * PROJECT OWNER | ☐ | ☐ |
| * PUBLIC | ☐ | ☐ |
| * OTHER | ☐ | ☐ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☐ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☐ |
| * IS THIS EXTRA WORK | ☐ | ☐ |
| **4. ANY ACCIDENTS** | ☐ | ☐ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☐ |
| * POSSIBLE BACK CHARGES | ☐ | ☐ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☐ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☐ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☐ |

(N column marked with a vertical line through items 1–8)

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | ford | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | connected two timers and | | |
| | programed | | |
| | | | |

**REMARKS:**

KCI 01853

**INSPECTORS:**

Sunny
(WEATHER)

A388

Héctor M.
(FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-13-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 3 | | | | |
| Arturo Valenzuela | 0 | 2 | | | |
| Carlos Zamora | | 2 | | | |
| Jesus Vaca | | 2 | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 115 | Fork/lift | KCI | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☑ |
| * GENERAL CONTRACTOR | ☐ | ☐ |
| * SUBCONTRACTOR | ☐ | ☐ |
| * KCI EMPLOYEE | ☐ | ☐ |
| * PROJECT OWNER | ☐ | ☐ |
| * PUBLIC | ☐ | ☐ |
| * OTHER | ☐ | ☐ |
| 2. ANY SPECIAL TRAINING | ☐ | ☐ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☐ |
| * IS THIS EXTRA WORK | ☐ | ☐ |
| 4. ANY ACCIDENTS (INJURY ☐ NON-INJURY ☐ ON SITE ☐ OFF SITE ☐) | ☐ | ☐ |
| * ANY PROPERTY DAMAGE | ☐ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☐ |
| * POSSIBLE BACK CHARGES | ☐ | ☐ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☐ |
| 6. ANY RENTAL RETURNS | ☐ | ☐ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☐ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☐ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | water lawns | | |
| | walk houses from #1-#24 | | |
| | with Regan he accepted this | | |
| | houses | | |

REMARKS:

KCI 01852

INSPECTORS:

Cloudy (WEATHER)

Luis (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-16-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | L | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | | Carlos Rivas | 8 | |
| Martin F. Mendoza | 8 | | Jose R. Lopes | 8 | |
| Arturo Valenzuela | | 8 | Ricardo Murillo | 8 | |
| Carlos Zamora | | 8 | Arturo Marquez | 8 | |
| Eliodoro Vega | 8 | 8 | Ernesto Marquez | 8 | |
| Rafael Garcia | 8 | | | | |
| Armando Ramirez | 8 | | | | |
| Jesus Mendoza | 8 | | | | |
| James R. Johnson | 8 | | | | |
| Jesus Vaca | | 8 | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | | |
| 165 | Ford p/u | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | mow lawns | | notified people our workers |
| | Fertilize lawns | | SS# certified |
| | water lawns | | |
| | work on punch list | | |

**REMARKS:**

KCI 01851

**INSPECTORS:**

Sunny (WEATHER)

A390

(FOREMAN SIGNATURE)

KCI
Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-17-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | L | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | | James R. Johnson | 4 | |
| Martin F. Mendoza | 8 | | Carlos Rivas | 8 | |
| Arturo Valenzuela | | 8 | Jose R. Lopez | 8 | |
| Carlos Zamora | | 8 | Ricardo Murillo | 8 | |
| Eliodoro Vega | 8 | | Elidio Cervantes | 4 | |
| Jesus Vaca | | 8 | Arturo Marquez | 8 | |
| Rafael Garcia | 4 | | Ernesto Marquez | 8 | |
| Armando Ramirez | 8 | | | | |
| Jesus Mendoza | 8 | | | | |
| Isidro Zamora | 4 | | | | |

MANDATORY QUESTIONNAIRE:
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

EQUIPMENT: PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | | |
| 165 | Ford p/u | | |

WORK PERFORMED & MATERIALS INSTALLED TODAY
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | mow lawns fertilized lawns | | |
| | water lawns | | |
| | work on punch list | | |

REMARKS:

KCI 01850

INSPECTORS:

Sunny (WEATHER)

A391

(FOREMAN SIGNATURE)