KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-17-98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Hector Mendoza | 4 | | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | ford | KCI | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | programed, connected wires on timer | | |

**REMARKS:**

KCI 01849

**INSPECTORS:**

Sunny
(WEATHER)

Hector Mr
(FOREMAN SIGNATURE)

A392

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-18-98

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | M |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | | Elidio Cervantes | 8 | |
| Martin F. Mendoza | 8 | | Jesus Vaca | | 8 |
| Eliodoro Vega | 8 | | Arturo Marquez | 8 | |
| Armando Ramirez | 5 | | Ernesto Marquez | | 8 |
| Romualdo Jacinto | 8 | | | | |
| Jesus Mendoza | 5 | | | | |
| Isidro Zamora | 8 | | | | |
| Carlos Rivas | 8 | | | | |
| Jose R. Lopez | 8 | | | | |
| Ricardo Murillo | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 165 | Ford p/u | " | |
| | | | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☒ | ☐ |
| INJURY ☒ NON-INJURY ☐ | | |
| ON SITE ☒ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | mow lawns, Fertilized | | |
| | water lawns and plants | | |
| | work on punch list | | |

**REMARKS:** Armando Ramirez reports That he fell of wheel barrow when he was stakin a tree, injured his back on The 17 of march

KCI 01848

**INSPECTORS:**

clear
(WEATHER)

[signature]
(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-19-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | L | M |
|---|---|---|---|---|---|
| Jose Luis Navarreta | 6 | | Jesus Vaca | | 8 |
| Martin F. Mendoza | 8 | | Arturo Marquez | 8 | |
| Eliodoro Vega | 8 | | Ernesto Marquez | 8 | |
| Armando Ramirez | | 8 | | | |
| Romualdo Jacinto | 8 | | | | |
| Isidro Zamora | 8 | | | | |
| Carlos Rivas | 8 | | | | |
| Jose R. Lopez | 8 | | | | |
| Ricardo Murillo | 8 | | | | |
| Elidio Cervantes | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Mow lawns | | |
| | fertilized lawns | | |
| | water lawns and planters | | |
| | work on punch list | | |

**REMARKS:** Talk to Armand Ramirez at the end of the day he said he was working okay

KCI 01847

**INSPECTORS:**

Sunny
(WEATHER)

A394

(FOREMAN SIGNATURE) [signature]

RAIN

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | **363** |

| CONTRACTOR: | PROJECT MANAGER | DATE: 3/20/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 1 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 8.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 176,785.0 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 176,793.0 | 176,793.0 |

| | |
|---|---|
| [signature] | 3/20/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 363 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER: JEFF HARPER | DATE: 3/20/98<br>DAY: FRIDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

**WEATHER AM:** RAIN **WEATHER PM:** CLOUDY

**TEMPERATURE** 62 **NO. OF RAIN DAYS:** 76

**WEATHER EFFECT ON JOB:** Site conditions are soggy and wet

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT
OFF SITE SPEED LIMIT
WATCH FOR CHILDREN
TRENCH SAFETY

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

L.I. METALS

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI

## AIR FORCE REMARKS

Rain deterred landscaping work crews.

Sergio Colunlis [signature]
AIR FORCE REPRESENTATIVE SIGNATURE TITLE II

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-23-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | | | | |
| Eliodoro Vega | 8 | | | | |
| Romualdo Jacinto | 8 | | | | |
| Isidro Zamora | 8 | | | | |
| Carlos Rivas | 8 | | | | |
| Ricardo Murillo | 6 | | | | |
| Elidio Cervantes | [illegible] | 8 | | | |
| Jesus Vaca | | 8 | | | |
| Arturo Marquez | 8 | | | | |
| Ernesto Marquez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: ______ | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: ______ | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | water lawns and ground cover | | |
| | work on punch list | | |

**REMARKS:**

KCI 01846

**INSPECTORS:**

clear
(WEATHER)

A397

Luis
(FOREMAN SIGNATURE)

KCI Karlesldnt-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 16030

DATE: 3-24-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | L | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | | Jose R. Lopez | 8 | |
| Eliodoro Vega | 8 | | Arturo Valenzuela | 2 | |
| Romualdo Jacinto | | 8 | | | |
| Isidro Zamora | 8 | | | | |
| Carlos Rivas | 8 | | | | |
| Ricardo Murillo | 8 | | | | |
| Elidio Cervantes | | 8 | | | |
| Jesus Vaca | | 8 | | | |
| Arturo Marquez | 8 | | | | |
| Ernesto Marquez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | water ground cover and lawns | | |
| | work on punch list | | |
| | | | |
| | | | |

**REMARKS:**

KCI 01845

**INSPECTORS:**

Cloudy (WEATHER)

[signature] (FOREMAN SIGNATURE)

RAIN

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 366 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 3/25/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: WEDNESDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 2 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 176,975.0 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 176,991.0 | 176,991.0 |

| | |
|---|---|
| [signature] | 3/25/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 366 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 3/25/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: WEDNESDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

**WEATHER AM:** RAIN **WEATHER PM:** CLOUDY

**TEMPERATURE** 60 **NO. OF RAIN DAYS:** 78

**WEATHER EFFECT ON JOB:** Site conditions are soggy and wet

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT
OFF SITE SPEED LIMIT
WATCH FOR CHILDREN
TRENCH SAFETY

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

**DONOVAN:** Donovan turned in a late daily for 3/23 on that day there were two masons with a total of 12 hours and one laborer with six hours.

**L.I. METALS**

**SMITH ELECTRIC:**

**GOLDEN STATE FENCE:**

**KCI**

## AIR FORCE REMARKS

① Rain in the morning deterred landscape work crews.

[signature]
AIR FORCE REPRESENTATIVE SIGNATURE TITLE II