KCI
Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-26-98

| EMPLOYEE NAME | L | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | | | | |
| Martin F. Mendoza | 8 | | | | |
| Elidio Cervantes | 8 | | | | |
| Jesus Vaca | 8 | | | | |
| Arturo Marquez | 8 | | | | |
| Ernesto Marquez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | work on punch list | | |

**REMARKS:**

KCI 01844

**INSPECTORS:**

Cloudy (WEATHER)

A401

Luis (FOREMAN SIGNATURE)

RAIN

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 368 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 3/27/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| **TOTAL EMPLOYEES:** | 2 | | | |

| | | |
|---|---|---|
| **TOTAL WORK HOURS ON JOB SITE THIS DATE** | 16.0 | |
| **CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT** | 177,053.0 | |
| **TOTAL WORK HOURS FROM START OF CONSTRUCTION** | 177,069.0 | 177,069.0 |

| | |
|---|---|
| [signature] | 3/27/98 |
| **KEVIN SMITH, SUPERINTENDENT** | **DATE** |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 368 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 3/27/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: FRIDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

WEATHER AM: RAIN  WEATHER PM: CLOUDY
TEMPERATURE 60  NO. OF RAIN DAYS: 80
WEATHER EFFECT ON JOB: Site conditions are soggy and wet

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
SITE SPEED LIMIT ENFORCEMENT
WATCH FOR CHILDREN
HARD HAT ENFORCEMENT
OFF SITE SPEED LIMIT
TRENCH SAFETY

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

DONOVAN:

L.I. METALS

SMITH ELECTRIC:

GOLDEN STATE FENCE:

KCI

## AIR FORCE REMARKS

① Although rain occured today, this was not enough to cause a soggy site as indicated by Contractor.
② No work crews were observed on site today.

[signature] AIR FORCE REPRESENTATIVE SIGNATURE TITLE II

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-20-98

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | I |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 6 | | Gerardo Torres | 8 | |
| Martin C. Mendoza | 8 | | Ruben Perez | 8 | |
| Ramon Arevalos | 8 | | Salvador Galves | 8 | |
| Eliodoro Vega | 8 | | Jorge Gomez | | 8 |
| Jaime Rodriguez | 8 | | Ricardo Murillo | 8 | |
| Martin Cervantes | 8 | | Elidio Cervantes | 8 | |
| James R. Johnson | 8 | | Miguel Perez | 8 | |
| Carlos Rivas | 8 | | Jesus Vaca | 8 | |
| Ernesto Marquez | 8 | | Arturo Marquez | 8 | |
| Jose Rubio | 8 | | Fredy Perez | 8 | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | KCI | |
| | Kubota tiller | 1 | |
| | 2 honda mowers | 1 | |
| | John Deere mower | 1 | |
| | weed wacker | 1 | |
| | blower | 1 | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☒ | ☐ |
| * POSSIBLE BACK CHARGES | ☒ | ☐ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☐ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☐ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☐ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | mow lawns | | Fertilize lawns |
| | pull weeds from planters | | restake trees and tie em |
| | and lawns | | work on punch list |
| | rototil planter areas | | |

**REMARKS:** hit gas line with a ladgepole

KCI 01843

**INSPECTORS:**

cloudy (WEATHER)

Luis (FOREMAN SIGNATURE)

A404

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 16030

DATE: 3-31-98

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 8 | | Miguel Perez | 2 | |
| Maltin F. Mendoza | 2 | | Jesus Vaca | 2 | |
| Ramon Acevedos | 5 | | Arturo Marquez | 3 | |
| Eliadoro Vega | 2 | | Ernesto Marquez | 3 | |
| Martin Cervantes | 2 | | Jose Rubio | 2 | |
| James R. Johnson | 2 | | Gerardo Torres | 2 | |
| Carlos Rivas | 3 | | Ruben Perez | 2 | |
| Fredy Perez | 2 | | Salvador Galvez | 2 | |
| Riccardo Murillo | 2 | | Jesus Torres | 2 | |
| Elidio Cervantes | 2 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☑ |
| * GENERAL CONTRACTOR | ☐ | ☑ |
| * SUBCONTRACTOR | ☐ | ☑ |
| * KCI EMPLOYEE | ☐ | ☑ |
| * PROJECT OWNER | ☐ | ☑ |
| * PUBLIC | ☐ | ☑ |
| * OTHER | ☐ | ☑ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☑ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☑ |
| * IS THIS EXTRA WORK | ☐ | ☑ |
| **4. ANY ACCIDENTS** | ☐ | ☑ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☑ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☑ |
| * POSSIBLE BACK CHARGES | ☐ | ☑ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☑ |
| **6. ANY RENTAL RETURNS** | ☐ | ☑ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☑ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☑ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | | |
| 165 | Ford p/u | | |
| | honda tiller | | |
| | kubota tiller | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | roto til large planter areas | | restake trees |
| | pull weeds in planters and | | |
| | lawns | | |
| | Fertilize lawns | | |

**REMARKS:**

KCI 01842

**INSPECTORS:**

cloudy rain (WEATHER)

A405

(FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 3-31-98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jorge Gomes | 2 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☐ |
| * GENERAL CONTRACTOR | ☐ | ☐ |
| * SUBCONTRACTOR | ☐ | ☐ |
| * KCI EMPLOYEE | ☐ | ☐ |
| * PROJECT OWNER | ☐ | ☐ |
| * PUBLIC | ☐ | ☐ |
| * OTHER | ☐ | ☐ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☐ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☐ |
| * IS THIS EXTRA WORK | ☐ | ☐ |
| **4. ANY ACCIDENTS** | ☐ | ☐ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☐ |
| * POSSIBLE BACK CHARGES | ☐ | ☐ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☐ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☐ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☐ |

(A line is drawn down through the N column.)

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Finish Drip Valve pHASe 3 | | |
| | | | |
| | | | |
| | | | |

**REMARKS:**

KCI 01841

**INSPECTORS:**

(WEATHER) Héctor M. (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 4-1-98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarro | 2 | 5 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Fork lift | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | paper work | | |
| | | | |
| | | | |
| | | | |

**REMARKS:**

KCI 01840

**INSPECTORS:**

Rain

(WEATHER)

(FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 4-1-98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Héctor Mendoza | 5 | | | | |
| Martin Hernandez | 5 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☑ |
| * GENERAL CONTRACTOR | ☐ | ☑ |
| * SUBCONTRACTOR | ☐ | ☑ |
| * KCI EMPLOYEE | ☐ | ☑ |
| * PROJECT OWNER | ☐ | ☑ |
| * PUBLIC | ☐ | ☑ |
| * OTHER | ☐ | ☑ |
| 2. ANY SPECIAL TRAINING | ☐ | ☑ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☑ |
| * IS THIS EXTRA WORK | ☐ | ☑ |
| 4. ANY ACCIDENTS | ☐ | ☑ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☑ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☑ |
| * POSSIBLE BACK CHARGES | ☐ | ☑ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☑ |
| 6. ANY RENTAL RETURNS | ☐ | ☑ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☑ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☑ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | ford | KCI | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | asbuilt ~~[illegible]~~ phase 3 | | |
| | plant two trees to | | |
| | phase 2 | | |

**REMARKS:**

KCI 01839

**INSPECTORS:**

Rain (WEATHER)

A408

Héctor M (FOREMAN SIGNATURE)

... Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 4-2-98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Héctor Mendoza | 7 | | | | |
| Martin Hernandez | 7 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☑ |
| * GENERAL CONTRACTOR | ☐ | ☑ |
| * SUBCONTRACTOR | ☐ | ☑ |
| * KCI EMPLOYEE | ☐ | ☑ |
| * PROJECT OWNER | ☐ | ☑ |
| * PUBLIC | ☐ | ☑ |
| * OTHER | ☐ | ☑ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☑ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☑ |
| * IS THIS EXTRA WORK | ☐ | ☑ |
| **4. ANY ACCIDENTS** | ☐ | ☑ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☑ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☑ |
| * POSSIBLE BACK CHARGES | ☐ | ☑ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☑ |
| **6. ANY RENTAL RETURNS** | ☐ | ☑ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☑ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☑ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | ford | KCI | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | as built phase 3 | | |
| | | | |
| | | | |
| | | | |

**REMARKS:**

KCI 01838

**INSPECTORS:**

Sunny
(WEATHER)

Héctor M.
(FOREMAN SIGNATURE)

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | | 373 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 4/3/98 DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 2 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 177,317.0 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 177,333.0 | 177,333.0 |

| | |
|---|---|
| | 4/3/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 373 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 4/3/98 DAY: FRIDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

**WEATHER AM:** RAIN **WEATHER PM:** RAIN
**TEMPERATURE** 62 **NO. OF RAIN DAYS:** 83
**WEATHER EFFECT ON JOB:** Site conditions are soggy and wet

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

| | |
|---|---|
| DELINEATOR CONE SAFETY | HARD HAT ENFORCEMENT |
| SITE SPEED LIMIT ENFORCEMENT | OFF SITE SPEED LIMIT |
| WATCH FOR CHILDREN | TRENCH SAFETY |

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

**DONOVAN:**

**L.I. METALS**

**SMITH ELECTRIC:**

**GOLDEN STATE FENCE:**

**KCI**

## AIR FORCE REMARKS Rec 4-17-98

No work crews on site today due to rains.

[signature]
AIR FORCE REPRESENTATIVE SIGNATURE

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 4-6-98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jorge Gomes | 8 | | | | |
| Jose Cervantes | 8 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☐ |
| * GENERAL CONTRACTOR | ☐ | ☐ |
| * SUBCONTRACTOR | ☐ | ☐ |
| * KCI EMPLOYEE | ☐ | ☐ |
| * PROJECT OWNER | ☐ | ☐ |
| * PUBLIC | ☐ | ☐ |
| * OTHER | ☐ | ☐ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☐ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☐ |
| * IS THIS EXTRA WORK | ☐ | ☐ |
| **4. ANY ACCIDENTS** | ☐ | ☐ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☐ |
| * POSSIBLE BACK CHARGES | ☐ | ☐ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☐ |
| * RELEASE #: ______ | | |
| **7. WAS "USA" CALLED** | ☐ | ☐ |
| * REQUEST #: ______ | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☐ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | repair wires for valves pH.3 | | |
| | | | |
| | | | |
| | | | |

**REMARKS:**

KCI 01837

**INSPECTORS:**

Sunny (WEATHER)

Héctor M. (FOREMAN SIGNATURE)

A412

KCI Karleskint-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 16032

DATE: 4-6-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | L | M |
|---|---|---|---|---|---|
| Jose L. Navarrete | 6 | | Gerardo Torres | 0 | 8 |
| Martin F. Mendoza | 8 | | Eliodoro Vega | 8 | |
| Ramon Arevalos | 8 | | Elidio Cervantes | 8 | |
| Martin Cervantes | 8 | | Miguel Perez | 8 | |
| Fredy Perez | 8 | | Jesus Vaca | | 8 |
| Carlos Rivas | 8 | | Arturo Marquez | | 8 |
| Jorge Rodriguez | 0 | 4.5 | Ernesto Marquez | | 8 |
| Ignacio Hernandez | 0 | 4.5 | Ruben Perez | 8 | |
| Ricardo Murillo | 0 | 8 | Salvador Galves | 8 | |
| Jose Rubio | 8 | | Jesus Torres | 8 | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | KCI | |
| | Kubota tiller | " | |
| | honda Tiller | " | |
| 165 | Ford p/u | " | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | 15 Gl. trees planted | | stake trees |
| | Rototil common Areas | | pull weed from planters and |
| | grade common Areas | | lawns |
| | 1 Gl. shrubs planted | | |

**REMARKS:**

KCI 01836

**INSPECTORS:**

cloudy

(WEATHER)

A413

Luis

(FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 4-7-98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jorge Gomes | 6 | | | | |
| Jose Cervantes | 6 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☐ |
| * POSSIBLE BACK CHARGES | ☐ | ☐ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☐ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☐ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☐ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | repair wires For Valves phase 3 | | |

**REMARKS:**

KCI 01835

**INSPECTORS:**

Sunny (WEATHER)

Hector M (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 16030

DATE: 4-7-98

| EMPLOYEE NAME | L | | EMPLOYEE NAME | L | M |
|---|---|---|---|---|---|
| Jose L. Chavarete | 6 | | James R. Johnson | 8 | |
| Martin E. Mendoza | 8 | | Miguel Perez | 8 | |
| Ramon Arevalos | 6 | | Jesus Vaca | | 8 |
| Martin Cervantes | 8 | | Arturo Marquez | | 8 |
| Carlos Rivas | 8 | | Ernesto Marquez | | 8 |
| Ricardo Murillo | 8 | | Ruben Perez | | 8 |
| Jose Rubio | 8 | | Salvador Galves | | 8 |
| Gerardo Torres | 8 | | Jesus Torres | | 8 |
| Eliodoro Vega | 8 | | | | |
| Elidio Cervantes | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☐ |
| * GENERAL CONTRACTOR | ☐ | ☐ |
| * SUBCONTRACTOR | ☐ | ☐ |
| * KCI EMPLOYEE | ☐ | ☐ |
| * PROJECT OWNER | ☐ | ☐ |
| * PUBLIC | ☐ | ☐ |
| * OTHER | ☐ | ☐ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☐ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☐ |
| * IS THIS EXTRA WORK | ☐ | ☐ |
| **4. ANY ACCIDENTS** | ☐ | ☐ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☐ |
| * POSSIBLE BACK CHARGES | ☐ | ☐ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☐ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☐ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☐ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | rototil common areas | | pull weed on yards and |
| | grade common areas | | common areas |
| | stake and tie trees | | 1 gl. shrubs planted |
| | plant ground cover | | |

**REMARKS:**

KCI 01834

**INSPECTORS:**

Cloudy on morning sunny afternoon
(WEATHER)

Luis
(FOREMAN SIGNATURE)

KCI
Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 4-8-98

| EMPLOYEE NAME | L | | EMPLOYEE NAME | | Ng |
|---|---|---|---|---|---|
| Jose L. Navarrete | 6 | | Arturo Marquez | | 8 |
| Martin F. Mendoza | 8 | | Ernesto Marquez | | 8 |
| Martin Cervantes | 8 | | Ruben Perez | | 8 |
| Carlos Rivas | 8 | | Salvador Galves | | 8 |
| Ricardo Murillo | 8 | | Jesus Torres | | 8 |
| Jose Rubio | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Eliodoro Vega | 8 | | | | |
| Elidio Cervantes | 8 | | | | |
| Jesus Vaca | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 165 | Ford p/u | " | |
| | | | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | 15 Gl. trees planted | | pull weeds on yards and |
| | stake trees and tie | | common areas |
| | plant ground cover | | |
| | 1 Gl. shrubs planted | | |

**REMARKS:**

KCI 01833

**INSPECTORS:**

(WEATHER) (FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 4-9-98

| EMPLOYEE NAME | L | M | EMPLOYEE NAME | M | L |
|---|---|---|---|---|---|
| Jose Villanueva | 8 | | Arturo Marquez | 8 | |
| Martin Mendoza | 8 | | Ernesto Marquez | 8 | |
| Martin Cervantes | 8 | | Ruben Perez | 8 | |
| Carlos Rivas | 8 | | Salvador Galvez | | 8 |
| Ricardo Murillo | 8 | | Jesus Torres | | 8 |
| Jose Rubio | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Eliodoro Vega | 8 | | | | |
| Elidio Cervantes | | 8 | | | |
| Jesus Vaca | | 8 | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI–RENTAL–OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 165 | Ford p/u | " | |
| | | | |
| | | | |
| | | | |
| | | | |

## MANDATORY QUESTIONNAIRE:

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☑ |
| * GENERAL CONTRACTOR | ☐ | ☑ |
| * SUBCONTRACTOR | ☐ | ☑ |
| * KCI EMPLOYEE | ☐ | ☑ |
| * PROJECT OWNER | ☐ | ☑ |
| * PUBLIC | ☐ | ☑ |
| * OTHER | ☐ | ☑ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☑ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☑ |
| * IS THIS EXTRA WORK | ☐ | ☑ |
| **4. ANY ACCIDENTS** | ☐ | ☑ |
| INJURY ☐ NON–INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☑ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☑ |
| * POSSIBLE BACK CHARGES | ☐ | ☑ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☑ |
| **6. ANY RENTAL RETURNS** | ☐ | ☑ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☑ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☑ |

## WORK PERFORMED & MATERIALS INSTALLED TODAY

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | grade # 130 | | |
| | pull weeds | | |
| | water lawns | | |
| | restake trees | | |

**REMARKS:**

KCI 01832

**INSPECTORS:**

Sunny (WEATHER)

A417

Luis (FOREMAN SIGNATURE)

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 378 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 4/10/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 2 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 177,952.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 177,968.5 | 177,968.5 |

| | |
|---|---|
| KEVIN SMITH, SUPERINTENDENT | 4/10/98 DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 378 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 4/10/98<br>DAY: FRIDAY |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

**WEATHER AM:** PATCHY **WEATHER PM:** SUNNY

**TEMPERATURE** 68 **NO. OF RAIN DAYS:** 83

**WEATHER EFFECT ON JOB:** Site conditions are soggy and wet

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY
HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT
OFF SITE SPEED LIMIT
WATCH FOR CHILDREN
TRENCH SAFETY

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

**DONOVAN:**

**L.I. METALS**

**SMITH ELECTRIC:**

**GOLDEN STATE FENCE:**

**KCI**

## AIR FORCE REMARKS

Rec 4-17-98

① No work force observed on site today.

Sergio Cabrales
AIR FORCE REPRESENTATIVE SIGNATURE TITLE II

# CONTRACTOR QUALITY CONTROL REPORT

4/10/98
Friday

HARPEF ·LSEN-DILLINGHAM BUILDERS JOINT VENTU

REPLACE CAPEHA... MFH PHASE III (143 UNITS) ~ VANDENBERG AIR FORCE BASE, CA

CONTRACT # F04684-96-C0046

## WERE THERE ANY DELAYS IS WORK PROGRESS TODAY

## VERBAL INSTRUCTIONS GIVEN BY GOVERNMENT

## WORK ACTUALLY PERFORMED ON SITE TODAY

| S/C/F | Specification # | DESCRIPTION | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|
| | 02970 | Continued landscape maintenance and punchlist completion at all units. | |

## GENERAL COMMENTS

ON BEHALF OF THE CONTRACTOR, I CERTIFY THIS REPORT IS COMPLETE & CORRECT & EQUIPMENT & MATERIALS USED & WORK PERFORMED DURING THIS REPORTING PERIOD IS IN COMPLIANCE WITH THE CONTRACT DRAWINGS & SPECIFICATIONS TO THE BEST OF MY KNOWLEDGE EXCEPT AS NOTED IN THIS REPORT.

AUTHORIZED CQC MANAGER

*REGAN SPIES* [signature]

REPORT #378

4/10/98
DATE

AIR FORCE REPRESENTATIVE'S REMARKS

See Contractor's Daily

[signature] for

AIR FORCE REPRESENTATIVE

4/10
DATE