Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 5-20-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Valenzuela | 2 | | | | |
| Carlos Rivas | 3 | | | | |
| Ricardo Murillo | 5 | | | | |
| Conrado Torres | 8 | | | | |
| Ruben Perez | 8 | | | | |
| Fredy Perez | 5 | | | | |
| Fermin Madrid | 1 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | water lawns, groundcover and shrubs | | |
| | instal sod and water | | |

**REMARKS:**

KCI 01807

**INSPECTORS:**

sunny — (WEATHER)

Luis — (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 5-21-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 2 | | | | |
| Arturo Marquez | 8 | | | | |
| Ernesto Marquez | 8 | | | | |
| Salvador Galvez | 8 | | | | |
| Juan Lopez | 8 | | | | |
| Fredy Perez | 8 | | | | |
| Fermin Madrid | 8 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON—INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford p/u | KCI | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | water lawns, shrubs and ground cover | | |
| | Transplant 15 Gal. trees | | |
| | | | |
| | | | |

REMARKS:

KCI 01806

INSPECTORS:

Sunny (WEATHER)

Luis (FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 5-26-98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Hector. Mendoza | 4 | | | | |
| Hector. Navarrete | 4 | | | | |
| Martin. Hernandez | 4 | | | | |
| Jesus. T. Vera | 4 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95' | FORD | KCI | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

## WORK PERFORMED & MATERIALS INSTALLED TODAY

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | FlusHed lateral, Drip, & BUBBlers. | | |
| | Repair 4 Broken laterals | | |
| | Connected & programed Valves to | | |
| | timer. | | |

**REMARKS:**

KCI 01805

**INSPECTORS:**

Sonny (WEATHER)

Hector M. (FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 5-27-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | M | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | Salvador Galvez | 8 | |
| Martin F. Mendoza | 8 | | Ruben Perez | 8 | |
| Eliodoro Vega | 8 | | Joilen Mogollon | 4 | |
| Hector Navarrete | 6 | | Fredy Perez | 4 | |
| Carlos Rivas | 8 | | Fermin Madrid | 8 | |
| Ricardo Murillo | 8 | | | | |
| Arturo Marquez | 8 | | | | |
| Ernesto Marquez | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Jesus Torres | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 177 | Ford stakebed | KCI | |
| 165 | Ford p/u | " | |
| | | | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | regrade Common Areas | | Mow lawns Common Areas |
| | reseed yards | | |
| | water lawns, ground cover and shrubs | | |
| | pull weeds Common Areas | | |

**REMARKS:**

KCI 01804

**INSPECTORS:**

Sunny (WEATHER)

[signature] (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 16030

DATE: 5-28

| EMPLOYEE NAME | Hrs | | EMPLOYEE NAME | Hrs | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | Fredy Perez | 8 | |
| Martin F. Mendoza | 8 | | | | |
| Bladoro Vega | 8 | | | | |
| Hector Navarrete | 1 | | | | |
| Carlos Rivas | 8 | | | | |
| Arturo Marquez | 8 | | | | |
| Ernesto Marquez | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Salvador Galves | 8 | | | | |
| Ruben Perez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI–RENTAL–OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stake bed | KCI | |
| 125 | Ford p/u | " | |
| | Ford p/u | " | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON–INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | pull weed common Areas | | |
| | reseed yards | | |
| | fertilized common Areas | | |
| | spread mulch common Areas | | |

**REMARKS:**

KCI 01803

**INSPECTORS:**

cloudy (WEATHER)

[signature] (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 5-29-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | L | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | Fredy Perez | 8 | |
| Martin F. Mendoza | 8 | | | | |
| Eliodoro Vega | 8 | | | | |
| Hector Navarrete | 4 | | | | |
| Carlos Rivas | 8 | | | | |
| Arturo Marquez | 8 | | | | |
| Ernesto Marquez | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Salvador Galvez | 8 | | | | |
| Ruben Perez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 173 | Ford stakebed | KCI | |
| 165 | Ford p/u | " | |
| | Ford skiploader | " | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | spread mulch common areas | | |
| | reseed yards and common areas | | |
| | fertilized common areas | | |
| | pull weeds common areas | | |

**REMARKS:**

KCI 01802

**INSPECTORS:**

Sunny (WEATHER)

Luis (FOREMAN SIGNATURE)

KCI Kardesteuer-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 6-1-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Martin F. Mendoza | 8 | | | | |
| Carlos Rivas | 8 | | | | |
| Ricardo Murillo | 8 | | | | |
| Eliodoro Vega | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Jesus Torres | 8 | | | | |
| Freddy Perez | 8 | | | | |
| Fermin Madrid | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 50 | Ford p/u | KCI | |
| 173 | Ford stakebed | " | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | water lawns, trees, ground cover and shrubs | | reseed yards and common trees |
| | spread mulch, Common Areas and shrub areas | | Fertilized # 98-114 and common areas |
| | | | pull weeds |

**REMARKS:**

KCI 01801

**INSPECTORS:**

Sunny (WEATHER)

[signature] (FOREMAN SIGNATURE)

KCI Kardeskint-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 16020

DATE: 6-2-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | M | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | Ruben Perez | 8 | |
| Martin F. Mendoza | 8 | | Fredy Perez | 8 | |
| Eliodoro Vega | 8 | | Fermin Madrid | 8 | |
| Carlos Rivas | 8 | | | | |
| Ricardo Murillo | 8 | | | | |
| Arturo Marquez | 8 | | | | |
| Ernesto Marquez | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Jesus Torres | 8 | | | | |
| Salvador Galvez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 50 | Ford p/u | KCI | |
| 173 | Ford stake bed | / | |
| 165 | Ford p/u | / | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☐ |
| * GENERAL CONTRACTOR | ☐ | ☐ |
| * SUBCONTRACTOR | ☐ | ☐ |
| * KCI EMPLOYEE | ☐ | ☐ |
| * PROJECT OWNER | ☐ | ☐ |
| * PUBLIC | ☐ | ☐ |
| * OTHER | ☐ | ☐ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☐ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☐ |
| * IS THIS EXTRA WORK | ☐ | ☐ |
| **4. ANY ACCIDENTS** | ☐ | ☐ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☐ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☐ |
| * POSSIBLE BACK CHARGES | ☐ | ☐ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☐ |
| **6. ANY RENTAL RETURNS** | ☐ | ☐ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☐ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☐ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Fertilized yard # 115-143 | | spread mulch on common [illegible] |
| | reseed yards | | |
| | water lawns, ground cover, trees | | |
| | and shrubs | | |

**REMARKS:**

KCI 01800

**INSPECTORS:**

Sunny

(WEATHER)

Luis

(FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 6-3-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | M | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | Fredy Perez | 8 | |
| Martin F. Mendoza | 8 | | Fermin Madrid | 8 | |
| Eliodoro Vega | 8 | | | | |
| Hector Navarrete | 6 | | | | |
| Martin Cervantes | 8 | | | | |
| Carlos Rivas | 8 | | | | |
| Ricardo Murillo | 8 | | | | |
| Arturo Marquez | 8 | | | | |
| Ernesto Marquez | 8 | | | | |
| Jesus Torres | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 50 | Ford p/u | KCI | |
| 165 | Ford p/u | " | |
| 173 | ford stake bed | " | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | water lawns, ground cover, trees and shrubs | | |
| | pull weed, spread mulch on common areas | | |

**REMARKS:**

KCI 01799

**INSPECTORS:**

Sunny (WEATHER)

[signature] (FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 6-4-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | M | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | Ruben Perez | 8 | |
| Martin F. Mendoza | 8 | | Fredy Perez | 8 | |
| Eliodoro Vega | 8 | | | | |
| Hector Navarrete | 4 | | | | |
| Carlos Rivas | 8 | | | | |
| Arturo Marquez | 8 | | | | |
| Ernesto Marquez | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Jesus Torres | 8 | | | | |
| Salvador Galvez | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford p/u | KCI | |
| 173 | Ford stakebed | " | |
| 50 | Ford p/u | " | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | reseed yard | | |
| | pull weeds | | |
| | spread mulch common areas | | |
| | water lawns, ground cover, trees and shrubs | | |

**REMARKS:**

KCI 01798

**INSPECTORS:**

Sunny (WEATHER)

[signature] (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 12030

DATE: 6-5-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | | | |
| Hector Navarrete | 2 | | | | |
| Gerardo Torres | 8 | | | | |
| Salvador Galves | 8 | | | | |
| Ruben Perez | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 105 | Ford p/u | KCI | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | water lawns, ground cover, | | |
| | shrubs and ~~t~~ trees | | |
| | video tape all yards | | |

**REMARKS:**

KCI 01797

**INSPECTORS:**

Sunny (WEATHER)

Luis (FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 6-8-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | M | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | Ruben Perez | 8 | |
| Martin F. Mendoza | 8 | | Fermin Madrid | 8 | |
| Eliodoro Vega | 8 | | | | |
| Carlos Rivas | 8 | | | | |
| Ricardo Murillo | 8 | | | | |
| Arturo Marquez | 8 | | | | |
| Ernesto Marquez | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Jesus Torres | 8 | | | | |
| Salvador Galvez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford p/u | KCI | |
| 173 | Ford stakebed | " | |
| | | | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Mow lawns # 98-143 | | water lawns, ground cover, |
| | reseed yard | | shrubs and trees |
| | pull weeds | | |
| | grade Common Areas | | |

**REMARKS:**

KCI 01796

**INSPECTORS:**

Sunny (WEATHER)

Luis (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 6-9-98

| EMPLOYEE NAME | H | | EMPLOYEE NAME | H | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | Ruben Perez | 8 | |
| Martin F. Mendoza | 8 | | Fredy Perez | 8 | |
| Eliodoro Vega | 8 | | Fermin Madrid | 6 | |
| Hector Navarrete | 3 | | | | |
| Carlos Rivas | 8 | | | | |
| Ricardo Murillo | 8 | | | | |
| Ernesto Marquez | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Jesus Torres | 8 | | | | |
| Salvador Galvez | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☑ |
| * GENERAL CONTRACTOR | ☐ | ☑ |
| * SUBCONTRACTOR | ☐ | ☑ |
| * KCI EMPLOYEE | ☐ | ☑ |
| * PROJECT OWNER | ☐ | ☑ |
| * PUBLIC | ☐ | ☑ |
| * OTHER | ☐ | ☑ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☑ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☑ |
| * IS THIS EXTRA WORK | ☐ | ☑ |
| **4. ANY ACCIDENTS** | ☐ | ☑ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☑ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☑ |
| * POSSIBLE BACK CHARGES | ☐ | ☑ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☑ |
| **6. ANY RENTAL RETURNS** | ☐ | ☑ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☑ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☑ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Reseed lawns, pull weeds | | |
| | water lawns, ground cover, | | |
| | shrubs and trees | | |

**REMARKS:**

KCI 01795

**INSPECTORS:**

Sunny (WEATHER)

Luis (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

DATE: 6-10-98

| EMPLOYEE NAME | HR | | EMPLOYEE NAME | HR | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | Fredy Perez | 8 | |
| Martin F. Mendoza | 8 | | | | |
| Eliodoro Vega | 8 | | | | |
| Hector Navarrete | 4 | | | | |
| Carlos Rivas | 8 | | | | |
| Ricardo Murillo | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Jesus Torres | 8 | | | | |
| Salvador Galves | 8 | | | | |
| Ruben Perez | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford p/u | KCI | |
| 173 | Ford stakebed | " | |
| 95 | Ford p/u | " | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Fertilize lawns # 95-143 | | replace 15 gal trees |
| | water lawns, ground cover, shrubs | | |
| | and trees | | |
| | restake and tie trees | | |

**REMARKS:**

KCI 01794

**INSPECTORS:**

Sunny (WEATHER)

[signature] (FOREMAN SIGNATURE)

KCI Karleskint-Crum, Inc. 225 Suburban Road San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

DATE: 6-11-98

| EMPLOYEE NAME | H | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | | | |
| Eliodoro Vega | 2 | | | | |
| Hector Navarrete | 2 | | | | |
| Carlos Rivas | 8 | | | | |
| Ricardo Murillo | 8 | | | | |
| Ernesto Marquez | 8 | | | | |
| Jesus Torres | 8 | | | | |
| Fredy Perez | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 115 | Ford p/u | KCI | |
| 95 | Ford p/u | 1 | |
| ~~10~~ | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | pull weeds Common Areas | | Video tape yards |
| | Mow lawns Common Areas | | |
| | water lawns, ground cover, | | |
| | shrubs and trees | | |

**REMARKS:**

KCI 01793

**INSPECTORS:**

Sunny — (WEATHER)

Luis — (FOREMAN SIGNATURE)

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 424 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 6/12/98 ✓ |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: Friday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 3 | 24.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 4 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 32.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 181,334.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 181,366.5 | 181,366.5 |

6/12/98

KEVIN SMITH, SUPERINTENDENT — DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 425 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 6/13/98 DAY: Saturday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 3 | 24.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 4 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 32.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 181,366.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 181,398.5 | 181,398.5 |

| | |
|---|---|
| | 6/13/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

KCI
Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 16030

DATE: 6-15-98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | M | |
|---|---|---|---|---|---|
| Jose Luis Navarrete | 4 | | Fermin Madrid | 8 | |
| Eliodoro Vega | 8 | | | | |
| Hector Navarrete | 5 | | | | |
| Carlos Rivas | 8 | | | | |
| Ricardo Murillo | 8 | | | | |
| Ernesto Marquez | 8 | | | | |
| Gerardo Torres | 8 | | | | |
| Jesus Torres | 8 | | | | |
| Salvador Galvez | 8 | | | | |
| Ruben Perez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI–RENTAL–OWNER OPP. | HR |
|---|---|---|---|
| 165 | Ford p/u | KCI | |
| 95 | Ford p/u | " | |
| 173 | ford stakebed | " | |
| | lawn mowers | " | |
| | | | |
| | | | |
| | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON–INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | mow lawns # 98-143 | | video tape lots # 98-110 |
| | restake and tie trees | | ready to turn them over |
| | replace 1561 trees | | To VAFB |
| | replace shrubs, ground cover | | |

**REMARKS:**

KCI 01792

**INSPECTORS:**

cloudy on morning sunny afternoon
(WEATHER)

Luis
(FOREMAN SIGNATURE)

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 427 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 6/16/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: Tuesday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 9 | 68.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 10 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 76.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 181,487.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 181,563.5 | 181,563.5 |

6/16/98

KEVIN SMITH, SUPERINTENDENT — DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 428 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 6/17/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: Wednesday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 10 | 70.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| **TOTAL EMPLOYEES:** | 11 | | | |

| | | |
|---|---|---|
| **TOTAL WORK HOURS ON JOB SITE THIS DATE** | 78.0 | |
| **CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT** | 181,563.5 | |
| **TOTAL WORK HOURS FROM START OF CONSTRUCTION** | 181,641.5 | 181,641.5 |

| | |
|---|---|
| | 6/17/98 |
| **KEVIN SMITH, SUPERINTENDENT** | **DATE** |