# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 429 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 6/18/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: Thursday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 9 | 56.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 10 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 64.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 181,641.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 181,705.5 | 181,705.5 |

| | |
|---|---|
| | 6/18/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 430 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 6/19/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: Friday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 3 | 24.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 4 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 32.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 181,705.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 181,737.5 | 181,737.5 |

| | |
|---|---|
| | 6/19/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 431 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 6/20/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: Saturday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 3 | 24.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 4 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 32.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 181,737.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 181,769.5 | 181,769.5 |

| | |
|---|---|
| | 6/20/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 432 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 6/22/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: Monday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 8 | 45.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 9 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 53.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 181,769.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 181,822.5 | 181,822.5 |

| | |
|---|---|
| | 6/22/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 433 |

CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE

PROJECT MANAGER: JEFF HARPER

DATE: 6/23/98
DAY: Tuesday

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER. | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 3 | 12.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 4 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 20.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 181,822.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 181,842.5 | 181,842.5 |

| | |
|---|---|
| | 6/23/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 434 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 6/24/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: Wednesday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 1 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 8.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 181,842.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 181,850.5 | 181,850.5 |

| | |
|---|---|
| | 6/24/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 434 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER: JEFF HARPER | DATE: 6/24/98<br>DAY: Wednesday |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

WEATHER AM: SUNNY WEATHER PM: SUNNY
TEMPERATURE 70 NO. OF RAIN DAYS: 88
WEATHER EFFECT ON JOB:

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

| | |
|---|---|
| DELINEATOR CONE SAFETY | HARD HAT ENFORCEMENT |
| SITE SPEED LIMIT ENFORCEMENT | OFF SITE SPEED LIMIT |
| WATCH FOR CHILDREN | TRENCH SAFETY |

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

KCI General landscape

## AIR FORCE REMARKS

① No work being done on Phase 3 was observed today.
Weather: morning was overcast, afternoon was sunny & clear.

[signature]
AIR FORCE REPRESENTATIVE SIGNATURE Title II

Rec. 7-14-98

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 435 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 6/25/98 DAY: Thursday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 3 | 6.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 4 | | | |
| TOTAL WORK HOURS ON JOB SITE THIS DATE | | | 14.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | | | 181,850.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | | | 181,864.5 | 181,864.5 |

6/25/98

KEVIN SMITH, SUPERINTENDENT — DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 436 |

CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE

PROJECT MANAGER: JEFF HARPER

DATE: 6/26/98

DAY: Friday

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 1 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 8.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 181,864.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 181,872.5 | 181,872.5 |

| | |
|---|---|
| | 6/26/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 436 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 6/26/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: Friday |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

WEATHER AM: SUNNY    WEATHER PM: SUNNY
TEMPERATURE 70    NO. OF RAIN DAYS: 88
WEATHER EFFECT ON JOB:

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

DELINEATOR CONE SAFETY    HARD HAT ENFORCEMENT
SITE SPEED LIMIT ENFORCEMENT    OFF SITE SPEED LIMIT
WATCH FOR CHILDREN    TRENCH SAFETY

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

KCI    General landscape

## AIR FORCE REMARKS

① No landscape maintenance was observed on site today.
② No other work was observed today.

[signature]
AIR FORCE REPRESENTATIVE SIGNATURE Title II

Rec. 7-14-98