# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | | 483 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 9/12/98 DAY: Saturday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 0 | 0.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 4 | 16.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 4 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 16.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 183,060.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 183,076.5 | 183,076.5 |

| | |
|---|---|
| | 9/12/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

Late - not checked w/ Timecard

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

Monday DATE: 9/14/98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Carlos Rivas | 8 | | | | |
| Jorge Gomez | 8 | | | | |
| Salvador Galves | 8 | | | | |
| Arturo Marquez | 8 | | | | |
| Hernesto Marquez | 8 | | | | |
| Ramon-M-Rivas | 8 | | SEP 28 1998 | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | Ford P/U | K.C.I | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Cleen the weed greenbelt | | |
| Began to | mow greenbelt | | |

REMARKS:

KCI 01761

INSPECTORS:

(WEATHER) (FOREMAN SIGNATURE)

Late - not checked w/ Timecard

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

Tuesday

DATE: 9/15/98

| EMPLOYEE NAME | m | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Carlos Rivas | 8 | | | | |
| Gorge Gomez | 8 | | | | |
| Salvador Galves | 8 | | | | |
| Arturo Marquez | 8 | | | | |
| Hermesto Marquez | 8 | | | | |
| Ruben Perez | 8 | | SEP 28 1998 | | |
| José Cervantes | 8 | | | | |
| Romon Rivas | 8 | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | Ford P/U | K.C.I | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | Weede planted greenbelt | | |
| | Began to mow greenbelt | | |
| | | | |
| | | | |

**REMARKS:**

KCI 01760

**INSPECTORS:**

(WEATHER) (FOREMAN SIGNATURE)

Late - not checked w/ Timecard

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

WEDNESDAY DATE: 9/16/98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Carlos Rivas | 8 | | | | |
| Gorge Gomez | 8 | | | | |
| Salvador Galves | 8 | | | | |
| Gerardo flores | 8 | | | | |
| Heliodoro vega | 8 | | SEP 28 1998 | | |
| Ruben Perez | 8 | | | | |
| Ramon Rivas | 8 | | | | |
| Jose Cervantes | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| 2. ANY SPECIAL TRAINING | ☐ | ☒ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| 4. ANY ACCIDENTS | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| 6. ANY RENTAL RETURNS | ☐ | ☒ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☒ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | Ford P/U | K.C.I | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | weeded Planted Rose mary | | |

**REMARKS:**

KCI 01762

**INSPECTORS:**

(WEATHER) (FOREMAN SIGNATURE)

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 487 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 9/17/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: Thursday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 8 | 64.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 9 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 72.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 183,292.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 183,364.5 | 183,364.5 |

| | |
|---|---|
| | 9/17/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

Late - not checked w/ Timecard

KCI Kardeskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 16030

FRIDAY DATE: 9/18/98

| EMPLOYEE NAME | ### | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Carlos Rivas | 8 | | | | |
| Salvador Galves | 8 | | | | |
| Ruben Peres | 8 | | | | |
| Eliodoro vega | 8 | | | | |
| Geraldo torres | 8 | | | | |
| Jose Cervantes | 8 | | SEP 28 1998 | | |
| Ramon medina | 8 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☑ |
| * GENERAL CONTRACTOR | ☐ | ☑ |
| * SUBCONTRACTOR | ☐ | ☑ |
| * KCI EMPLOYEE | ☐ | ☑ |
| * PROJECT OWNER | ☐ | ☑ |
| * PUBLIC | ☐ | ☑ |
| * OTHER | ☐ | ☑ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☑ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☑ |
| * IS THIS EXTRA WORK | ☐ | ☑ |
| **4. ANY ACCIDENTS** | ☐ | ☑ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☑ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☑ |
| * POSSIBLE BACK CHARGES | ☐ | ☑ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☑ |
| **6. ANY RENTAL RETURNS** | ☐ | ☑ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☑ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☑ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | Ford P/u | KCI | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | weed areas Commines | | |
| | mow island Juniper St | | |
| | | | |
| | | | |

**REMARKS:**

KCI 01759

**INSPECTORS:**

Clear
(WEATHER)

(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: ~~[illegible]~~ 16030

Monday DATE: 9/21/98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | M | |
|---|---|---|---|---|---|
| ✓ Carlos Rivas | 8 | ✓ | Eliodoro Vega | 8 | |
| ✓ Gorge Gomez | 8 | | | | |
| ✓ Salvador Galves | 8 | | | | |
| ✓ Ruben perez | 8 | | | | |
| ✓ Gerardo Torres | 8 | | | | |
| ✓ Jose Cervantes | 8 | | SEP 28 1998 | | |
| ✓ Ramon medina | 8 | | | | |
| ✓ pablo ortega | 8 | | | | |
| ✓ arturo marquez | 8 | | | | |
| ✓ Hernesto marquez | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 96 | ford p/u | K'CI | |
| | ~~ford p/u~~ | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | weed Juniper St | | |

**REMARKS:**

KCI 01758

**INSPECTORS:** Sunny

(WEATHER) (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

Tuesday

DATE: 9/22/98

| EMPLOYEE NAME | M | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Carlos Rivas | 8 | 4 | | | |
| Gorge Gomez | 8 | 4 | | | |
| Ruben Perez | 8 | 4 | | | |
| Gerardo Torres | 8 | 4 | | | |
| Ramon Medina | 8 | | | | |
| Jose Cervantes | 8 | 4 | SEP 28 1998 | | |
| Salvador Galves | 8 | 4 | | | |
| Eliodoro Vega | 8 | 4 | | | |
| ~~Pablo Ortega~~ | | ~~4~~ | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☑ |
| * GENERAL CONTRACTOR | ☐ | ☑ |
| * SUBCONTRACTOR | ☐ | ☑ |
| * KCI EMPLOYEE | ☐ | ☑ |
| * PROJECT OWNER | ☐ | ☑ |
| * PUBLIC | ☐ | ☑ |
| * OTHER | ☐ | ☑ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☑ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☑ |
| * IS THIS EXTRA WORK | ☐ | ☑ |
| **4. ANY ACCIDENTS** | ☐ | ☑ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☑ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☑ |
| * POSSIBLE BACK CHARGES | ☐ | ☑ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☑ |
| **6. ANY RENTAL RETURNS** | ☐ | ☑ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☑ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☑ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | Ford P/U | KCI | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | mow greenbelt | | |
| | RePlanted Dead Rose- | | |
| | mary along Korina st | | |

**REMARKS:**

Kids have been pulling out Rosemary around Korina St PHACE #3

KCI 01757

**INSPECTORS:**

(WEATHER) (FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

# DAILY FIELD REPORT

JOB NO.: 16030

Wednesday DATE: 9/23/98

| EMPLOYEE NAME | m | EMPLOYEE NAME | |
|---|---|---|---|
| Carlos Rivas | 4 | | |
| Gorge Gomez | 8 | | |
| Salvador Galves | 8 | | |
| Ruben Perez | 8 | | |
| Ramon medina | 8 | | |
| Eliodoro vega | 8 | SEP 28 1998 | |
| Jose Cervantes | 8 | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☒ |
| * GENERAL CONTRACTOR | ☐ | ☒ |
| * SUBCONTRACTOR | ☐ | ☒ |
| * KCI EMPLOYEE | ☐ | ☒ |
| * PROJECT OWNER | ☐ | ☒ |
| * PUBLIC | ☐ | ☒ |
| * OTHER | ☐ | ☒ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☒ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☒ |
| * IS THIS EXTRA WORK | ☐ | ☒ |
| **4. ANY ACCIDENTS** | ☐ | ☒ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☒ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☒ |
| * POSSIBLE BACK CHARGES | ☐ | ☒ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☒ |
| **6. ANY RENTAL RETURNS** | ☐ | ☒ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☒ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☒ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | Ford P/U | KCI | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | mowing finished & | | |
| | Re Plaud Rosemary along | | |
| | Korina st finished | | |

**REMARKS:**

KCI 01756

**INSPECTORS:**

Sunny
(WEATHER)

(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

**DAILY FIELD REPORT**

JOB NO.: 16030

DATE: 9/24/98

| EMPLOYEE NAME | | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Carlos Rivas 4 | 8 | | | | |
| Gorge Gomes | 8 | | | | |
| Salvador Galves | 8 | | | | |
| Pablo ortega | 8 | | | | |
| Ruben Perez | 8 | | | | |
| Gerardo torres | 8 | | SEP 28 1998 | | |
| Jose Cervantes | 8 | | | | |
| Eliodoro vega | 8 | | | | |
| Ramon Medina | 8 | | | | |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| 95 | Ford P/U | K.C.I | |

**MANDATORY QUESTIONNAIRE:**
1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| **1. ANY DISPUTES WITH:** | | |
| * INSPECTOR | ☐ | ☑ |
| * GENERAL CONTRACTOR | ☐ | ☑ |
| * SUBCONTRACTOR | ☐ | ☑ |
| * KCI EMPLOYEE | ☐ | ☑ |
| * PROJECT OWNER | ☐ | ☑ |
| * PUBLIC | ☐ | ☑ |
| * OTHER | ☐ | ☑ |
| **2. ANY SPECIAL TRAINING** | ☐ | ☑ |
| **3. ANY CHANGES IN THE PLANS** | ☐ | ☑ |
| * IS THIS EXTRA WORK | ☐ | ☑ |
| **4. ANY ACCIDENTS** | ☐ | ☑ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☑ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☑ |
| * POSSIBLE BACK CHARGES | ☐ | ☑ |
| **5. ANY RENTALS** (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☑ |
| **6. ANY RENTAL RETURNS** | ☐ | ☑ |
| * RELEASE #: | | |
| **7. WAS "USA" CALLED** | ☐ | ☑ |
| * REQUEST #: | | |
| **8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY** | ☐ | ☑ |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**
PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | worked on Punchlist | | |
| | Green belt | | |

**REMARKS:**

KCI 01755

**INSPECTORS:**

Sunny
(WEATHER)

(FOREMAN SIGNATURE)

Karleskint-Crum, Inc.
225 Suburban Road
San Luis Obispo, CA 93401

DAILY FIELD REPORT

JOB NO.: 16030

FRiDAY DATE: 9/25/98

| EMPLOYEE NAME | H | | EMPLOYEE NAME | | |
|---|---|---|---|---|---|
| Carlos Rivas | 4 | | | | |
| OrteGa Pablos | 8 | | | | |
| medida Ramon | 8 | | | | |
| Gomez GorGe | 8 | | | | |
| Ruben perez | 8 | | | | |
| Gerardo flores | 8 | | | | |
| Elidoro vega | 8 | | | | |
| Salvador gaves | 8 | | | | |
| Jose Cervantes | 8 | | | | |

**MANDATORY QUESTIONNAIRE:**

1. IF YES, PLEASE EXPLAIN IN DETAIL UNDER SECTION "REMARKS" BELOW.
2. WHEN EXPLAINING A QUESTION MARKED "YES", PLEASE ANSWER WHO?, WHAT?, WHERE?, AND WHEN? FOR EACH.
3. IF REQUIRED PLEASE ATTACH ANOTHER PIECE OF PAPER. (DO NOT SHORTEN YOUR ANSWER)

| | Y | N |
|---|---|---|
| 1. ANY DISPUTES WITH: | | |
| * INSPECTOR | ☐ | ☑ |
| * GENERAL CONTRACTOR | ☐ | ☑ |
| * SUBCONTRACTOR | ☐ | ☑ |
| * KCI EMPLOYEE | ☐ | ☑ |
| * PROJECT OWNER | ☐ | ☑ |
| * PUBLIC | ☐ | ☑ |
| * OTHER | ☐ | ☑ |
| 2. ANY SPECIAL TRAINING | ☐ | ☑ |
| 3. ANY CHANGES IN THE PLANS | ☐ | ☑ |
| * IS THIS EXTRA WORK | ☐ | ☑ |
| 4. ANY ACCIDENTS | ☐ | ☑ |
| INJURY ☐ NON-INJURY ☐ | | |
| ON SITE ☐ OFF SITE ☐ | | |
| * ANY PROPERTY DAMAGE | ☐ | ☑ |
| * ANY DAMAGE TO WORK ON SITE | ☐ | ☑ |
| * POSSIBLE BACK CHARGES | ☐ | ☑ |
| 5. ANY RENTALS (LIST INVOICE IN EQUIP. SECTION) | ☐ | ☑ |
| 6. ANY RENTAL RETURNS | ☐ | ☑ |
| * RELEASE #: | | |
| 7. WAS "USA" CALLED | ☐ | ☑ |
| * REQUEST #: | | |
| 8. ANY KCI SUBCONTRACTORS OR OWNER OPPRATORS WORK TODAY | ☐ | ☑ |

**EQUIPMENT:** PLEASE LIST ALL EQUIPMENT USED TODAY.

| # | DESCRIPTION | KCI-RENTAL-OWNER OPP. | HR |
|---|---|---|---|
| | | | |

**WORK PERFORMED & MATERIALS INSTALLED TODAY**

PLEASE LIST ACCURATELY ALL QUANTITIES OF WORK COMPLETED & MATERIALS USED.

| QUANTITY | DESCRIPTION | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | ~~worked~~ | | |
| | worked on punchlist | | |
| | greenbelt | | |

**REMARKS:**

KCI 01754

INSPECTORS:

~~Sunny~~ Sunny

(WEATHER) (FOREMAN SIGNATURE)