IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case no. 05-269C |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION

I, **LEONARD J. HORNIAK**, hereby declare the following:

1. I was the contract administrator employed by the Department of the Air Force for contract no. F04684-96-C-0046 ("the contract") awarded to Harper Nielsen-Dillingham Builders, Inc. ("Harper/Nielsen") for the construction of military family housing at Vandenberg Air Force Base, California. I assisted the contracting officer with contract administration throughout the entire performance period of the contract.

2. The contracting officer never issued a written stop work order to Harper/Nielsen for it to suspend or stop its performance of the contract.

I hereby declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 28 Sep 07 Leonard J. Horniak

LEONARD J. HORNIAK

SPACE COMMAND

# SPECIFICATIONS

# MILITARY FAMILY HOUSING REPLACEMENT - PHASE 3

XUMU-96-4003
VANDENBERG AIR FORCE BASE, CALIFORNIA

100% FINAL DESIGN SUBMITTAL
OCTOBER 16, 1995

FISHER - FRIEDMAN - ASSOCIATES - AIA
ARCHITECTURE PLANNING URBAN DESIGN

Atch 5
F04684-96B0005

SECTION 01000

GENERAL REQUIREMENTS

PART 1 GENERAL

1.1 PROJECT DESCRIPTION

A. The Project consists of furnishing all labor, materials, and equipment in connection with Military Family Housing Replacement - Phase 3, at Vandenberg Air Force Base, CA, Project Number XUMU-96-4003.

B. The work is briefly described as follows, but is not the entire scope of the project:
1. Demolish and remove 143 existing housing units, including asbestos removal, underground tank removal, and designated sitework including overhead electrical distribution system.
2. Construct 143 housing units and associated sitework including underground electrical distribution system.

1.1 PROJECT PERSONNEL

A. The following key personnel shall have a minimum of 2 years experience in a position equal to the one assigned on this project or a total of 3 years experience in any of the four key personnel positions. The four key personnel positions are: Project Manager, Superintendent, Quality Control, and Safety Officer.

B. Both the Safety Officer and the Quality Control person, or approved alternate, must be on the jobsite at all times during construction.

C. Both the Safety Officer and the Quality Control person must report above the Project Engineer and Superintendent. Both must be capable of accomplishing their work independent of contract cost or schedule.

1.3 OCCUPANCY

A. The project site will be occupied by the Government during construction operations, except for the construction increment area under construction.

B. The Government will occupy the adjacent residential neighborhoods and the perimeter streets of the project during the entire time of construction.

C. The Government will construct Military Family Housing Replacement Phase 2, and Phase 4 (including new construction of Utah Avenue) under separate contracts which may coincide with parts of the construction time of this Phase 3.

D. The Government will occupy each portion of the Project upon completion of 25 housing units in each construction increment area.

1.4 WORK SCHEDULE: Working hours will normally be between the hours of 7:00 a.m. and 4:00 p.m. excluding Saturdays, Sundays, and federal holidays. If the Contractor desires to work during periods other than above, he shall make his request to the Contracting Officer 3 work days in advance. If Government inspection forces are not required or such forces are reasonably available, the Contracting Officer may authorize the Contractor to perform work during periods other than normal duty hours/days. However, if Government inspectors are required to perform in excess of their normal duty hours/days solely for the benefit of the Contractor, the actual cost of inspection at overtime rates will be charged to the Contractor. These adjustments to the Contract price may be made periodically as directed by the Contracting Officer.

1.5 WORK SEQUENCE:

A. Construct Work in three construction increments indicated on the Drawings to accommodate the Government's occupancy requirements during the construction period. Coordinate construction schedule and operations with the Contracting Officer.

This page can be found on the web at the following url:
http://www.opm.gov/fedhol/1997.asp

## U.S. Office of Personnel Management
**Ensuring the Federal Government has an effective civilian workforce**

## Federal Holidays

## 1997 Federal Holidays

Federal law (5 U.S.C. 6103) establishes the following public holidays for Federal employees. Please note that most Federal employees work on a Monday through Friday schedule. For these employees, when a holiday falls on a nonworkday -- Saturday or Sunday -- the holiday usually is observed on Monday (if the holiday falls on Sunday) or Friday (if the holiday falls on Saturday).

| | |
|---|---|
| **Tuesday, January 1** | **New Year's Day** |
| **Monday, January 20** | **Birthday of Martin Luther King, Jr.** |
| **Monday, February 17** | **Washington's Birthday** |
| **Monday, May 26** | **Memorial Day** |
| **Friday, July 4** | **Independence Day** |
| **Monday, September 1** | **Labor Day** |
| **Monday, October 13** | **Columbus Day** |
| **Tuesday, November 11** | **Veterans Day** |
| **Thursday, November 27** | **Thanksgiving Day** |
| **Thursday, December 25** | **Christmas Day** |

---

Federal Holidays Home Page

**U.S. Office of Personnel Management** 1900 E Street NW, Washington, DC 20415 | (202) 606-1800 | TTY (202) 606-2532

This page can be found on the web at the following url:
http://www.opm.gov/fedhol/1998.asp

## U.S. Office of Personnel Management

**Ensuring the Federal Government has an effective civilian workforce**

## Federal Holidays

### 1998 Federal Holidays

Federal law (5 U.S.C. 6103) establishes the following public holidays for Federal employees. Please note that most Federal employees work on a Monday through Friday schedule. For these employees, when a holiday falls on a nonworkday -- Saturday or Sunday -- the holiday usually is observed on Monday (if the holiday falls on Sunday) or Friday (if the holiday falls on Saturday).

| | |
|---|---|
| **Thursday, January 1** | **New Year's Day** |
| **Monday, January 19** | **Birthday of Martin Luther King, Jr.** |
| **Monday, February 16** | **Washington's Birthday** |
| **Monday, May 25** | **Memorial Day** |
| **Friday, July 3 *** | **Independence Day** |
| **Monday, September 1** | **Labor Day** |
| **Monday, October 13** | **Columbus Day** |
| **Tuesday, November 11** | **Veterans Day** |
| **Thursday, November 27** | **Thanksgiving Day** |
| **Thursday, December 25** | **Christmas Day** |

**July 4, 1998, falls on a Saturday. Under 5 United States Code (U.S.C.) 6103(b)(1), if a holiday falls on Saturday, the Friday immediately before is the legal holiday for employees whose basic workweek is Monday through Friday. For employees who do not have Monday through Friday workweeks, holidays are termined in accordance with 5 U.S.C. 6103(b)(2) and (d) and Executive Order 11582 of February 11, 1971.*

---

**Federal Holidays Home Page**

**U.S. Office of Personnel Management** 1900 E Street NW, Washington, DC 20415 | (202) 606-1800 | TTY (202) 606-2532

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 351 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 3/5/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: THURSDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 2 | 16.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 3 | 19.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 4 | 32.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 2 | 2.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 11 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 69.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 175,840.0 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 175,909.0 | 175,909.0 |

KEVIN SMITH, SUPERINTENDENT — 3/5/98 DATE

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | 408 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 5/22/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: FRIDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 3 | 24.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 4 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 32.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 180,100.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 180,132.5 | 180,132.5 |
| | | 5/22/98 |
| KEVIN SMITH, SUPERINTENDENT | | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 409 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 5/23/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: SATURDAY |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 3 | 24.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 4 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 32.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 180,132.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 180,164.5 | 180,164.5 |

| | |
|---|---|
| | 5/23/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | REPORT # |
|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH PHASE 3 (143 UNITS) | 456 |

| CONTRACTOR: | PROJECT MANAGER | DATE: 7/24/98 |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | JEFF HARPER | DAY: Friday |

| PRIME CONTRACTOR SUBCONTRACTOR | NO. MEN | NO. OF HOURS | CLASS/ TRADE | DESCRIPTION OF WORK |
|---|---|---|---|---|
| HARPER/NIELSEN-DILLINGHAM | 1 | 8.0 | GENERAL CONTRACTOR | GENERAL CONTRACTOR |
| ALL AMERICAN ROOFING | 0 | 0.0 | ROOFER | ROOFING |
| | 0 | 0.0 | LABORER | |
| ARENA PAINTING | 0 | 0.0 | PAINTER | PAINTING |
| | 0 | 0.0 | APPRENTICE | |
| BUILDERS INTERIORS | 0 | 0.0 | CARPENTER FLOOR WORKER | FLOORING |
| COFFMAN ENTERPRISES | 0 | 0.0 | LATHER | STUCCO |
| | 0 | 0.0 | PLASTERER | |
| | 0 | 0.0 | PLASTER TENDER | |
| | 0 | 0.0 | LABORER | |
| GOLDEN STATE FENCE | 0 | 0.0 | CARPENTER FENCE BLDER | FENCES |
| | 0 | 0.0 | IRONWORKER FENCE ERECTOR | |
| JOHN P. DONOVAN CONSTRUCTION | 0 | 0.0 | MASON | GRADING & CONCRETE WORK |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| KARLESKINT-CRUM, INC. | 0 | 0.0 | JOURNEYMAN | LANDSCAPE & IRRIGATION |
| | 0 | 0.0 | LANDSCAPE LABORER | |
| LI METAL SYSTEMS | 0 | 0.0 | SHEETMETAL | GUTTERS & DOWNSPOUTS |
| | 0 | 0.0 | LABORER | |
| PRECISION CONCRETE | 0 | 0.0 | FINSHER | CURB & GUTTER |
| | 0 | 0.0 | LABORER | |
| PROCRAFT | 0 | 0.0 | CARPENTER | FINISH CARPENTRY |
| R. BURKE CORPORATION | 0 | 0.0 | OPERATOR | UTAH ROAD |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | TEAMSTER | |
| RP RICHARDS | 0 | 0.0 | JOURNEYMAN PLUMBER | UG UTILITIES |
| | 0 | 0.0 | APPRENTICE PLUMBER | |
| | 0 | 0.0 | LABORER | |
| | 0 | 0.0 | OPERATOR | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | SHEETMETAL JOURNEYMAN | HVAC |
| | 0 | 0.0 | SHEETMETAL APPRENTICE | |
| | 0 | 0.0 | INSULATOR JOURNEYMAN | |
| | 0 | 0.0 | INSULATOR APPRENTICESHIP | |
| SMITH ELECTRIC | 0 | 0.0 | JOURNEYMAN - ELECTRICAL | SITE ELECTRICAL |
| | 0 | 0.0 | APPRENTICE ELECTRICIAN | |
| | 0 | 0.0 | BLDG JOURNEYMAN | |
| | 0 | 0.0 | BLDG APPRENTICE | |
| | 0 | 0.0 | CARPENTER | |
| | 0 | 0.0 | OPERATOR | |
| WALKER WOOD | 0 | 0.0 | CARPENTER | CABINET INSTALLATION |
| TOTAL EMPLOYEES: | 1 | | | |

| | | |
|---|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 8.0 | |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 182,647.5 | |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 182,655.5 | 182,655.5 |

| | |
|---|---|
| | 7/24/98 |
| KEVIN SMITH, SUPERINTENDENT | DATE |

# CONTRACTOR'S DAILY PROGRESS REPORT

| CONTRACT NO. | TITLE & LOCATION | | REPORT # |
|---|---|---|---|
| F046484-96-C-0046 | REPLACE CAPEHART MFH **PHASE 3** (143 UNITS) | | 456 |
| CONTRACTOR: HARPER/NIELSEN-DILLINGHAM BUILDERS JOINT VENTURE | | PROJECT MANAGER JEFF HARPER | DATE: 7/24/98 DAY: Friday |

## ANALYSIS OF WEATHER CONDITIONS AND EFFECT ON WORK

**WEATHER AM:** SUNNY **WEATHER PM:** SUNNY
**TEMPERATURE** 70 **NO. OF RAIN DAYS:** 88
**WEATHER EFFECT ON JOB:**

## LIST SAFETY ACTIONS TAKEN / SAFETY INSPECTIONS CONDUCTED

| | |
|---|---|
| DELINEATOR CONE SAFETY | HARD HAT ENFORCEMENT |
| SITE SPEED LIMIT ENFORCEMENT | OFF SITE SPEED LIMIT |
| WATCH FOR CHILDREN | TRENCH SAFETY |

| | YES | NO |
|---|---|---|
| WERE THERE ANY LOST-TIME ACCIDENTS THIS DATE? | | X |

## COMMENTS REGARDING JOB PROGRESS

KCI General landscape

## AIR FORCE REMARKS

① No work force observed today

AIR FORCE REPRESENTATIVE SIGNATURE