**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 05-269-C** |
| | ) | **Judge Nancy B. Firestone** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RFCFC 6(b), Plaintiff respectfully requests an enlargement of time of sixty (60) days, to and including December 28, 2007, within which to respond to Defendant's Motion For Summary Judgment. Plaintiff's response is presently due on October 29, 2007. This is Plaintiff's first request for an enlargement of time for this purpose. Plaintiff requests an enlargement of time not for purposes of delay, but due to the complex nature of the issues and its desire to fully address these issues in its response. Defendant's counsel has been contacted and does not oppose this request for an enlargement of time.

For the foregoing reasons, Plaintiff requests that the Court grant this Motion for Enlargement of Time.

Respectfully submitted,

MILLER LAW FIRM, P.C.

s/ Richard W. Miller

Richard W. Miller Mo. Bar #16136
4310 Madison Avenue
Kansas City, MO 64111
Telephone: (816) 531-0755
Facsimile: (816) 561-6361
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing was served upon the following persons by United States mail, postage prepaid, this 25th day of October, 2007.

Ms. A. Bondurant Eley
Trial Attorney
Commercial Litigation Branch
Civil Division – Classification Unit
Department of Justice
1100 L. Street, N.W., 8th Floor
Washington, D.C. 20005
**ATTORNEY FOR DEFENDANT**

/s/Richard W. Miller______________
Attorneys for Plaintiff