# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: October 26, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **HARPER/NIELSEN-DILLINGHAM** | * |
| **BUILDERS, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant,** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

Plaintiff's unopposed motion, filed October 25, 2007, for a sixty day enlargement of time within which to respond to defendant's motion for summary judgment is **GRANTED**. Accordingly, plaintiff shall file its response by **Friday, December 28, 2007**. Defendant shall file its reply in accordance with the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_