**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 05-269-C** |
| | ) | **Judge Nancy B. Firestone** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S APPENDIX**

Plaintiff Harper/Nielsen-Dillingham Builder's Inc. ("Harper") submits this Appendix in support of Plaintiff's Suggestions in Opposition to Defendant's Summary Judgment.

# INDEX TO PLAINTIFF'S APPENDIX


| | |
|---|---|
| Affidavit of Jeffrey A. Harper | PA1-PA26a |
| Affidavit of Curt Boutwell | PA27-PA32 |
| Claims Presentation and Prosecution Agreement | PA33-PA38 |


Respectfully Submitted,

MILLER LAW FIRM, P.C.

/s/Richard W. Miller
Richard W. Miller
4310 Madison Avenue
Kansas City, Missouri 64111
Telephone: (816) 531-0755
Facsimile: (816) 561-6361
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF FILING**

I hereby certify that on this 28th day of December, 2007, a copy of the foregoing Appendix in Support of Plaintiff's Suggestions in Opposition to Defendant's Motion for Summary Judgment was filed electronically with this Court. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic system. The parties may access this filing through the Court's system.

__/s/Richard W. Miller
Attorney for Plaintiff