Case 1:05-cv-00269-NBF Document 16 Filed 01/04/2006 Page 1 of 23

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 02

2. AMENDMENT/MODIFICATION NO.: P00006
3. EFFECTIVE DATE: 98MAR02
4. REQUISITION/PURCHASE REQ. NO.: SEE SCHEDULE
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE
30 CONS/LGC,BLDG 7015, SEC. 2C
806 13TH STREET, SUITE 2
VANDENBERG AFB CA 93437-5226

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No.,street,county,State and Zip code)

HARPER/NIELSEN-DILLINGHAM 012V94L
BUILDERS JOINT VENTURE
2241 KETTNER BLVD., SUITE 300
SAN DIEGO CA 92101

CODE | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.
9b. DATED (See item 11)
X 10A. MODIFICATION OF CONTRACT/ORDER NO.: F0468496C0046
10B. DATED (See item 13): 96AUG27

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

|_|The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers |_|is extended, |_| is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a)By completing Items 8 and 15,and returning ___ copies of the amendment; (b)By acknowledging receipt of this amendment on each copy of the offer submitted; or (c)By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA (If required)

N/A NO CHG .00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14.

(x) A. This change order is issued pursuant to:(Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A.

B. The above numbered contract/order is modified to reflect the administrative changes(such as changes in paying office,appropriation data,etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b).

X C. This supplemental agreement is entered in pursuant to authority of: CHANGES CLAUSE FAR 52.243-4, AUG 1987 ; Default Clause, FAR 52.249-10

D. Other (Specify type of modification and authority)

E. IMPORTANT: Contractor |_| is not, |X| is required to sign this document and return 005 copies to the issuing office.

14. Description of amendment/modification (Organized by UCF section headings,including solicitation/contract subject matter where feasible.)

PDC: HORNIAK, LENNY
PHONE: 8057348232/52169

SEE SCHEDULE

EXHIBIT
tabbies
B

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): JEFFREY A. HA[illegible] PROJECT MA[illegible]

16A. TITLE OF CONTRACTING OFFICER (Type or print): LAUGHLI/BODD

PA 10

15B. CONTRACTOR/OFFEROR [signature]
15C. DATE SIGNED: 3/6/98
16B. UNITED STATES OF AMERICA BY [signature]
16C. DATE SIGNED: 3-19-98

Harper/Nielsen-Dillingham 98MAR02 Page 2 of 2
F04684-96-C-0046
P00006

1. The purpose of this modification is to extend the contract performance period due to the higher than normal rainfall that was experienced here at Vandenberg Air Force Base, from Nov 97 to Feb 98.

2. The contract performance period is changed from 495 days to 544, an increase of 49 cal days. This was computed by comparing the data of normal days of rain and inches of rain to data of actual number of days of rain and inches of rain. The result is 26 days. Additionally, we allowed another 13 cal days for drying time for a total of 49 cal days. The contract completion date is changed from 2 Mar 98 to 20 Apr 98.

3. All other terms and conditions remain unchanged.
////////////////////////////////////////////////////////////LAST ITEM/////////////////////////////////////////

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE J | PAGE OF PAGES 1 | 02

2. AMENDMENT/MODIFICATION NO. P00007 | 3. EFFECTIVE DATE 98APR20 | 4. REQUISITION/PURCHASE REQ. NO. SEE SCHEDULE | 5. PROJECT NO. (If applicable)

6. ISSUED BY CODE
30 CONS/LGC, BLDG 7015, SEC. 2C
806 13TH STREET, SUITE 2
VANDENBERG AFB CA 93437-5226

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip code)
HARPER/NIELSEN-DILLINGHAM 012V94L
BUILDERS JOINT VENTURE
2241 KETTNER BLVD., SUITE 300
SAN DIEGO CA 92101

(x) 9A. AMENDMENT OF SOLICITATION NO.

9b. DATED (See item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. F0468495C0046

10B. DATED (See item 13) 96AUG27

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS
[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA (If required)
N/A NO CHG .00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14.

(x) | A. This change order is issued pursuant to: (Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A.

| B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data, etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b).

X | C. This supplemental agreement is entered in pursuant to authority of: DEFAULT CLAUSE, FAR 52.249-10, APR 1984

| D. Other (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 005 copies to the issuing office.

14. Description of amendment/modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

POC: HORNIAK, LENNY
PHONE: 8057348232/62169

SEE SCHEDULE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
JEFFREY A. HARPER PROJECT MAN.

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
PHILLI/DODD

PA 12

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. 4/28/98

16B. UNITED STATES OF AMERICA
BY (Signature of Contracting Officer)

16C. DATE SIGNED 8 MAY 98

Harper/Nielsen-Dillingham 98APR20 Page 2 of 2
F04684-96-C-0046
P00007

1. The purpose of this modification is to extend the contract performance period due to the higher than normal rainfall that was experienced here at Vandenberg Air Force Base, from 1 Mar 98 to 20 Apr 98:

2. The contract performance period is changed from 544 days to 556, an increase of 12 cal days. The contract completion date is changed from 20 Apr 98 to 2 May 98.

3. All other terms and conditions remain unchanged.
////////////////////////////////////////////////////////////LAST ITEM////////////////////////////////////////////////