# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: March 19, 2008)**

* * * * * * * * * * * * * * * * *

**HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * *

## O R D E R

Oral argument on the defendant's motion for summary judgment shall be heard on **Thursday, April 10, 2008, at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (816) 531-0755; counsel for defendant at (202) 616-8254. A court reporter will be present, and the court will initiate the call.

At the argument the parties should be prepared to address the following:

(1) California law regarding the enforceability of "no damages for delay" clauses, including any exceptions or defenses thereto. See, e.g., 5 Bruner & O'Connor Constr. Law §§ 15:75-80.

(2) What, if any, evidence the plaintiff has presented to support the application of the exception(s) identified in Cal. Pub. Cont. Code § 7102 to this case, assuming that statute could be applied to this case by analogy.

(3) The burden of proof regarding the "iron-bound" release or contract provision required under E.R. Mitchell Constr. Co. v. Danzig, 175 F.3d 1369, 1372 (Fed. Cir. 1999), in order to raise a successful Severin defense.

(4) What, if any, damages claimed by the plaintiff, separate from the delay-related claims, would survive if the delay-related claims were dismissed.

(5) What, if any, evidence the plaintiff has presented to support its eligibility for Eichelay damages based on days that it was on "standby."

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge