**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | |
| Plaintiff, | ) | No. 05-269 |
| v. | ) | (Sweeney) |
| THE UNITED STATES | ) | |
| Defendant | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's order of April 29, 2008, defendant hereby respectfully files a status report in the above-captioned case. Defendant attempted to contact plaintiff's counsel by telephone on two occasions, and by letter of May 23, 2008, attached hereto as Exhibit A, in an attempt to obtain plaintiff's cooperation in the preparation of a joint status report, but has received no response. Defendant's counsel will be in a deposition in another matter during on May 27, and will be unable to draft a report jointly on that date. Accordingly, this report contains no representations as to plaintiff's position on any issue in this case.

Defendant does not believe that any additional discovery is necessary in this case, and respectfully requests that this matter be set for trial.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-616-8254
202-514-8624

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May 2008, a copy of the foregoing : "DEFENDANT'S STATUS REPORT " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A. Bondurant Eley