**U.S. Department of Justice**

Civil Division

JMD:DEK:BELEY
D.J. No. 154-05-269

Tel. (202) 616-8254
Fax: (202) 514-8624

*Washington, D.C. 20530*

May 23, 2008

***Via Facsimile and Email***

Mr. Richard W. Miller
Miller Law Firm
4310 Madison Avenue
Kansas City, MO 64111

Re: *Harper/Nielsen-Dillingham v. United States*, No. 05-269

Dear Mr. Miller:

A joint status report in the above matter is due to the Court on May 27. I attempted to contact you today and yesterday by telephone to coordinate a draft report, leaving messages both times, but I have received no response from you. I am unavailable to discuss this matter or participate in a draft of a joint status report on May 27 itself, as I will be out of the office taking a deposition in another matter.

In the absence of any response from you, please be advised that I will be filing the attached status report on behalf of the Government.

Very truly yours,

A. Bondurant Eley

A. Bondurant Eley
Trial Attorney

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | |
| Plaintiff, | ) | No. 05-269 |
| v. | ) | (Sweeney) |
| THE UNITED STATES | ) | |
| Defendant | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's order of April 29, 2008, defendant hereby respectfully files a status report in the above-captioned case. Defendant attempted to contact plaintiff's counsel by telephone on two occasions, and by letter of May 23, 2008, attached hereto as Exhibit A, in an attempt to obtain plaintiff's cooperation in the preparation of a joint status report, but has received no response. Defendant's counsel will be in a deposition in another matter during on May 27, and will be unable to draft a report jointly on that date. Accordingly, this report contains no representations as to plaintiff's position on any issue in this case.

Defendant does not believe that any additional discovery is necessary in this case, and respectfully requests that this matter be set for trial.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-616-8254
202-514-8624

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May 2008, a copy of the foregoing : "DEFENDANT'S STATUS REPORT " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

______________________________

**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Department of Justice
Civil Division

Fax No. 202-514-8624
Voice No. 202-616-8254

**SENT BY:** Bondurant Eley

**TO:** Richard Miller

**FAX No.** 800-982-3150
816-561-6361

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):** 5

**SPECIAL INSTRUCTIONS:**

*************** -COMM. JOURNAL- ******************* DATE MAY-23-2008 ***** TIME 17:28 ********

MODE = MEMORY TRANSMISSION START=MAY-23 17:27 END=MAY-23 17:28

FILE NO.=924

| STN NO. | COMM. | STATION NAME/EMAIL ADDRESS/TELEPHONE NO. | PAGES | DURATION |
|---|---|---|---|---|
| 001 | OK | ☎918009823150 | 005/005 | 00:00:38 |

-DOJ -

***** UF-8000 v2 ****************** - - ***** - - *********

**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Department of Justice
Civil Division

Fax No. 202-514-8624
Voice No. 202-616-8254

**SENT BY:** Bondurant Eley

**TO:** Richard Miller

**FAX No.** 800-982-3150
816-561-6361

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):** 5

**SPECIAL INSTRUCTIONS:**

*************** -COMM. JOURNAL- ******************* DATE MAY-23-2008 ***** TIME 17:30 ********

MODE = MEMORY TRANSMISSION START=MAY-23 17:28 END=MAY-23 17:30

FILE NO.=925

| STN NO. | COMM. | STATION NAME/EMAIL ADDRESS/TELEPHONE NO. | PAGES | DURATION |
|---|---|---|---|---|
| 001 | OK | ā918165616361 | 005/005 | 00:00:46 |

-DOJ -

***** UF-8000 v2 ******************* - - ***** - - *********

**IMPORTANT:** This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Department of Justice
Civil Division

Fax No. 202-514-8624
Voice No. 202-616-8254

**SENT BY:** Bondurant Eley

**TO:** Richard Miller

**FAX No.** 800-982-3150
816-561-6361

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):** 5

**SPECIAL INSTRUCTIONS:**

## Eley, Bondurant (CIV)

| | |
|---|---|
| **From:** | System Administrator |
| **To:** | Richard Miller |
| **Sent:** | Friday, May 23, 2008 5:40 PM |
| **Subject:** | Delivered: Harper/Nielsen-Dillingham v. United States, No. 05-269 |

Your message

| | |
|---|---|
| To: | rmiller@mlfkc.com |
| Subject: | Harper/Nielsen-Dillingham v. United States, No. 05-269 |
| Sent: | 5/23/2008 5:41 PM |

was delivered to the following recipient(s):

Richard Miller on 5/23/2008 5:42 PM