# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: May 28, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **HARPER/NIELSEN-DILLINGHAM** | * |
| **BUILDERS, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant,** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## O R D E R

The court hereby **SCHEDULES** a status conference for **Wednesday, June 4, 2008, at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (816) 531-0755; counsel for defendant at (202) 616-8254. The court will initiate the conference call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_