# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: June 4, 2008)**

* * * * * * * * * * * * * * * * *

**HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * *

**O R D E R**

Pursuant to the status conference held on June 4, 2008, the court **ORDERS** the following:

| | |
|---|---|
| **Wednesday, June 11, 2008** | The plaintiff shall advise the court as to its preferred location for trial of plaintiff's extended maintenance period claim. |
| **Friday, June 13, 2008** | The government shall provide the plaintiff with the DCAA auditor's report, if not already provided. |
| **Friday, October 17, 2008** | A pre-trial conference shall be held at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005, at 1:30 pm eastern time. |

| | |
|---|---|
| **Monday, November 10, 2008** | Trial of extended maintenance period claim shall begin. |

The parties shall comply with the provisions of Appendix A, Section VI ("Post-Discovery Proceedings") of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge