# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: June 5, 2008)**

* * * * * * * * * * * * * * * * *

**HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * *

**O R D E R**

In its April 29, 2008 Opinion/Order, the court dismissed the plaintiff's claims of project delays due to removal of underground storage tanks ("USTs"), Compl. at A, ¶¶ 9-18, and weather-related delays, Compl. at B, ¶¶ 19-22, at summary judgment. Pursuant to Rule 54(b) of the Rules of the United States Court of Federal Claims, the court has determined that there is no just reason for delay with regard to the aforementioned claims. Accordingly, the court directs the entry of a final judgment dismissing the plaintiff's claims of project delays due to removal of USTs and weather-related delays. The clerk is directed to enter judgment accordingly. No costs.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge