# In the United States Court of Federal Claims

**No. 05-269 C**

**HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Order, filed June 5, 2008, stating that there is no just reason for delay, as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff's claims of project delays due to removal of USTs and weather-related delays are dismissed. No costs.

John S. Buckley
Acting Clerk of Court

**June 5, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.