# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: July 29, 2008)**

* * * * * * * * * * * * * * * * * *

**HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * * *

**O R D E R**

Pursuant to the court's June 4, 2008 order trail on plaintiff's extended maintenance period claim is scheduled to begin on Monday, November 10, 2008. Plaintiff shall have until **Monday, August 11, 2008**, to inform the court of its preferred trail location.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge