ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 4 2008
U.S. COURT OF FEDERAL CLAIMS

Case No. 05-269C

HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,

Plaintiff,

v. NOTICE OF APPEAL

UNITED STATES,

Defendant.

Notice is hereby given that Harper/Nielsen-Dillingham Builders, Inc., Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on June 5, 2008.

MILLER LAW FIRM

By [signature]

Richard W. Miller
4310 Madison Avenue
Kansas City, MO 64111
(816) 531-0755
(816) 561-6361 – FAX
E-Mail: rmiller@mlfkc.com
ATTORNEY FOR HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of August, 2008, a copy of the foregoing was mailed, United States Mail, postage prepaid, to:

A. Bondurant Eley, Esq.
U.S. Department of Justice
1100 L Street, NW, 8th Floor
Washington, DC 20530

Jeffrey Scott Pease, Esq.
U.S. Department of Justice
Civil Division—Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530

[signature]

Attorney for Plaintiff