**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-269-C<br>Judge Nancy B. Firestone |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR CONTINUANCE**

COMES NOW Plaintiff Harper/Nielsen-Dillingham, Inc. and hereby moves the Court to extend the trial date until after the Court of the Appeals for the Federal Circuit rules on the interlocutory appeal in which Plaintiff appeals the decision of the Court denying impact and other damages, which constitute the major damages in this case.

As required by the Rules, Plaintiff was preparing a list of witnesses and the testimony of the witnesses and also a list of exhibits. In performing that process, it became very apparent to Plaintiff that there were many documents and witnesses that would either not be needed in the trial that is presently scheduled or would only be needed because of the Court's ruling dismissing the major damages in this case. The Plaintiff is confident that the ruling of this Court will be overturned by the Court of Appeals and, if and when that occurs, if the balance of this case has already gone to trial it will necessitate an entirely new trial on the issues set forth in the appeal. Unless the continuation is granted, this will cause a waste of judicial economy, could result in decisions which are contradictory and will require a great deal of extra time and duplicative efforts in trying two cases.

The Plaintiff previously brought this issue of a continuance to the attention of the Court by letter dated August 11, 2008 designating the location of the trial and seeking a ruling on this

issue prior to the pre-trial conference. The Plaintiff thus submits this formal application to continue the trial and the performance of the pre-trial procedures under Appendix A to the Rules until after the Court of Appeals for the Federal Circuit rules on the pending interlocutory appeal.

WHEREFORE, for the reasons set forth above, the Plaintiff requests the Court enter an Order continuing the trial date until after the Court of Appeals for the Federal District has ruled on the pending appeal.

Respectfully submitted,

MILLER LAW FIRM, P.C.

/s/ Richard W. Miller

Richard W. Miller Mo. Bar # 16136
4310 Madison Avenue
Kansas City, MO 64111
Telephone: 816-531-0755
Telefax: 816-561-6361
**ATTORNEYS FOR PLAINTIFF**
**HARPER/NIELSEN-DILLINGHAM, INC.**

## CERTIFICATE OF FILING

I hereby certify that on this 15th day of August, 2008, I have advised A. Bondurant Eley of this Motion for Continuance and a copy of the foregoing "Motion for Continuance of Plaintiff Harper/Nielsen-Dillingham Builders, Inc." was filed electronically with this Court. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic system. The parties may access this filing through the Court's system.

/s/ Richard W. Miller
Attorneys for Plaintiff