# EXHIBIT A

**U.S. Department of Justice**

Civil Division

Tel. (202) 616-8254
Fax: (202) 514-8624

JMD:DEK:BELEY
D.J. No. 154-05-269

*Washington, D.C. 20530*

August 14, 2008

***Via Federal Express, Facsimile and Email***

Mr. Richard W. Miller
Miller Law Firm
4310 Madison Avenue
Kansas City, MO 64111

Re: *Harper/Nielsen-Dillingham v. United States*, No. 05-269

Dear Mr. Miller:

Pursuant to Paragraphs 13(a) and (b) of Appendix A of the Rules of the Court of Federal Claims, and in anticipation of our paragraph 13(c) conference, enclosed please find the defendant's trial witness and exhibit lists. So that there is no confusion as to which exhibits the Government intends to use, I am sending you a copy of those exhibits via Federal Express.

I reiterate my request of Tuesday that you contact me so that we can set up a time to confer as required by the Rules.

Very truly yours,

A. Bondurant Eley

A. Bondurant Eley
Trial Attorney

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HARPER/NIELSEN-DILLINGHAM BUILDERS, INC., | ) | |
| Plaintiff, | ) | No. 05-269C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S WITNESS LIST

1. CURTIS BOUTWELL
KCI Environmental
225 Suburban Road
San Luis Obispo, CA 93401
(805) 543-3311

Mr. Boutwell is expected to testify about his role as general manager of Karleskint-Crum, Inc. ("KCI") on the project at issue in this litigation.

Expected length of testimony: 3 hours

2. CYNTHIA CLAYTON
30 CONS/LGCCA
1515 Iceland Ave (Bldg 8500, Rm 150)
Vandenberg AFB, CA 93437-5212
(805) 606-2164

Ms. Clayton is expected to testify about her role as the contracting officer who authored the contracting officer's final decision in this matter.

Expected length of testimony: 1/2 hour

3. JAMES H. COLLINS
Senior Auditor
DCAA Dallas Branch Office
Kansas City Suboffice
301 West Lexington, Room 209
Independence, MO 64050-3711
(816) 836-0669 Ext. 225

Mr. Collins is expected to testify regarding the audit of Harper/Nielsen-Dillingham's claim.

Expected length of testimony: 2 hours

4. ROBERT GRISWOLD
30 CES/CECE
1172 Iceland Avenue, B11433
Vandenberg AFB, CA 93437
(805) 606-2048

Mr. Griswold is expected to testify about his role as the government inspector on the project at issue.

Expected length of testimony: 6 hours

5. JEFFREY HARPER
c/o Jeffrey S. Byer, Esq.
Sandler, Lasry, Laube, Byer & Valdez
402 W. Broadway, Suite 1700
San Diego, CA 92101
(619) 615-6777

Mr. Harper is expected to testify about his role as the project manager for Harper/Nielsen-Dillingham on the project at issue.

Expected length of testimony: 1 hour

6. LEONARD HORNIAK
30 CONS/LGCZ
1515 Iceland Ave (Bldg 8500, Rm 210)
Vandenberg AFB, CA 93437-5212
(805) 606-1556

Mr. Horniak is expected to testify about his role as the contract administrator on the project at issue.

Expected length of testimony: 4 hours

7. THEODORE MAINO
KCI Environmental
225 Suburban Road
San Luis Obispo, CA 93401

(805) 543-3311

Mr. Maino is expected to testify about his role as manager at KCI for the project at issue,

Expected length of testimony: 2 hours

8. CHARLES HENRY PAINTER
c/o Samuel T. Cassazza
747 Nebraska Avenue, Suite C-108
Vandenberg AFB, CA 93437
(805) 616-2208

Mr. Painter is expected to testify about his role as the contracting officer on the project at issue in this litigation.

Expected length of testimony: 2 hours

9. SERGIO CABRALES
890 Buchon Street
San Luis Obispo, CA 93401-4004
(805) 543-0818

Mr. Cabrales is expected to testify about his role as the Title II inspector on the project at issue.

Expected length of testimony: 4 hours

10. PAUL OLSON
c/o Jeffrey S. Byer, Esq.
Sandler, Lasry, Laube, Byer & Valdez
402 W. Broadway, Suite 1700
San Diego, CA 92101
(619) 615-5777

Mr. Olson is expected to testify regarding his role as quality control manager on the project at issue.

Expected length of testimony: 2 hours

11. REGAN SPIES
c/o Jeffrey S. Byer, Esq.
Sandler, Lasry, Laube, Byer & Valdez
402 W. Broadway, Suite 1700

San Diego, CA 92101
(619) 615-5777

Mr. Spies is expected to testify regarding his role as quality control manager on the project at issue.

Expected length of testimony: 2 hours

12. HOWARD SALITA
DCAA Technical Specialist
Chicago Branch Office
635 Butterfield Road, Suite 210
Oakbrook Terrace, IL 60181
(630) 268-8590 ext. 334

Mr. Salita is expected to testify regarding the audit of Harper/Nielsen-Dillingham's claim.

Expected length of testimony: 2 hours

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No. 05-269C
(Judge Firestone)

## DEFENDANT'S TRIAL EXHIBIT LIST

Pursuant to paragraph 13 of Appendix A to the Rules of the United States Court of Federal Claims, defendant submits its list of proposed exhibits as follows:

| Exhibit No. | |
|---|---|
| 1. | Contract F04684-96-C, Project No. XUMU 96-4003, Military Housing Phase III, June 21, 1996 |
| 2. | Specifications, Military Family Housing Replacement-Phase 3, 100% Final Design Submittal, October 16, 1995 |
| 3. | Excerpts from Contract Drawings, consisting of landscape drawings L301, L302, L303, L304, L401, L402, L403, L404, L501, L502, L503, L504 |
| 4. | Contract Modification P00006, effective March 2, 1998 |
| 5. | Contract Modification P00007, effective April 20, 1998 |
| 6. | Subcontract between Harper/Nielsen-Dillingham Builders, Inc. and Karleskint-Crum, Inc., May 6, 1997 |
| 7. | VAFB Capehart MFH Phase 3-Unit Landscape Correction List for Units 1-143 |
| 8. | VAFB Capehart MFH Phase 3 - Green-belt Landscape Correction List |
| 9. | Claim, August 1, 2003 |

10. Contracting Officer's Final Decision, March 4, 2004

11. Contract Progress Schedule, October 31, 1996

12. Defense Contract Audit Agency, Audit Report No. 3511-2007F17200001

13. Letter, K. Smith to L. Horniak and R. Griswold, Completion of units #1 through #10, September 18, 1997

14. Letter, K. Smith to L. Horniak and R. Griswold, Completion of units #11 through #24, September 25, 1997

15. Letter, KCI to K. Smith, October 6, 1997

16. Letter, K. Smith to L. Horniak and R. Griswold, Completion of units #25 through #38, October 6, 1997

17. Letter, K. Smith to L. Horniak and R. Griswold, Completion of units #39 through #64, October 14, 1997

18. Letter, K. Smith to L. Horniak and R. Griswold, Completion of units #65 through #97, October 28, 1997

19. Letter, K. Smith to L. Horniak and R. Griswold, Completion of units #98 through #143, November 5, 1997

20. Landscape Maintenance Key Dates, December 18, 1997

21. Letter, P. Olson to L. Horniak and R. Griswold, Completion of hydroseed at units #98 through #123, December 18, 1997

22. Letter, P. Olson to L. Horniak and R. Griswold, Completion of hydroseed at units #124-#143, January 7, 1998

23. Landscape Maintenance Key Dates, January 7, 1998

24. Memorandum, Acceptance of Units 1-28, January 16, 1998

25. Letter, P. Olson to SWA Group, January 23, 1998

26. Site Visit Report, January 28, 1998

27. Griswold Memo, January 29, 1998

28. Letter, T. Maino to K. Smith and P. Olson, February 2, 1998

29. Letter, T. Maino to P. Olson, February 13, 1998

30. Memorandum, R. Griswold to L. Horniak, February 20, 1998

31. Memorandum, C. Painter to Harper/Nielsen-Dillingham, February 27, 1998

32. Letter, C. Painter to K. Smith, March 10, 1998

33. Letter, C. Painter to Harper/Nielsen-Dillingham, March 31, 1998

34. Letter, K. Smith to L. Horniak, April 8, 1998

35. Memorandum, R. Griswold, April 17, 1998

36. Memorandum, R. Griswold, April 24, 1998

37. Letter, Harper/Nielsen-Dillingham to 30 CES/CECE, April 27, 1998

38. Memorandum, R. Griswold to L. Horniak, April 29, 1998

39. Harper/Nielsen-Dillingham QC Transmittal #006, May 19, 1998

40. Letter, R. Spies to T. Maino, June 10, 1998

41. Memorandum, R. Griswold to L. Horniak, June 19, 1998

42. Harper/Nielsen-Dillingham QC Transmittal #007, June 22, 1998

43. Letter, K. Smith to Karleskint-Crum, June 24, 1998, 72-Hour Notice

44. Memorandum, R. Griswold to L. Horniak, July 1, 1998

45. Letter, R. Spies to T. Maino, K. Allen, K. Boutwell, July 2, 1998

46. Facsimile, R. Spies to K. Allen, Your Copy of Phase 3 Common Area Punchlist, August 11, 1998

47. 72-Hour Notice, August 28, 1998

48. Letter, C. Boutwell to K. Smith, September 8, 1998

| | |
|---|---|
| 49 | Notes from Harper/Nielsen-Dillingham Site Walk of Units #1-24, October 28, 1997 |
| 50. | Letter, P. Olson to T. Maino, March 27, 1998 |
| 51. | Contractor's Daily Progress Report No. 305, December 24, 1997 |
| 52. | Contractor Quality Control Report No. 323, January 23, 1998 |
| 53. | Contractor's Daily Progress Report No. 332, February 5, 1998 |
| 54. | Contractor's Daily Progress Report No. 334, February 9, 1998 |
| 55. | Contractor Quality Control Report No. 334, February 9, 1998 |
| 56. | Contractor's Daily Progress Report No. 335, February 10, 1998 |
| 57. | Contractor Quality Control Report No. 337, February 12, 1998 |
| 58. | Contractor Quality Control Report No. 350, March 4, 1998 |
| 59. | Contractor Quality Control Report No. 353/354, March 7 & 9, 1998 |
| 60. | Contractor's Daily Progress Report No. 354, March 9, 1998 |
| 61. | Contractor Quality Control Report No. 358, March 13, 1998 |
| 62. | Contractor's Daily Progress Report No. 364, March 23, 1998 |
| 63. | Contractor's Daily Progress Report No. 367, March 26, 1998 |
| 64. | Contractor's Daily Progress Report No. 381, April 15, 1998 |
| 65. | Contractor's Daily Progress Report No. 383, April 17, 1998 |
| 66. | Contractor's Daily Progress Report No. 385, April 21, 1998 |
| 67. | Contractor's Daily Progress Report No. 391, April 29, 1998 |
| 68. | Contractor Quality Control Report No. 397, May 7, 1998 |
| 69. | Contractor's Daily Progress Report No. 399, May 11, 1998 |

70. Contractor's Daily Progress Report No. 400, May 12, 1998

71. Contractor's Daily Progress Report No. 413, May 29, 1998

72. Contractor's Daily Progress Report No. 419, June 6, 1998

73. Contractor's Daily Progress Report No. 420

74. Contractor Quality Control Report No. 420, June 8, 1998

75. Contractor's Daily Progress Report No. 421, June 9, 1998

76. Contractor Quality Control Report No. 421, June 10, 1998

77. Contractor's Daily Progress Report No. 424, June 12, 1998

78. Contractor's Daily Progress Report No. 426, June 15, 1998

79. Contractor's Daily Progress Report No. 428, June 17, 1998

80. Contractor's Daily Progress Report No. 429, June 18, 1998

81. Contractor's Daily Progress Report No. 432, June 22, 1998

82. Contractor Quality Control Report No. 432, June 22, 1998

83. Contractor's Daily Progress Report No. 439, July 1, 1998

84. Contractor's Daily Progress Report No. 457, July 27, 1998

85. Contractor's Daily Progress Report No. 463, August 4, 1998

86. Chart of Maintenance and Acceptance Dates

87. Memo, S. Cabrales to R. Griswold, April 21, 1998

88. Memorandum, R. Griswold to L. Horniak, April 29, 1998

89. Facsimile, K. Allen to R. Spies, July 29, 1998

90. Fax Memo, R. Spies to K. Allen, July 30, 1998

91. Email, R. Griswold to T. Zidar, February 25, 2004

92. Photographs from Exhibit 25 to the deposition of Robert Griswold