# In the United States Court of Federal Claims

**No. 05-269C**
**(Filed: September 12, 2008)**

* * * * * * * * * * * * * * * * *
**HARPER/NIELSEN-DILLINGHAM BUILDERS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**
* * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the plaintiff's motion for continuance to extend the trial date for the remaining claims in this case pending the appeal of the dismissal of the plaintiff's claims of project delays due to removal of USTs and weather-related delays. Following the status conference held on September 11, 2008, the court **DENIES-IN-PART** and **GRANTS-IN-PART** the plaintiff's motion as follows:

(1) The plaintiff shall submit witness and exhibit lists for the extended maintenance period claim on or before **Monday, November 10, 2008**.

(2) In all other respects, the plaintiff's extended maintenance period claim shall be **STAYED** pending the outcome of the appeal of the claims of project delays due to removal of USTs and weather-related delays. Accordingly, the previously scheduled pre-trial conference and trial are **CANCELLED**.

(3) Once the Court of Appeals has resolved the appeal of the UST removal and weather-related delay claims, the parties shall submit a joint status report

within **thirty (30) days** of the Court of Appeals' determination, proposing the next steps in the litigation.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge